DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
JUN 15 2004
MARY L. M. MORAN
CLERK OF COURT

CARMEN K. RODRIGUEZ,

    Plaintiff,

vs.

DONALD H. RUMSFELD, et.al.,

    Defendants.

Civil Case No. 04-00029

ORDER

On June 9, 2004, the plaintiff filed a Complaint and an Application to Proceed Without Prepayment of Fees and Affidavit. However the Court finds that the application does not provide sufficient information to determine the plaintiff's financial situation. Accordingly, the Court orders the plaintiff to supplement her application and file a declaration setting forth all of her monthly expenses, for example, to include but not limited to rental and/or mortgage, utility and food costs. Additionally, the plaintiff may provide the Court with any additional information she believes important for the Court to consider.

SO ORDERED this 15th day of June, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
United Stated Magistrate Judge