Carmen K. Rodriguez
160 E. San Antonio Ave.
Dededo, Guam 96929
Telephone: (671) 632-1745



# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | | |
|---|---|---|
| CARMEN K. RODRIGUEZ,<br>Plaintiff, | )<br>)<br>)<br>) | CIVIL CASE NO. 04-00029 |
| vs. | )<br>) | MONTHLY EXPENSES |
| DONALD H. RUMSFELD,<br>SECRETARY OF DEFENSE,<br>and Department of Defense Schools,<br>and JOSEPH EUGENE MASTERS,<br>SHARON K. HALL, Douglas S. Kelsey,<br>Susan E. Burdick, and Gordon Harmon,<br>and other does,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

Monthly receipts for expenses are provided as attachments following this brief summary.

1. Monthly expenses are provided for in regard to Prescription Medicine for Severe Asthma and Severe Anemia.

2. The following medications are prescribed for Asthma therapy: Albuterol (inhaler), Albuterol Sulfate (oral inhalation solution) used with a nebulizer machine,

Theophylline for severe asthma, and QVAR, a corticosteroid. Ferrous Sulfate (iron 3X daily) is used for Severe Anemia which is at the critical level according to lab reports.

3. Monthly expenses for food, gas, utilities such as Guam Power Authority, Guam Water Works, and Guam Telephone Authority, and entertainment are also listed.

4. The Social Security Medical Disability income is for $773.00 per month.

5. Because Plaintiff, Carmen K. Rodriguez, is not gainfully employed and is on medical disability, she prays that her request in filing an *in forma pauperis* to waive filing fees as well as for assistance in obtaining a court appointed attorney be granted by our U. S. Guam District Court since she cannot afford an attorney at this time.

Respectfully submitted this 24th day of June 2004.

*Carmen Rodriguez*
Carmen Rodriguez, Pro Se
160 E. San Antonio Ave.
Dededo, Guam 96929
Telephone: (671) 632-1745

CARMEN K. RODRIGUEZ V. DONALD H. RUMSFELD et al
Civil Case No. 04-00029
COMPLAINT [Civil Rights Act]

2

MONTHLY EXPENSES

1) Prescription Medicine*.................................................................$157.79
    (for Severe Asthma and Severe Anemia)
2) Food ..................................................................................................350.00
3) Gas....................................................................................................96.00
4) Guam Power Authority....................................................................36.57
5) Guam Water Works..........................................................................30.95
6) Guam Telephone Authority..............................................................29.24
7) Entertainment...................................................................................30.00
8) Incidentals .......................................................................................42.45

Total **                                                                $730.55
Social Security Medical Disability income         $773.00

** Payment for Doctors' visits and lab works will be taken out of the money used for food and gas. It must be noted that Plaintiff previously had a higher power bill because of running the air conditioner. Because of her limited income, she has had to stop running the air conditioner. Air conditioning helped control Guam's high humidity, therefore, provided a better environment for breathing as an asthmatic. Controlling environmental and stress factors are critical in providing optimum living conditions for asthmatics.

Prescription Medicine:
    For Severe Asthma
        Albuterol inhaler (bronchodialator)
        Albuterol Sulfate (oral inhalation solution) used w/nebulizer machine
        Theophylline (for Severe Asthma)
        QVAR (corticosteroid)
    For Severe Anemia (at the critical level)
        Ferrous Sulfate (iron pills) to be taken with orange juice 3X daily

Previous to the trauma incident (terrorizing and assault by Andersen Elementary school principal Joseph Eugene Masters) on October 11, 2002, I had supported my daughter in college with a minimum of $600.00 per month. Currently, I am unemployed and on medical disability. Because of this, she has had to fend for herself with severely limited financial assistance from me.

