ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN 25 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ,<br><br>    Plaintiff,<br>vs.<br><br>DONALD H. RUMSFELD, et.al.,<br><br>    Defendants. | Civil Case No. 04-00029<br><br>ORDER |

On June 9, 2004, the plaintiff filed a Complaint and an Application to Proceed Without Prepayment of Fees and Affidavit. At that time the Court found that the application did not provide sufficient information to determine the plaintiff's financial situation. The plaintiff has since filed a listing of her monthly expenses. In light of the reported expenses the Court finds that a $150 filing fee may pose a true hardship for the plaintiff. Accordingly, the Court orders the plaintiff to pay $15 a month for ten (10) consecutive months to be paid the first five (5) days of the month starting in July, 2004. The Court is unable at this time to appoint counsel and finds that the plaintiff seems capable enough to proceed pro se. She is well educated and the case is not so complicated as to require an attorney. However, the Court will revisit this issue should the Court subsequently find that the case has become so complicated that the services of counsel are necessary.

SO ORDERED this 25th day of June, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
United Stated Magistrate Judge