# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 93910
Tel: (671) 472-7332
Fax: (671) 472-7216



FILED
DISTRICT COURT OF GUAM
AUG - 6 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for the United States of America

## FOR THE UNITED STATES DISTRICT COURT

## FOR THE

## TERRITORY OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ, ) | CIVIL CASE NO. 04-00029 |
| Plaintiff, ) | |
| v. ) | **ANSWER TO THE COMPLAINT** |
| DONALD RUMSFELD, SECRETARY ) OF DEFENSE, AND DEPARTMENT ) OF DEFENSE SCHOOLS, _et al._, ) | |
| Defendants. ) | |

COME NOW the Defendants, through their undersigned attorneys and state as follows:

1. Paragraph 1. of the Complaint is Plaintiff's characterization of the lawsuit to which no response is required. To the extent a response is required, the allegations are DENIED.

2. Paragraph 2. of the Complaint is a jurisdictional statement to which no response is required. To the extent a response is deemed necessary, the allegations contained therein are DENIED.

3. Paragraph 3. is ADMITTED.

4. Paragraph 4. of the Complaint: It is admitted that Plaintiff filed a timely petition with the Equal Employment Opportunity Commission (EEOC) on 9 March 2004 asking for review of the Final Order of the Merit Systems Protection Board (MSPB) concerning her claim of discrimination. It is further admitted that the EEOC in a Decision dated 29 April 2004 concurred with the final decision of the MSPB finding no discrimination. All other allegations contained in this paragraph are DENIED.

5. Paragraph 5. is ADMITTED.

6. Paragraph 6. of the Complaint: It is admitted that Defendant Donald H. Rumsfeld is the Secretary of Defense. All other allegations contained in this paragraph are DENIED.

7. Paragraph 7. of the Complaint: It is admitted that Defendant Joseph E. Masters is the Andersen Elementary School Principal and that he is an African-American male. All other allegations contained in this paragraph are DENIED.

8. Paragraph 8. of the Complaint: It is admitted that Defendant Sharon K. Hall is the Andersen Elementary School Assistant Principal, that she is a Caucasian female, and that Plaintiff has filed two administrative complaints of discrimination concerning her employment with the Department of Defense schools on Guam. All other allegations in this paragraph are DENIED.

9. Paragraph 9. of the Complaint: It is admitted that Defendant Douglas S. Kelsey is a Caucasian male, and was the Acting Superintendent for the Guam Domestic Dependent Elementary and Secondary Schools (DDESS) District and the Deciding Official in Plaintiff's removal action from Federal service. All other allegations contained in this paragraph are DENIED.

10. Paragraph 10. of the Complaint: It is admitted that Defendant Susan E. Burdick is a Caucasian female, and that she is the Guam DDESS District Deputy Superintendent. All other allegations contained in this paragraph are DENIED.

11. Paragraph 11. of the Complaint: It is admitted that 42 U.S.C. 2000e-16(c) provides that in a civil action brought by a Federal employee alleging discrimination that the head of the respective Federal department shall be named as the defendant. All other allegations contained in this paragraph are DENIED.

12. Paragraph 12. of the Complaint is ADMITTED except to state that the Agency referred to in this paragraph is the Department of Defense Education Activity (DoDEA).

13. Paragraph 13. of the Complaint is DENIED.

14. Paragraph 14. of the Complaint is DENIED.

15. Paragraph 15. of the Complaint: It is admitted that Plaintiff filed two administrative complaints of discrimination, Agency Numbers DD-FY01-08 (EEOC Appeal No. 01A222263) and DD-FY-02-16 (EEOC No. 370-2003-02478X). Both complaints alleged discrimination based on race, color, national origin and reprisal. All other allegations contained in this paragraph are DENIED.

16. Paragraph 16. of the Complaint is DENIED.

17. Paragraph 17. of the Complaint is DENIED.

18. Paragraph 18. of the Complaint is DENIED.

19. Paragraph 19. of the Complaint is DENIED.

20. Paragraph 20. of the Complaint is DENIED.

21. Paragraph 21. of the Complaint is DENIED.

22. Paragraph 22. of the Complaint is DENIED.

23. Paragraph 23. of the Complaint is DENIED.

24. Paragraph 24. of the Complaint is DENIED.

25. Paragraph 25. of the Complaint is DENIED.

26. Paragraph 26. of the Complaint is DENIED.

27. Paragraph 27. of the Complaint is DENIED.

28. Paragraph 28. of the Complaint is DENIED.

29. Paragraph 29. of the Complaint is DENIED.

30. The statements numbered one through eight on pages 7 and 8 of the Complaint contain Plaintiff's request for relief and as such do not require a responsive pleading. In case the same require an answer, the statements are DENIED.

31. Defendants hereby specifically DENY each and every allegation contained in Plaintiff's Complaint not hereinbefore otherwise answered.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint alleging discrimination by the Defendants should be dismissed in its entirety as untimely filed in U.S. District Court.

4

2. Even assuming, *arguendo*, that the Complaint is timely filed, Plaintiff has failed to establish a *prima facie* case of discrimination or retaliation pursuant to Title VII of the Civil Rights Act of 1964, as amended.

3. Defendants had legitimate, non-discriminatory reasons for the employment decisions that were made in regards to Plaintiff.

4. Defendants reserve the right to raise any other affirmative defense.

WHEREFORE, Defendants pray this Honorable Court that the Complaint in question be dismissed and for such other relief as this Court deems just and proper.

RESPECTFULLY submitted this ___6th___ Day of August 2004.

                                LEONARDO M. RAPADAS
                                United States Attorney
                                District of Guam and NMI

BY: _____

       MIKEL W. SCHWAB
       Assistant U.S. Attorney

OF COUNSEL:

ROBERT E. SUTEMEIER
Associate General Counsel
Office of General Counsel
Department of Defense Education Activity (DoDEA)
821 San Carlos Road, Building 3813
Pensacola, Florida 32508-5531
Tel: (850) 452-9401 / Fax: (850) 452-9405