AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Guam

**FILED**
**DISTRICT COURT OF GUAM**
**AUG 1 0 2004**
**MARY L. M. MORAN**
**CLERK OF COURT**

CARMEN K. RODRIGUEZ
Plaintiff

V.

DONALD H. RUMSFELD, SECRETARY
OF DEFENSE, and Department of Defense
Schools, and JOSEPH EUGENE MASTERS,
SHARON K. HALL, DOUGLAS S. KELSEY,
SUSAN E. BURDICK, GORDON HARMON,
And OTHER DOES,

SUMMONS IN A CIVIL CASE

(10)

CASE NUMBER: 04-00029

TO: SUSAN E. BURDICK
GUAM DDESS
USNH BLDG. 100
PSC 490 BOX 7655
FPO AP 96538-1600

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CARMEN RODRIGUEZ
160 E. SAN ANTONIO AVE.
DEDEDO, GUAM 96929

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

AUG - 9 2004
DATE

ORIGINAL

Page 1 of 2

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/09/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carmen Rodriguez | Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Copies served upon U.S. Attorney's office Ms. Frances Leon Guerrero AUSA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/09/04
Date

Signature of Server: Carmen Rodriguez

Address of Server:
160 E. San Antonio Ave.
Dededo, Guam 96929

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.