```
                                                         FILED
                                                  DISTRICT COURT OF GUAM

                                                      AUG 3 0 2004

                                                    MARY L. M. MORAN
                                                     CLERK OF COURT
```



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ,<br><br>    Plaintiff,<br>vs.<br>DONALD H. RUMSFELD, et.al.,<br><br>    Defendants. | Civil Case No. 04-00029<br><br>ORDER |

On August 20, 2004, the Defendants filed a motion to Dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. Should the Plaintiff wish to file an Opposition to this motion, she shall do so by September 10, 2004 and any Reply by the Defendant shall be filed by September 15, 2004. Thereafter, a hearing shall be scheduled on September 30, 2004, at 10:00 a.m. before Designated District Judge David Bury.*

SO ORDERED this 27% day of August, 2004.

                                            JOAQUIN V.E. MANIBUSAN, JR.
                                            United Stated Magistrate Judge

---

*The Honorable David Bury, United States District Judge for the District of Arizona, sitting by designation