FILED
DISTRICT COURT OF GUAM
SEP - 7 2004
MARY L. M. MORAN
CLERK OF COURT

1 LEONARDO M. RAPADAS
United States Attorney
2 MIKEL W. SCHWAB
Assistant U.S. Attorney
3 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4 Hagatna, Guam 96910
TEL: (671) 472-7332
5 FAX: (671) 472-7215

6 Attorneys for the United States of America



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| CARMEN K. RODRIGUEZ, | ) | CIVIL CASE NO. 04-00029 |
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER |
| DONALD RUMSFELD, SECRETARY OF DEFENSE, AND DEPARTMENT OF DEFENSE SCHOOLS, et al., | ) | |
| Defendants. | ) | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is follows:

As described in Plaintiff's Complaint, a Title VII action based on allegations of treatment of the plaintiff when she was employed at Andersen Elementary School.

2. The posture of the case is that the Defendant has filed an Answer to the Complaint denying the allegations.

    a) The following motions are on file:

    A Motion to Dismiss has been filed by the United States.

      b)    The following motions have been resolved:

           No motions have been resolved.

      c)    The following formal discovery has been initiated:

           No discovery has been initiated by either party at this time.

3. All motions to add parties and claims shall be filed on or before Friday, October 1, 2004.

4. All motions to amend pleadings shall be filed on or before Friday, October 1, 2004.

5. Status of Discovery:

    a) The times for disclosures under Rule 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

        1. The "initial disclosures" described in subsections (A), (B), (C) and (D) of the FRCivP Rule 26(a)(1) shall be exchanged on Friday, November 5, 2004. (Local rules designate that they are not to be filed.)

        2. The disclosure of expert testimony by plaintiff's experts shall be made not later than Friday, January 7, 2005.

        3. The pretrial disclosures described in FRCivP Rule 26(3)(A), (B) and (C) shall be made at least thirty (30) days before the trial date or by Monday, May 9, 2005.

    b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

Plaintiff: Interrogatories, Requests to Produce, Admissions and depositions;

Defendants: Interrogatories, Requests to Produce, Admissions and depositions.

6. The parties shall appear before the District Court on Tuesday, September 7, 2004 at 3:00 p.m., unless informed otherwise by the Court, for the Scheduling Conference.

//

| | |
|---|---|
| 1 | 7. The discovery cut off date is Friday, March 4, 2005. |
| 2 | 8. The discovery cut-off date (defined as the last day to file responses to discovery) |
| 3 | is Thursday, March 24, 2005. |
| 4 | 9. The anticipated dispositive motions are a Motion to Dismiss and a Motion for |
| 5 | Summary Judgment. All dispositive motions shall be filed on before Monday, |
| 6 | April 4, 2005, and heard on or before Friday, May 6, 2005, at 10:30 am. *[handwritten]* |
| 7 | 10. The prospects for settlement are unknown at this time. |
| 8 | 11. The Preliminary Pre-Trial Conference shall be held on Friday, June 3, 2005 |
| 9 | at 10:00 a.m. |
| 10 | 12. The parties' pretrial materials, discovery materials, final witness lists, |
| 11 | designations and final exhibit lists shall be filed on or before Friday, June 3, 2005. |
| 12 | 13. The proposed Pre-Trial Order shall be filed on or before Friday, June 10, 2005. |
| 13 | 14. The Final Pre-Trial Conference shall be held on Friday, June 17, 2005 at |
| 14 | 1:30 *[handwritten, replacing 2:00]* p.m. |
| 15 | 15. The trial shall be held on ~~Monday~~ *Tuesday [handwritten]*, June ~~20~~ *21 [handwritten]*, 2005 at 9:00 a.m. |
| 16 | 16. The trial is not a jury trial. |
| 17 | 17. It is anticipated that the trial will take five days to try. |
| 18 | 18. The names of the counsel are as follows: |

```
          For Plaintiff:      Pro Se
                              Carmen K. Rodriguez
                              160 E. San Antonio Ave.
                              Dededo, Guam 96929
                              (671) 632 1745

          For Defendants:     Mikel W. Schwab
                              Assistant United States Attorney
                              Sirena Plaza
                              108 Hernan Cortez
                              Hagåtña, Guam 96910
                              (671) 472 7332
                              F (671) 472 7215
```

27  //
28  //

- 3 -

19. The parties are not seeking a settlement judge at this time.

20. The following issues will affect the status or management of this case:

    a) At least one of the defendants is an off island resident and an entity of the United States government.

    b) Some of the witnesses are off island residents.

Dated this _September 7, 2004_.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

Submitted by

_____
Mikel W. Schwab
Assistant United States Attorney

Approved by

_____
Carmen K. Rodriguez
Plaintiff



RECEIVED
SEP -1 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

RECEIVED
AUG 31 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM