# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

DISTRICT COURT OF GUAM FILED
SEP - 7 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-04-00029**            **DATE: 09/0704**            **TIME: 3:09 P.M.**

**CAPTION:** <u>CARMEN K. RODRIGUEZ</u> -vs- <u>DONALD K. RUMSFELD, Secretary of Defense, et al</u>

*****************************************************************************************

**HON. JOAQUIN V. E. MANIBUSAN, JR., Presiding**      Law Clerk: Judith Hattori
Official Court Reporter: Wanda Miles                  Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 3:09:38 - 3:19:01    CSO: B. Benavente

****************************** **A P P E A R A N C E S** ******************************

**COUNSEL FOR PLAINTIFF(s):**                         **COUNSEL FOR DEFENDANT(s):**
CARMEN K. RODRIGUEZ (PRO SE)                          MIKEL SCHWAB

*****************************************************************************************

**PROCEEDINGS:**            SCHEDULING CONFERENCE

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s)  ____Granted  ____Denied  ____Settled  ____Withdrawn  ____Under Advisement

(X) ORDER SUBMITTED  _X_ Approved  ____Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>The Court executed the Proposed Discovery Plan and Scheduling Order and informed parties of the changes made.</u>

<u>The Court informed plaintiff the oppositions to the Motion to Dismiss were due by September 10, 2004. However, Ms. Rodriguez informed the Court that she did not oppose the Motion. Accordingly, the Court instructed Mr. Schwab to prepare the proposed order.</u>

COURTROOM DEPUTY: _____                                END TIME: 3:19 p.m.
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-04-00029.wpd