LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DONALD RUMSFELD, SECRETARY ) <br> OF DEFENSE, AND DEPARTMENT ) <br> OF DEFENSE SCHOOLS, et al., ) <br> ) <br> Defendants. ) <br> _____) | CIVIL CASE NO. 04-00029 <br><br> **NON-OPPOSITION AND STIPULATION** |

Both of the parties in the above entitled case agreed at the Scheduling Conference on September 7, 2004 to the following:

1. Plaintiff has no opposition to the Government's Motion to Dismiss all defendants except for Donald Rumsfeld, Secretary of Defense.

2. Plaintiff wants the dismissal of the Defendants to be "without prejudice" as assurance that the dismissal does not waive other legal remedies she may seek at a later time.

1 | Therefore, the parties stipulate to dismissal of all the Defendants except for Donald
2 | Rumsfeld, Secretary of Defense, without prejudice.

SO STIPULATED this _____ day of September, 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

APPROVED AS TO FORM AND CONTENT:

DATED: 9/17/04

_____
CARMEN RODRIGUEZ
Pro Se Plaintiff