1 LEONARDO M. RAPADAS
2 United States Attorney
  MIKEL W. SCHWAB
3 Assistant U.S. Attorney
  Sirena Plaza, Suite 500
4 108 Hernan Cortez Avenue
  Hagatna, Guam 96910
5 TEL: (671) 472-7332
  FAX: (671) 472-7215
6
  Attorneys for the United States of America
7

FILED
DISTRICT COURT OF GUAM
SEP 21 2004
MARY L. M. MORAN
CLERK OF COURT
19

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ, | CIVIL CASE NO. 04-00029 |
| Plaintiff, | |
| vs. | |
| DONALD RUMSFELD, SECRETARY OF DEFENSE, AND DEPARTMENT OF DEFENSE SCHOOLS, et al., | **ORDER** |
| Defendants. | |

The Court, having received the Motion to Dismiss submitted by the United States and the Non Opposition and Stipulation submitted by both parties, hereby dismisses without prejudice, the following parties:

  Joseph E. Masters

  Sharon K. Hall

  Douglas S. Kelsey

  Susan E. Burdick

  Gordon Harmon

3

Donald Rumsfeld, Secretary of Defense, remains as the sole defendant.

Accordingly, the Court hereby **vacates** the hearing scheduled on the Government's Motion to Dismiss.

SO ORDERED this 21st day of September, 2004.

_____
David C. Bury
District Court Judge

RECEIVED
SEP 17 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM