LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 93910
Tel: (671) 472-7332
Fax: (671) 472-7216

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> DONALD RUMSFELD, SECRETARY OF DEFENSE, AND DEPARTMENT OF DEFENSE SCHOOLS, et al., <br><br> Defendants. | CIVIL CASE NO. 04-00029 <br><br><br><br> **FED. R. CIV. P. 26(a)(3)** DISCLOSURES OF THE UNITED STATES |

Pursuant to Fed. R. Civ. P. 26(a)(3), the United States makes the following disclosures. The disclosures are made late because Agency counsel's legal office was moved from Pensacola, Florida, to Peachtree City, Georgia in February 2005, and Plaintiff's files were lost in transit.

(A) - Witnesses whom the United States expects to present:

1. <u>DOUGLAS S. KELSEY,</u> Deputy Director, Department of Defense Domestic Dependent Elementary & Secondary Schools (DDESS) Peachtree City, Georgia.

Mr. Kelsey was the former Acting Superintendent of the Guam DDESS District and the Deciding Official in Plaintiffs removal action from Federal Service.

2. <u>DR. SUSAN E. BURDICK</u>, Deputy Superintendent Guam DDESS District. Dr. Burdick was Plaintiff's second level supervisor and was the individual who proposed Plaintiff's removal.

3. <u>JOSEPH E. MASTERS</u>, Principal Andersen AFB Elementary School. Mr. Masters was Plaintiff's immediate supervisor and will testify concerning her misconduct which led to the removal

4. <u>SHARON K. HALL</u>, Assistant Principal Andersen AFB Elementary School. Ms. Hall was also Plaintiff s immediate supervisor and will testify concerning an incident of disorderly conduct by Plaintiff which led to her removal.

5. <u>DEBORAH WEBSTER</u>

Ms. Webster was the mother of one of appellant's students who received harassing telephone calls from the Plaintiff.

6. <u>NORLYN NCNULTY</u>

Andersen AFB Elementary School employee who witnessed Plaintiff's disorderly conduct.

7. <u>DEANA PRICE</u>

Andersen AFB Elementary School employee who witnessed Plaintiff's unauthorized early departure from her place of employment on 11 October 2002.

(B) - Witnesses whose testimony is expected to be presented by means of deposition: NONE.

(C) - Documents the United States expects to offer:

1. Administrative Record Plaintiff's Administrative Complaint of Discrimination Agency No. DD-FY01-08

2. Administrative Record: Plaintiff's Administrative Complaint of Discrimination Agency No. DD-FY02-16

3. Administrative Record: Plaintiff's MSPB Appeal of her Removal from Federal Service Docket No. SE-0752-03-0309-I-1

(D) - Expert Witnesses whom the United States expects to present. NONE.

Submitted this 12th day of April 2005.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

BY: _____
      MIKEL W. SCHWAB
      Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the "Fed.R.Civ.P. 26(a)(3), Disclosures of the United States", Civil Case No. 04-00029, <u>Carmen K. Rodriguez v. United States of America</u>, was served by U.S. postal mail service and certified mail to the following Pro Se:

Carmen K. Rodriguez
160 E. San Antonio Avenue
Dededo, Guam 96929

Dated: April 12, 2005

*Frances B. Leon Guerrero*
FRANCES B. LEON-GUERRERO
Legal Assistant