

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>DONALD RUMSFELD, Secretary of Defense,<br><br>        Defendant. | Civil Case No. 04-00029<br><br><br>TRIAL ORDER |

      Due to the scheduling needs of the Court, the June 21, 2005 trial date and all associated pretrial dates are hereby vacated. Instead, the Court hereby issues this Trial Order which supersedes the prior scheduling order in this case:

- Pursuant to Local Rule LR 16.7(b), the parties shall each file a trial brief by **Monday, August 1, 2005**;

- A preliminary pretrial conference shall be held on **Tuesday, August 9, 2005 at 10:30 a.m.**;

- The parties shall each file an Exhibit List in conformance with Rule 16.7(d) of the Local Rules of Practice for the District Court of Guam, Discovery Material Designations, and a Witness List (including potential impeachment and rebuttal witnesses) under separate cover no later than **Tuesday, August 16, 2005**. The Witness List shall also contain a brief description (two to three paragraphs) of each witness's expected testimony;

- Three complete sets of marked and tabbed exhibits in three-ring binders shall be lodged with the Court no later than **Tuesday, August 16, 2005**. A copy of the Exhibit List shall be included in each three-ring binder. The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits, if possible, to eliminate duplicate exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party.

- If deposition transcripts will be used at trial, the original of said transcripts shall be lodged with the Court no later than **Tuesday, August 16, 2005**, and

    shall be in conformance with Rule 32.1 of the Local Rules of Practice for the District Court of Guam.

- A final pretrial conference shall be held on **Tuesday, August 23, 2005 at 10:30 a.m.**

- The trial to the bench shall commence on **Tuesday, August 30, 2005 at 9:00 a.m.** before Judge S. James Otero.[1]

SO ORDERED this 3rd day of June 2005.

                                               JOAQUIN V. E. MANIBUSAN, JR.
                                                  U.S. Magistrate Judge

---

[1] The Honorable S. James Otero, United States District Judge for the Central District of California, sitting by designation.

2