ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 93910
Tel: (671) 472-7332
Fax: (671) 472-7216

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN -3 2005
MARY L.M. MORAN
CLERK OF COURT
23

IN THE UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> DONALD RUMSFELD, SECRETARY OF DEFENSE, AND DEPARTMENT OF DEFENSE SCHOOLS, et al., <br><br> Defendants. | CIVIL CASE NO. 04-00029 <br><br><br> AFFIDAVIT OF FRANCES B. LEON GUERRERO |

I am the Legal Assistant for the Civil Division at the United States Attorney's Office for Guam and the NMI.

My duties include arranging for communications with the Plaintiff, Carmen Rodriguez, on matters regarding the above entitled lawsuit. A phone number and address which appears on Court documents is the only contact points provided by the Plaintiff. The phone number is 632-1745. The address is 160 San Antonio Avenue,

# AFFIDAVIT

Dededo, Guam 96929.

Initially in the case, calls to the phone number did result in timely call backs from the Plaintiff. However, subsequent calls to the number to arrange for discovery, arrange meetings and discuss possible witnesses have not resulted in call backs. The street mailing address for her residence appears to have resulted in filed documents sent by certified mail being signed by the Plaintiff. However, subsequent, more recent calls since April 2005, requesting that the Plaintiff contact the U.S. Attorney's Office to discuss the status of the case and have not been successful.

FURTHER THIS AFFIANT SAYETH NAUGHT.

*Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO

TERRITORY OF GUAM   )
                    ) ss.
City of Hagatna     )

SUBSCRIBED AND SWORN TO before me on this 3rd day of June, 2005.

*Noreen F. Soriano*

NOREEN F. SORIANO
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: Dec. 10, 2005
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910