LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 93910
Tel: (671) 472-7332
Fax: (671) 472-7216

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM
JUN - 3 2005
MARY L.M. MORAN
CLERK OF COURT



## IN THE UNITED STATES DISTRICT COURT

## FOR THE

## TERRITORY OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> DONALD RUMSFELD, SECRETARY OF DEFENSE, AND DEPARTMENT OF DEFENSE SCHOOLS, *et al.*, <br><br> Defendants. | Civil Case No. 04-00029 <br><br><br> **MOTION TO DISMISS AND FOR SUMMARY JUDGMENT** |

**COME NOW** the Defendants, by and through the United States Attorney for the District of Guam, and pursuant to Rules 12(b) and 56(c) of the Federal Rules of Civil Procedure, move to dismiss some of Plaintiff's Complaint for untimeliness, and for summary judgment as to all remaining claims on the grounds that there is no genuine issue of material fact, and Defendants are entitled to judgment as a matter of law. The Court is

respectfully referred to the attached Statement of Material Facts As To Which There is No Genuine Issue, with exhibits, and Memorandum of Points and Authorities in Support of Defendant's Motion.

RESPECTFULLY submitted this __2nd__ day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
District of Guam and NMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 93910
Tel: (671) 472-7332
Fax: (671) 472-7216

OF COUNSEL:

ROBERT E. SUTEMEIER
Associate General Counsel
Office of General Counsel
Department of Defense Education Activity (DoDEA)
700 Westpark Drive
Peachtree City, Georgia 30269
Telephone: (678) 364-6462
Facsimile: (678) 364-8074