

**Department of Defense Education Activity**

Carmen Munoz
P.O. Box 1202
Agana, Gu 96932

1 4 AUG 1997

Dear Carmen Munoz:

CONGRATULATIONS! You have been tentatively selected for the following position with Department of Defense (DOD), Domestic Dependent Elementary and Secondary Schools (DDESS) in Guam.

**Position Title and Grade: Teacher, Elementary School Grades One/Two/Three**
**(Categories 0101/0102/0103)**
**School: Guam DDESS Schools**

**Estimated Salary:** ~~$30,269.00~~ *$ 44,127.00* per School Year (AD-1710-CD, ~~Step 1~~) *Step 11* *9-12-97* */am 7*
**(Does not Include the 22.5% non-taxable Cost of Living Allowance)**

**Teacher Reporting Date: 15 Sep 97**

**Estimated Date School Begins: 29 Sep 97**

**Type of Appointment: Excepted Service**

**Special Remarks: See Enclosure 1.**

The estimated salary figure is based upon the information you furnished in your application and verifications of employment received to date. This estimated salary is subject to retroactive adjustment due to verifications of employment and graduate course work, new salary schedules, any additional information we receive, and pay-fixing policies which might become effective prior to the date of your actual appointment.

This appointment is in the Excepted Service of the Federal Government. Since this a permanent appointment, you must serve a two-year trial period from the date of your appointment. This trial period is required of all new DOD educators to ensure that they possess the skills and character traits that are necessary for satisfactory performance of their duties. If you fail to demonstrate these skills and characteristics after a full and fair trial, you will be separated from Federal Service.

You must advise us, in writing of your acceptance/declination of this tentative job offer within two (2) working days, from the date you receive this letter. Return your response to: DoDEA, PSC 455 Box 163, FPO AP 96540-1026. Or hand-deliver to DoDEA Office, ComNavMar, Haputo Road, Building FH01.

*178*

If you have any questions concerning the position, you may call the DODEA Guam Recruiting Group at 339-2370.

We look forward to your favorable reply and to working with you as a member of our professional teaching staff to provide the best education for our children.

Sincerely,

*Asst - Area Supt / HS Principal*

*for* Gordon J. Harmon
Chief, Pacific Recruitment

Enclosure:
As stated

Return your response to:  (Mailing Address)
                          DoDEA
                          PSC 455 Box 163
                          FPO AP 96549-1026

(or Hand Deliver to)
COMNAVMAR
BUILDING FH01
HAPUTO ROAD
NAVAL STATION, GUAM

*179*

Teacher, Elementary School Grades One/Two/Three
ES#1-ELMT-83

Carmen Munoz
P.O. Box 1202
Agana, Gu 96932

**I ACCEPT the DDESS job offer**

_Carmen Rodriguz Munoz_    _Aug. 14, 1997_
      Signature               Date

**I DECLINE the DDESS job offer**

           Signature               Date

Special Remarks:

❖ This job offer is contingent pending receipt of an original or certified (Notarized) true copy of your current U.S. State, Territory (i.e., Guam), Commonwealth, or the Virgin Island Teacher Certificate and an original or certified (Notarized) true copy of your official transcripts. Once we receive your acceptance, you will be contacted at a later date for in-processing, at which time you will be required to complete and provide additional documents

Enclosure         _180_

Standard Form 50-B
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| MUNOZ CARMEN R **FIRST ACTION** | | 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 | 09-29-54 | 09-15-97 |

