DoDEA EEO Arlington, VA fax 703-696-9059

## FORMAL COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT

**AUTHORITY:** 42 U.S.C. 2000e-16(b) and (c); 29 U.S.C. Chapter 14; E.O. 12106.

**PRINCIPAL PURPOSE:** Formal filing of allegation of discrimination because of race, color, religion, sex, disability, age, national origin or reprisal.

**ROUTINE USES:** Information in this system may be disclosed to Federal, State or local investigating agencies, the Congress when inquiring on behalf of the individual; to any official engaged in the investigation of settlement of matters at issue; to the EEOC as necessary; and to another Federal agency or court in compliance with a subpoena.

**DISCLOSURE:** Voluntary; however, failure to complete all appropriate portions of this form may lead to dismissal of complaint on the basis of inadequate data on which to determine if complaint is acceptable. EEOC government-wide system notices EEOC/GOVT-1 applied.

| | |
|---|---|
| 1. NAME OF COMPLAINANT (Last, First, Middle Initial) <br><br> Social Security Number  Rodriguez, Carmen K. | 2. AGENCY DOCKET/COMPLAINT NO. (EEO OFFICE USE ONLY) <br><br> DD-FT02-16 |

| 3a. HOME PHONE NUMBER <br> 671-632-1745 | 3b. WORK PHONE NUMBER <br> 671-366-1511 | 4. HOME ADDRESS (Include city, state & zip code) <br> 160 E. San Antonio Ave. <br> Dededo, Guam 96929-5420 |
|---|---|---|

| 5. DO YOU HAVE A REPRESENTATIVE? <br> ☐ a. YES (Complete item 6)  ☒ b. NO | |
|---|---|
| 6. IF YES, PROVIDE NAME, ADDRESS & PHONE NUMBER OF REPRESENTATIVE (Include city, state, & zip code) <br><br><br> IS YOUR REPRESENTATIVE AN ATTORNEY? ☐ YES ☐ NO | 7. NAME OF AGENCY & ADDRESS WHERE ALLEGATIONS AROSE (Include city, state, & zip code) <br> Andersen Elementary School (DDESS) <br> Unit 14057 <br> APO AP 96543-4057 |

| 8. NAME & LOCATION OF AGENCY ORGANIZATION WHERE YOU WORK <br> Andersen Elem. School <br> AAFB, GUAM | 9. DATE OF MOST RECENT ACT OF ALLEGED DISCRIMINATION (MMDDYY) <br> Mar 19, 02 Mr. Joseph E. Masters addressed me as a man. | 10. ARE YOU A FEDERAL EMPLOYEE OR APPLICANT? <br> ☒ a. EMPLOYEE: GRADE, SERIES, TITLE  GS-12 <br><br> ☐ b. APPLICANT |
|---|---|---|

**11. REASON YOU BELIEVE YOU WERE DISCRIMINATED AGAINST ("X" BELOW)**

| | |
|---|---|
| ✓ a. RACE (If so, state your Race)  Chamorro | e. DISABILITY (Describe nature of your disability) <br> Physical:  Mental: |
| ✓ b. COLOR (If so, state your Color)  Brown | f. AGE (If so, state your date of birth) (Applies to persons at least 40 years of age at the time of alleged discriminatory action.) |
| c. RELIGION (If so, state your Religion) | ✓ g. SEX (If so, state your gender)  Female |
| ✓ d. NATIONAL ORIGIN (If so, state your Natural Origin)  Chamorro-Hispanic | ✗✓ h. REPRISAL (Provide date and nature of your participation in an EEO-protected activity or opposition to discrimination practices.)  Prior EED complaint Dec. 00 |

| 12. I HAVE DISCUSSED MY COMPLAINT WITH AN EEO COUNSELOR <br> ☒ a. YES (Complete 12c)  ☐ b. NO | 12c. IF YES, NAME & PHONE NUMBER OF COUNSELOR 671-366 <br> Vicky Camacho      5055 <br> Chundra Vickers DSN 645-5048 | 12d. DATE YOU FIRST This ASKED TO SEE AN EEO case COUNSELOR <br> 15 Mar 02 | 13. DATE RECEIVED NOTICE OF FINAL INTERVIEW/RIGHT TO FILE  29 Apr 02 |
|---|---|---|---|

**14. TELL BRIEFLY HOW YOU WERE DISCRIMINATED AGAINST; INCLUDE THE DATE OF EACH ALLEGED DISCRIMINATORY INCIDENT.** (That is, tell how you were treated from other employees or applicants because of your race, color, religion, sex, national origin, age, mental or physical disability or reprisal.)

