**Johnson, Rudene, , CPMS**

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Thursday, January 16, 2003 4:56 AM |
| **To:** | 'joe_masters@pac.odedodea.edu' |
| **Subject:** | Discrimination Complaint filed by Ms. Carmen Rodriguez, Agency Docket Number DD-FY02-16 |

My name is Ms. Rudene Johnson. I am a Complaint Investigator. I work for the Department of Defense, Civilian Personnel Mangement Service, Office of Complaint Investigations, Sacramento, California. I have been assigned to investigate the above referenced complaint.

The claim accepted for investigation is defined as, "Was the Complainant subjected to discrimination because of her race (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002, because a teacher was hired to the position of Reading Specialist at Andersen Elementary School, the same position she held prior to being involuntarily reassigned to a different teaching position".

I am contacting you for a statement in the above referenced complaint because you were directly involved in the claim accepted for investigation, or to determine whether you have any knowledge or information about it.

Attached is a declaration form for you to complete and fax to me at (916) 498-6527 by Monday, January 27, 2003.

Please be as specific as possible in your answers. If you cannot answer a question, please explain why.

If you have any questions at all, please e-mail me or call me at (916) 498-5332.



Joseph Masters'
Statement.doc

*63*

**Johnson, Rudene, , CPMS**

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Tuesday, February 18, 2003 6:56 PM |
| **To:** | 'joe_masters@pac.odedodea.edu' |
| **Subject:** | Your Declaration |

**Importance:** High

1. I am in receipt of your declaration.  Thank you.

2. A hard copy is not necessary.

3. Regarding your response to Question Q22, leave Ms. Rodriguez requested, I cannot be more specific because she was not specific about it.

Rudene Johnson
Investigator
(916) 498-5332
(916) 498-6527 (fax)

64



# Exhibit
# F-6

65

## RESPONSE TO QUESTION 2

November 29, 2002

MEMORANDUM FOR RECORD

Subject: Reassignment of Ms. Carmen Rodriquez

Ms. Rodriquez was reassigned to the position of Third Grade Teacher effective School Year 2001/2002. Ms. Rodriquez was reassigned because management had a need to increase third grade standardized reading scores. This was due to fact that third grade Andersen Elementary School students had previously scored below DoDEA standards.

Before Ms. Rodriquez's reassignment, she was teaching Compensatory Education. Compensatory Education encompasses support in one or more academic areas such as reading across all content areas, to include, Math, Science, Social Studies, Language Arts and Reading. Management elected to utilize Ms. Rodriguez to strengthen the Language Arts/Reading skills in the third grade in accordance with the School Improvement Plan.

Although Ms. Rodriguez's official title on the Standard Form 50 reads Compensatory Education (0460), her organizational title and responsibilities as reflected on her Performance Appraisal comment (SY 00-01) mirrors her utilization of her reading improvement specialist skills as noted in the additional comment section. The main goal of the Compensatory Education teacher is to provide support to the classroom teacher and augment student assignments. The Compensatory Education teacher position does not encompass formally testing students as assigned by her supervisors. The expectations established by her supervisors were to have a good Compensatory Education program that included anecdotal records and written observations on children during the time they are across academic content areas. Notes of this type are the basis for developing individual students education plans. These notes are gathered as the Compensatory Education Specialist instructs the children.

Ms. Rodriguez was not reassigned to teach Reading Recovery because she did not possess the mandatory teaching certification for Reading Recovery Specialist (0156). Ms. Rodriguez possess a Guam, Department of Education teaching certificate as an Elementary Education Teacher (0095-0108), Compensatory Education Teacher (460), and Reading Improvement Specialist (0411). Before her reassignment and EEO complaint, Ms. Rodriguez did not request consideration or movement into the vacant Reading Recovery position. Had Ms. Rodriguez requested consideration, she would not have met the eligibility requirements-she lacked a valid and current teaching certificate for Reading Recovery Specialist (0156).

*66*

In summary, Ms. Rodriguez took it upon herself on many occasions not to follow the assignments given to her by the undersigned and by Ms. Sherry Hall, Assistant Principal. Instead, Ms. Rodriguez ventured out on a course of instruction unrelated to her Compensatory Education position and contrary to the assignments given to her by her supervisors. Evidence of this attached.

Joe E. Masters
Principal, Andersen Elementary School

Attachments

67

**3rd Grade Reading**



68



# Exhibit
# F- 7

69

## Declaration under Penalty of Perjury

I, Sherry Hall, in accordance with 28 U.S.C. Section 1746, make the following statement:

*EFFECTS OF NONDISCLOSURE: Disclosure of information by me is voluntary; however, my failure to respond will result in a recommended disposition of the case on the basis of information available. Witnesses who are Department of Defense employees may be subject to administrative action for failure to testify.*

*AUTHORITY: The authority to collect the information requested by this interview is derived from one or more of the following: Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 5, United States Code, Sections 1302, 1303, 1304, 3301 and 3302; Executive Order 11478, as amended; Executive Order 10577; and 29 CFR 1614.*

*PURPOSES AND USES: The information supplied will be used as a part of the record in an equal employment opportunity discrimination complaint or grievance investigation. The record will be furnished to designees of agencies and departments of the Federal Government in order to resolve the complaint or grievance. The record may also be disclosed to any agency of the Federal Government having oversight or review authority with regard to Office of Personnel Management or Department of Defense activities, to the Federal intelligence agencies, or to others as published in the Federal Register.*

Q1:     How long have you been the Assistant Principal for the Andersen Elementary School in Guam?

A:  4 1/2 years

Q2:     What are the exact title, series and grade of your Assistant Principal position?

A: Assistant Principal  AD 08-10

Q3:     (a) Who do you report to? (b) For how long? Please be specific in answering all questions here.

A: (a) Mr. Joseph Masters     (b) 3 years

Q4:     Please state for the record, you (a) race, (b) skin color and (c) national origin or ancestry.

A: White  Irish/English

Q5:     Briefly describe your duties.

A: I serve as the assistant to the Principal with responsibility for providing supervision, Oversight, and guidance to staff members in an educational environment.

*70*

1

Q6:    What do you know about an EEO complaint Ms. Rodriguez filed in December 2000? Please be specific in answering this question, i.e., issue, basis, status, etc.

A: Said complaint was filed because Ms. Rodriguez was not selected from a pool of candidates for the SIP committee. Investigation was dropped after review of supporting documentation was submitted, to my knowledge.

*CLAIM ACCEPTED FOR INVESTIGATION: WAS THE COMPLAINANT THE VICTIM OF REPRISAL, RACE, COLOR AND NATIONAL ORIGIN DISCRIMINATION ON MARCH 5, 2002, BECAUSE A TEACHER HAD BEEN HIRED TO FILL A POSITION SHE HELD PRIOR TO BEING INVOLUNTARILY REASSIGNED TO A DIFFERENT TEACHING POSITION?*

Q7:    What was your role or involvement in the decision to (a) hire Ms. Rodriguez, (b) involuntarily reassign Ms. Rodriguez and (c) hire Ms.. Jane Chop? (c) Why were you involved or not involved? Please be specific in answering all questions here.