Rodriguez v. Rumsfeld, Masters, Hall, Kelsey, Burdick, Harmon  (04-00029)

UTILITIES: Guam Power Authority (GPA), Guam Waterworks Authority (GWA), Guam Telephone Authority (GTA).

```
        GPA / GWA                                    GPA / GWA

REF# : E9529098     BILL 091 / 003      REF# : T111610150    GTA 093 / 003
NAME :                                  NAME :
BILL                    36.57           GTA                     29.24

TRAN AMOUNT . . . . . :  36.57          TRAN AMOUNT . . . . . :  29.24
   5/21/2004 11:24:52 JENN DSP20  0133     5/21/2004 11:25:14 JENN DSP20  0135


        GPA / GWA                       TRAN AMOUNT . . . . . :  96.76
REF# : W9500571     BILL 092 / 003      CASH RECEIVED . . . . :  100.00
NAME :                                  PERSONAL CHECKS . . . :
BILL                    30.95           GOVERNMENT CHECKS . . :
                                        OTHER . . . . . . . . :
TRAN AMOUNT . . . . . :  30.95          CHANGE . . . . . . . . :    3.24 *
   5/21/2004 11:25:03 JENN DSP20  0134     5/21/2004 JENN DSP20    00133 00135
                                        ================THANK YOU================
```

Rodriguez v. Rumsfeld, Masters, Hall, Kelsey, Burdick, Harmon   (04-00029)

4

# PRESCRIPTION MEDICINE

RODRIGUEZ, CARMEN　　　　　　(671) 632-1745
160 E. SAN ANTONIO AVE
DEDEDO, GU 96929
**ALBUTEROL 90MCG　AER WARR**

ERICSON, DEBRA G. MD　　Subtotal:　　$37.00

05/27/04　Qty: 34.00　**CASH:**　$37.00

---

RODRIGUEZ, CARMEN　　　　　　(671) 632-1745
160 E. SAN ANTONIO AVE
DEDEDO, GU 96929
**ALBUTEROL 0.083%　NEB WARR**

ERICSON, DEBRA G. MD　　Subtotal:　　$30.60

05/27/04　Qty: 180　**CASH:**　$30.60

---

RODRIGUEZ, CARMEN　　　　　　(671) 632-1745
160 E. SAN ANTONIO AVE
DEDEDO, GU 96929
**THEOPHYLLINE300MG CRTAB SIDM**
Generic For: THEO-DUR 300MG SA  TAB

ERICSON, DEBRA G. MD　　Subtotal:　　$22.22

05/27/04　Qty: 60.00　**CASH:**　$22.22

---

RODRIGUEZ, CARMEN　　　　　　(671) 632-1745
160 E. SAN ANTONIO AVE
DEDEDO, GU 96929
**QVAR 80MCG　AER IVAX**
Generic Name: BECLOMETHASONE DIPROPIONATE

ERICSON, DEBRA G. MD　　Subtotal:　　$67.97

05/27/04　Qty: 8　**CASH:**　$67.97

Rodriguez v. Rumsfeld, Masters, Hall, Kelsey, Burdick, Harmon  (04-00029)

Certificate of Service

I certify that the attached Documents were sent via certified mail to each of the following:

<u>Defendant, US Mainland</u>
Donald H. Rumsfeld
Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

<u>Defendants, DDESS Guam District</u>
Joseph E. Masters, Sharon K. Hall, Dr. Susan Burdick,
Douglas S. Kelsey, Gordon Harmon
Guam DDESS
US Naval Hospital Bldg. 100
PSC 490 Box 7655
FPO AP 96538-1600

<u>Attorney for the United States of America</u>
Leonardo M. Rapadas
Sirena Plaza, Suite 500
108 Hernan Cortes Ave.
Hagatna, Guam 96910

Submitted this 24th day of June 2004.

_____
Carmen Rodriguez, Pro Se

CARMEN K. RODRIGUEZ V. DONALD H. RUMSFELD et al
Civil Case No. 04-00029
COMPLAINT [Civil Rights Act]