| | | | **SECOND ACTION** | |
|---|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action EXC APPT | | 6-A. Code | 6-B. Nature of Action |
| 170 | | | | |
| 5-C. Code | 5-D. Legal Authority | | 6-C. Code | 6-D. Legal Authority |
| ZLM | 10 USC SEC 2164 | | | |
| 5-E. Code | 5-F. Legal Authority | | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | 0100 TEACHER (MIXED ELEMENTARY) D0100 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | AD | 1701 | 00 | 11 | $44,127.00 | SY |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $44,127 | $ 0 | $44,127 | $ 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | DEPARTMENT OF DEFENSE DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS GUAM ES 1 |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1 – None  3 – 10-Point/Disability  5 – 10-Point/Other 2 – 5-Point  4 – 10-Point/Compensable  6 – 10-Point/Compensable/30% | 2 | 0 – None  2 – Conditional 1 – Permanent  3 – Indefinite | | YES [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C BASIC LIFE ONLY | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS AND FICA | 09-15-97 | G FT-SEASONAL | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 | 1 – Competitive Service  3 – SES General 2 – Excepted Service  4 – SES Career Reserved | E | E – Exempt N – Nonexempt | 1223  805600 | 0072 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) | |
|---|---|---|
| GQ-0200-000 | ANDERSEN AB | GQ |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| KDH | | | | PENSACOLA FLORIDA (DCPS) |

45. Remarks

MIXED POSITION TEACHES:  0101  0102  0103
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS.
APPOINTMENT AFFIDAVIT EXECUTED 08-15-97.
PERMANENT AD  EMPLOYEES ARE SCHEDULED TO WORK 190 DUTY DAYS.  WORK IS PERFORMED
DURING THE SCHOOL YEAR ON THE BASIS OF A PRE-SCHEDULED SEASONAL TOUR OF DUTY.
 EMPLOYEE IS IN A NON-DUTY STATUS DURING FEDERAL HOLIDAYS, AND THE FALL,
SPRING, WINTER, AND SUMMER RECESS PERIODS.  SERVICE CREDIT FOR RETIREMENT,
LEAVE, AND REDUCTION-IN-FORCE PURPOSES AND PREPAID FEDERAL EMPLOYEE GROUP LIFE
INSURANCE AND HEALTH BENEFITS COVERAGE CONTINUES DURING THE SUMMER RECESS.
SERVICE COUNTING TOWARDS PERMANENT TENURE FROM 09-15-97
OPF MAINTAINED BY: DODEA, PERSONNEL CENTER, PERSONNEL PROGRAM
MANAGEMENT TEAM - C, 4040 N. FAIRFAX DR., ARLINGTON, VA  22203-1634.
APPOINTMENT IS SUBJECT TO COMPLETION OF A TWO YEAR TRIAL PERIOD
REMARKS CONTINUED ON NEXT PAGE

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DOD EDUCATION ACTIVITY | ALLEN BRITT PERSONNEL PROGRAM MANAGER B |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DD16 | 4199 | 09-12-97 |

TURN OVER FOR IMPORTANT INFORMATION
5-Part  50-316
Case 1:04-cv-00029  Document 25-2  Filed 06/03/2005  Page 4 of 21
1 – Employee Copy – Keep for Future Reference
Editions Prior to 7/91 Are Not Usable
NSN 7540

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name *(Last, First, Middle)* | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MUNOZ CARMEN R | 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 | 09-29-54 | 09-15-97 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action EXC APPT | 6-A. Code | 6-B. Nature of Action |
| 170 | | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZLM | 10 USC SEC 2164 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | 0100 TEACHER (MIXED ELEMENTARY) D0100 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | AD | 1701 | 00 | 11 | $44,127.00 | SY |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $44,127 | $ 0 | $44,127 | $ 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | DEPARTMENT OF DEFENSE DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS GUAM ES 1 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other 2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 2 — 0 - None  2 - Conditional  1 - Permanent  3 - Indefinite | | YES [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C BASIC LIFE ONLY | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS AND FICA | 09-15-97 | G FT-SEASONAL | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1 - Competitive Service  3 - SES General 2 - Excepted Service  4 - SES Career Reserved | E — E - Exempt  N - Nonexempt | 1223    805600 | 0072 |

| 38. Duty Station Code | 39. Duty Station *(City – County – State or Overseas Location)* | |
|---|---|---|
| GQ-0200-000 | ANDERSEN AB | GQ |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| KDH | | | | PENSACOLA FLORIDA (DCPS) |