4:00 — As a blatant act of reprisal, I was severely punished by Mr. Joe Masters (Principal) for filing an EED complaint. He refused/rejected every request I made for school involvement/training, SIP, RIF program coordinator, leave, etc. Mr Joseph E. Masters, Gordon Hayman and Dr. Richard Tom conspired to remove me as a Reading Specialist (cert.) 8/0

**15. WHAT SPECIFIC CORRECTIVE ACTION DO YOU WANT TAKEN ON YOUR COMPLAINT?** (If more than one allegation is being made, state overall corrective action desired and the specific correct action desired for each separate allegation.)

1. I would like to return to my former position as a Reading Specialist at Andersen Elementary School, GUAM. I want all reprisals to cease.
2. Administrators will be disciplined according to the fullest extent of this law.

| 16. HAVE ANY OF THE INCIDENTS LISTED IN ITEM 14 BEEN APPEALED TO THE MERIT SYSTEMS PROTECTION BOARD (MSPB) OR FILED UNDER A NEGOTIATED GRIEVANCE PROCEDURE? <br> ☐ a. YES. Explain (Include date and MSPB Docket No.)  ☒ b. NO.  2 | 17. SIGNATURE OF COMPLAINANT  Carmen K. Rodriguez |
|---|---|
| | 18. DATE OF COMPLAINT SIGNED BY COMPLAINANT (MMDDYY)  14 May 02 | 19. DATE COMPLAINT FILED (EEO OFFICE USE ONLY) |

(Conspirators)

Mrs. Jane Chop (Anglo-Am.) was hired from Okinawa and has since replaced Reading students and my former students. It is evident that she replaced me. Students did not receive vital service in Reading for 6 month...

(right margin notes, partially cut off) and pu... placed ... in a tea... position... was ... certifi... teach... (under...



# Exhibit
# B-1

3

# COUNSELOR'S REPORT

**1. NAME OF AGGRIEVED PERSON:** Ms. Carmen Rodriguez

**2. JOB TITLE, SERIES AND GRADE:** Comp Education/3rd Grade Classroom Teacher, AD-1701-15

**3. NAME AND ADDRESS OF AGENCY WHERE COMPLAINANT WORKS:**
Department of Defense Education Activity (DoDEA) Guam District Superintendent's Office, PSC 490 Box 7655, FPO, AP 96538-1600

**4. WORK PHONE:** 671-366-1511

**5. HOME ADDRESS:** 139 Tumon Village Road, Apt 12 Tumon, Guam 96911

**6. HOME PHONE NUMBER:** 671-632-1745

**7. NAME AND ADRESS OF AGENCY WHERE ALLEGATION AROSE:** Department of Defense Education Activity (DoDEA) Anderson Elementary School, Unit 14057, APO AP 96543-4057

**8. NAME OF COUNSELOR:** Ms. Chandra M. Vickers

**9. COUNSELOR'S WORK ADDRESS:** Department of Defense Education Activity (DoDEA), DoDDS Pacific EEO, Unit 35007, FPO AP 96373-5007

**10. COUNSELOR'S PHONE NUMBER:** 011-81-611-744-5661

**11. NAME AND ADRESS OF AGGRIEVED'S REPRESENTATIVE:** None

**12. PHONE NUMBER:**

**13. AGGRIEVED WILLING TO ALLOW USE OF HIS/HER NAME?** Yes

**14. BASIS OF COMPLAINT: (Example: Race (Black); Age (DOB: )**

| Race: unspecified | Sex _____ | Age _____ |
|---|---|---|
| Color: unspecified | Religion _____ | National Origin unspecified |
| Handicap (Physical/Mental) _____ | | Reprisal unspecified |

**15. ISSUE(S) AS PRESENTED TO COUNSELOR BY THE AGGRIEVED:** Complainant alleges she was removed as a Reading Recovery Teacher on March 5, 2002 from Anderson Elementary School by Principal, Joe Masters, because of her race (unspecified), national origin (unspecified), color (unspecified), and reprisal (unspecified) when an Anglo-American teacher,

*4*

Jane Chop was placed in the position.