A: (a) No involvement in the decision to hire Ms. Rodriguez
    (b) Resource to Mr. Masters, AES Principal
    © No involvement in the decision to hire Ms. Jane Chop
    (d) I was informed that she had been hired for the position. No prior discussions were held with me about the hiring of Jane Chop.

Q8:    When was Ms. Rodriguez first hired?

A:  September 1997

Q9:    What were the exact title, series and grade of Ms. Rodriguez's position?
       Assigned to AES as a Mixed Elementary with possible assignment to the first, second or third grade level.

A: Q10:    Briefly describe Ms. Rodriguez's duties.

A: Ms. Rodriguez was initially hired as a Teacher (Mixed Elementary) with responsibility for providing basic curriculum subject instruction in a self-contained elementary classroom.

Q11:   When was Ms. Rodriguez reassigned out of her teaching position?

A: Ms. Rodriguez was reassigned from her position of Teacher (Mixed Elementary) to the position of Teacher (Compensatory Education Elementary) in August 1998. She was reassigned from the position of Teacher (Compensatory Education Elementary) to the position of Teacher (Elementary) in August 2002.

71

2

Q12:   Please explain what transpired that led to Ms. Rodriguez being involuntarily reassigned.

A: The PTR (Pupil-teacher-ratio) in grade three was high and Ms. Rodriguez's reassignment reduced the PTR to an acceptable level.

Q13:   What position was Ms. Rodriguez reassigned to?

A: Teacher (Elementary)

Q14:   Briefly describe her duties.

A: Classroom teacher with responsibility for providing appropriate instruction in a self-contained classroom for third grade students.

Q15:   (a) What happened to the position Ms. Rodriguez vacated, i.e., filled temporarily/permanently, abolished, etc., and (b) why? Please be specific in answering all parts of this question.

A: The position was not authorized on the manpower document and has not been filled.

Q16:   Why was someone else hired to fill the position Ms. Rodriguez was involuntarily reassigned out of? Please be specific in answering this question.

A: The position has not been filled

Q17:   Why was Ms. Rodriguez not returned to the position she was initially hired to fill? Please be specific in answering this question.

A: Ms. Rodriguez was initially hired as a classroom teacher and she was returned to that position.

Q18:   (a) Were race, skin color, national origin/ancestry and prior EEO activity factors considered in deciding to fill the position Ms. Rodriguez was involuntarily reassigned out of? (b) If yes, why? If not, what factors were considered and (c) why? Please be specific in answering all parts of this question.

A: No, the position was not filled.

In her formal complaint, Ms. Rodriguez says, "As a blatant act of reprisal, I was severely punished by Mr. Joe Masters (Principal) for filing an EEO complaint. He refused/rejected every request I made for school involvement (training, SIP, RIF Program Coordinator, leave, etc.). Mr. Joseph E. Masters, Gordon Harmon, Dr. Richard Tom conspired to remove me as a Reading Specialist (cert.) and purposely placed me in a teaching position I was not certified to teach. Ms. Jane Chop (Anglo-Am) was hired from Okinawa and has since served Reading Recovery students and

*72*

my former students. **It is evident that she replaced me. Students did not receive vital service** (*the rest of her statement was not legible*). **NOW ANSWER THE FOLLOWING QUESTIONS:**

Q19:   (a) When, (b) what kind of training and (c) why did Ms. Rodriguez request training? Please be specific in answering all parts of this question.

A: All staff members at AES have been provided a variety of professional development opportunities, to include Ms. Rodriguez. The only training I remember Ms. Rodriguez not being selected for was a technology conference being held in Japan. A committee of staff members reviewed all applicants, and selected a participant to attend.

Q20:   (a) When and (b) why did Ms. Rodriguez request the SIP? Please be specific in answering all parts of this question.

A: (a) 2002-2002 school year     (b) I don't know why she requested involvement.

Q21:   (a) When and (b) why did Ms. Rodriguez request the involvement of the RIF Program Coordinator? Please be specific in answering all parts of this question.

A: (a) 2000-2001     (b) Ms. Rodriguez iniated her involvement in the RIF program.

Q22:   (a) When and (b) why did Ms. Rodriguez request leave? Please be specific in answering all parts of this question.

A: Without knowing the time frame for which the information is requested, I am unable to review leave records to locate this information.

Q23:   (a) What else did Ms. Rodriguez request, (b) when and (c) why? Please be specific in answering all parts of this question.

A: I am unaware of what else Ms. Rodriguez may have requested.

Q24:   (a) Were Ms. Rodriguez's requests for training, the SIP, the involvement of the RIF Program Coordinator, leave, etc., denied? (b) If yes, were race, skin color, national origin/ancestry and prior EEO activity factors considered in deciding to deny these requests? If not, what factors were considered and (c) why? Please be specific in answering all questions here.

A: (a) Ms. Rodriguez was not selected for technology training in Japan. She was not selected for the SIP committee. Please give specific dates and I will check records. I do not recall leave being denied to Ms. Rodriguez.   (b) No. The qualifications of each applicant for SIP were the factors considered in the recommendation for the school committee. She was not selected for training that took place in Japan because she had previously been sent to Okinawa for off island training and there were other staff members who applied for the training that had never been selected for off island training.

*73*

This training was also targeted for classroom teachers not specialists. At the time Ms. Rodriguez was not serving as a classroom teacher.

Q25: Please comment on Ms. Rodriguez's assertion that "Mr. Joseph E. Masters, Gordon Harmon and Dr. Richard Tom conspired to remove me as a Reading Specialist. Please be specific in your comments.

A: I have no knowledge of this.

Q26: Please comment on Ms. Rodriguez's assertion that she was placed in a position she was not certified to teach. Please be specific in your comments.

A: To my knowledge, Ms. Rodriguez did possess a valid classroom teaching certificate for Elementary Education, issued by the Government of Guam, at the time she was assigned to the Mixed Elementary, third grade position.

Q27: (a) Is there anything else you would like to add regarding this claim? (b) If yes, please do so at this time.

A: No

I, Sherry Hall, declare under penalty of perjury, that the foregoing is true and correct.

*Sharon K. Hall*

**Sharon K. Hall**                                    **25 January 2003**
(Declarant's Signature)                              (Date)

*74*

5



**Department of Defense Education Activity**

DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS
## ANDERSEN ELEMENTARY SCHOOL
### UNIT 14057
### APO AP 96543-4057
FAX: 366-2532
DSN 671-366-1511/1512



# FAX

Sent To: **Rudene Johnson**    Date: **Feb. 19, 03**

Fax: **916-498-6527**    Number of Pages: **6**
                         (Including Cover Sheet)

From: **Sherry Hall**

Organization: **Andersen Elementary School**

Comments: **Have a Great Day.... ☺**

*Home of the Dolphins*

75

## Masters, Joe

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS [Rudene.Johnson@cpms.osd.mil] |
| **Sent:** | Thursday, January 16, 2003 7:56 PM |
| **To:** | 'joe_masters@pac.odedodea.edu' |
| **Subject:** | Discrimination Complaint filed by Ms. Carmen Rodriguez, Agency Do cket Number DD-FY02-16 |



Joseph Masters'
Statement.doc

My name is Ms. Rudene Johnson.  I am a Complaint Investigator.  I work for
the Department of Defense, Civilian Personnel  Mangement Service, Office of
Complaint Investigations, Sacramento, California.  I have been assigned to
investigate the above referenced complaint.