45. Remarks

MIXED POSITION TEACHES:   0101   0102   0103    .
                    REMARKS - CONTINUED:
BEGINNING 09-15-97    .
ELIGIBLE 22.5% COLA AND 0% NFPD.   COLA AND NFPD ARE SUBJECT TO CHANGE WITHOUT
NOTICE.
FROZEN SERVICE:   NONE.
CREDITABLE MILITARY SERVICE:   NONE.
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DOD EDUCATION ACTIVITY | ALLEN BRITT PERSONNEL PROGRAM MANAGER B |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| DD16 | 4199 | 09-12-97 | |

TURN OVER FOR IMPORTANT INFORMATION
5-Part    50-316
Case 1:04-cv-00029    Document 25-2    Filed 06/03/2005    Page 5 of 21
1 – Employee Copy – Keep for Future Reference
Editions Prior to 7/91 Are Not Usable
NSN 7540-

 

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date Of Birth | 4. Effective Date |
|---|---|---|---|
| MUNOZ CARMEN R | 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 | 09-29-54 | 09-15-97 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 002 | 5-B. Nature Of Action  CORRECTION | 6-A. Code 170 | 6-B. Nature of Action  EXC APPT |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code ZLM | 6-D. Legal Authority 10 USC SEC 2164 |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | 0100 TEACHER (MIXED ELEMENTARY) D0100 |

| 8.Pay Plan | 9.Occ. Code | 10.Grade/Level | 11.Step/Rate | 12.Total Salary | 13.Pay Basi | 16.Pay Plan AD | 17.Occ Code 1701 | 18.Grade/Level 00 | 19.Step/Rate 11 | 20.Total Salary/Award $44,127.00 | 21.Pay Basis PA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay | | 12B. Locality Adj. | | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay $44,127 | | 20B. Locality Adj. $ 0 | | 20C. Adj. Basic Pay $44,127 | 20D. Other Pay $ 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | DEPARTMENT OF DEFENSE |
| | DOMESTIC DEPENDENT ELEMENTARY |
| | AND SECONDARY SCHOOLS |
| | GUAM ES 1 |

## EMPLOYEE DATA

| 23. Veterans Preference  1 - None  3 - 10-Point/Disability  5 - 10-Point/Other  1  2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 24. Tenure  0 - None  2 - Conditional  2  1 - Permanent  3 - Indefinite | 25. Agency Use | 26. Veterans Preference for RIF  YES  X  NO |
|---|---|---|---|
| 27. FEGLI  C  BASIC LIFE ONLY | 28. Annuitant Indicator  9  NOT APPLICABLE | | 29. Pay Rate Determinant  0 |
| 30. Retirement Plan  K  FERS AND FICA | 31. Service Comp. Date(Leave)  09-15-97 | 32. Work Schedule  F  FULL TIME | 33. Part-Time Hours Per Biweekly Pay Period |

## POSITION DATA

| 34. Position Occupied  2  1 - Competitive Service  3 - SES General  2 - Excepted Service  4 - SES Career Reserve | 35. FLSA Category  E  E - Exempt  N - Nonexempt | 36. Appropriation Code  1223  805600 | 37.Bargaining Unit Status  7777 |
|---|---|---|---|
| 38. Duty Station Code  GQ-0200-000 | 39. Duty Station (City-Country-State or Overseas Location)  ANDERSEN AB | | |
| 40. Agency Data  PLC | 41. | 42. | 43. | 44.  PENSACOLA FLORIDA (DCPS) |

45. Remarks

MIXED POSITION TEACHES: 0101 0102 0103

CORRECTS ITEM 21 FROM SY; ITEM 32 FROM G

ALSO CORRECTS ITEM 37 FROM 0072

| 46. Employing Department or Agency  DOD EDUCATION ACTIVITY | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| 47. Agency Code  DD16 | 48. Personnel Office ID  4199 | 49. Approval Date  02-03-98 | LVARETTA WRIGHT  PERSONNEL PROGRAM MANAGER B |