**16. RESOLUTION REQUESTED BY THE AGGRIEVED:** Complainant would like to return to her certified position as a Reading Specialist and treated with equity as other African-American and Anglo-American employees are treated.

**17. DATES:**

    **a. ALLEGED DISCRIMINATORY INCIDENT OCCURRED:** March 5, 2002

    **b.** INITIAL CONTACT (with EEO Office): March 15, 2002

    **c. 45th DAY AFTER EVENT:** April 19, 2002

    **d. REASON WHY THE COMPLAINANT WAS DELAYED IN CONTACTING EEO BEYOND 45 DAYS, IF APPLICABLE: Not applicable**

    **e. INITIAL INTERVIEW CONDUCTED:** March 15, 2002

    **f. DATE EXTENSION GRANTED:**

    **g. NOTICE OF FINAL INTERVIEW ISSUED:** April 20, 2002

    **h. DATE ADR OFFERED, IF APPLICABLE:**

    **i. DATE NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT ISSUED:** April 20, 2002

    **j. DATE COUNSELOR'S REPORT REQUESTED:**

    **k. DATE COUNSELOR'S REPORT SUBMITTED:** November 9, 2002

**18. BACKGROUND - DESCRIPTION OF EVENTS LEADING TO THE ALLEGED DISCRIMINATORY ACT(S):** Complainant alleges she was removed as a Certified Reading Recovery Teacher on March 5, 2002, from Anderson Elementary School by Principal, Joe Masters, because of her race (unspecified), national origin (unspecified), color (unspecified), and reprisal (unspecified) to allow an Anglo-American teacher, Jane Chop to be placed in the position. She further alleges she was placed as a 3rd grade classroom teacher, which she is not certified in.

**19. THE AGGRIEVED'S DESCRIPTION OF ALLEGED DISCRIMINATORY ACT(S):** Complainant alleges she was removed as a Certified Reading Recovery Teacher on March 5, 2002, from Anderson Elementary School by Principal, Joe Masters, because of her race (unspecified), national origin (unspecified), color (unspecified), and reprisal (unspecified) to allow an Anglo-American teacher, Jane Chop to be placed in the position. She further alleges

5

she was placed as a 3rd grade classroom teacher, which she is not certified in.

## 20. PRINCIPAL AGENCY WITNESS (s) (PAWs):

NAME:  Mr. Joseph Masters
TITLE:   Principal
BASIS:  Race (African-American), Color (Black), National Origin (American)
ADDRESS: Department of Defense Education Activity (DoDEA) Guam District
Superintendent's Office, PSC 490 Box 7655, FPO, AP 96538-1600
PHONE:  671-366-1511
DATE ADVISED OF RIGHTS:  March 29, 2002

## 21. OTHER WITNESSES:

NAME:  Ms. Sherry Hall
TITLE:   Assistant Principal
ADDRESS: Department of Defense Education Activity (DoDEA) Guam District
Superintendent's Office, PSC 490 Box 7655, FPO, AP 96538-1600
PHONE:  671-366-1511

## 22. FACTS DEVELOPED:   The position was opened since the end of SY 00-01.  Ms. Rodriguez was not certified as a Reading Recovery Specialist and therefore was not qualified to continue in the position.

## 23. FINAL RESOLUTION FROM MANAGEMENT:  No resolution was reached.

## 24. FINAL INTERVIEW: Complainant requested a formal complaint form on May 13, 2002.  On April 20, 2002, complainant received the Notice of Right to File a formal complaint and read the message on April 25, 2002.  Complainant filed a formal complaint on May 14, 2002, 19 days from the date of the Notice of Right to File an EEO Complaint.