The claim accepted for investigation is defined as, "Was the Complainant
subjected to discrimination because of her race (Hispanic), color (brown),
national origin (Chamorro) and reprisal (prior EEO activity) on March 5,
2002, because a teacher was hired to the position of Reading Specialist at
Andersen Elementary School, the same position she held prior to being
involuntarily reassigned to a different teaching position".

I am contacting you for a statement in the above referenced complaint
because you were directly involved in the claim accepted for investigation,
or to determine whether you have any knowledge or information about it.

Attached is a declaration form for you to complete and fax to me at:
(916)
498-6527 by Monday, January 27, 2003.

Please be as specific as possible in your answers.  If you cannot answer a
question, please  explain why.

If you have any questions at all, please e-mail me or call me at (916)
498 5332.

<< Joseph Masters' Statement.doc>>

76

Case 1:04-cv-00029     Document 25-6     Filed 06/03/2005     Page 14 of 45

# Exhibit
## F-8

77

November 29, 2002

Memorandum for Rudene Johnson

Subject: Discrimination Complaint Investigation – Ms. Carmen K. Rodriguez
Agency Docket N. DD-FY02-16

1. Reference additional information request, question #8. (8. Copy of the vacancy announcement that indicates the vacancy announcement Ms. Rodriguez and/or Ms. Chop applied under was "open continuous".

The Guam School District was established in July 1997. At the time the Guam District was stood up, the DoDEA Personnel Center was the responsible office for announcing the positions. At the time a message was sent to all Department of Defense Dependents Schools (DoDDS) soliciting interest in transfers to Guam. This is established one list of eligible candidates. Simultaneously, a personnel team was sent to Guam to assess the potential pool of professional applicants locally. The recommendation of that team, for which I was the head of, was to conduct a local Job Fair. A local Job Fair was held and over 500 applicants applied for Professional Teaching positions. At the time we prepared an applicant checklist, which specified the requirements for teaching on Guam. From that time forward, we have openly and continuously accepted applications for professional teaching positions with the checklist serving as the requirement for potential applicants to meet. Please see attached checklist. Applications for professional teaching positions are active for one-year from the date the applicant submits a complete application packet in accordance with the checklist.

In instant case, Ms. Rodriguez could have expressed her interest in the Reading Recovery Teacher position at any time. Had she met the credential requirements, she could have been referred. However, Ms. Rodriguez did not possess a valid and current Professional Teaching Credential and /or Teaching Certificate for the category of Reading Recovery.

Thus, she could not be referred for a position that she did not hold a valid and current teaching certificate.

Gordon Harmon
HRO Guam

78

## Harmon, Gordon

| | |
|---|---|
| **From:** | Barcinas, Pauline |
| **Sent:** | Monday, December 03, 2001 7:18 AM |
| **To:** | Harmon, Gordon; Tom, Richard |
| **Subject:** | FW: READING RECOVERY TEACHER |

**Importance:**          High

FYI

-----Original Message-----

| | |
|---|---|
| **From:** | Nicholas, Betty (HQ) |
| **Sent:** | Saturday, December 01, 2001 12:08 AM |
| **To:** | Barcinas, Pauline |
| **Subject:** | RE: READING RECOVERY TEACHER |
| **Importance:** | High |

Hi Pauline,

Yes, we have one applicant, Jane Chop, who is in Okinawa. Is the

Attached is the Certificate. I'm also attaching the Spanish Teacher 0374 Certificate because I entered the wrong series number on the previous list.

Betty

  

GUAM0374.doc      GUAM0400.doc

-----Original Message-----

| | |
|---|---|
| **From:** | Barcinas, Pauline |
| **Sent:** | Thursday, November 29, 2001 4:38 PM |
| **To:** | Nicholas, Betty (HQ) |
| **Subject:** | RE: READING RECOVERY TEACHER |

Are there any candidates interested from DoDDS or other DDESS locations?

-----Original Message-----

| | |
|---|---|
| **From:** | Nicholas, Betty (HQ) |
| **Sent:** | Friday, November 30, 2001 6:27 AM |
| **To:** | Barcinas, Pauline |
| **Subject:** | READING RECOVERY TEACHER |
| **Importance:** | High |

Pauline,

Disregard the previous message I sent - I should have said, "We have NO Reading Recovery Teacher candidates."

Betty

## 79

# Department of Defense Domestic Dependent Elementary and Secondary Schools (DDESS)

## Referral and Selection List

Certificate #:  GUAM-0400
Issue Date: November 30, 2001

Contact Person: **BETTY NICHOLAS**
Phone Number: 703-696-6453 ext 1424
Fax Number: 703-696-8920

Expiration Date: December 31, 2001

Issued By: *Betty Nicholas*

============================================================

Position Title:  Teacher (Reading Recovery) 0400
Pay Plan, Series & Grade: AD-1701-00
Location: DDESS, GUAM

DOD STOPPER CLEARED 11-30-01. REQUISITION NUMBER NAV0503. (PERM)

| QUALIFIED CANDIDATES | TELEPHONE NO. | ACTION |
|---|---|---|
| CHOP, JANE L. | 01181 6117 46 4139 (H) <br> 01181 6117 45 7760 (W) | ———— |

============================================================
Use the following codes to report action: S=Selected, NS=Non-Selected, D=Declined,
UN=Unable to Contact.
============================================================
============================================================
To be completed by the selecting official.

Name                     SF-52 #                    Eff. Date

Selection made as noted in Action Column.  Where appropriate, selectees
_____ are listed in preference order (i.e., S1, S2, S3).

_____     None of the candidates were selected for the reasons noted above in
the Action column or on the reverse side of this form.

In making this selection, I recognize my EEO responsibilities.

_____          _____
Signature and Title               Date


*80*

Case 1:04-cv-00029     Document 25-6     Filed 06/03/2005     Page 18 of 45



# Exhibit
# F-9

81

**Johnson, Rudene, , CPMS**

| | |
|---|---|
| **To:** | JTrabue@hq.odedodea.edu |
| **Subject:** | Statements for Richard Tom, Chandra Vickers and Gordon Harmon |
| **Importance:** | High |

Mr. Trabue,

 When I emailed the above individuals at richard_tom@pac.odedodea.edu, cvickers@pac.odedodea.edu and gordon_harmon@pac.odedodea.edu, respectively, nothing came back to me saying the emails had not been received. Furthermore, when you spoke to me on the telephone, you told me that all of the statements were being reviewed by the agency rep or legal counsel (I do not remember which) before being returned to the witnesses for their date, signature and mailing.