TURN OVER FOR IMPORTANT INFORMATION
5-Part     50-316

LABOR-00029     Document 25-2     Filed 06/03/2005     Page 6 of 21

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Exhibit 2




Standard Form 50-B
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle)<br>RODRIGUEZ CARMEN K | 2. Social Security Number<br>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 | 3. Date Of Birth<br>09-29-54 | 4. Effective Date<br>07-16-98 |
|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code<br>780 | 5-B. Nature Of Action NAME CHG FROM<br>MUNOZ CARMEN R | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code<br>CGM | 5-D. Legal Authority 5 U.S.C. 552A(E)(5) | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number<br>0100 TEACHER (MIXED ELEMENTARY)<br>D0100 | 15. TO: Position Title and Number<br>0100 TEACHER (MIXED ELEMENTARY)<br>D0100 |
|---|---|

| 8.Pay Plan<br>AD | 9.Occ. Code<br>1701 | 10.Grade/Level<br>00 | 11.Step/Rate<br>11 | 12.Total Salary<br>$44,127.00 | 13.Pay Basis<br>PA | 16.Pay Plan<br>AD | 17.Occ Code<br>1701 | 18.Grade/Level<br>00 | 19.Step/Rate<br>11 | 20.Total Salary/Award<br>$44,127.00 | 21.Pay Basis<br>PA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay<br>$44,127 | 12B. Locality Adj.<br>$ 0 | 12C. Adj. Basic Pay<br>$44,127 | 12D. Other Pay<br>$ 0 | | | 20A. Basic Pay<br>$44,127 | 20B. Locality Adj.<br>$ 0 | 20C. Adj. Basic Pay<br>$44,127 | 20D. Other Pay<br>$ 0 | | |

| 14. Name and Location of Position's Organization<br>DEPARTMENT OF DEFENSE<br>DOMESTIC DEPENDENT ELEMENTARY<br>AND SECONDARY SCHOOLS<br>GUAM ES 1 | 22. Name and Location of Position's Organization<br>DEPARTMENT OF DEFENSE<br>DOMESTIC DEPENDENT ELEMENTARY<br>AND SECONDARY SCHOOLS<br>GUAM ES 1 |
|---|---|

| 23. Veterans Preference<br>1<br>1 - None 3 - 10-Point/Disability 5 - 10-Point/Other<br>2 - 5-Point 4 - 10-Point/Compensable 6 - 10-Point/Compensable/30% | 24. Tenure<br>2<br>0 - None 2 - Conditional<br>1 - Permanent 3 - Indefinite | 25. Agency Use | 26. Veterans Preference for RIF<br>YES [X] NO |
|---|---|---|---|

| 27. FEGLI<br>C BASIC LIFE ONLY | 28. Annuitant Indicator<br>9 NOT APPLICABLE | 29. Pay Rate Determinant<br>0 |
|---|---|---|

| 30. Retirement Plan<br>K FERS AND FICA | 31. Service Comp. Date(Leave)<br>09-15-97 | 32. Work Schedule<br>F FULL TIME | 33. Part-Time Hours Per<br>Biweekly<br>Pay Period |
|---|---|---|---|

| 34. Position Occupied<br>2<br>1 - Competitive Service 3 - SES General<br>2 - Excepted Service 4 - SES Career Reserved | 35. FLSA Category<br>E<br>E - Exempt<br>N - Nonexempt | 36. Appropriation Code<br>1223 80S600 | 37. Bargaining Unit Status<br>7777 |
|---|---|---|---|

| 38. Duty Station Code<br>GQ-0200-000 | 39. Duty Station<br>ANDERSEN AB | (City-County-State or Overseas Location)<br>GQ |
|---|---|---|

| 40. Agency Data<br>KDH | 41. | 42. | 43. | 44.<br>PENSACOLA FLORIDA (DCPS) |
|---|---|---|---|---|