Chandra M. Vickers
EEO Counselor

DATE

6

DoDEA Pre-Complaint Counseling Package

Table of Contents

| TAB | DOCUMENT |
|-----|----------|
| A | Informal Complaint |
| B | Certification of Receipt of Notice of Rights and Responsibilities |
| C | Notification to Management of Discrimination Complaint |
| D | RMO Participation in EEO Complaint Process |
| E | Notice of Final Interview |
| F | Formal Complaint of Discrimination and EEO Counselor's Report |
| G | Copies of Reviewed Documents |
| H | Notice of Evidence Required to Establish Compensatory Damages |
| I | Copies of Aggrieved Substantiating Documentation |

7

## EEO PRE-COMPLAINT WORKSHEET

COMPLAINANT'S NAME: _Carmen Rodriguez_

APPLICANT OR EMPLOYEE: _____

DUTY SECTION'S TITLE: _Andersen Elem. School Classroom Teacher_

DUTY PHONE: _366-1511_        HOME PHONE: _720-8362_
                                            _477-1659_
HOME ADDRESS: _160 E. San Antonio Ave. Dededo, Gu 96932_

DATE COUNSELOR OR CHIEF COUNSELOR CONTACTED: _13 Mar 02_

DATE OF MOST RECENT OCCURRENCE: _05 Mar 02_

COMPLAINANT INFORMED OF RIGHT TO HAVE REPRESENTATIVE? _Yes_

REPRESENTATIVE'S NAME: _____

REPRESENTATIVE'S ADDRESS:

_8_

COMPL  NANT DESIRES TO REMAIN ANONYMOUS: _____ *NO*

RMO(s): _Joe Masters (Prin.) Sherry Hall (Asst. Prin.)_

## COMPLAINT BASIS (ES)

| | | | |
|---|---|---|---|
| ___ AGE | ✓ NATIONAL ORIGIN | ___ SEX | ✓ COLOR |
| ✓ RACE | ___ RELIGION | ___ HANDICAP | ✓ REPRISAL |

### ISSUE(S) ALLEGED

(Filed prior EEO Complaint)

I was removed as a Reading Specialist because of my race, national origin, and color. In addition, I firmly believe I was removed from a certified position and placed into a position for which I am not certified for (under duress) because of reprisal. I had filed a formal complaint w/ DoDEA EEO as well as ⌐ Air Base Wing EEO.

An Anglo-Am. teacher → **RESOLUTION REQUESTED** (from Okinawa was hired for readin

I would like to return to my certified position as a Reading Specialist which I held last year. I would like to be treated w/equity just as other African American and Anglo-American employees are treated.

9

**WHO (Person(s) you are filing a complaint on:**

Mr. Joe Masters, Principal, Andersen Elem. School

Mrs. Sherry Hall, Asst. Principal, Andersen Elem. School

**WHAT HAPPENED? (Name event(s) which triggered the complaint. :**

A faculty mtg. held on 05 Mar 02 in which Mrs. Sherry Hall announced (*as introduced (Mr. Jane chop)*) to the faculty that a reading teacher (*Kim Sing chop*) had been hired to teach reading grades 2, 3, 4, & 5 which was what I had been doing prior to SY 01-02.

> In the Union minutes it shows that the reading position was not announced.

**WHEN DID IT HAPPEN or when did you become aware of the potential discrimination?**

On 05 Mar 02, When Mrs. Sherry Hall made the announcement, I felt that I was involuntarily reassigned to a position that I am uncertified for to pave the way for another teacher (Anglo-American from Okinawa). This position has been vacated for the last 6 months until now.

**WHERE did the event happen?**

In the atrium at Andersen Elem. School at a faculty meeting.

**HOW did the event affect you on your employment:**

I felt severely discriminated against as documented in a previous EEO formal complaint. There is a pattern established here. In the past, I was removed from SIP, RIF Coordinator position, denied training opportunities, etc. I am the only Chamorro excluded. This has affected my health & my finance.

**WHY do you think it happened?**

It happened because of reprisal because I had filed prior EEO formal complaints against Mr. Joe Masters and Mrs. Sherry Hall (Assistant Principal). I feel that I am being punished for filing complaints. I also believe that I was also removed so that another teacher (Anglo-American) can be assigned the same duties. I believe they (Masters and Hall) did this to let me serve as an example to the rest of the other teachers what would happen to them if they filed charges or complaints against them.