When you emailed me that the above individuals had not received the declarations and gave me a different email address - richard_tom@odedodea.edu, chandra_vichers@odedodea.edu and gordon_harmon@odedodea.edu - all of them came back undeliverable. Accordingly, attached are the declarations for the above individuals.





Dr. Richard Tom's Statement.do...    Chandra Vickers' Statement.doc...    Gordon Harmon's Statement.doc

I will be turning in the Rodriguez Report of Investigation on Friday, February 28, 2003. If I receive the statements for the above individuals prior to February 28, 2003, they will be included in the report.

Rudene Johnson
Investigator

*82*

## Declaration under Penalty of Perjury

I, Dr. Richard Tom, in accordance with 28 U.S.C. Section 1746, make the following statement:

*EFFECTS OF NONDISCLOSURE: Disclosure of information by me is voluntary; however, my failure to respond will result in a recommended disposition of the case on the basis of information available. Witnesses who are Department of Defense employees may be subject to administrative action for failure to testify.*

*AUTHORITY: The authority to collect the information requested by this interview is derived from one or more of the following: Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 5, United States Code, Sections 1302, 1303, 1304, 3301 and 3302; Executive Order 11478, as amended; Executive Order 10577; and 29 CFR 1614.*

*PURPOSES AND USES: The information supplied will be used as a part of the record in an equal employment opportunity discrimination complaint or grievance investigation. The record will be furnished to designees of agencies and departments of the Federal Government in order to resolve the complaint or grievance. The record may also be disclosed to any agency of the Federal Government having oversight or review authority with regard to Office of Personnel Management or Department of Defense activities, to the Federal intelligence agencies, or to others as published in the Federal Register.*

Q1:    How long have you been the DODEA Director?

A:

Q2:    What are the exact title, series and grade of your position?

A:

Q3:    (a) Who do you report to? (b) For how long? Please be specific in answering all questions here.

A:

Q4:    Where are you located, i.e., Andersen Elementary School in Guam?

A:

Q5:    Please state for the record, you (a) race, (b) skin color and (c) national origin or ancestry.

A:

Q6:    Briefly describe your duties.

*83*

A:

Q7:     What do you know about an EEO complaint Ms. Rodriguez filed in December 2000? Please be specific in answering this question, i.e., issue, basis, status, etc.

A:

***CLAIM ACCEPTED FOR INVESTIGATION: WAS THE COMPLAINANT THE VICTIM OF REPRISAL, RACE, COLOR AND NATIONAL ORIGIN DISCRIMINATION ON MARCH 5, 2002, BECAUSE A TEACHER HAD BEEN HIRED TO FILL A POSITION SHE HELD PRIOR TO BEING INVOLUNTARILY REASSIGNED TO A DIFFERENT TEACHING POSITION?***

Q8:     What was your role or involvement in the decision to (a) hire Ms. Rodriguez, (b) involuntarily reassign Ms. Rodriguez and (c) hire Ms.. Jane Chop? (c) Why were you involved or not involved? Please be specific in answering all questions here.

A:

**In her formal complaint, Ms. Rodriguez says, "As a blatant act of reprisal, I was severely punished by Mr. Joe Masters (Principal) for filing an EEO complaint. He refused/rejected every request I made for school involvement (training, SIP, RIF Program Coordinator, leave, etc.). Mr. Joseph E. Masters, Gordon Harmon, Dr. Richard Tom conspired to remove me as a Reading Specialist (cert.) and purposely placed me in a teaching position I was not certified to teach. Ms. Jane Chop (Anglo-Am) was hired from Okinawa and has since served Reading Recovery students and my former students. It is evident that she replaced me. Students did not receive vital service (*the rest of her statement was not legible*). NOW ANSWER THE FOLLOWING QUESTIONS:**

Q9:     Please read and comment on what Ms. Rodriguez says about the requests she made for school involvement (training, SIP, RIF Program Coordinator, leave, etc.). Please be specific in your comments.

A:

Q10:     Please read and comment on what Ms. Rodriguez says about the conspiracy to remove her... Please be specific in your comments.

A:

Q11:     (a) Is there anything else you would like to add regarding this claim? (b) If yes, please do so at this time.

A:

*84*

I, Dr. Richard Tom, declare under penalty of perjury, that the foregoing is true and correct.

_____            _____
(Declarant's Signature)                                    (Date)

85

**Johnson, Rudene, , CPMS**

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Thursday, January 16, 2003 5:00 AM |
| **To:** | 'richard_tom@pac.odedodea.edu' |
| **Subject:** | Discrimination Complaint filed by Ms. Carmen Rodriguez, Agency Docket Number DD-FY02-016 |

My name is Ms. Rudene Johnson. I am a Complaint Investigator. I work for the Department of Defense, Civilian Personnel Mangement Service, Office of Complaint Investigations, Sacramento, California. I have been assigned to investigate the above referenced complaint.

The claim accepted for investigation is defined as, "Was the Complainant subjected to discrimination because of her race (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002, because a teacher was hired to the position of Reading Specialist at Andersen Elementary School, the same position she held prior to being involuntarily reassigned to a different teaching position".

I am contacting you for a statement in the above referenced complaint because you were directly involved in the claim accepted for investigation, or to determine whether you have any knowledge or information about it.

Attached is a declaration form for you to complete and fax to me at (916) 498-6527 by Monday, January 27, 2003.

Please be as specific as possible in your answers. If you cannot answer a question, please explain why.

If you have any questions at all, please e-mail me or call me at (916) 498-5332.



Dr. Richard Tom's
Statement.do ..

*86*

**Johnson, Rudene, , CPMS**

| | |
|---|---|
| From: | Johnson, Rudene, , CPMS |
| Sent: | Friday, February 14, 2003 6:39 PM |
| To: | 'richard_tom@odedodea.edu' |
| Cc: | 'JTrabue@hq.odedoeda.edu' |
| Subject: | Discrimination Complaint filed by Ms. Carmen Rodriguez, Agency Docket No. DD-FY02-016 |

Dr. Tom,

This is what I e-mailed to you on January 16, 2003:

My name is Ms. Rudene Johnson. I am a Complaint Investigator. I work for the Department of Defense, Civilian Personnel Mangement Service, Office of Complaint Investigations, Sacramento, California. I have been assigned to investigate the above referenced complaint.

The claim accepted for investigation is defined as, "Was the Complainant subjected to discrimination because of her race (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002, because a teacher was hired to the position of Reading Specialist at Andersen Elementary School, the same position she held prior to being involuntarily reassigned to a different teaching position".

I am contacting you for a statement in the above referenced complaint because you were directly involved in the claim accepted for investigation, or to determine whether you have any knowledge or information about it.

Attached is a declaration form for you to complete and fax to me at (916) 498-6527 by Monday, January 27, 2003.

Please be as specific as possible in your answers. If you cannot answer a question, please explain why.

If you have any questions at all, please e-mail me or call me at (916) 498-5332.


Dr. Richard Tom's
Statement.do

Given the time constraints, it is requested that your completed, signed and dated statement be faxed to me by Monday, February 24, 2003, to be included in the Report of Investigation.