45. Remarks

    MIXED POSITION TEACHES:  0101  0102  0103

| 46. Employing Department or Agency<br>DOD EDUCATION ACTIVITY | 50. Signature/Authentication and Title of Approving Official<br>Electronically Signed<br>Kelly D. Hessig<br>Personnel Management Specialist |
|---|---|
| 47. Agency Code<br>DD16 | 48. Personnel Office ID<br>4199 | 49. Approval Date<br>07-16-98 | |

TURN OVER FOR IMPORTANT INFORMATION
5-Part     50.316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

1 - Employee Copy - Keep for Future Reference

Exhibit 3

# COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT

(This form is subject to the Privacy Act of 1974 - see back)

(See back for instructions - Please type or print)

**FOR AGENCY USE**

DD F701-08

**1. FULL NAME OF COMPLAINANT** (Last, First, Middle Initial)

Rodriguez, Carmen K.

**2. TELEPHONE NUMBER** (Include Area Code)

**3. ADDRESS** (Street, City, State, and ZIP Code)

160 E. San Antonio Ave.
Dededo, Guam 96912

**a. HOME**
(671) 727-8365

**b. OFFICE**
(671) 366-1511

**4. FEDERAL OFFICE YOU BELIEVE DISCRIMINATED AGAINST YOU**
(Prepare a separate complaint form for each office which you believe discriminated against you.)

**a. NAME OF OFFICE THAT YOU BELIEVE DISCRIMINATED AGAINST YOU**

Andersen Elementary School-
ADMINISTRATION

**b. ADDRESS OF OFFICE** (Street, City, State, and ZIP Code)

Unit 14057
APO AP
YIGO, GUAM 96543

**c. NAME AND TITLE OF PERSON(S) YOU BELIEVE DISCRIMINATED AGAINST YOU** (If you know)

SHARON K. HALL - ASSISTANT PRIN.
JOSEPH E. MASTERS - PRINCIPAL

**5. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?**
(If answer is "Yes" complete a, b, and c below.)

[✓] YES    [ ] NO

**a. NAME OF AGENCY WHERE YOU WORK**

DoDEA, Guam

**b. ADDRESS OF YOUR AGENCY** (Street, City, State, and ZIP Code)

PSC 490
Box 7655
FPO AP 96538-1600

**c. TITLE AND GRADE OF YOUR JOB**

GS-13
READING IMPROVEMENT SPECIALIST

**6. NAME AND ADDRESS** (Street, City, State, and ZIP Code) **OF YOUR REPRESENTATIVE** (If any)

VERONICA CAMACHO
36 ABW/CCD
Unit 14003
APO AP 96543-4003

**7. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE** (YYMMDD)

2001-03-13
Mr. Masters has prevented me from fulfilling my duties as "Reading is Fundamental" Coordinator of the school. He has failed to announce the RIF grant of $5,100. to our school, thereby jeopardizing issuance of the grant funds.

**8. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST**

| | | |
|---|---|---|
| [✓] | **a. RACE** (If so, state your race) | Chamorro |
| [✓] | **b. COLOR** (If so, state your color) | Brown |
| | **c. RELIGION** (If so, state your religion) | |
| | **d. NATIONAL ORIGIN** (If so, state your natural origin) | |
| | **e. SEX** (If so, state your sex) | Chamorro-Hispanic |
| | **f. AGE** (If so, state your age) | |
| | **g. HANDICAP** (If so, state whether mental or physical) | |
| | **h. SEXUAL HARASSMENT** (If so, state your sex and the sex of the person you believe harassed you) | |

[✓] i. reprisal

Mr. Masters has failed to comply with the federal guidelines of the RIF contract.

**9. EXPLAIN IN SPECIFICS HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST** (treated differently from other employees or applicants) **DUE TO YOUR RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, AGE, OR HANDICAP** (For each allegation, please state to the best of your knowledge, information and belief what incident occurred and when the incident occurred. If you need more space, continue on another sheet of paper)

1. Nonselection to SIP despite my SIP contract signed for SY 00-01. For the 2nd time.
2. Nonselection for professional training despite my repeated requests. I have not received professional training in my field while others have. (4 yrs)
3. Nonselection as a trainer/facilitator for Reading Staff Development days.
4. MR. MASTERS HAS PREVENTED ME FROM FULFILLING MY DUTIES AS RIF coordinator.