Cr 15 Mar 02

10



**DEPARTMENT OF THE AIR FORCE**
PACIFIC AIR FORCES

MEMORANDUM FOR GUAM DODEA DISTRICT DIRECTOR

FROM: 36 ABW/CCD

SUBJECT: Pre-complaint of Discrimination Filed Within Your Organization

1. A complaint of alleged discrimination has been filed with this office. Pertinent information follows:

    a. Complainant's name and office symbol: Ms Carmen Rodriguez
                                  Andersen AFB Elementary School
    b. Organization complaint filed within: 45 Days
    c. Representative: None at this time
    d. Nature of alleged discrimination: Nonselection of Reading Recovery Teacher

    e. Allegation: Ms Rodriguez alleges she was discriminated against based on her race, national origin, color, and reprisal. She felt she was removed from the Reading Recovery Teacher in which she was certified in, to pave the way for Jane Chop (Anglo-American), recently hired.

    f. Corrective action sought: Assignment back to the Reading Recovery Teacher in which Ms Rodriguez was certified in, and be treated with equity just as other African American and Anglo-American employees are treated.

2. The appropriate officials in your organization will be contacted to schedule interviews. You will be kept apprised on the progress of the complaint, including method of disposition.

MERLYN BACUNGAN
EEO Manager

*//*



**DEPARTMENT OF THE AIR FORCE**
PACIFIC AIR FORCES

MEMORANDUM FOR DSO DODEA PERSONNEL OFFICE                          *29 Mar 02*
                    GUAM DISTRICT

FROM: 36 ABW/CCD

SUBJECT: Request for Documentation Concerning Informal EEO Complaint

1. The following information is provided to assist your office in compiling documentation in reference to an informal EEO complaint.

    a. Complainant: Ms Carmen Rodriguez
    b. Summary of nature of the complaint: Involuntary Assignment Based on Race, National Origin, Color, and Reprisal

2. The materials/info requested in connection with the above:
    a. Copy of current position description and personnel action.
    b. Copy of position description prior to involuntary assignment and personnel action.
    c. Copy of current performance plan and most recent performance appraisal.
    c. Name of Ms Rodriguez's 1st Level Supervisor
    d. Name of Ms Rodriguez's 2nd Level Supervisor
    e. Position Vacancy Announcement of the Reading Recovery Teacher position in which Ms Rodriguiz vacated as a result of the involuntary assignment.

3. These materials are relevant to the informal EEO complaint processing. Would also like to meet with one of your personnel specialist to inquire about recruitment and placement procedures. I will be visiting your Personnel Office on or before 23 Mar 02 to pick up the documents and information requested above. This information will be handled in accordance with the Privacy Act and other guidance concerning confidential information.

4. If you have question(s), need additional information, or identify other documents that may be helpful to this inquiry, please contact me at 366-5055 or the EEO Manager at 366-8143.

VICKY CAMACHO
EEO Counselor

*/12*

Date: April 18, 2002

Ms. Carmen Rodriguez
160 E. San Antonio Ave.
Dededo, Guam 96912

Dear Ms. Rodriquez

On 15 March 2002, you filed an Equal Employment Opportunity complaint with Anderson Air Force Base. On April 4, 2002, your complaint was turned over to me for processing. Since more than 30 calendar days have passed since your initial interview with Air Force personnel, I am providing you a Notice of Final Interview in accordance with 29 CFR, Section 1614.105(d). That is a standard notice established by the Equal Employment Opportunity Commission where the complainant is given the right to file a formal complaint of discrimination. I am also providing you the Formal Complaint Form to assist you in filing a formal complaint if that is your desire. A formal complaint must be filed within 15 calendar days from the date of receipt of the Notice of Final Interview.