Rudene Johnson
Investigator

87

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Friday, February 14, 2003 7:34 PM |
| **To:** | 'richard_tom@odedodea.edu' |
| **Cc:** | 'JTrabue@hq.odedodea.edu' |
| **Subject:** | Discrimination Complaint filed by Ms. Carmen Rodrigugez, Agency Docket No. DD-FY02-016 |

Dr. Tom,

This is what I e-mailed to you on January 16, 2003:

My name is Ms. Rudene Johnson. I am a Complaint Investigator. I work for the Department of Defense, Civilian Personnel Mangement Service, Office of Complaint Investigations, Sacramento, California. I have been assigned to investigate the above referenced complaint.

The claim accepted for investigation is defined as, "Was the Complainant subjected to discrimination because of her race (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002, because a teacher was hired to the position of Reading Specialist at Andersen Elementary School, the same position she held prior to being involuntarily reassigned to a different teaching position".

I am contacting you for a statement in the above referenced complaint because you were directly involved in the claim accepted for investigation, or to determine whether you have any knowledge or information about it.

Attached is a declaration form for you to complete and fax to me at (916) 498-6527 by Monday, January 27, 2003.

Please be as specific as possible in your answers. If you cannot answer a question, please explain why.

If you have any questions at all, please e-mail me or call me at (916) 498-5332.


Dr. Richard Tom's
Statement.doc...

Given the time constraints, it is requested that your completed, signed and dated statement be faxed to me by Monday, February 24, 2003, to be included in the Report of Investigation.

Rudene Johnson
Investigator

$88$

| From: | Mail Delivery Subsystem [MAILER-DAEMON@cpms.osd.mil] |
|---|---|
| Sent: | Friday, February 14, 2003 7:00 PM |
| To: | Rudene.Johnson@cpms.osd.mil |
| Subject: | Returned mail: Host unknown (Name server: hq.odedoeda.edu: host not found) |



ATT103159.TXT



Discrimination
Complaint filed...    The original message was received at Fri, 14 Feb 2003 18:59:08 -0500
from exchange.cpms.osd.mil [204.36.10.15]

----- The following addresses had permanent fatal errors -----
<JTrabue@hq.odedoeda.edu>

----- Transcript of session follows -----
<richard_tom@odedodea.edu>... Deferred: Connection timed out with dodea.odedodea.edu.
550 <JTrabue@hq.odedoeda.edu>... Host unknown (Name server: hq.odedoeda.edu: host not found)

*89*

## Johnson, Rudene, , CPMS

**From:** Tom, Richard [Richard_Tom@pac.odedodea.edu]

**Sent:** Saturday, February 22, 2003 8:31 PM

**To:** Trabue, Jim; Vickers, Chandra; Harmon, Gordon; 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'

**Cc:** Doreste, Alina; Sutemeier, Bob; Hinman, Elaine

**Subject:** RE: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon

Jim:
Thanks, I will get on this immediately and return my response back to you.

Rich

-----Original Message-----
**From:** Trabue, Jim
**Sent:** Saturday, February 22, 2003 3:24 AM
**To:** Tom, Richard; Vickers, Chandra; Harmon, Gordon; 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'
**Cc:** Doreste, Alina; Sutemeier, Bob; Hinman, Elaine
**Subject:** FW: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon
**Importance:** High

Hi **Rudene**:

This message officially notifies you in writing that in early December 2002, the Agency requested that the investigation of the Carmen Rodriquez discrimination complaint continue despite the fact the complainant wanted the investigation held pending improvement in her health condition. It was requested by the Agency that investigation be completed as much as possible.

Hi **Dr Tom, Ms. Vickers, & Mr. Harmon**:

Attached are statement to each of you from the OCI investigator in the Rodriquez complaint. These documents were sent to each of you on Jan 16, 03 with a suspense date of January 27, 03. Similar statements were sent were sent to Ms Hall and Mr. Masters, both of whom completed their statements and returned them to OCI. Failure to return your statement will result in an adverse annotation in the complaint file to the effect that the Agency did not cooperate in the investigation. Therefore it is imperative that you time complete and submit your statement, since such an annotation could adversely effect the out come on this complaint .

Thank you,

Jim

James A. Trabue
EEO Specialist
4040 N Fairfax Drive
Arlington, VA 22203-1635
(703) 696-9056 Ext 1459

*90*

-----Original Message-----
From: Johnson, Rudene, , CPMS [mailto:Rudene.Johnson@cpms.osd.mil]
Sent: Tuesday, February 18, 2003 7:05 PM
To: 'JTrabue@hq.odedodea.edu'
Subject: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon
Importance: High

Mr. Trabue,

1. When I emailed Dr. Tom, Ms. Vickers and Mr. Harmon at
richard_tom@pac.odedodea.edu <mailto:richard_tom@pac.odedodea.edu>,
cvickers@pac.odedodea.edu <mailto:cvickers@pac.odedodea.edu>, and
gordon_harmon@pac.odedodea.edu <mailto:gordon_harmon@pac.odedodea.edu>,
respectively, nothing came back to me says the emails had not been
delivered. Also, because the emails sent to Joe Masters and Sherry Hall at
joe_masters@pac.odedodea.edu <mailto:joe_masters@pac.odedodea.edu> and
shall@pac.odedodea.edu <mailto:shall@pac.odedodea.edu>, respectively,
resulted statements that were received, and subsequently forwarded to either
the agency rep or legal counsel for review before they were signed and
dated, I had no reason to believe Dr. Tom, Ms. Vickers and Mr. Harmon had
not received their statements. Also, in a telephone conversation with, I
believe someone from personnel, you told me that all of the statements were
in the process of being reviewed by either the agency rep or legal counsel
before being returned to the witnesses for their signature.

    Therefore, when I emailed you asking when I could expect the
statements and you told me that only Mr. Masters and Ms. Hall had received
their emails from me, I was surprised. When you gave me another email
address for Dr. Tom, Ms. Vickers and Mr. Harmon, richard_tom@odedodea.edu
<mailto:richard_tom@odedodea.edu>, chandra_vickers@odedodea.edu
<mailto:chandra_vickers@odedodea.edu> and gordon_harmon@odedodea.edu
<mailto:gordon_harmon@odedodea.edu>, respectively, all three came back as
undeliverable. Accordingly, I have attached all three statements for you to
get to these individuals. I will be turning the Rodriguez Report of
Investigation in on Friday, February 28, 2003. If I received signed and
dated statements from these three witnesses prior to that date, I will
incorporate them in the file.