**10. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR** (See instructions)

[✓] YES    [ ] NO

**11. NAME OF COUNSELOR**

VERONICA CAMACHO

**12. STATE CORRECTIVE ACTION YOU ARE SEEKING**

1. Reinstatement as a SIP member for SY 2000-2001. (DIVERSITY, EQUITY)
2. Professional training (EQUITY)
3. Staff Development involvement as a trainer/facilitator of Reading.
4. RIF Program 4 be reinstated before the expiration date @ 30 Sep 01.

**13. SIGNATURE OF COMPLAINANT**

Carmen K. Rodriguez

**14. DATE OF THIS COMPLAINT** (YYMMDD)

01-04-12

[1]Complaints of discrimination because of age apply only to employees or applicants who were at least 40 years of age at the time the discriminatory action is alleged to have occurred.

CERTIFIED MAIL

7000 1670 0012 8915 0805

Carmen Rodriguez
___E. San Antonio Ave.
___edo, Guam 96912

U.S. POSTAGE PAID
TAMUNING, GU
APR 30 '01
AMOUNT
$3.74
0001594S-08

UNITED STATES POSTAL SERVICE

0000

Director of EEO, DoDEA
4040 North Fairfax Drive
Arlington, VA  22203-1634

22203+1613

RETURN RECEIPT
REQUESTED

Exhibit 4



**DEPARTMENT OF DEFENSE**
**EDUCATION ACTIVITY**
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1635

FEB 13 2002

Ms. Carmen K. Rodriguez
160 E. San Antonio Avenue
Dededo, Guam 96912

References:   (a)  Your formal complaint postmarked April 12, 2001.
(b)  Equal Employment Opportunity (EEO) Counselor's Report,
dated May 7, 2001, enclosed.
(c)  Title 29 of the Code of Federal Regulations, (CFR), Part 1614.

Dear Ms. Rodriguez:

This refers to your complaint of discrimination, Agency Docket Number DD-FY01-08.
Please refer to this number on all future correspondence. Your complaint will be processed in
accordance with reference (c).

**Background:**

On December 4, 2000, you contacted the EEO office to initiate counseling. Following
the completion of counseling, on March 22, 2001, you were given a Notice of Final
Interview/Right to File a Formal Complaint. On April 20, 2001, the EEO office acknowledged
receipt of your formal complaint, postmarked April 12, 2001.

**Discrimination Claims**

You alleged that you were subjected to a continuing hostile work environment and
discriminated against based on race (Chamorro), color (brown), national origin
(Chamorro/Hispanic), and reprisal for prior EEO activity, when:

1. During School Year 2000–01, you were denied the opportunity to be a member of the
School Improvement Program.

2. On December 8, 2000, you were denied the opportunity to attend any of seven training
courses you requested.

3. On September 12, 2000, you were embarrassed when an e-mail message addressed to
you regarding missing property was sent to other Department of Defense Dependents Schools.

4. On December 15, 2000, you were issued a letter of caution.

5. On November 2000, Mr. Joe Masters, Principal, impeded you from fulfilling your duties as RIF coordinator by not addressing your scheduling issues.

## Notice of Dismissal of Discrimination Complaint:

Based on my review, your complaint is dismissed in accordance with Title 29 CFR § 1614.107(a)(2), for failure to comply with applicable time limits contained in 29 CFR §1614.105(d). 29 CFR §1614.105(d) requires a Complainant to file a formal complaint within 15 calendar days of receipt of the Notice of Final Interview. The record establishes that the Agency's Notice of Final Interview was issued to you on March 22, 2001, accordingly, you had 15 calendar days, until April 6, 2001 to file your complaint with the Agency. The records establishes that you did not file your complaint with the Agency until April 12, 2001 the postmarked date. This filing was after the 15 calendar day deadline and requires the Agency to dismiss your complaint pursuant to 29 CFR §1614.105(d). It is further noted that the March 27, 2001, Notice of Final Interview clearly notified you of the 15 calendar day requirement for filing your complaint.