Sincerely,

Chandra M. Vickers
EEO Specialist

*13*

| | |
|---|---|
| **From:** | Vickers, Chandra |
| **Sent:** | Saturday, April 20, 2002 8:27 AM |
| **To:** | Rodriguez, Carmen K. |
| **Cc:** | 'vicky.camacho@anderson.af.mil' |
| **Subject:** | EEO Complaint |
| **Importance:** | High |


THE ROLE OF THE
EEO COUNSELOR


RODRIGUEZ Notice
of Rights and..


Intake Form.doc..

D


Rodriguez End of
Counseling Le

e


Carmen Rodriguez
Notice of Fin...

ar Ms. Rodriguez,

I have received your fax and voicemails. During the August 2001 EEO/POSH training, I specifically said that EEO complaints involving DoDDS Pacific and DDESS Guam employee would be filed with my office, hence part of the reason for the training. Since that time, your complaint is the only complaint that has been filed with the Anderson Air Force Base EEO Office. DODEA EEO complaints will be filed with and processed by the DODEA EEO Office.

At this time, I would like to provide you with your rights and options. You may proceed with the attached documentation to file a formal EEO complaint or you may allow me the opportunity to address your complaint and attempt to resolve your claim through the EEO Inquiry Process or Alternative Dispute Resolution. Should you choose to proceed with filing a formal complaint, you must do so within 15 calendar days from the date of this letter. Should you wish to have your complaint processed through this office for informal EEO counseling, please fax the intake sheet and page 9 of the Notice of Right and Responsibilities to my office at the number below.

Whichever option you choose, I stand ready to assist you as needed.

Chandra Vickers
DoDEA SEPM/EEO Site Manager
DoDDS Pacific
Unit 35007
FPO AP 96373-5007
DSN 645-5048 (voice)
DSN 645-5046 (fax)

14

1

# Vickers, Chandra

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **To:** | Vickers, Chandra |
| **Sent:** | Thursday, April 25, 2002 6:46 PM |
| **Subject:** | Read: EEO Complaint |

Your message

| | |
|---|---|
| To: | Rodriguez, Carmen K. |
| Cc: | 'vicky.camacho@anderson.af.mil' |
| Subject: | EEO Complaint |
| Sent: | 4/20/02 8:27 AM |

was read on 4/25/02 6:46 PM.

/5

1



**DEPARTMENT OF DEFENSE
EDUCATION ACTIVITY**
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1635

JUN - 8 2002

Ms. Veronica Camacho
36 ABW/CCD
Unit 14003
APO AP 96543-4003

Dear Ms. Camacho:

This refers to a formal complaint of discrimination filed by Ms. Carmen K. Rodriquez, a Department of Defense school teacher assigned to Andersen Elementary School, Guam. The complaint was filed with this office on May 14, 2002, and assigned Agency Docket Number DD-FY02-16.

Ms. Rodriquez named you as the EEO counselor that processed her complaint. We have requested the Counselor Report via e-mail on two previous occasions, enclosure 1. It is critical that the Counselor's Report pertaining to Ms. Rodriquez' complaint be completed and forwarded to this office as soon as possible, since the 180 days to complete the investigation of this complaint started on May 14, 2002.

I thank you for your urgent attention to this matter. If you have questions concerning this matter, please contact me, at the letterhead address, (703) 696-9056 extension 2404 (voice), (703) 696-9059 (facsimile), or e-mail jtrabue@hq.odedodea.edu.

Thank You,

James A. Trabue
EEO Specialist

Enclosure
As Stated

*16*

**Trabue, Jim**

| | |
|---|---|
| **From:** | Trabue, Jim |
| **Sent:** | Wednesday, May 15, 2002 2:34 PM |
| **To:** | 'Vicky Camacho, EEO Counselor Guam' |
| **Cc:** | Doreste, Alina; Vickers, Chandra |
| **Subject:** | Counselor Report |

Hello Vicky

It is me again.

My name is Jim Trabue and I am one of several EEO specialist assigned to headquarters, Arlington, Va. Ms Carmen Rodriquez has filed a formal discrimination complaint and I need the Counselor Report. This claim alleged to have occurred on Mar 19, 2002.  Please send it to me as soon as possible, at:

      DODEA
      EEO Office
      4040 North Fairfax Dr
      Arlington, VA  22203-1635
      ATTN:  James Trabue

Please contact me if there are any questions, 703-696-9056 ext. 2404 (voice), 703-696-9056 (facsimile) or e-mail jtrabue@hq.odedodea.edu.