 <<Dr. Richard Tom's Statement.doc>>    <<Chandra Vickers' Statement.doc>>
<<Gordon Harmon's Statement.doc>>


2. I am in receipt of Mr. Masters' statement.

Rudene Johnson
Investigator

*91*

## Johnson, Rudene, , CPMS

**From:** Trabue, Jim [JTrabue@hq.odedodea.edu]
**Sent:** Monday, February 24, 2003 9:07 AM
**To:** Rudene Johnson (rudene.johnson@cpms.osd.mil); Rudene Johnson (Business Fax)
**Cc:** Doreste, Alina
**Subject:** FW: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon

-----Original Message-----
**From:** Trabue, Jim
**Sent:** Monday, February 24, 2003 8:59 AM
**To:** 'Rudene Johnson (Business Fax)'
**Cc:** Doreste, Alina
**Subject:** FW: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon

Rudene attached is a reply from Dr Tom reference his statement.
Jim

-----Original Message-----
**From:** Tom, Richard
**Sent:** Sunday, February 23, 2003 9:20 PM
**To:** Trabue, Jim
**Cc:** Sutemeier, Bob
**Subject:** RE: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon

Jim:

I forwarded my response this morning to Bob Sutemeier for review.

Once he reviews it, I will forward it on to you.

Rich

-----Original Message-----
**From:** Trabue, Jim
**Sent:** Saturday, February 22, 2003 3:24 AM
**To:** Tom, Richard; Vickers, Chandra; Harmon, Gordon; 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'
**Cc:** Doreste, Alina; Sutemeier, Bob; Hinman, Elaine
**Subject:** FW: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon
**Importance:** High

Hi **Rudene**:

This message officially notifies you in writing that in early December 2002, the Agency requested that the investigation of the Carmen Rodriquez discrimination complaint continue despite the fact the complainant wanted the investigation held pending improvement in her health condition. It was requested by the Agency that investigation be completed as much as possible.

Hi **Dr Tom, Ms. Vickers, & Mr. Harmon**:

Attached are statement to each of you from the OCI investigator in the Rodriguez complaint. These documents were sent to each of you on Jan 16, 03

with a suspense date of January 27, 03. Similar statements were sent were sent to Ms Hall and Mr. Masters, both of whom completed their statements and returned them to OCI. Failure to return your statement will result in an adverse annotation in the complaint file to the effect that the Agency did not cooperate in the investigation. Therefore it is imperative that you time complete and submit your statement, since such an annotation could adversely effect the out come on this complaint .

Thank you,

Jim

James A. Trabue
EEO Specialist
4040 N Fairfax Drive
Arlington, VA 22203-1635
(703) 696-9056 Ext 1459

-----Original Message-----
From: Johnson, Rudene, , CPMS [mailto:Rudene.Johnson@cpms.osd.mil]
Sent: Tuesday, February 18, 2003 7:05 PM
To: 'JTrabue@hq.odedodea.edu'
Subject: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gor don Harmon
Importance: High

Mr. Trabue,

1.  When I emailed Dr. Tom, Ms. Vickers and Mr. Harmon at
richard_tom@pac.odedodea.edu <mailto:richard_tom@pac.odedodea.edu>,
cvickers@pac.odedodea.edu <mailto:cvickers@pac.odedodea.edu>, and
gordon_harmon@pac.odedodea.edu <mailto:gordon_harmon@pac.odedodea.edu>,
respectively, nothing came back to me says the emails had not been
delivered.  Also, because the emails sent to Joe Masters and Sherry Hall at
joe_masters@pac.odedodea.edu <mailto:joe_masters@pac.odedodea.edu> and
shall@pac.odedodea.edu <mailto:shall@pac.odedodea.edu>, respectively,
resulted statements that were received, and subsequently forwarded to either
the agency rep or legal counsel for review before they were signed and
dated, I had no reason to believe Dr. Tom, Ms. Vickers and Mr. Harmon had
not received their statements.  Also, in a telephone conversation with, I
believe someone from personnel, you told me that all of the statements were
in the process of being reviewed by either the agency rep or legal counsel
before being returned to the witnesses for their signature.

    Therefore, when I emailed you asking when I could expect the
statements and you told me that only Mr. Masters and Ms. Hall had received
their emails from me, I was surprised.  When you gave me another email
address for Dr. Tom, Ms. Vickers and Mr. Harmon, richard_tom@odedodea.edu
<mailto:richard_tom@odedodea.edu>, chandra_vickers@odedodea.edu
<mailto:chandra_vickers@odedodea.edu> and gordon_harmon@odedodea.edu
<mailto:gordon_harmon@odedodea.edu>, respectively, all three came back as
undeliverable.  Accordingly, I have attached all three statements for you to
get to these individuals.  I will be turning the Rodriguez Report of
Investigation in on Friday, February 28, 2003.  If I received signed and
dated statements from these three witnesses prior to that date, I will

incorporate them in the file.

 <<Dr. Richard Tom's Statement.doc>>    <<Chandra Vickers' Statement.doc>>
<<Gordon Harmon's Statement.doc>>

2.  I am in receipt of Mr. Masters' statement.

Rudene Johnson
Investigator

*94*

## Johnson, Rudene, , CPMS

**From:** Johnson, Rudene, , CPMS

**Sent:** Tuesday, February 25, 2003 1:35 PM

**To:** 'Tom, Richard'

**Subject:** RE: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon

Noted.

-----Original Message-----
**From:** Tom, Richard [mailto:Richard_Tom@pac.odedodea.edu]
**Sent:** Saturday, February 22, 2003 8:31 PM
**To:** Trabue, Jim; Vickers, Chandra; Harmon, Gordon; 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'
**Cc:** Doreste, Alina; Sutemeier, Bob; Hinman, Elaine
**Subject:** RE: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon

Jim:

Thanks, I will get on this immediately and return my response back to you.

Rich

-----Original Message-----
**From:** Trabue, Jim
**Sent:** Saturday, February 22, 2003 3:24 AM
**To:** Tom, Richard; Vickers, Chandra; Harmon, Gordon; 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'
**Cc:** Doreste, Alina; Sutemeier, Bob; Hinman, Elaine
**Subject:** FW: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon
**Importance:** High

Hi **Rudene**:

This message officially notifies you in writing that in early December 2002, the Agency requested that the investigation of the Carmen Rodriquez discrimination complaint continue despite the fact the complainant wanted the investigation held pending improvement in her health condition. It was requested by the Agency that investigation be completed as much as possible.

Hi **Dr Tom, Ms. Vickers, & Mr. Harmon**:

Attached are statement to each of you from the OCI investigator in the Rodriguez complaint. These documents were sent to each of you on Jan 16, 03 with a suspense date of January 27, 03. Similar statements were sent were sent to Ms Hall and Mr. Masters, both of whom completed their statements and returned them to OCI. Failure to return your statement will result in an adverse annotation in the complaint file to the effect that the Agency did not cooperate in the investigation. Therefore it is imperative that you time complete and submit your statement, since such an annotation could adversely effect the out come on this complaint .