This is the Final Agency Decision (FAD) on your complaint. If you are dissatisfied with the decision to dismiss your complaint, you have the following appeal rights.

## Appeal Rights:

You have the right to appeal this FAD to the Equal Employment Opportunity Commission (EEOC) or to file a civil action in a U.S. District Court. If you elect to appeal, you have 30 calendar days from the date you receive this FAD within which to file. The appeal must be filed with the Director, Office of Federal Operations (OFO), EEOC, P.O. Box 19848, Washington, DC 20036; or by personal delivery to the Director, OFO, EEOC, 1801 L Street NW, 5th Floor, Washington, DC 20507; or by facsimile to the EEOC at (202) 663-7022.

Should you choose to file an appeal, please send a copy to Mr. James A. Trabue, EEO Specialist at the letterhead address. In or attached to the appeal, you must certify the date and method by which service was made on the Agency. A copy of EEOC Form 573, Notice of Appeal/Petition, is enclosed. You may file a brief or statement in support of your appeal with the OFO. The brief or statement must be filed within 30 calendar days of filing the notice of appeal.

If you elect to file a civil action, you must do so:

--within 90 calendar days of receipt of this final order, if you do not file an appeal with the EEOC, or

--within 90 calendar days of receipt of the EEOC's final decision, if you do file an appeal with the EEOC, or

--after 180 calendar days from the date of filing an appeal with the EEOC, if there has been no decision issued by the EEOC.

Please note that courts in some jurisdictions have interpreted the Civil Rights Act of 1991 in a manner suggesting that a civil action must be filed within 30 calendar days from the date of receipt of the decision. To ensure that any civil action is considered timely, you are advised to file it within 30 calendar days from the date of your receipt of this decision.

If you file a civil action, the Honorable Donald H. Rumsfeld, Secretary of Defense, must be named as the defendant. Failure to do so may result in the loss of any judicial redress to which you may be entitled.

If you decide to file a civil action under Title VII or under the Rehabilitation Act, you should consult with an attorney. The Agency cannot assist you in filing a civil action. If you cannot afford the services of an attorney, you may request that the court appoint an attorney to represent you and that the court permit you to file the action without payment of fees, costs, or other security. The granting or denial of such a request is within the sole discretion of the court. Filing a request for an attorney does not extend your time in which to file a civil action. The civil action must be filed within the above-referenced time limits.

If you have questions, please contact Mr. Trabue at the above letterhead address, (703) 696-9056 extension 2404 (voice), (703) 696-9059 (facsimile), or jtrabue@hq.odedodea.edu (e-mail).

Sincerely,

Alina Doreste-Johnson
Chief, Equal Employment
    Opportunity

Enclosure:
As stated

cc: Mr. Garth Terry, Agency Representative

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Department of Defense
Education Activity
4040 North Fairfax Drive
Arlington, VA 22203-1634

Attn: EEO/ *Turner/Rodriguez / Dismissal*

89

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

MS. CARMEN K. RODRIGUEZ
160 E. SAN ANTONIO AVENUE
DEDEDO, GUAM 96912

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature
X                                          ☐ Agent
                                           ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0015 9555 5685

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

---

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7099 3400 0015 9555 5685

MS. CARMEN K. RODRIGUEZ
160 E. SAN ANTONIO AVENUE
DEDEDO, GUAM 96912

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

FEB 13 2002

Total Postage & Fees $

Recipient's Name (Please Print Clearly) (to be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+4



**DEPARTMENT OF THE AIR FORCE**
PACIFIC AIR FORCES

MEMORANDUM FOR Ms Carmen Rodriguez

FROM: 36 ABW/CCD
        Unit 14003
        APO AP 96543-4003

SUBJECT: Notice of Final Interview, Informal EEO Complaint

1. This is a notice that on the above date, the final counseling interview was held in connection with the matter you presented to me as an EEO Counselor. You initially contacted Ms. Merlyn Bacungan, the Chief EEO Counselor on 06 Dec 00 and alleged that you were discriminated against because of race, color, national origin, and reprisal when you were not selected for the School Improvement Program and training opportunities. This notice also serves as notification of your right to file a formal complaint because the dispute you brought to my attention has not been resolved to your satisfaction.