Thank you,

Jim

/7

1

| To: | 'Vicky Camacho, EEO Counselor Guam' |
|---|---|
| Cc: | Doreste, Alina; Vickers, Chandra |
| Subject: | RE: Counselor Report |

| Importance: | High |
|---|---|

Vicky

     This is a follow-up to my e:mail sent to you on May 15, 2002, @ 2;34PM requesting the Counselor Report for Ms. Carmen Rodriquez regarding her claim alleging discrimination on Mar 19, 2002. It is extremely important that the Counselor Report for Ms. Rodriquez be prepared and sent to this office at the below listed address as soon as possible for processing. I appreciate your attention to this matter, since more than 15 days has elapased after the report was requested.

Thank You,

Jim Trabue

>     -----Original Message-----
> | From: | Trabue, Jim |
> |---|---|
> | Sent: | Wednesday, May 15, 2002 2:34 PM |
> | To: | 'Vicky Camacho, EEO Counselor Guam' |
> | Cc: | Doreste, Alina; Vickers, Chandra |
> | Subject: | Counselor Report |
>
> Hello Vicky
>
>     It is me again.
>
>     My name is Jim Tribe and I am one of several EEO specialist assigned to headquarters, Arlington, Va. Ms Carmen Rodriquez has filed a formal discrimination complaint and I need the Counselor Report. This claim alleged to have occurred on Mar 19, 2002. Please send it to me as soon as possible, at:
>
> > DODEA
> > EEO Office
> > 4040 North Fairfax Dr
> > Arlington, VA 22203-1635
> > ATTN: James Tribe
>
>     Please contact me if there are any questions, 703-696-9056 ext. 2404 (voice), 703-696-9056 (facsimile) or e-mail jtrabue@hq.odedodea.edu.
>
> Thank you,
>
> Jim

*18*

1

| From: | Trabue, Jim |
|---|---|
| Sent: | Tuesday, June 04, 2002 3:34 PM |
| To: | 'Vicky Camacho, EEO Counselor Guam' |
| Cc: | Doreste, Alina; Vickers, Chandra |
| Subject: | RE: Counselor Report |

| Importance: | High |
|---|---|

Vicky

      This is a follow-up to my e:mail sent to you on May 15, 2002, @ 2;34PM requesting the Counselor Report for Ms. Carmen Rodriquez regarding her claim alleging discrimination on Mar 19, 2002. It is extremely important that the Counselor Report for Ms. Rodriquez be prepared and sent to this office at the below listed address as soon as possible for processing. I appreciate your attention to this matter, since more than 15 days has elapased after the report was requested.

Thank You,

Jim Trabue

      -----Original Message-----

| From: | Trabue, Jim |
|---|---|
| Sent: | Wednesday, May 15, 2002 2:34 PM |
| To: | 'Vicky Camacho, EEO Counselor Guam' |
| Cc: | Doreste, Alina; Vickers, Chandra |
| Subject: | Counselor Report |

Hello Vicky

      It is me again.

      My name is Jim Trabue and I am one of several EEO specialist assigned to headquarters, Arlington, Va. Ms Carmen Rodriquez has filed a formal discrimination complaint and I need the Counselor Report. This claim alleged to have occurred on Mar 19, 2002. Please send it to me as soon as possible, at:

      DODEA
      EEO Office
      4040 North Fairfax Dr
      Arlington, VA 22203-1635
      ATTN: James Trabue

      Please contact me if there are any questions, 703-696-9056 ext. 2404 (voice), 703-696-9056 (facsimile) or e-mail jtrabue@hq.odedodea.edu.

Thank you,

Jim

*19*

1

**Trabue, Jim**

| | |
|---|---|
| **From:** | Camacho Vicky GS-11 36CES/CSS [vicky.camacho@andersen.af.mil] |
| **Sent:** | Tuesday, June 11, 2002 2:14 AM |
| **To:** | Trabue, Jim |
| **Cc:** | Bacungan Merlyn GS-11 36MSS |
| **Subject:** | RE: Counselor Report |

Mr Trabue,

Sorry for the delay.  Our JA reviewing the counselor report was on TDY status and just returned yesterday.  I should be forwarding it to you soon.