Thank you,

Jim

*95*

James A. Trabue
EEO Specialist
4040 N Fairfax Drive
Arlington, VA  22203-1635
(703) 696-9056 Ext 1459


-----Original Message-----
From: Johnson, Rudene, , CPMS [mailto:Rudene.Johnson@cpms.osd.mil]
Sent: Tuesday, February 18, 2003 7:05 PM
To: 'JTrabue@hq.ododea.edu'
Subject: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr.
Gor don Harmon
Importance: High

Mr. Trabue,

1.  When I emailed Dr. Tom, Ms. Vickers and Mr. Harmon at
richard_tom@pac.odedodea.edu <mailto:richard_tom@pac.odedodea.edu>,
cvickers@pac.odedodea.edu <mailto:cvickers@pac.odedodea.edu>, and
gordon_harmon@pac.odedodea.edu <mailto:gordon_harmon@pac.odedodea.edu>,
respectively, nothing came back to me says the emails had not been
delivered.  Also, because the emails sent to Joe Masters and Sherry Hall
at
joe_masters@pac.odedodea.edu <mailto:joe_masters@pac.odedodea.edu> and
shall@pac.odedodea.edu <mailto:shall@pac.odedodea.edu>, respectively,
resulted statements that were received, and subsequently forwarded to
either
the agency rep or legal counsel for review before they were signed and
dated, I had no reason to believe Dr. Tom, Ms. Vickers and Mr. Harmon had
not received their statements.  Also, in a telephone conversation with, I
believe someone from personnel, you told me that all of the statements
were
in the process of being reviewed by either the agency rep or legal
counsel
before being returned to the witnesses for their signature.

        Therefore, when I emailed you asking when I could expect the
statements and you told me that only Mr. Masters and Ms. Hall had
received
their emails from me, I was surprised.  When you gave me another email
address for Dr. Tom, Ms. Vickers and Mr. Harmon, richard_tom@odedodea.edu
<mailto:richard_tom@odedodea.edu>, chandra_vickers@odedodea.edu
<mailto:chandra_vickers@odedodea.edu> and gordon_harmon@odedodea.edu
<mailto:gordon_harmon@odedodea.edu>, respectively, all three came back as
undeliverable.  Accordingly, I have attached all three statements for you
to
get to these individuals.  I will be turning the Rodriguez Report of
Investigation in on Friday, February 28, 2003.  If I received signed and
dated statements from these three witnesses prior to that date, I will
incorporate them in the file.

  <<Dr. Richard Tom's Statement.doc>>    <<Chandra Vickers'
Statement.doc>>
<<Gordon Harmon's Statement.doc>>

*96*

2.  I am in receipt of Mr. Masters' statement.

Rudene Johnson
Investigator

*97*

# Exhibit
# F-10

## Johnson, Rudene, , CPMS

**To:** JTrabue@hq.odedodea.edu
**Subject:** Statements for Richard Tom, Chandra Vickers and Gordon Harmon

**Importance:** High

Mr. Trabue,

 When I emailed the above individuals at richard_tom@pac.odedodea.edu, cvickers@pac.odedodea.edu and gordon_harmon@pac.odedodea.edu, respectively, nothing came back to me saying the emails had not been received. Furthermore, when you spoke to me on the telephone, you told me that all of the statements were being reviewed by the agency rep or legal counsel (I do not remember which) before being returned to the witnesses for their date, signature and mailing.

When you emailed me that the above individuals had not received the declarations and gave me a different email address - richard_tom@odedodea.edu, chandra_vichers@odedodea.edu and gordon_harmon@odedodea.edu - all of them came back undeliverable. Accordingly, attached are the declarations for the above individuals.


Dr Richard Tom's
Statement.do...


Chandra Vickers'
Statement.doc...


Gordon Harmon's
Statement.doc

I will be turning in the Rodriguez Report of Investigation on Friday, February 28, 2003. If I receive the statements for the above individuals prior to February 28, 2003, they will be included in the report.

Rudene Johnson
Investigator

*99*

## Declaration under Penalty of Perjury

I, Gordon Harmon, in accordance with 28 U.S.C. Section 1746, make the following statement:

*EFFECTS OF NONDISCLOSURE: Disclosure of information by me is voluntary; however, my failure to respond will result in a recommended disposition of the case on the basis of information available. Witnesses who are Department of Defense employees may be subject to administrative action for failure to testify.*

*AUTHORITY: The authority to collect the information requested by this interview is derived from one or more of the following: Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 5, United States Code, Sections 1302, 1303, 1304, 3301 and 3302; Executive Order 11478, as amended; Executive Order 10577; and 29 CFR 1614.*

*PURPOSES AND USES: The information supplied will be used as a part of the record in an equal employment opportunity discrimination complaint or grievance investigation. The record will be furnished to designees of agencies and departments of the Federal Government in order to resolve the complaint or grievance. The record may also be disclosed to any agency of the Federal Government having oversight or review authority with regard to Office of Personnel Management or Department of Defense activities, to the Federal intelligence agencies, or to others as published in the Federal Register.*

Q1:     How long have you been the DODEA Personnel Officer?

A:

Q2:     What are the exact title, series and grade of your position?

A:

Q3:     (a) Who do you report to? (b) For how long? Please be specific in answering all questions here.

A:

Q4:     Where are you located, i.e., Andersen Elementary School in Guam?

A:

Q5:     Please state for the record, you (a) race, (b) skin color and (c) national origin or ancestry.

A:

Q6:     Briefly describe your duties.

*100*

I

A:

Q7:    What do you know about an EEO complaint Ms. Rodriguez filed in December 2000? Please be specific in answering this question, i.e., issue, basis, status, etc.

A:

***CLAIM ACCEPTED FOR INVESTIGATION: WAS THE COMPLAINANT THE VICTIM OF REPRISAL, RACE, COLOR AND NATIONAL ORIGIN DISCRIMINATION ON MARCH 5, 2002, BECAUSE A TEACHER HAD BEEN HIRED TO FILL A POSITION SHE HELD PRIOR TO BEING INVOLUNTARILY REASSIGNED TO A DIFFERENT TEACHING POSITION?***

Q8:    What was your role or involvement in the decision to (a) hire Ms. Rodriguez, (b) involuntarily reassign Ms. Rodriguez and (c) hire Ms.. Jane Chop? (c) Why were you involved or not involved? Please be specific in answering all questions here.

A:

**In her formal complaint, Ms. Rodriguez says, "As a blatant act of reprisal, I was severely punished by Mr. Joe Masters (Principal) for filing an EEO complaint. He refused/rejected every request I made for school involvement (training, SIP, RIF Program Coordinator, leave, etc.). Mr. Joseph E. Masters, Gordon Harmon, Dr. Richard Tom conspired to remove me as a Reading Specialist (cert.) and purposely placed me in a teaching position I was not certified to teach. Ms. Jane Chop (Anglo-Am) was hired from Okinawa and has since served Reading Recovery students and my former students. It is evident that she replaced me. Students did not receive vital service *(the rest of her statement was not legible)*. NOW ANSWER THE FOLLOWING QUESTIONS:**

Q9:    Please read and comment on what Ms. Rodriguez says about the requests she made for school involvement (training, SIP, RIF Program Coordinator, leave, etc.). Please be specific in your comments.

A:

Q10:   Please read and comment on what Ms. Rodriguez says about the conspiracy to remove her... Please be specific in your comments.

A:

Q11:   (a) Is there anything else you would like to add regarding this claim? (b) If yes, please do so at this time.