2. If you believe that you have been discriminated against on the basis of race, color, national origin, disability (physical or mental), sex, age, religion, or reprisal for participation in a protected EEO activity, or for opposing an unlawful employment practice under the anti-discrimination laws, you have the right to file a complaint of discrimination within 15 calendar days after receipt of this notice in accordance with 26 CFR, Part 1614.105(d).

3. This complaint must be in writing and may be filed in person or by mail to the following official authorized to receive discrimination complaints:

        Director of EEO, DODEA
        4040 North Fairfax Drive
        Arlington, VA 22203-1635

4. The formal complaint must be filed on the attached DD Form 2655, Complaint of Discrimination in the Federal Government specifying the issues which form the basis (es) for the complaint and the matter giving rise to the complaint which were discussed with the EEO Counselor. If you add issues on which you have not been counseled, they may be dismissed and referred for further counseling.

5. The complaint should also state whether you have filed a grievance under a negotiated subject matter, including dates. This information is necessary for the agency to determine whether your complaint is appropriate for processing under 29 CFR Part 1614.

ATCH 7

6. If you retain an attorney or any other person as a representative, you must notify the Chief EEO Counselor.

*Veronica Camacho*

VERONICA CAMACHO
EEO Counselor

1 Attachment:
DD Form 2655 (enclosed)

Received by: *Carmen Rodriguez*    Date: 22 Mar 01

CARMEN RODRIGUEZ

Exhibit 5

# NOTICE OF APPEAL/PETITION
## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### OFFICE OF FEDERAL OPERATIONS

1. Appellant's name (Last, First, Middle): [Please Print or Type]

*Rodriguez, Carmen K.*

2. Home/mailing address:

*160 E. San Antonio Ave.*
*Dededo, Guam    96912*

3. Name and address of attorney or other representative, if any:

4. Appellant's daytime telephone number (incl. area code): *671- 366-1511*

5. Representative's telephone number (if applicable):

6. Has the appellant filed a formal complaint with his/her agency?

☐ No    ☑ Yes - indicate the Agency's complaint number: *DD-FY01-08*

7. Name of the agency being charged with discrimination:

*DoDEA    GUAM    DISTRICT*

8. Location of the duty station or local facility in which the complaint arose: *Andersen Elem. School*

9. Has a FINAL DECISION been issued by the agency, an Arbitrator, FLRA, or MSPB on this complaint?

☑ YES (Indicate the date the appellant RECEIVED it *2/26/02*, and ATTACH A COPY.)

☐ NO

☐ This appeal alleges a breach of a settlement agreement.

10. Has a complaint been filed on this same matter with this Commission, another agency, or through any other administrative or collective bargaining procedure?

☐ NO    ☑ YES (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate).

*36ᵗʰ ABW/CC D   EED*

11. Has a civil action (lawsuit) been filed in connection with this complaint?

☑ NO ☐ YES (ATTACH A COPY OF THE CIVIL ACTION FILED)

12. Signature of appellant or appellant's representative

*Carmen K. Rodriguez*

13. Date:

*3/16/02 Rec 3/16/02 via fax*

NOTICE: Before mailing this appeal, be sure to **attach a copy of the final decision** from which you are appealing, if one has been issued. Any comments or brief in support of the appeal MUST be filed with the Commission AND with the agency within 30 days of the date this appeal is filed. Making a knowingly false statement on this form is punishable by law. See 18 USC § 1001. **PRIVACY ACT STATEMENT ON REVERSE SIDE.**

FOR EEOC USE ONLY:                              OFO DOCKET NUMBER:

EEOC FORM 573 REV 4-92

Exhibit 6