-----Original Message-----
From: Trabue, Jim [mailto:JTrabue@hq.odedodea.edu]
Sent: Wednesday, June 05, 2002 5:34 AM
To: 'Vicky Camacho, EEO Counselor Guam'
Cc: Doreste, Alina; Vickers, Chandra
Subject: RE: Counselor Report
Importance: High


Vicky

        This is a follow-up to my e:mail  sent  to you on May 15, 2002,  @ 2;34PM requesting the
Counselor Report for Ms. Carmen Rodriquez regarding her claim alleging discrimination on Mar 19, 2002.  It is extremely important that the Counselor Report for Ms. Rodriquez be prepared and sent to
this office at the below listed address as soon as possible for processing. I appreciate your attention
to this matter, since more than 15 days has elapsed after the report was requested.

Thank You,

Jim Trabue


> -----Original Message-----
> From:        Trabue, Jim
> Sent:        Wednesday, May 15, 2002 2:34 PM
> To: 'Vicky Camacho, EEO Counselor Guam'
> Cc: Doreste, Alina; Vickers, Chandra
> Subject:  Counselor Report
>
> Hello Vicky
>
>     It is me again.
>
>     My name is Jim Tribe and I am one of several EEO specialist assigned
> to headquarters, Arlington, Va. Ms Carmen Rodriquez has filed a formal
> discrimination complaint and I need the Counselor Report. This claim
> alleged to have occurred on Mar 19, 2002.  Please send it to me as soon as
> possible, at:
>
>             DODEA
>             EEO Office
>             4040 North Fairfax Dr
>             Arlington, VA  22203-1635
>             ATTN:  James Tribe                20
>
>     Please contact me if there are any questions, 703-696-9056 ext. 2404
> (voice), 703-696-9056 (facsimile) or e-mail jtrabue@hq.odedodea.edu.

1

## Trabue, Jim

**From:** Trabue, Jim
**Sent:** Friday, June 14, 2002 11:24 AM
**To:** 'Merlyn Bacungan EEO Mgr Guam'
**Subject:** FW: Counselor Report

-----Original Message-----
**From:** Trabue, Jim
**Sent:** Friday, June 14, 2002 11:10 AM
**To:** Vickers, Chandra; 'Vicky Camacho, EEO Counselor Guam'
**Cc:** Doreste, Alina
**Subject:** Counselor Report

Hello:

This is in reference to the formal discrimination complaint filed by Ms. Carmen K. Rodriquez on May 14, 2002. Ms. Rodriquez reflected on her complaint form that she had been counseled by Ms. Vicky Camacho. The first person to initiate the EEO process in this case was when the meeting occurred between Ms. Rodriquez and Ms. Camacho, who served as the EEO Counselor. In compliance with MD 110, the Counselor provides a report that identifies the problem (claim).the basis, the results of an inquiry into the problem, address areas of dispute, rights, resolution efforts, and other standard requirements such as mixed case rights, notice of final interview, etc. When Ms. Rodriquez claim came in as required we acknowledged it on May 14 and on May 15, we requested a Counselor Report. We all are aware that there are a great number of suspense associated with processing EEO claims. Now I come to my problem - Counselor Report. To process this claim timely I need a Counselor Report like yesterday. Vicky read what you provided but that does not measure up to the Counselor Report. Chandra if you are going to do the Counselor Report, I need it NOW. By the time you read this message, more than 30 days will have elapsed in the 180 requirement to process a claim. Chandra, I assume you will do the Counselor Report. Please expedite it

.
Thanks,

Jim

-----Original Message-----
From: Camacho Vicky GS-11 36CES/CSS [mailto:vicky.camacho@andersen.af.mil]
Sent: Tuesday, June 11, 2002 2:14 AM
To: Trabue, Jim
Cc: Bacungan Merlyn GS-11 36MSS
Subject: RE: Counselor Report

Mr Trabue,

*21*