A:

*101*

2

I, Gordon Harmon, declare under penalty of perjury, that the foregoing is true and correct.

_____          _____
(Declarant's Signature)                          (Date)

*102*

**Johnson, Rudene, , CPMS**

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Thursday, January 16, 2003 5:02 AM |
| **To:** | 'gordon_harmon@pacodedodea.edu' |
| **Subject:** | Discrimination Complaint filed by Ms. Carmen Rodriguez, Agency Docket Number DD-FY02-016 |

My name is Ms. Rudene Johnson. I am a Complaint Investigator. I work for the Department of Defense, Civilian Personnel Mangement Service, Office of Complaint Investigations, Sacramento, California. I have been assigned to investigate the above referenced complaint.

The claim accepted for investigation is defined as, "Was the Complainant subjected to discrimination because of her race (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002, because a teacher was hired to the position of Reading Specialist at Andersen Elementary School, the same position she held prior to being involuntarily reassigned to a different teaching position".

I am contacting you for a statement in the above referenced complaint because you were directly involved in the claim accepted for investigation, or to determine whether you have any knowledge or information about it.

Attached is a declaration form for you to complete and fax to me at (916) 498-6527 by Monday, January 27, 2003.

Please be as specific as possible in your answers. If you cannot answer a question, please explain why.

If you have any questions at all, please e-mail me or call me at (916) 498-5332.



Gordon Harmon's
Statement.doc

*103*

| | |
|---|---|
| **From:** | Mail Delivery Subsystem [MAILER-DAEMON@cpms.osd.mil] |
| **Sent:** | Thursday, January 16, 2003 5:18 AM |
| **To:** | Rudene.Johnson@cpms.osd.mil |
| **Subject:** | Returned mail: Host unknown (Name server: pacodedodea.edu: host not found) |



ATT24452? TXT



Discrimination
Compliant filed..    The original message was received at Thu, 16 Jan 2003 05:17:30 -0500
from exchange.cpms.osd.mil [204.36.10.15]

----- The following addresses had permanent fatal errors -----
<gordon_harmon@pacodedodea.edu>

----- Transcript of session follows -----
550 <gordon_harmon@pacodedodea.edu>... Host unknown (Name server: pacodedodea.edu: host not found)

*104*

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Thursday, January 16, 2003 1:43 PM |
| **To:** | 'gordon_harmon@pac.odedodea.edu' |
| **Subject:** | Discrimination Complaint filed by Ms. Carmen Rodriguez, Agency Docket No. DD-FY02-016 |

**Importance:**  High

My name is Ms. Rudene Johnson. I am a Complaint Investigator. I work for the Department of Defense, Civilian Personnel Mangement Service, Office of Complaint Investigations, Sacramento, California. I have been assigned to investigate the above referenced complaint.

The claim accepted for investigation is defined as, "Was the Complainant subjected to discrimination because of her race (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002, because a teacher was hired to the position of Reading Specialist at Andersen Elementary School, the same position she held prior to being involuntarily reassigned to a different teaching position".

I am contacting you for a statement in the above referenced complaint because you were directly involved in the claim accepted for investigation, or to determine whether you have any knowledge or information about it.

Attached is a declaration form for you to complete and fax to me at (916) 498-6527 by Monday, January 27, 2003.

Please be as specific as possible in your answers. If you cannot answer a question, please explain why.

If you have any questions at all, please e-mail me or call me at (916) 498-5332.



Gordon Harmon's
Statement.doc

*105*

**Johnson, Rudene, , CPMS**

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Friday, February 14, 2003 7:13 PM |
| **To:** | 'gordon_harmon@odedodea.edu' |
| **Cc:** | 'JTrabue@hq.odedodea.edu' |
| **Subject:** | Discrimination Complaint filed by Ms. Carmen Rodriguez, Agency Docket No. DD-FY02-016 |

Mr. Harmon,

This is what I e-mailed to you on January 16, 2003 at gordon_harmon@pac.odedodea.edu:

My name is Ms. Rudene Johnson. I am a Complaint Investigator. I work for the Department of Defense, Civilian Personnel Mangement Service, Office of Complaint Investigations, Sacramento, California. I have been assigned to investigate the above referenced complaint.

The claim accepted for investigation is defined as, "Was the Complainant subjected to discrimination because of her race (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002, because a teacher was hired to the position of Reading Specialist at Andersen Elementary School, the same position she held prior to being involuntarily reassigned to a different teaching position".

I am contacting you for a statement in the above referenced complaint because you were directly involved in the claim accepted for investigation, or to determine whether you have any knowledge or information about it.

Attached is a declaration form for you to complete and fax to me at (916) 498-6527 by Monday, January 27, 2003.

Please be as specific as possible in your answers. If you cannot answer a question, please explain why.

If you have any questions at all, please e-mail me or call me at (916) 498-5332.


Gordon Harmon's
Statement.doc

Given the time constraints, it is requested that your completed, signed and dated statement be faxed to me by Monday February 24, 2003, to be incorporated in the Report of Investigation.

Rudene Johnson
Investigator

*106*

## Johnson, Rudene, , CPMS

| | |
|---|---|
| **From:** | Trabue, Jim [JTrabue@hq.odedodea.edu] |
| **Sent:** | Monday, February 24, 2003 9:16 AM |
| **To:** | 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'; 'Rudene Johnson (Business Fax)' |
| **Cc:** | Doreste, Alina; Sutemeier, Bob |
| **Subject:** | FW: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon |

**Importance:** High

Rudene Here is a reply from Mr. Harmon reference his statement.
Jim

-----Original Message-----
**From:** Harmon, Gordon
**Sent:** Sunday, February 23, 2003 5:51 PM
**To:** Trabue, Jim; Tom, Richard; Vickers, Chandra
**Cc:** Doreste, Alina; Sutemeier, Bob; Hinman, Elaine
**Subject:** RE: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon
**Importance:** High

Jim,

I just completed faxing my statement to Mr. Sutemeier for review. As soon as I receive any comments back from him, I will fax to you and email Ms. Johnson.

Thanks

Gordon

-----Original Message-----
**From:** Trabue, Jim
**Sent:** Saturday, February 22, 2003 3:24 AM
**To:** Tom, Richard; Vickers, Chandra; Harmon, Gordon; 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'
**Cc:** Doreste, Alina; Sutemeier, Bob; Hinman, Elaine
**Subject:** FW: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon
**Importance:** High

Hi **Rudene**:

This message officially notifies you in writing that in early December 2002, the Agency requested that the investigation of the Carmen Rodriquez discrimination complaint continue despite the fact the complainant wanted the investigation held pending improvement in her health condition. It was requested by the Agency that investigation be completed as much as possible.

Hi **Dr Tom, Ms. Vickers, & Mr. Harmon**:

Attached are statement to each of you from the OCI investigator in the Rodriguez complaint. These documents were sent to each of you on Jan 16, 03 with a suspense date of January 27, 03. Similar statements were sent were sent to Ms Hall and Mr. Masters, both of whom completed their statements and returned them to OCI. Failure to return your statement will result in an adverse annotation in

*107*