the complaint file to the effect that the Agency did not cooperate in the investigation. Therefore it is imperative that you time complete and submit your statement, since such an annotation could adversely effect the out come on this complaint .

Thank you,

Jim

James A. Trabue
EEO Specialist
4040 N Fairfax Drive
Arlington, VA 22203-1635
(703) 696-9056 Ext 1459

-----Original Message-----
From: Johnson, Rudene, , CPMS [mailto:Rudene.Johnson@cpms.osd.mil]
Sent: Tuesday, February 18, 2003 7:05 PM
To: 'JTrabue@hq.odedodea.edu'
Subject: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gor don Harmon
Importance: High

Mr. Trabue,

1.  When I emailed Dr. Tom, Ms. Vickers and Mr. Harmon at
richard_tom@pac.odedodea.edu <mailto:richard_tom@pac.odedodea.edu>,
cvickers@pac.odedodea.edu <mailto:cvickers@pac.odedodea.edu>, and
gordon_harmon@pac.odedodea.edu <mailto:gordon_harmon@pac.odedodea.edu>,
respectively, nothing came back to me says the emails had not been
delivered.  Also, because the emails sent to Joe Masters and Sherry Hall at
joe_masters@pac.odedodea.edu <mailto:joe_masters@pac.odedodea.edu> and
shall@pac.odedodea.edu <mailto:shall@pac.odedodea.edu>, respectively,
resulted statements that were received, and subsequently forwarded to either
the agency rep or legal counsel for review before they were signed and
dated, I had no reason to believe Dr. Tom, Ms. Vickers and Mr. Harmon had
not received their statements.  Also, in a telephone conversation with, I
believe someone from personnel, you told me that all of the statements were
in the process of being reviewed by either the agency rep or legal counsel
before being returned to the witnesses for their signature.

     Therefore, when I emailed you asking when I could expect the
statements and you told me that only Mr. Masters and Ms. Hall had received
their emails from me, I was surprised.  When you gave me another email
address for Dr. Tom, Ms. Vickers and Mr. Harmon, richard_tom@odedodea.edu
<mailto:richard_tom@odedodea.edu>, chandra_vickers@odedodea.edu
<mailto:chandra_vickers@odedodea.edu> and gordon_harmon@odedodea.edu
<mailto:gordon_harmon@odedodea.edu>, respectively, all three came back as
undeliverable.  Accordingly, I have attached all three statements for you to
get to these individuals.  I will be turning the Rodriguez Report of
Investigation in on Friday, February 28, 2003.  If I received signed and
dated statements from these three witnesses prior to that date, I will
incorporate them in the file.

*108*

<<Dr. Richard Tom's Statement.doc>>     <<Chandra Vickers' Statement.doc>>
<<Gordon Harmon's Statement.doc>>

2.  I am in receipt of Mr. Masters' statement.

Rudene Johnson
Investigator

*109*



# Exhibit
# F-||

110

## Declaration under Penalty of Perjury

I, Chandra Vickers, in accordance with 28 U.S.C. Section 1746, make the following statement:

*EFFECTS OF NONDISCLOSURE: Disclosure of information by me is voluntary; however, my failure to respond will result in a recommended disposition of the case on the basis of information available. Witnesses who are Department of Defense employees may be subject to administrative action for failure to testify.*

*AUTHORITY: The authority to collect the information requested by this interview is derived from one or more of the following: Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 5, United States Code, Sections 1302, 1303, 1304, 3301 and 3302; Executive Order 11478, as amended; Executive Order 10577; and 29 CFR 1614.*

*PURPOSES AND USES: The information supplied will be used as a part of the record in an equal employment opportunity discrimination complaint or grievance investigation. The record will be furnished to designees of agencies and departments of the Federal Government in order to resolve the complaint or grievance. The record may also be disclosed to any agency of the Federal Government having oversight or review authority with regard to Office of Personnel Management or Department of Defense activities, to the Federal intelligence agencies, or to others as published in the Federal Register.*

Q1:     How long have you been an EEO Specialist?

A:     I have been an EEO Specialist for the Agency, since July 14, 2001.

Q2:     What are the exact title, series and grade of your position?

A:     Equal Employment Specialist, GS-260-11

Q3:     (a) Who do you report to? (b) For how long? Please be specific in answering all questions here.

A:     Department of Defense Education Activity, Chief, Alina Doreste-Johnson

Q4:     Where are you located, i.e., Andersen Elementary School in Guam?

A:     Department of Defense Dependent Schools, Okinawa Japan

Q5:     Please state for the record, you (a) race, (b) skin color and (c) national origin or ancestry.

A:     Race (African-American), Skin color (Brown), and National Origin (American)

Q6:     Briefly describe your duties.

*///*

1

A: Process informal complaints of discrimination throughout the Pacific Region (Guam, Korea, Japan, and Okinawa) while attempting to resolve issues at the lowest level possible.

Q7: Please provide information regarding an EEO complaint Ms. Rodriguez filed in December 2000. Include the issue, basis, who the complaint was against, whether the complaint was resolved, and what the status of the complaint is now.

A: I did not process Ms. Rodriquez's December 2000 complaint. Ms. Rodriquez's complaint was processed at Anderson Air Force Base.

Q8: By what date can you provide a copy of the EEO Counselor's Report the complaint Ms. Rodriguez filed in December 2000?

A: I did not process Ms. Rodriquez's December 2000 complaint. Ms. Rodriquez's complaint was processed at Anderson Air Force Base.

Q9: (a) Was the complaint filed in December 2000 investigated? (b) If yes, by what date can you provide a copy of the Investigative Report, minus the exhibits, and a copy of the index?

A: I did not process Ms. Rodriquez's December 2000 complaint. Ms. Rodriquez's complaint was processed at Anderson Air Force Base.

### *CLAIM ACCEPTED FOR INVESTIGATION: WAS THE COMPLAINANT THE VICTIM OF REPRISAL, RACE, COLOR AND NATIONAL ORIGIN DISCRIMINATION ON MARCH 5, 2002, BECAUSE A TEACHER HAD BEEN HIRED TO FILL A POSITION SHE HELD PRIOR TO BEING INVOLUNTARILY REASSIGNED TO A DIFFERENT TEACHING POSITION?*

**In her formal complaint, Ms. Rodriguez says, "As a blatant act of reprisal, I was severely punished by Mr. Joe Masters (Principal) for filing an EEO complaint. He refused/rejected every r equest I made for school involvement (training, SIP, RIF Program Coordinator, leave, etc.). Mr. Joseph E. Masters, Gordon Harmon, Dr. Richard Tom conspired to remove me as a Reading Specialist (cert.) and purposely placed me in a teaching position I was not certified to teach. Ms. Jane Chop (Anglo-Am) was hired from Okinawa and has since served Reading Recovery students and my former students. It is evident that she replaced me. Students did not receive vital service *(the rest of her statement was not legible)*. NOW ANSWER THE FOLLOWING QUESTIONS:**

Q10: Please read what Ms. Rodriguez says in the above paragraph. Were any of these things raised in December 2000? Please be specific in your comments.

A: I did not process Ms. Rodriquez's December 2000 complaint. Ms. Rodriquez's complaint was processed at Anderson Air Force Base.

*//2*

2

Q11:  (a) Is there anything else you would like to add regarding this claim? (b) If yes, please do so at this time.

A:    No


I, Chandra Vickers, declare under penalty of perjury, that the foregoing is true and correct.

_Chandra M. Vickers_
(Declarant's Signature)

_____
(Date)

3

//3

**Johnson, Rudene, , CPMS**

**To:**                     JTrabue@hq.odedodea.edu
**Subject:**             Statements for Richard Tom,  Chandra Vickers and Gordon Harmon

**Importance:**       High

Mr. Trabue,

 When I emailed the above individuals at richard_tom@pac.odedodea.edu, cvickers@pac.odedodea.edu and
gordon_harmon@pac.odedodea.edu, respectively, nothing came back to me saying the emails had not been received.
Furthermore, when you spoke to me on the telephone, you told me that all of the statements were being reviewed by the
agency rep or legal counsel (I do not remember which) before being returned to the witnesses for their date, signature
and mailing.

When you emailed me that the above individuals had not received the declarations and gave me a different email
address - richard_tom@odedodea.edu, chandra_vichers@odedodea.edu and gordon_harmon@odedodea.edu - all of
them came back undeliverable.  Accordingly, attached are the declarations for the above individuals.



Dr. Richard Tom's
Statement.do



Chandra Vickers'
Statement.doc...



Gordon Harmon's
Statement.doc

I will be turning in the Rodriguez Report of Investigation on Friday, February 28, 2003.  If I receive the statements for the
above individuals prior to February 28, 2003, they will be included in the report.

Rudene Johnson
Investigator

*114*

**Johnson, Rudene, , CPMS**

| From: | Johnson, Rudene, , CPMS |
|---|---|
| Sent: | Thursday, January 16, 2003 5:14 AM |
| To: | 'cvickers@pac.odedodea.edu' |
| Subject: | Discrimination Complaint filed by Ms. Carmen Rodriguez, Agency Docket No. DD-FY02-016 |

Importance:       High

My name is Ms. Rudene Johnson. I am a Complaint Investigator. I work for the Department of Defense, Civilian Personnel Mangement Service, Office of Complaint Investigations, Sacramento, California. I have been assigned to investigate the above referenced complaint.

The claim accepted for investigation is defined as, "Was the Complainant subjected to discrimination because of her race (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002, because a teacher was hired to the position of Reading Specialist at Andersen Elementary School, the same position she held prior to being involuntarily reassigned to a different teaching position".

I am contacting you for a statement in the above referenced complaint because you were directly involved in the claim accepted for investigation, or to determine whether you have any knowledge or information about it.

Attached is a declaration form for you to complete and fax to me at (916) 498-6527 by Monday, January 27, 2003.

Please be as specific as possible in your answers. If you cannot answer a question, please explain why.

If you have any questions at all, please e-mail me or call me at (916) 498-5332.



Chandra Vickers'
Statement.doc...

//5

## Johnson, Rudene, , CPMS

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Friday, February 14, 2003 7:20 PM |
| **To:** | 'chandra_vickers@odedodea.edu' |
| **Cc:** | 'JTrabue@hq.odedodea.edu' |
| **Subject:** | Discrimination Complaint filed by Ms. Carmen Rodriguez, Agency Docket No. DD-FY02-016 |

This is what I e-mailed to you on January 16, 2003 at cvickers@pac.odedodea.edu:

My name is Ms. Rudene Johnson. I am a Complaint Investigator. I work for the Department of Defense, Civilian Personnel Mangement Service, Office of Complaint Investigations, Sacramento, California. I have been assigned to investigate the above referenced complaint.

The claim accepted for investigation is defined as, "Was the Complainant subjected to discrimination because of her race (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002, because a teacher was hired to the position of Reading Specialist at Andersen Elementary School, the same position she held prior to being involuntarily reassigned to a different teaching position".

I am contacting you for a statement in the above referenced complaint because you were directly involved in the claim accepted for investigation, or to determine whether you have any knowledge or information about it.

Attached is a declaration form for you to complete and fax to me at (916) 498-6527 by Monday, January 27, 2003.

Please be as specific as possible in your answers. If you cannot answer a question, please explain why.

If you have any questions at all, please e-mail me or call me at (916) 498-5332.



Chandra Vickers'
Statement.doc...

Given the time constraints, it is requested that your completed, signed and dated statement be faxed to me by Monday, February 24, 2003, to be incorporated in the Report of Investigation.

Rudene Johnson
Investigator

*A16*

## Johnson, Rudene, , CPMS

| | |
|---|---|
| **From:** | Vickers, Chandra [Chandra.Vickers@pac.odedodea.edu] |
| **Sent:** | Sunday, February 23, 2003 7:04 PM |
| **To:** | Trabue, Jim; Tom, Richard; Harmon, Gordon; 'Rudene Johnson (rudene.johnson@cpms.osd.mil)' |
| **Cc:** | Doreste, Alina; Sutemeier, Bob; Hinman, Elaine |
| **Subject:** | RE: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon |

**Importance:** High

-----Original Message-----
**From:** Trabue, Jim
**Sent:** Saturday, February 22, 2003 2:24 AM
**To:** Tom, Richard; Vickers, Chandra; Harmon, Gordon; 'Rudene Johnson
(rudene.johnson@cpms.osd.mil)'
**Cc:** Doreste, Alina; Sutemeier, Bob; Hinman, Elaine
**Subject:** FW: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon
**Importance:** High

Hi **Rudene**:

This message officially notifies you in writing that in early December 2002,
the Agency requested that the investigation of the Carmen Rodriquez discrimination
complaint continue despite the fact the complainant wanted the investigation held
pending improvement in her health condition. It was requested by the Agency that
investigation be completed as much as possible.

Hi **Dr Tom, Ms. Vickers, & Mr. Harmon**:

Attached are statement to each of you from the OCI investigator in the
Rodriguez complaint. These documents were sent to each of you on Jan 16, 03
with a suspense date of January 27, 03. Similar statements were sent were sent to
Ms Hall and Mr. Masters, both of whom completed their statements and returned
them to OCI. Failure to return your statement will result in an adverse annotation
in the complaint file to the effect that the Agency did not cooperate in the investigation.
Therefore it is imperative that you time complete and submit your statement, since
such an annotation could adversely effect the out come on this complaint .

Thank you,

Jim

James A. Trabue
EEO Specialist
4040 N Fairfax Drive
Arlington, VA 22203-1635
(703) 696-9056 Ext 1459          //7

-----Original Message-----
From: Johnson, Rudene, , CPMS [mailto:Rudene.Johnson@cpms.osd.mil]
Sent: Tuesday, February 18, 2003 7:05 PM
To: 'JTrabue@hq.odedodea.edu'
Subject: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gor
don Harmon
Importance: High

Mr. Trabue,

1.  When I emailed Dr. Tom, Ms. Vickers and Mr. Harmon at
richard_tom@pac.odedodea.edu <mailto:richard_tom@pac.odedodea.edu>,
cvickers@pac.odedodea.edu <mailto:cvickers@pac.odedodea.edu>, and
gordon_harmon@pac.odedodea.edu <mailto:gordon_harmon@pac.odedodea.edu>,
respectively, nothing came back to me says the emails had not been
delivered.  Also, because the emails sent to Joe Masters and Sherry Hall at
joe_masters@pac.odedodea.edu <mailto:joe_masters@pac.odedodea.edu> and
shall@pac.odedodea.edu <mailto:shall@pac.odedodea.edu>, respectively,
resulted statements that were received, and subsequently forwarded to either
the agency rep or legal counsel for review before they were signed and
dated, I had no reason to believe Dr. Tom, Ms. Vickers and Mr. Harmon had
not received their statements.  Also, in a telephone conversation with, I
believe someone from personnel, you told me that all of the statements were
in the process of being reviewed by either the agency rep or legal counsel
before being returned to the witnesses for their signature.

    Therefore, when I emailed you asking when I could expect the
statements and you told me that only Mr. Masters and Ms. Hall had received
their emails from me, I was surprised.  When you gave me another email
address for Dr. Tom, Ms. Vickers and Mr. Harmon, richard_tom@odedodea.edu
<mailto:richard_tom@odedodea.edu>, chandra_vickers@odedodea.edu
<mailto:chandra_vickers@odedodea.edu> and gordon_harmon@odedodea.edu
<mailto:gordon_harmon@odedodea.edu>, respectively, all three came back as
undeliverable.  Accordingly, I have attached all three statements for you to
get to these individuals.  I will be turning the Rodriguez Report of
Investigation in on Friday, February 28, 2003.  If I received signed and
dated statements from these three witnesses prior to that date, I will
incorporate them in the file.

  <<Dr. Richard Tom's Statement.doc>>    <<Chandra Vickers' Statement.doc>>
<<Gordon Harmon's Statement.doc>>


2.  I am in receipt of Mr. Masters' statement.

Rudene Johnson
Investigator

*118*

| | |
|---|---|
| **From:** | Vickers, Chandra [Chandra.Vickers@pac.odedodea.edu] |
| **Sent:** | Sunday, February 23, 2003 7:07 PM |
| **To:** | Trabue, Jim; Tom, Richard; Harmon, Gordon; 'Rudene Johnson (rudene.johnson@cpms.osd.mil)' |
| **Cc:** | Doreste, Alina; Sutemeier, Bob; Hinman, Elaine |
| **Subject:** | Statement |



Director.pdf

Signed copy

Chandra Vickers*
DoDEA Equal Employment Opportunity
DoDDS Pacific
Okinawa, Japan
Unit 35007
FPO AP 96376-5007
DSN 644-5661 (voice)
Comm 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-44-5661

-----Original Message-----
From: Chandra.Vickers@pac.odedodea.edu
[mailto:Chandra.Vickers@pac.odedodea.edu]
Sent: Monday, February 24, 2003 8:53 AM
To: Chandra.Vickers@pac.odedodea.edu
Subject: Directors Office

-----------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

Sent by: <Chandra.Vickers@pac.odedodea.edu>
Number of pages: 3
Document type: B/W Document
Attachment File Format: Adobe PDF

To view this document you need to use the Adobe Acrobat Reader.
For free copy of the Acrobat reader please visit:

http://www.adobe.com

For more information on the HP Digital Sender please visit:

http://www.digitalsender.hp.com

*119*

## Johnson, Rudene, , CPMS

**From:** Trabue, Jim [JTrabue@hq.odedodea.edu]

**Sent:** Monday, February 24, 2003 9:29 AM

**To:** 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'; 'Rudene Johnson (Business Fax)'

**Cc:** Doreste, Alina

**Subject:** FW: Statement

Rudene Here is the statement from Ms. Vickers
Jim

```
-----Original Message-----
From: Vickers, Chandra
Sent: Sunday, February 23, 2003 7:07 PM
To: Trabue, Jim; Tom, Richard; Harmon, Gordon; 'Rudene Johnson
(rudene.johnson@cpms.osd.mil)'
Cc: Doreste, Alina; Sutemeier, Bob; Hinman, Elaine
Subject: Statement

Signed copy

           Chandra Vickers*
           DoDEA Equal Employment Opportunity
           DoDDS Pacific
           Okinawa, Japan
           Unit 35007
           FPO AP 96376-5007
           DSN 644-5661 (voice)
           Comm 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-44-5661

-----Original Message-----
From: Chandra.Vickers@pac.odedodea.edu [mailto:Chandra.Vickers@pac.odedodea.edu]
Sent: Monday, February 24, 2003 8:53 AM
To: Chandra.Vickers@pac.odedodea.edu
Subject: Directors Office


-----------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

    Sent by:                      <Chandra.Vickers@pac.odedodea.edu>
    Number of pages:              3
    Document type:                B/W Document
    Attachment File Format:       Adobe PDF

To view this document you need to use the Adobe Acrobat Reader.
For free copy of the Acrobat reader please visit:

    http://www.adobe.com

For more information on the HP Digital Sender please visit:

    http://www.digitalsender.hp.com
```

*120*

# Exhibit
## F-12

121

## Declaration under Penalty of Perjury

I, Karen Adelman, in accordance with 28 U.S.C. Section 1746, make the following
statement:

*EFFECTS OF NONDISCLOSURE: Disclosure of information by me is voluntary;
however, my failure to respond will result in a recommended disposition of the case on
the basis of information available. Witnesses who are Department of Defense employees
may be subject to administrative action for failure to testify.*

*AUTHORITY: The authority to collect the information requested by this interview is
derived from one or more of the following: Title 5, Code of Federal Regulations, Sections
5.2 and 5.3; Title 5, United States Code, Sections 1302, 1303, 1304, 3301 and 3302;
Executive Order 11478, as amended; Executive Order 10577; and 29 CFR 1614.*

*PURPOSES AND USES: The information supplied will be used as a part of the record in
an equal employment opportunity discrimination complaint or grievance investigation.
The record will be furnished to designees of agencies and departments of the Federal
Government in order to resolve the complaint or grievance. The record may also be
disclosed to any agency of the Federal Government having oversight or review authority
with regard to Office of Personnel Management or Department of Defense activities, to
the Federal intelligence agencies, or to others as published in the Federal Register.*

Q1:    How long have you been the Staffing Point of Contact (POC) for the Andersen
       Elementary School in Guam?

A:     I am no longer a Staffing Specialist. I was the Staffing Specialist for DDESS
       Guam from 03-Jun-2001 until 01-Oct-2001, after that time I was working on pre-
       deployment issues for Modern DCPDS Deployment.

Q2:    What are the exact title, series and grade of your position?

A:     Human Resources Specialist (ER/LR/HRD), AD-0201-13-02

Q3:    (a) Who do you report to? (b) For how long? Please be specific in answering all
       questions here.

A:     (a) Bryan Weekley, Human Resources Officer, DoD DDESS  (b) 10-Feb-2002 is
       when Bryan Weekley reported onboard with DoD DDESS and became my
       supervisor. Prior to the establishment of the DDESS Area Service Center
       (DDESS ASC) and my relocation to the DDESS ASC on 27-Jan-2002, I reported
       to Anthony Muccio, Lead Personnel Management Specialist . I reported to
       Anthony Muccio from 03-Jun-2001 to 26 Jan-2002.

*122*

Q4:    Please state for the record, you (a) race, (b) skin color and (c) national origin or
       ancestry.

A:     (a) Caucasian  (b) White  (c) Irish

Q5:    Briefly describe your duties.

A:     My current duties are to develop, monitor, and provide advice/guidance and
       operational support on labor-management relations policies and matters,
       employee relations policies and matters;  provide comprehensive professional
       development structure for offering programs, services, and technical assistance to
       DDESS HQ personnelists and DDESS Human Resources Site Managers and
       Personnelists;  and to provide technical advisory service in the area of Workers'
       Compensation Programs.

Q6:    What do you know about an EEO complaint Ms. Rodriguez filed in December
       2000? Please be specific in answering this question, i.e., issue, basis, status, etc.

A:     I was contacted by Jim Trabue, HQ, DoDEA in November 2002 and asked to
       gather facts/documents in response to a Discrimination Complaint Investigation -
       ICO Ms. Carmen K. Rodriguez. I was provided information that stated Ms.
       Rodriguez's complaint was based on discrimination because of her race
       (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO
       activity). I requested Ms. Rodriguez's Official Personnel Folder to determine her
       employment history, I prepared a synopsis/chronology of events document that
       detailed her assignment history with DoD DDESS, and I contacted the Human
       Resources Office at the Guam District in an attempt to coordinate a consolidated
       response to Mr. Trabue as he had requested.

***CLAIM ACCEPTED FOR INVESTIGATION: WAS THE COMPLAINANT THE
VICTIM OF REPRISAL, RACE, COLOR AND NATIONAL ORIGIN
DISCRIMINATION ON MARCH 5, 2002, BECAUSE A TEACHER HAD BEEN
HIRED TO FILL A POSITION SHE HELD PRIOR TO BEING INVOLUNTARILY
REASSIGNED TO A DIFFERENT TEACHING POSITION?***

Q7:    What was your role or involvement in the decision to (a) hire Ms. Rodriguez, (b)
       involuntarily reassign Ms. Rodriguez and (c) hire Ms. Jane Chop? (c) Why were
       you involved or not involved? Please be specific in answering all questions here.

A:     (a) I had no involvement – was not employed with DoD DDESS at the time Ms.
       Rodriguez was hired in 1997 (b) I do not know when Ms. Rodriguez was
       officially involuntarily reassigned (c) I was not the Staffing Specialist at the time
       Ms. Chop was offered/accepted the position. Ms. Nicholas was the Staffing
       Specialist at that time.

*123*

Q8:    When was Ms. Rodriguez first hired?

A:    N/A – Instructed by Ms. Rudene Johnson only to answer questions 1-7

Q9:    What were the exact title, series and grade of Ms. Rodriguez's position?

A:    N/A – Instructed by Ms. Rudene Johnson only to answer questions 1-7

Q10:    When was Ms. Rodriguez reassigned out of her teaching position?

A:    N/A Instructed by Ms. Rudene Johnson only to answer questions 1-7

Q11:    Please explain what transpired that led to Ms. Rodriguez being involuntarily reassigned.

A:    N/A – Instructed by Ms. Rudene Johnson only to answer questions 1-7

Q12:    What position was Ms. Rodriguez reassigned to?

A:    N/A – Instructed by Ms. Rudene Johnson only to answer questions 1-7

Q13:    (a) What happened to the position Ms. Rodriguez vacated, i.e., filled temporarily/permanently, abolished, etc., and (b) why? Please be specific in answering all parts of this question.

A:    N/A – Instructed by Ms. Rudene Johnson only to answer questions 1-7

Q14:    Why was someone else hired to fill the position Ms. Rodriguez was involuntarily reassigned out of? Please be specific in answering this question.

A:    N/A – Instructed by Ms. Rudene Johnson only to answer questions 1-7

Q15:    Why was Ms. Rodriguez not returned to the position she was initially hired to fill? Please be specific in answering this question.

A:    N/A – Instructed by Ms. Rudene Johnson only to answer questions 1-7

Q16:    What advise did you give management (a) about reassigning Ms. Rodriguez, (b) filling the position Ms. Rodriguez was moved out of and (c) why? Please be specific in answering all parts of this question.

A:    N/A – Instructed by Ms. Rudene Johnson only to answer questions 1-7

**124**

In her formal complaint, Ms. Rodriguez says, "As a blatant act of reprisal, I was severely punished by Mr. Joe Masters (Principal) for filing an EEO complaint. He refused/rejected every request I made for school involvement (training, SIP, RIF Program Coordinator, leave, etc.). Mr. Joseph E. Masters, Gordon Harmon, Dr. Richard Tom conspired to remove me as a Reading Specialist (cert.) and purposely placed me in a teaching position I was not certified to teach. Ms. Jane Chop (Anglo-Am) was hired from Okinawa and has since served Reading Recovery students and my former students. It is evident that she replaced me. Students did not receive vital service (*the rest of her statement was not legible*). NOW ANSWER THE FOLLOWING QUESTIONS:

Q17:   Please read and comment on what Ms. Rodriguez says about the requests she made for school involvement (training, SIP, RIF Program Coordinator, leave, etc.).

A:     N/A – Instructed by Ms. Rudene Johnson only to answer questions 1-7

Q18:   (a) Did you provide management officials any guidance or assistance in deciding how to respond to Ms. Rodriguez requests for these types of "involvement"? (b) If yes, what was your advice or guidance? If not, why not and (d) who did? Please be specific in answering all parts of this question.

A:     N/A – Instructed by Ms. Rudene Johnson only to answer questions 1-7

Q19:   (a) Is there anything else you would like to add regarding this claim? (b) If yes, please do so at this time.

A:     N/A   Instructed by Ms. Rudene Johnson only to answer questions 1-7

I, Karen Adelman, declare under penalty of perjury, that the foregoing is true and correct.

*Karen Adelman*                              23-Jan-2003
(Declarant's Signature)                      (Date)

*125*

DDESS ASC
ATTN: Emily Karen Adelman
700 Westpark Drive, 3rd Floor
Peachtree City, GA 30269
PH: 678-364-8025
Fax:770-632-8720
Email: Karen_adelman@am.odedodea.edu



**DDESS
Area Service Center**



Department of Defense

## ddess

Domestic Dependent Elementary and Secondary Schools

# Fax

| | | | |
|---|---|---|---|
| **To:** | Rudene Johnson-CPMS | **From:** | Emily Karen Adelman |
| **Fax:** | 916-498-6527 | **Pages:** | 5  (includes cover sheet) |
| **Phone:** | | **Date:** | 1/23/2003 |
| **Re:** | | **CC:** | |

☐ **Urgent**     ☐ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

● **Comments:**

As requested-Thanks-Karen

Emily Karen Adelman
DDESS Human Resources Specialist

*126*

*Karen Adelman*



# Exhibit
# F-13

*127*

PREPARED 01 MAY 07  12:13

PERSONAL DATA - PRIVACY ACT OF 1974

DESIRE LIST (PA)                    AS OF 01 MAR 13    PCN N130050

DESIRE. ID 7X-GUAM-ANDERSEN RK EEO JTRABUE. PERS RECD CA CCPO 7X STAT 1 ENC. SL IF JEZ = "JO2000W" AND BAA NEQ
"8*#####**. ST BBA. OT LABEL SEL. AD 1 TO REG-01. HD PAGE 30 "EMPLOYEES ASSIGNED "TO ANDERSEN MS AS OF 13 MARCH 2001".;;
1 "NAME" 30 "PP-SERS-GR". 50 "POSITION TITLE" 98 "RACE".;; WR 1 BBA 30 JOU 32 "-." 33 JOP 37 "-." 38 JAO 50 JPC 98 TRLT
PR2. OCI FINAL SPACE 5 PRINT 5 "TOTAL" 15 REG-1.

Not Joe Masters & Carmen Rodriguez
Are the only two person known to have
prior EEO Activity

PAGE '0

PERSONAL DATA - PRIVACY ACT OF 1974

PCN N130050

128
Case 1:04-cv-00029    Document 25-7    Filed 06/03/2005    Page 21 of 50

DESIRE LIST (PA)

AS OF 01 MAR 13    PCN N130050

EMPLOYEES ASSIGNED TO ANDERSEN MS AS OF 13 MARCH 2001

| NAME | PP-SERS-GR | POSITION TITLE | RACE |
|------|-----------|----------------|------|
| ALCOTT DEBRA A | AD-1701-00 | 0105 TEACHER (FIFTH GRADE) | WHITE NON-HISPAN |
| BAKER LORIE A | GS-1702-03 | EDUCATIONAL AID | WHITE NON-HISPAN |
| BALDEVIA ROLYN J | AD-1701-00 | 0490 GUIDANCE COUNSELOR (ELEMENTARY) | ASIAN/PAC ISLNDR |
| BANTIGUE JUDITH U | GS-0326-04 | OFFICE AUTOMATION CLERK | WHITE NON-HISPAN |
| BARNHART GEORGE A JR | GS-0303-06 | SCHOOL SUPPORT ASSISTANT | BLACK NON-HISPAN |
| BARRETT FE ZOE L | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | ASIAN/PAC ISLNDR |
| BEEM MARGARITA | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | ASIAN/PAC ISLNDR |
| BELVIN MARY A | GS-1702-03 | EDUCATIONAL AID | WHITE NON-HISPAN |
| BERTUCCO JODI L | GS-0326-05 | OFFICE AUTOMATION ASSISTANT | WHITE NON-HISPAN |
| BERTUCCO KRISTINA | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| BOLMAR HEATHER | AD-1701-00 | 0151 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| BRIDGES RANDRA S | AD-1701-00 | 0100 TEACHER (MUSIC) | WHITE NON-HISPAN |
| BUNNENBERG LAURA G | AD-1701-00 | 0102 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| BURK BUFFI S | GS-1702-03 | EDUCATIONAL AID (SECOND GRADE) | WHITE NON-HISPAN |
| CACHOLA ADELTRUDIS V | GS-1702-03 | EDUCATIONAL AID | ASIAN/PAC ISLNDR |
| CANNON JEANNETTE M | GS-0326-05 | OFFICE AUTOMATION CLERK | HISPANIC |
| CAOILE LINDA L G | AD-1701-00 | 0104 TEACHER (FOURTH GRADE) | WHITE NON-HISPAN |
| CARTAGENA DIALMA | GS-0326-05 | OFFICE AUTOMATION ASSISTANT | WHITE NON-HISPAN |
| CASTINE LARONDA S | AD-1701-00 | 0155 TEACHER (PHYSICAL EDUCATION) | WHITE NON-HISPAN |
| COOPER ELLEN I | AD-1701-00 | 0104 TEACHER (FOURTH GRADE) | BLACK NON-HISPAN |
| COSTAS SARAH L | AD-1701-00 | EDUCATIONAL AID | WHITE NON-HISPAN |
| CRUZ JUAN P | GS-0303-05 | 0101 TEACHER (FIRST GRADE) | WHITE NON-HISPAN |
| CRUZ MARIE A C | AD-1701-00 | SCHOOL SUPPORT ASSISTANT | WHITE NON-HISPAN |
| CULVER DANIELLE V | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | ASIAN/PAC ISLNDR |
| DEWITT ROSITA K | GS-1702-03 | 0478 SCHOOL NURSE | ASIAN/PAC ISLNDR |
| DICKEN MELISSA R | AD-1701-00 | EDUCATIONAL AID | WHITE NON-HISPAN |
| DONAUERBERGER KELLI | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | ASIAN/PAC ISLNDR |
| DONALDSON CYNTHIA | AD-1701-00 | 0095 TEACHER (KINDERGARTEN) | WHITE NON-HISPAN |
| DOWNEY KRISTEN D | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| DUPUIS ALEXANDRA J | AD-1701-00 | 0105 TEACHER (FIFTH GRADE) | ASIAN/PAC ISLNDR |
| FLORES ELIZABETH | AD-1701-00 | 0150 TEACHER (ART) | WHITE NON-HISPAN |
| FRY CARRIE E | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| FULGHUM CHERYL F | GS-1702-04 | EDUCATIONAL AID (SPECIAL EDUCATION) | WHITE NON-HISPAN |
| GARCIA CARLITA S | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| GOLDHORN JANET | AD-1702-03 | EDUCATIONAL AID (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| GUERRERO BRIGIDA | GS-1701-00 | EDUCATIONAL AID | BLACK NON-HISPAN |
| HALL SHARON K | AD-1701-08 | 0436 TEACHER (ESL - ELEMENTARY) | WHITE NON-HISPAN |
| HARMON ARLENE DEVERA | AD-1701-00 | 0105 TEACHER (FIFTH GRADE) | WHITE NON-HISPAN |
| HELTON BRIAN K | AD-1701-00 | 1025 ASSISTANT PRINCIPAL (ELEMENTARY) | ASIAN/PAC ISLNDR |
| HERRERA KRISTINA J | GS-1702-04 | 0100 TEACHER (MIXED ELEMENTARY) | HISPANIC |
| HICKS HOPE E | GS-1702-03 | 0420 TEACHER (MILDLY LEARNING IMPAIRED - ELE) | HISPANIC |
|  |  | EDUCATIONAL AID (SPECIAL EDUCATION) |  |
|  |  | EDUCATIONAL AID |  |

PERSONAL DATA - PRIVACY ACT OF 1974

PCN N130050

PREPARED 01 MAY 07  12:13

PERSONAL DATA - PRIVACY ACT OF 1974

DESIRE LIST (PA)                    AS OF 01 MAR 13    PCN N130050

EMPLOYEES ASSIGNED TO ANDERSEN MS AS OF 13 MARCH 2001

| NAME | PP-SERS-GR | POSITION TITLE | RACE |
|------|------------|----------------|------|
| HINES MARGARET | AD-1701-00 | 0102 TEACHER (SECOND GRADE) | WHITE NON-HISPAN |
| HOFIUS SUSAN L | AD-1701-00 | 0095 TEACHER (KINDERGARTEN) | WHITE NON-HISPAN |
| JOHNSON GLENDA KC | GS-0318-06 | SECRETARY (OFFICE AUTOMATION) | ASIAN/PAC ISLNDR |
| JONES CYNTHIA S | AD-1701-00 | 0490 GUIDANCE COUNSELOR (ELEMENTARY) | BLACK NON-HISPAN |
| KING JANOLYN J | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| LARSEN MARY A | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| LUGO KYMBERLY Y | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| MAGOA BONNIE J | GS-1702-04 | EDUCATIONAL AID (SPECIAL EDUCATION) | WHITE NON-HISPAN |
| MAHER RUTH M | AD-1701-00 | 0200 TEACHER (MIXED MIDDLE) | WHITE NON-HISPAN |
| MANCE SUSAN | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| MARQUEZ FUMI S | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | ASIAN/PAC ISLNDR |
| MARTINEZ MYRNA S | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | ASIAN/PAC ISLNDR |
| MASTERS JOE E | AD-1701-05 | 1091 SCHOOL PRINCIPAL (ELEMENTARY) | WHITE NON-HISPAN |
| MAXEY SUSAN M | AD-1701-00 | 0095 TEACHER (KINDERGARTEN) | BLACK NON-HISPAN |
| MCCLUSKEY VALERIE A | AD-1701-00 | 0420 TEACHER (MILDLY LEARNING IMPAIRED - ELE) | WHITE NON-HISPAN |
| MCGURK ELIZABETH A | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| MCNEESE CAROLYN N | AD-1701-00 | 0103 TEACHER (THIRD GRADE) | WHITE NON-HISPAN |
| NILES DONA C | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| MONFLISHEINLEIN DORIS | AD-1701-00 | 0101 TEACHER (FIRST GRADE) | WHITE NON-HISPAN |
| MORRIS ALISA C | AD-1701-00 | 0478 SCHOOL NURSE | WHITE NON-HISPAN |
| MULBARGER JENNIFER C | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | ASIAN/PAC ISLNDR |
| MUNDELL MARQUITA J E | AD-1701-00 | 0095 TEACHER (KINDERGARTEN) | WHITE NON-HISPAN |
| NELSON SUZETTE K | AD-1701-00 | 0436 TEACHER (ESL-ELEMENTARY) | ASIAN/PAC ISLNDR |
| NORVELL MICHELLE L | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| OBRIENN JACQUELINE | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| OLIVAR CARISSA L | GS-1702-03 | EDUCATIONAL AID | WHITE NON-HISPAN |
| PALAGANAS LINDA | AD-1701-00 | 0429 TEACHER (PRESCHOOL HANDICAPPED) | ASIAN/PAC ISLNDR |
| PANGELINAN NICOLE R O | AD-1701-00 | 0490 GUIDANCE COUNSELOR (ELEMENTARY) | WHITE NON-HISPAN |
| PEREZ ANITA M | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | ASIAN/PAC ISLNDR |
| PETTY ANDRIA C | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| POWERS MARILYN K | AD-1701-00 | 0480 INFORMATION SPECIALIST (ELEMENTARY) | WHITE NON-HISPAN |
| PRITCHETT KIMBERLY L | GS-0326-05 | OFFICE AUTOMATION ASSISTANT | WHITE NON-HISPAN |
| RHODES DONNA J | GS-1702-03 | EDUCATIONAL AID (SPECIAL EDUCATION) | ASIAN/PAC ISLNDR |
| RITTMAN BRENDA | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| ROBINSON LUZVIMINDA O | GS-1702-04 | EDUCATIONAL AID (SPECIAL EDUCATION) | BLACK NON-HISPAN |
| RODRIGUEZ CARMEN K | AD-1701-00 | 0460 TEACHER (COMPENSATORY EDUCATION ELE) | HISPANIC |
| ROOS JANET M | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| SALAS LINDA B | GS-0326-05 | OFFICE AUTOMATION ASSISTANT | WHITE NON-HISPAN |
| SANMILIANO CARMELYN B | GS-1702-03 | EDUCATIONAL AID (SPECIAL EDUCATION) | ASIAN/PAC ISLNDR |
| SHAFFNER JEANENNE M | GS-1702-03 | EDUCATIONAL AID | WHITE NON-HISPAN |
| SHELDON ANNA L | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| SISON DORIANN | AD-1701-00 | 0103 TEACHER (THIRD GRADE) | HISPANIC |

PERSONAL DATA - PRIVACY ACT OF 1974

PCN N130050

PERSONAL DATA - PRIVACY ACT OF 1974

DESIRE LIST (PA)

AS OF 01 MAR 13    PCN N130050

EMPLOYEES ASSIGNED TO ANDERSEN MS AS OF 13 MARCH 2001

| NAME | PP-SERS-GR | POSITION TITLE | RACE |
|------|------------|----------------|------|
| SUDO MARTHA C | AD-1701-00 | 0105 TEACHER (FIFTH GRADE) | WHITE NON-HISPAN |
| SULLIVAN RUBY L | AD-1701-00 | 0095 TEACHER (KINDERGARTEN) | WHITE NON-HISPAN |
| TAITANO JOSEFINA P | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | ASIAN/PAC ISLNDR |
| TAITANO LILLIAN C | AD-1701-00 | 0155 TEACHER (PHYSICAL EDUCATION) | WHITE NON-HISPAN |
| TOCK CELIA J | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| TOUGHER WENDY T | GS-1102-04 | EDUCATIONAL AID | ASIAN/PAC ISLNDR |
| TRETASCO EILEEN C | AD-1701-00 | 0100 TEACHER (MIXED ELEMENTARY) | WHITE NON-HISPAN |
| WAGGONER JOSEPH | AD-1701-00 | 0103 TEACHER (THIRD GRADE) | WHITE NON-HISPAN |
| WALKER ROBIN H | GS-0326-05 | 0400 (OPEN) FOR MIXED "400" SERIES POSITIONS | WHITE NON-HISPAN |
| WARREN BARBARA DOCKHAM | AD-1701-00 | OFFICE AUTOMATION ASSISTANT | WHITE NON-HISPAN |
| WILLIAMS CRYSTAL S | AD-1701-00 | 0103 TEACHER (THIRD GRADE) | WHITE NON-HISPAN |
| WILLIS JERENE I | GS-0326-05 | 0433 TEACHER (TALENTED & GIFTED - ELEMENTARY) | ASIAN/PAC ISLNDR |
| WOLFF VIVIAN E | | OFFICE AUTOMATION ASSISTANT | WHITE NON-HISPAN |
| WOOD LISA M | | | |

TOTAL        98

END PAGE    3

# Exhibit
# F-14

132

## Andersen Elementary Staff
### SY 2001-2002

| Last Name | First | Title | Grade | Series | Race | EEO | Assignment |
|---|---|---|---|---|---|---|---|
| 1. Palaganas | Linda | Tcher | AD | 1701 | UNK | None | Pre KN |
| 2. Martino | Veronica | Tcher | AD | 1701 | UNK | None | KN   NEW HIRE |
| 3. Gray | Kim | Tcher | AD | 1701 | UNK | None | KN   NEW HIRE |
| 4. DeVera | Sharon | Tcher | AD | 1701 | UNK | None | KN NEW HIRE |
| 5. Tougher | Wendy | Tcher | AD | 1701 | UNK | None | KN |
| 6. Mance | Susan | Tcher | AD | 1701 | UNK | None | KN |
| 7. Berger | Kelli | Tcher | AD | 1701 | UNK | None | KN |
| 8. Martinez | Myrna | Tcher | AD | 1701 | UNK | None | KN |
| 9. Bridges | Pandra | Tcher | AD | 1701 | UNK | None | 1st   5th to 1st |
| 10. Cavin | Lori | Tcher | AD | 1701 | UNK | None | 1st   NEW HIRE |
| 11. Costas | Sarah | Tcher | AD | 1701 | UNK | None | 1st |
| 12. Flores | Elizabeth | Tcher | AD | 1701 | UNK | None | 1st |
| 13. Larsen | Mary | Tcher | AD | 1701 | UNK | None | 1st |
| 14. Marquez | Fumi | Tcher | AD | 1701 | UNK | None | 1st |
| 15. Miles | Dona | Tcher | AD | 1701 | UNK | None | 1st |
| 16. Pritchett | Kim | Tcher | AD | 1701 | UNK | None | 1st/ LI—LI to ½ LI & ½ 1st Grade |
| 17. Rhodes | Donna | Tcher | AD | 1701 | UNK | None | 1st |
| 18. Warren | Barbara | Tcher | AD | 1701 | UNK | None | 1st/Reading Recovery—Reading Recovery to ½ Reading Recovery & ⅓ 1st Grade |
| 19. Harmon | Arlene | Tcher | AD | 1701 | UNK | None | 2nd |
| 20. Hines | Margaret | Tcher | AD | 1701 | UNK | None | 2nd |
| 21. Lugo | Kymberly | Tcher | AD | 1701 | UNK | None | 2nd |
| 22. Perez | Anita | Tcher | AD | 1701 | UNK | None | 2nd |
| 23. Ranches | Laurie | Tcher | AD | 1701 | UNK | None | 2nd NEW HIRE |
| 24. Bunnenberg | Laura | Tcher | AD | 1701 | UNK | None | 2nd |
| 25. Sison | Dorian | Tcher | AD | 1701 | UNK | None | 2nd |
| 26. Beem | Margarita | Tcher | AD | 1701 | UNK | None | 3rd |
| 27. Bertucco | Kristina | Tcher | AD | 1701 | UNK | None | 3rd |
| 28. Hahn | Kathy | Tcher | AD | 1701 | UNK | None | 3rd NEW HIRE |
| 29. Oberheim | Jacqueline | Tcher | AD | 1701 | UNK | None | 3rd |
| 30. Waggoner | Joe | Tcher | AD | 1701 | UNK | None | 3rd |
| 31. Willis | Jerene | Tcher | AD | 1701 | UNK | None | 3rd |
| 32. Rodriguez | Carmen | Tcher | AD | 1701 | UNK | Yes-2 | 3rd   RIS TO 3RD |
| 33. Cannon | Jeannette | Tcher | AD | 1701 | UNK | None | 4th |
| 34. Donaldson | Cynthia | Tcher | AD | 1701 | UNK | None | 4th |
| 35. Vinch | Sarah | Tcher | AD | 1701 | UNK | None | 4th NEW HIRE |
| 36. Tock | Celie | Tcher | AD | 1701 | UNK | None | 4th |
| 37. Castine | Laronda | Tcher | AD | 1701 | UNK | None | 4th |
| 38. Sheldon | Anna | Tcher | AD | 1701 | UNK | None | 4th |
| 39. Taitano | Josefina | Tcher | AD | 1701 | UNK | None | 4th |
| 40. Guerrero | Brigida | Tcher | AD | 1701 | UNK | None | 5th |
| 41. McNeese | Carolyn | Tcher | AD | 1701 | UNK | None | 5th   3RD TO 5TH |
| 42. Sudo | Martha | Tcher | AD | 1701 | UNK | None | 5th |

| 43. Downey | ...sten | Tcher | AD | 1701 | UNK | None | |
|---|---|---|---|---|---|---|---|
| 44. Campbell | Sandra | Tcher | AD | 1701 | UNK | None | 5th NEW HIRE |
| 45. Trujillo | Joe | Tcher | AD | 1701 | UNK | None | 5th NEW HIRE |
| 46. Olson | Tonia | Tcher | AD | 1701 | UNK | None | Art K-2 |
| 47. DuPuis | Alexandra | Tcher | AD | 1701 | UNK | None | Art 3-5 |
| 48. Wolff | Vivian | Tcher | AD | 1701 | UNK | None | GE/4th Team—GE to GE & 4th Team |
| 49. Barrett | Fe Zoe | Tcher | AD | 1701 | UNK | None | Culture K- 5 |
| 50. Cruz | Marie | Tcher | AD | 1701 | UNK | None | Culture 3-5 |
| 51. Powers | Marilyn | Tcher | AD | 1701 | UNK | None | Librarian/ K-5 |
| 52. Goldhorn | Janet | Tcher | AD | 1701 | UNK | None | Music 3-5 |
| 53. Mundell | Marquita | Tcher | AD | 1701 | UNK | None | Music  K TO MUSIC |
| 54. Cartagena | Dialma | Tcher | AD | 1701 | UNK | None | PE 3-5 |
| 55. Taitano | Lillian | Tcher | AD | 1701 | UNK | None | PE K-2 |
| 56. Nelson | Suzette | Tcher | AD | 1701 | UNK | None | ESL/5th Team— ESL to ESL & 5th Team |
| 57. Handley | Mary | Tcher | AD | 1701 | UNK | None | CI / K-5 |
| 58. Taylor | Susan | Tcher | AD | 1701 | UNK | None | CI NEW HIRE |
| 59. Helton | Keone | Tcher | AD | 1701 | UNK | None | L.I./K-5 |
| 60. Baldevia | Rolyn | Tcher | AD | 1701 | UNK | None | Counsel /2-3 |
| 61. Jones | Cynthia | Tcher | AD | 1701 | UNK | None | Counsel/ 4-5 |
| 62. Pangelinan | Nicole | Tcher | AD | 1701 | UNK | None | Counsel/ K-1 |
| 63. Culver | Danielle | Nurse | AD | 1701 | UNK | None | Nurse |
| 64. Morris | Alisa | Nurse | AD | 1701 | UNK | None | Nurse |
| 65. Anderson | Scott | Tcher | AD | 1701 | UNK | None | ET NEW HIRE |
| 66. Bartnik | Chris | Tcher | AD | 1701 | UNK | None | AT~ DSO |
| McCready | Tom | Psych | AD | 1701 | UNK | None | Psychologist |
| Tedtaotao | Jenny | Tcher | AD | 1701 | UNK | None | OT ~ DSO NEW |
| 1.  Tretasco | Eileen | Aide | AD | 1701 | UNK | None | Sp. Ed. |
| 2.  Robinson | Luz | Aide | AD | 1701 | UNK | None | Sp. Ed. |
| 3.  Samiliano | Carmen | Aide | AD | 1701 | UNK | None | Sp. Ed |
| 4.  Susac | Lori | Aide | AD | 1701 | UNK | None | Sp. Ed—New Hire |
| 5.  Herrera | Kristina | Aide | AD | 1701 | UNK | None | Sp. Ed—New Hire |
| 6.  Cachola | Adel | Aide | AD | 1701 | UNK | None | TA Mance |
| 7.  Cooper | Ellen | Aide | AD | 1701 | UNK | None | TA  Gray |
| 8.  Garcia | Carlita | Aide | AD | 1701 | UNK | None | TA—New Hire |
| 9.  Hicks | Hope | Aide | AD | 1701 | UNK | None | TA Berger |
| 10. Baker | Lorie | Aide | AD | 1701 | UNK | None | TA DeVera |
| 11. DeWitt | Rosita | Aide | AD | 1701 | UNK | None | TA—New Hire |
| 12. Nicklow | Melanie | Aide | AD | 1701 | UNK | None | TA—New Hire |
| 13. Lopardi | Barbara | Aide | AD | 1701 | UNK | None | Playground— New Hire |

134

| 14. Wirick | ..di | Aide | AD | 1701 | UNK | None | Playground— New Hire |
| 15. Hall | Sharon | Admin | AD | 1701 | UNK | None | Asst Principal |
| 16. Masters | Joe | Admin | AD | 1701 | UNK | None | Principal |
| 17. Johnson | Glenda | Office | AD | 1701 | UNK | None | Secretary |
| 18. Olivar | Carrie | Office | AD | 1701 | UNK | None | Office Auto—New Hire |
| 19. Price | Deana | Office | AD | 1701 | UNK | None | Registrar— New Hire |
| 20. Diurno | Laurie | Office | AD | 1701 | UNK | None | Office Clerk / SPED—New Hire |
| 21. Mebane | Brenda | Office | AD | 1701 | UNK | None | Office Clerk/SPED —New Hire |
| 22. McNulty | Norlyn | Office | AD | 1701 | UNK | None | Office Clerk—New Hire |
| 23. Ruiz | Juan | Office | AD | 1701 | UNK | None | Office Clerk/Library —New Hire |

*135*

# Andersen Elementary Staff
## 2002-2003

| | Last Name | First | Title | Grade | Series | Race | EEO | Assignment |
|---|---|---|---|---|---|---|---|---|
| 1. | Palaganas | Linda | Tcher | AD | 1701 | UNK | None | Pre KN |
| 2. | Gray | Kim | Tcher | AD | 1701 | UNK | None | KN |
| 3. | DeVera | Sharon | Tcher | AD | 1701 | UNK | None | KN |
| 4. | Tougher | Wendy | Tcher | AD | 1701 | UNK | None | KN |
| 5. | Mance | Susan | Tcher | AD | 1701 | UNK | None | KN |
| 6. | Martino | Veronica | Tcher | AD | 1701 | UNK | None | KN NEW HIRE |
| 7. | Martinez | Myrna | Tcher | AD | 1701 | UNK | None | KN |
| 8. | Ramey | Stephanie | Tcher | AD | 1701 | UNK | None | 1st NEW HIRE |
| 9. | Cavin | Lori | Tcher | AD | 1701 | UNK | None | 1st |
| 10. | Barnett | Rachel | Tcher | AD | 1701 | UNK | None | 1st NEW HIRE |
| 11. | Larsen | Mary | Tcher | AD | 1701 | UNK | None | 1st |
| 12. | Marquez | Fumi | Tcher | AD | 1701 | UNK | None | 1st |
| 13. | Miles | Dona | Tcher | AD | 1701 | UNK | None | 1st |
| 14. | Rhodes | Donna | Tcher | AD | 1701 | UNK | None | 1st |
| 15. | Harmon | Arlene | Tcher | AD | 1701 | UNK | None | 2nd |
| 16. | Hines | Margaret | Tcher | AD | 1701 | UNK | None | 2nd |
| 17. | Mundell | Marquita | Tcher | AD | 1701 | UNK | None | 2nd Music to 2nd |
| 18. | Perez | Anita | Tcher | AD | 1701 | UNK | None | 2nd |
| 19. | Koller | Charlotte | Tcher | AD | 1701 | UNK | None | 2nd NEW HIRE |
| 20. | Ranches | Laurie | Tcher | AD | 1701 | UNK | None | 2nd |
| 21. | Facchini | Jean Rae | Tcher | AD | 1701 | UNK | None | 2nd NEW HIRE |
| 22. | Sison | Dorian | Tcher | AD | 1701 | UNK | None | 2nd |
| 23. | Beem | Margarita | Tcher | AD | 1701 | UNK | None | 3rd |
| 24. | Hahn | Kathy | Tcher | AD | 1701 | UNK | None | 3rd |
| 25. | Oberheim | Jacqueline | Tcher | AD | 1701 | UNK | None | 3rd |
| 26. | Waggoner | Joe | Tcher | AD | 1701 | UNK | None | 3rd |
| 27. | Willis | Jerene | Tcher | AD | 1701 | UNK | None | 3rd |
| 28. | Rodriguez | Carmen | Tcher | AD | 1701 | UNK | Yes-2 | 3rd |
| 29. | Cannon | Jeannette | Tcher | AD | 1701 | UNK | None | 4th |
| 30. | Donaldson | Cynthia | Tcher | AD | 1701 | UNK | None | 4th |
| 31. | Whittington | Erika | Tcher | AD | 1701 | UNK | None | 4th NEW HIRE |
| 32. | Castine | Laronda | Tcher | AD | 1701 | UNK | None | 4th |
| 33. | Sheldon | Anna | Tcher | AD | 1701 | UNK | None | 4th |
| 34. | Taitano | Josefina | Tcher | AD | 1701 | UNK | None | 4th |
| 35. | Guerrero | Brigida | Tcher | AD | 1701 | UNK | None | 5th |
| 36. | McNeese | Carolyn | Tcher | AD | 1701 | UNK | None | 5th |
| 37. | Sudo | Martha | Tcher | AD | 1701 | UNK | None | 5th |
| 38. | Downey | Kirsten | Tcher | AD | 1701 | UNK | None | 5th |
| 39. | Campbell | Sandra | Tcher | AD | 1701 | UNK | None | 5th |
| 40. | Trujillo | Joe | Tcher | AD | 1701 | UNK | None | 5th |

136

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41. Martinez | Bayron | Tcher | AD | 1701 | UNK | None | Art   NEW HIRE |
| 42. DuPuis | Alexandra | Tcher | AD | 1701 | UNK | None | Art |
| 43. Barrett | Fe Zoe | Tcher | AD | 1701 | UNK | None | Culture |
| 44. Cruz | Marie | Tcher | AD | 1701 | UNK | None | Culture |
| 45. Rau | Deanna | Tcher | AD | 1701 | UNK | None | Music NEW HIRE |
| 46. Flores | Elizabeth | Tcher | **AD** | **1701** | **UNK** | **None** | Music  1st to MUSIC |
| 47. Cartagena | Dialma | Tcher | AD | 1701 | UNK | None | PE |
| 48. Taitano | Lillian | Tcher | AD | 1701 | UNK | None | PE |
| 49. Wolff | Vivian | Tcher | AD | 1701 | UNK | None | Extension/GE |
| 50. Nelson | Suzette | Tcher | AD | 1701 | UNK | None | Extension/ESL |
| 51. Powers | Marilyn | Tcher | AD | 1701 | UNK | None | Librarian |
| 52. Handley | Mary | Tcher | AD | 1701 | UNK | None | CI |
| 53. Taylor | Susan | Tcher | AD | 1701 | UNK | None | CI |
| 54. Helton | Keone | Tcher | AD | 1701 | UNK | None | L.I. |
| 55. May | Tammy | Tcher | AD | 1701 | UNK | None | LI NEW HIRE |
| 56. Pritchett | Kim | Tcher | AD | 1701 | UNK | None | ½ LI & ½ 1st Grade to LI |
| 57. Chop | Jane | Tcher | AD | 1701 | UNK | None | Reading Recovery |
| 58. Bridges | Pandra | Tcher | AD | 1701 | UNK | None | I.S.      1st to IS |
| 59. Costas | Sarah | Tcher | AD | 1701 | UNK | None | I.S.      1st to IS |
| 60. Baldevia | Rolyn | Tcher | AD | 1701 | UNK | None | Counsel /2-3 |
| 61. Jones | Cynthia | Tcher | AD | 1701 | UNK | None | Counsel/ 4-5 |
| 62. Pangelinan | Nicole | Tcher | AD | 1701 | UNK | None | Counsel/ K-1 |
| 63. Goelzhauser | Deborah | Nurse | AD | 1701 | UNK | None | Nurse NEW HIRE |
| 64. Morris | Alisa | Nurse | AD | 1701 | UNK | None | Nurse |
| 65. Smith | Kim | Tcher | AD | 1701 | UNK | None | ET NEW HIRE |
| 66. Bartnik | Chris | Tcher | AD | 1701 | UNK | None | AT~ DSO |
| McCready | Tom | Psych | AD | 1701 | UNK | None | Psychologist |
| Tedtaotao | Jenny | Tcher | AD | 1701 | UNK | None | OT ~ DSO |
| 1.  Tretasco | Eileen | Aide | AD | 1701 | UNK | None | SPED TA—New Hire |
| 2.  Robinson | Luz | Aide | AD | 1701 | UNK | None | SPED TA—New Hire |
| 3.  Garcia | Carlita | Aide | AD | 1701 | UNK | None | SPED TA—New Hire |
| 4.  Cachola | Adel | Aide | AD | 1701 | UNK | None | TA—New Hire |
| 5.  Cooper | Ellen | Aide | AD | 1701 | UNK | None | TA—New Hire |
| 6.  Payne | Francine | Aide | AD | 1701 | UNK | None | TA—New Hire |
| 7.  Salas | Barbara | Aide | AD | 1701 | UNK | None | TA—New Hire |
| 8.  Mills | Joanna | Aide | AD | 1701 | UNK | None | TA—New Hire |
| 9.  Nicklow | Melanie | Aide | AD | 1701 | UNK | None | TA—New Hire |
| 10. Hall | Sharon | Admin | AD | 1701 | UNK | None | Asst. Principal |
| 11. Masters | Joe | Admin | AD | 1701 | UNK | None | Principal |
| 12. Barnhart | George | Office | AD | 1701 | UNK | None | Supply |
| 13. Cruz | Juan | Office | AD | 1701 | UNK | None | Supply |
| 14. Johnson | Glenda | Office | AD | 1701 | UNK | None | Secretary |
| 15. McNulty | Norlyn | Office | AD | 1701 | UNK | None | Registrar |
| 16. Meek | Mahrae | Office | AD | 1701 | UNK | None | Office Auto— New Hire |

| 17. Olivar | Carrie | Office | AD | 1701 | UNK | None | Office Support |
| 18. Price | Deana | Office | AD | 1701 | UNK | None | Registrar |
| 19. Ruiz | Juan | Office | AD | 1701 | UNK | None | Office Auto— New Hire |

Mrs. Jane Chen was hired on January ~~~~~ Reading Recovery vacancy.
The position filled was not a Reading Specialist position.

*138*

# Exhibit
# F-15

139

Sen+ 11/19/02

## Trabue, Jim

| | |
|---|---|
| **From:** | Doreste, Alina |
| **Sent:** | Tuesday, November 19, 2002 6:29 PM |
| **To:** | Trabue, Jim |
| **Subject:** | RE: Additional Info Ref Rodriguez |

Jim – since it shows that you sent this to Rudene's business fax – do you know whether she got this email?

*Alina Doreste-Johnson*
*Chief, EEO*
*4040 N. Fairfax Drive*
*Arlington, VA 22203*
*(703) 696-9056 Ext 1458*

-----Original Message-----
**From:** Trabue, Jim
**Sent:** Friday, November 15, 2002 3:19 PM
**To:** 'Rudene Johnson (Business Fax)'
**Cc:** Doreste, Alina; Sutemeier, Bob
**Subject:** Additional Info Ref Rodriquez

Hello

Attached is the info you requested regarding the prior EEO case of Carmen Rodriguez.

| | |
|---|---|
| 1. Rodriguez | Counselor Report  DDFY0108 |
| 2. Rodriguez | Formal complaint |
| 3. Rodriguez | Dismissal Letter |
| 4. Rodriguez | OFO Decision affirming Agency's dismissal |
| 6. Rodriguez | RNO data on teachers assigned to Andersen MS as of Mar 13, 01 |

EXTRA
| | |
|---|---|
| 7. Rodriguez | Personnel Action reflecting name change on Rodriquez since some papers in the case file might list her under her other name. |
| 8. Rodriguez | This is the performance for SY 2000 – 2001.  Most recent rating has not been posted in file.  Must try to track it down in Guam.  This is ref to item 8 on your request. |
| 9.Rodriguez | List of addresses, phone and fax numbers for most of the witnesses |

Please note that the Guam Union person is currently on leave of absence from his Guam office

And is due to return around Dec 12, 02.  Also note that **Rodriguez** and not **Rodriquez.**

Thanks

Jim

**James A. Trabue**
**EEO Specialist**
**4040 N. Fairfax Drive**
**Arlington, VA 22203**
**(703) 696-9056 Ext 1459**

*14*



**DEPARTMENT OF THE AIR FORCE**
PACIFIC AIR FORCES

Mr James A. Trabue                                      07 May 01
DOD Education Activity
4040 N. Fairfax Dr.
Arlington, Virginia 22203-1635

Dear Mr Trabue

Reference your letter dated 24 Apr 01, attached is EEO counselor report on Ms Carmen
Rodriguez as requested. If you have any questions, you can reach me at (671) 366-5051 or e-
mail: vicky.camacho@andersen.af.mil.

VERONICA CAMACHO
EEO Counselor

*142*



**DEPARTMENT OF THE AIR FORCE**
PACIFIC AIR FORCES

MEMORANDUM FOR 36 ABW/CCD                                    04 May 01

FROM: EEO Counselor, Veronica Camacho

SUBJECT: EEO Counselor Report – Carmen Rodriguez


1. NAME OF COMPLAINANT: Carmen Rodriguez
2. ORGANIZATION: Department of Defense Education Activity (DODEA), Andersen Elementary School
3. TELEPHONE NUMBER(S): (671) 477-1659 Home/(671) 366-1511 Work
4. DATE OF INITIAL INTERVIEW: 4 Dec 00
5. DATE OF MOST RECENT OCCURRENCE:
6. BASIS(ES) OF ALLEGED DISCRIMINATION: Race, Color, National Origin and Reprisal
7. ISSUE(S): Nonselection as SIP (School Improvement Program) and Training Opportunities
8. RESOLUTIONS DESIRED: Equity, diversity, and inclusion of personnel in activities wherein they are certified.
9. RMO(S): Mr Joe Masters, Principal, Andersen Elementary School
             Ms Sherry Hall, Assistant Principal, Andersen Elementary School
10. SUMMARY OF THE NATURE OF THE COMPLAINT:

Complaint: Discrimination based on race, color, national origin (Chamorro/Hispanic), & reprisal

Client reported that she was approached by Nicole Pangelinan in Spring 2000 to be a member of the School Improvement Program Team and signed a contract to receive $500 as a member. She stated that she has attended several team meetings in connection with this activity. In Sep 00, when Mr. Joe Masters, the new school principal arrived, he informed the SIP members that they will have to re-apply for a new contract. He told them that per the Master Labor Agreement, the payment will be $1000 instead of the original $500.

With the new contract, the membership was reduced from eight to three and she was not among those selected to remain with the SIP team. The three members that were retained are Caucasian (2) and Filipino (1). The other former members were Palauan (1), Chamorro (2) and Caucasian (5). She stated that because the SIP focus was reading, her membership should have been retained because she is a certified reading specialist. She asserted that none of the current team members have this credential.

Ms. Rodriguez believes that she was not selected for the team because of past conflict and disagreements with Mrs. Hall, the assistant principal. Ms. Rodriguez thinks that Mrs. Hall has influenced Mr. Masters by giving him unfavorable information about her. Ms. Rodriguez further stated that she has not been approached to be a trainer in any of the staff development trainings

*143*

that were conducted. She thinks that Ms. Hall is probably jealous of the complainant because of her success with the reading program last school year. The complainant is under the impression that Ms. Hall wants to take on the reading program without involving her and instead using other personnel who are not certified reading specialists. The complainant believes that this is a reprisal for their previous disagreements.

Ms. Rodriguez questions Ms. Hall's credentials as an administrator and recounted several mismanagement issues. She stated that she has reported these concerns to Dr. Tom, the DoDEA superintendent, but no action has been made because of his friendship with Mrs. Hall's husband. She is now contemplating on filing a complaint with the Inspector General. She also divulged that on 31 Oct 00, she has filed a complaint against the school's labor representative, Keone Helton for violation of the client's first amendment rights and abuse of position and has not received the labor newsletter since then. She related that she has already informed their labor president, Terry Arvidson of this matter, but she is still not getting a copy of the newsletter.

Ms. Rodriguez wants equity, diversity, and inclusion of personnel in activities wherein they are certified.

11. CHRONOLOGICAL RESULT OF INQUIRIES:

   a. On 7 Dec 00, I contacted Ms Rodriguez to begin the interview/facts-gathering process. Inquiries conducted below – Ms Rodriguez responses are underlined:

   1) Do you have a copy or can you obtain a copy of the SIP contract when you became a member during Spring 2000. Yes or No (Copy obtained-see attachment)
   2) What documentation do you have reflecting your term as SIP member? (Provide copy of documentation) Minutes
   3) Was the new SIP contract announced/advertised? Yes or No
      Do you have a copy? Yes or No
      (Need to review SIP requirements and or criteria/prerequisites)
   4) If answer to question 2 is no, do you have any documentation on SIP criteria? No
   5) Were you interviewed for the new SIP contract? Yes or No, If yes, date interviewed No
   6) Did you receive a non-selection letter for SIP member? Yes or No
      (If yes, provide copy)
   7) If answer to 5 is no, how were you informed of non-selection? Teacher bulletin
   8) Was Mr. Joe Masters (school principal) the selecting official for SIP member? (Yes or No) If no, who is the selecting official? (Include Ms. Hall)
   9) In the Chief EEO synopsis, you stated that Mrs. Hall has influenced Mr. Masters by giving him unfavorable information about you. Do you have any documentation/proof/witness that Mrs. Hall provided negative information about you to Mr. Masters? Yes or No
   10) If answer to 8 is yes, provide documentation/proof/witness:
   11) When a staff development is conducted, do you know what process is involved in identifying/selecting a trainer? Yes or No  Handpicked by Ms. Hall
   12) Do you have documentation reflecting your success with the reading program last year? Yes or No (If yes, provide copy)

*144*

2

13) Have you discussed your situation to your supervisor? <u>Yes</u> or No
Name of Supervisor: <u>Ms. Hall</u>

Note: Ms Rodriguez said she will provide documentation supporting the inquiries and her complaints at a later date.

b. On 15 and 18 Dec 00, Ms Rodriguez provided documentation and additional information supporting her complaints. She provided excerpts of DODEA's MLA (Master Labor Agreement), e-mails among Andersen Elementary officials, faculty bulletins, MQU of her SIP appointment for school year 2000-2001, letter of evaluation, letter of caution, etc. (all documentations part of EEO report file). Facts gathered based on initial interview and documentation provided by Ms Rodriguez as follows:

**FACT 1 -** SIP Members, May 2000-May 2001:

6 Caucasian; 1 Thai; 2 Chamorro; 1 Filipina; 1 Palauan

SIP Members, Sep 2000- May 2001:

2 Causasian (new members); 1 Filipina

**FACT 2 -** Ms Rodriguez notes (see written notes on e-mail copy dated 22 May 00) indicate that there are only three current SIP members.

**FACT 3 –** Mr Master's e-mail dated 12 Sep 00 @ 10:07 to Ms Nicole Pangelinan and Ms Sherry Hall: "Nicole, Sherry and I are presently working on an application form that will be provided to all staff members interested in applying for SIP or any other extra-curricular position. We thank you for the support and we will do whatever we can to support the SIP team and their efforts in making the school a better place for our children." This indicates that SIP members for 2000-2001 are being reconsidered and appears to show a significant reduction of SIP members from 11 to 3 people.

**FACT 4 –** IAW MLA, Article 20, Section 6. " a. Extracurricular duty assignments shall be open to all bargaining unit employees. b. School year or seasonal extracurricular assignments will be made on a fair and equitable basis. The Agency will post a list of all extracurricular activities which shall include the following information: (1) The specific assignment; (2) The amount of compensation; (3) The closing date for receipt of applications; and (4) The approximate date selections will be made. c. An employee may submit a recommendation for an unlisted extracurricular activity to his/her supervisor. The Agency, at its discretion, will decide whether to approve the activity. The DDESS Director, or designee, and the Association Area Director will then determine the rate of compensation at which the extracurricular activity will be paid."

**FACT 5 –** Based on Ms Rodriguez's inquiry on how presenters/facilitators were selected, Ms Vivian Wolf (SIP selectee) informed Ms Rodriguez that Ms Nicole Pangelinan wrote and asked if Vivian would consider being one of the facilitators for an enrichment session (Ms. Wolf's e-mail dated 27 Sep 00).

*145*

3

**FACT 6** – On my initial interview with Ms Rodriguez, she stated that the SIP contract was advertised but she did not receive notice of non-selection. She also stated that she was the only one certified and that the current SIP members do not have this credential. Ms. Rodriguez believes that she was not selected because of past conflict and disagreements with Mrs Hall.

**FACT 7** – E-mail traffic that Ms Rodriguez received indicate some training opportunities, expressed interest/applied , but was not selected. List as follows:

> 17-22 Sep 00, Technology Training at Okinawa
> 29 Sep 00, School Community Enrichment Session 1
> 13 Oct 00, School Community Enrichment Session 2
> 02 Nov 00, Reading Counts Training
> 06-07 Nov 00, Reading Counts Training
> 17 Nov 00, School Community Enrichment Session 3
> 8 Dec 00, School Community Enrichment Session 4

(Enrichment Session 1-4 as a facilitator or trainer)

**FACT 8** – E-mail traffic that may have surfaced with conflicts/disagreements:

1) 12 Sep 00 @ 10:18 p.m., Missing/Stolen Laminating Machine, to Sherry Hall (Note: e-mail accidentally forwarded to Bahrain Elem Mailing List) To include other e-mail exchanges between Mr Masters and Ms Rodriguez up to 14 Sep 00.
2) 31 Oct 00 @ 3:34 p.m., Formal Complaint against Mr Keone Helton
3) 04 Nov 00 @ 11:23 a.m., Ms Rodriguez's Reading Schedule from Mr Masters to staff
4) 09 Nov 00 @ 9:43 a.m., Ms Rodriguez's complaint against Ms Cynthia Donaldson
5) On 17 Nov 00, Ms Rodriguez realized and was suspicious of discrimination against her.
6) 21 Nov 00 @ 1:18 p.m, Ms Rodriguez's RIF program proposal to Dr Tom
7) Several e-mails between Dr Tom and Ms Rodriguez about the RIF proposal, Indicating Mr Masters and Ms Hall received courtesy copies (CC) of the e-mail.

**FACT 9** – 6 Dec 00 – Ms Rodriguez seeks EEO Chief counseling for informal compliant processing.  7 Dec 00 – Ms Rodriguez visits EEO counselor to pursue initial interview.

**FACT 10** – On 15 Dec 00, Ms Rodriguez received a Letter of Caution signed and handed by Mr Joe Masters. Letter of caution was based on Ms Rodriguez's actions on a 07 Nov 00 meeting with Mr Masters, the letter was dated and issued on 15 Dec 00.

**FACT 11** – Ms Rodriguez's current Performance Plan (1 May 2000 – 30 April 2001) indicate that her "rating official" is Ms Sharon Hall (supervisor of Ms Rodriguez), and the "reviewing official" is Dr Tom.  Based on Fact 10 above, Mr Masters, rather than the supervisor, initiated an informal disciplinary action.

*146*

4

**FACT 12** – Ms Rodriguez provided a copy of the Memorandum of Understanding appointing her as a School Improvement Program (SIP) member for School Year 2000-2001 indicating the amount of $616.00 to be paid for the SIP activity.

c. On 22 Dec 00, I attempted to conduct the interview with Ms Hall but she requested if she could take the questionnaire which I prepared prior to the 0830 appointment. I agreed to leave it with her, if I could make another appointment to meet with her. Ms Hall rescheduled to meet with me on 26 Dec @ 0830 to follow up with the questions and answers. Because of the school break/holidays, I wasn't able to reach Ms Hall until 09 Jan 01. She faxed me the questions and answers on 09 Jan 01. (Questions/Answers are attached)

d. On 09 Jan 01, I also left messages with Ms Hall, Lisa, Sheila, Sandra (principal office staff) and 10 Jan 01, left several messages for Mr Masters to call me. I did not get a response. I called again on 10 Jan 01 and finally reached Mr Masters and he scheduled our appointment for his interview for 16 Jan 01 at 11:00.

e. On 16 Jan 01, I met with him for the interview. He also requested that I leave the questionnaire with him since it was already prepared and that he would get back with me in a few days with the answers.

f. I gave Mr Masters a few days as he requested. I called on 23 Jan 01 but Mr Masters wasn't in so I left a message with Sheila earlier that day. I called again in the afternoon, Glenda answered and was told by Mr Masters to inform me that he was still working on his answers.

g. On 24 Jan 01 @ 4:30, Ms Rodriguez called me to let me know that Mr Masters was leaving the island for a few days.

h. On 25 Jan 01, I called for Mr Masters and he wasn't in. I left the message with Glenda to let Mr Masters know that I need the questionnaire on this day or 26 Jan 01 since he was leaving the island for a few days.

i. On 30 Jan 01, Mr Masters faxed his answers to my questionnaire. (Questions/Answers attached)

j. I called Ms Rodriguez to discuss the next step and we agreed to meet on 6 Feb 01. She didn't show up and called on 9 Feb to let me know she was on sick leave. I asked Ms Rodriguez if she would like to go through the mediation process and she said yes. At the same time, I advised her that we needed her request to extend the Notice of Final Interview since the timeframe required to issue the NOFI was exceeded due to the school break during the Christmas and New Year holidays, to include nonavailability of Mr Masters and Ms Hall due to extended leave, TDY.

k. On 12 Feb 01, Ms Rodriguez called at 10:30 a.m. to let me know she was coming in at noon to sign the extension to the NOFI and the Agreement to Mediate. Request to extend and the agreement are attached, dated 12 Feb 01.

*147*

5

, ः. ८

l. On 12 Feb 01 at 1:30 I called Mr Masters. He wasn't in so I left a message with Glenda to have him return my call.

m. On 13 Feb 01 at 9:30 a.m. I called Mr Masters since he did not return my call on 12 Feb. Not in again – left a message with Lisa.

n. On 14 Feb 01 at 10:25, I called Mr Masters and Ms Hall to make an appointment for both she and Mr Masters regarding the Agreement to Mediate. Neither one was in - left the message with Sheila.

o. On 22 Feb 01 at 9:00 a.m., Ms Hall called to inform me that they will be available on 02 Mar 01 to discuss the Agreement to Mediate. However, I was contacted the week of 26 Feb to change the appointment to 12 Mar 01 due to conflicting school schedules.

p. On 12 Mar, met with Mr Masters and Ms Hall to explain the purpose of the Agreement to Mediate and advised them that a certified mediator will be assigned once they agree to mediate. I also advised them that they have an option to meet with the employee to hear her concerns on a one on one basis, employee to supervisor. They said they will look over the agreement and will get back with me in a couple of days.

q. On 12 Mar, I informed Ms Rodriguez that Mr Masters and Ms Hall should be responding in a couple of days regarding her request to mediate. Also advised her that an option was available for her to meet with Mr Masters and Ms Hall to discuss her concerns as employee-to-
    sor/manager. She agreed on the options and will wait for my coordination with Masters
    Hall.

r. On 16 Mar, called Mr Masters/Ms Hall at 9:40 a.m. (left message with Sheila) and 1:30 pm. (left message with Lynn) to follow up with their decision on the mediation process.

s. On 20 Mar at 1:45 p.m., left another message with Sheila. Mr Masters called to inform me that he was willing to meet with Ms Rodriguez, to include Ms Hall, on 28 Mar at 7:45 a.m.. I called Ms Rodriguez to inform her of the appointment date.

t. On 21 Mar, Ms Rodriguez called to let me know that she wants to sign the Notice of final Interview (NOFI) because she wants to file a formal complaint. She stated the Mr Masters has been dragging and delaying the appointments intentionally and she does not want to go through the "Agreement to Mediate" nor to meet with Mr Masters/Ms Hall to voice her concerns. She added that she had a bad experience with Ms Hall on Monday, 19 Mar 01 as follows: "Ms Hall was chastising me from the Harry Potter book, no amount of reasoning pacified her and she was very angry, raising her voice in a very unprofessional manner – anybody from the outer office can hear what she is saying". Ms Rodriguez felt Ms Hall's behavior was uncalled for because other teachers were teaching the same book and one teacher even created a script and produced a play for Andersen community. Ms Rodriguez added that, again, she felt discriminated as initially claimed, and feel that she has been receiving compounding actions of reprisal from Mr Masters and Ms Hall and it will never end until this whole matter is exposed. Ms Rodriguez stressed that she has also been reprised on other issues such as the "Reading Is Fundamental

Case 1:04-cv-00029    Document 25-7    Filed 06/03/2005    Page 41 of 50

(RIF)" program – Ms Rodriguez is the one and only RIF coordinator for the school and feels that Mr Masters has held the program hostage by not expending the federal grant money. With all these in mind, Ms Rodriguez felt that she has given more than enough time to try to resolve her complaint at the lowest level possible, but appears that Mr Masters Ms Hall have not been fully cooperative with the EEO timelines.

u. On 22 Mar, I issued the Notice of Final Interview to Ms Rodriguez and acknowledged receipt of the NOFI, same date.

v. On 26 Mar at 9:21 a.m., Mr Masters called to find out if the appointment on 28 Mar 01 is still on. I advised Mr Masters that the NOFI was issued to Ms Rodriguez at her request to pursue a formal complaint.

w. On 06 April 01, Ms Rodriguez sent me an e-mail requesting postponement of the NOFI as follows: "I would like to request a temporary postponement of the notice of final interview letter issued 22 Mar 01 so that I may review each facet of my case. Since there are many issues involved, I feel that I need a little extra time to clearly address the importance of each issue and be able to make sound decisions".

x. On 06 Apr 01, I called Ms Rodriguez that I would forward her request to the EEO Chief.

y. On 12 Apr 01, Ms Rodriguez called me to inform me that she has mailed her application form (DD2655) to the DODEA EEO Director.

z. On 19 Apr 01, I received an e-mail request from Mr Masters as follows: "I am sending a message to confirm my past and future continued commitment to meet and participate in mediation at any point with regards to Ms Rodriguez's complaint."

aa. Also on 19 Apr 01, I sent my inquiry to the Chief EEO to verify if mediation is still allowed even after the formal complaint was pursued. The Chief EEO responded on 23 Apr 01 saying that mediation can be accomplished at any time even when a formal complaint has been initiated.

bb. On 23 Apr 01, I responded to Mr Master's inquiry recommending that since Ms Rodriguez is his employee, he and Ms Hall can meet with Ms Rodriguez as soon as possible and listen to her concerns; and that if Mr Masters and Ms Hall feel and are ready to resolve the complaint at the lowest level possible, he/she call me so we can further discuss their proposed resolution.

VERONICA CAMACHO
EEO COUNSELOR

Attachments (8):
1. Aggrieved Person's Rights and Responsibilities

*149*

7

2. Use of Name
3. Extension for Mediation
4. Agreement to Mediate (cancelled)
5. Interview Questions/Answers-Mr Masters
6. Interview Questions/Answers-Ms Hall
7. Notice of Final Interview
8. Memorandum of Agreement-SIP

*150*

8

# AGGRIEVED PERSON'S RIGHTS AND RESPONSIBILITIES

## RIGHTS

A. The right to representation of his/her choice (29 CFR 1614.605).

B. The right to file a grievance if covered under the collective bargaining unit (29 CFR 1614.301).

C. The right to file a mixed case complaint or a mixed case appeal, but not both if action(s) complained about is (are) appealable to the Merit System Protection Board (MSPB) (29 CFR 1614.302).

D. If alleging age discrimination, the right to file an administrative complaint under 29 CFR 1614 or to bypass the administrative process and file a civil action in a U.S. District Court. In the latter case, the aggrieved person must give EEOC not less than 30 days notice of intent to file such an action (29 CFR 1614.201). This notice must be filed, in writing, with the EEOC, Federal Sector Programs, 1801 L Street, NW, Washington, DC 20507, within 180 days of the occurrence of this alleged unlawful practice.

E. The right to remain anonymous (29 CFR 1614.105g).

F. The right to request a hearing by the EEOC (29 CFR 1614.108f).

G. The right to file a class complaint (29 CFR 1614.105b).

## RESPONSIBILITIES

A. The aggrieved person must provide any necessary documentation to the EEO counselor.

B. The aggrieved person must keep the chief EEO counselor informed of any change in his/her status of employment, i.e., duty locations, phone number, mailing address, home phone (29 CFR 1614.105b).

C. The aggrieved person must tell the chief EEO counselor if he or she is represented an by whom, and must inform the chief counselor of any change in representation (29 CFR 1614.605b).

D. The aggrieved person must furnish the agency the copies of his/her appeal papers (29 CFR 1614.105b).

E. The aggrieved person must fully cooperate with counselors, investigators, etc. (29 CFR 1614.605e).

Complainant's Signature/Date: _Carmen Rodriguez  04 Dec 00_

*/S/*

# USE OF NAME

Date: _04 Dec 00_

____ ✓ I authorize the EEO counselor to use my name in conducting an inquiry into my complaint of discrimination.

____ **I do not** authorize the EEO counselor to use my name in conducting an inquiry into my complaint of discrimination.

_Carmen Rodriguez_
COMPLAINANT'S NAME

_Andersen Elementary School_
ORGANIZATION OR ADDRESS

_366-1511_
TELEPHONE NUMBER

_Carmen Rodriguez_
SIGNATURE OF COMPLAINANT

**152**

TO:  MS VERONICA CAMACHO, EEO Counselor                    12 Feb 01

FROM:  MS CARMEN RODRIGUEZ

SUBJECT:  EXTENSION OF INFORMAL EEO COMPLAINT PROCESS BASED ON
REQUESTED MEDIATION

Request extension of Notice of Final Interview based on extended time required for my EEO
Counselor to pursue and accomplish interviews in support of my complaint. The school breaks
during the Christmas and New Year Holidays, including scheduled leave for individuals
involved in my case made it impossible to accomplish EEO timelines. I have requested and
signed the "Agreement to Mediate" on this date, 12 Feb 01.


*Carmen Rodriguez*
CARMEN RODRIGUEZ


## 153

# AGREEMENT TO MEDIATE

1. Each party agrees to enter into mediation in good faith intention of reaching a mutually acceptable resolution to their dispute. Mediation is a process of non-attribution.

2. The mediator is an objective, neutral third-party facilitator who will guide the parties through a process designed to help them reach a settlement. The mediator will not make decision about "ri... or "wrong," nor attempt to resolve the issues involved. The mediator's role is solely to facilitate the process and assist in identifying possible options to achieve a mutually satisfactory resolution agreement.

3. The mediator does not provide legal services or advice.

4. The decision-making power rests with the parties; the mediator is neither a judge nor an arbitrator.

5. For mediation to be successful, both parties agree and understand that open and honest communications without personal attacks are essential. No offensive or abusive language or behavior will be tolerated. All ground rules established will be adhered to. Accordingly, all written and oral communications, negotiations, and statements made in the course of the mediation process will be treated as privileged information. **The mediator will destroy notes or work products developed during the mediation. Only the resolution agreement will be maintained, and each party will be provided a copy.**

6. ... parties in mediation agree not to call the mediator as a witness in any judicial, legal or ...strative proceedings concerning this dispute. Mediators must remain neutral.

7. Each party agrees to make a sincere effort to resolve the dispute.

8. In a case where the mediator discovers that a probable crime or violation of the UCMJ has been omitted or will be committed, the mediator is obligated to report such action to the appropriate agencies.

9. In the event that a party is dissatisfied with the progress of the mediation, such concerns will be brought to the attention of the mediator who will make a decision whether to terminate mediation. In addition, it may not be possible t reach a resolution in one session; thus, a decision will be made about follow-on sessions.

10. If the mediator or any party determines that it is not possible to resolve the issues through mediation, the process may be terminated. At this point, the dispute will be referred back to the chain of command.

11. If resolution is reached, a formal written resolution agreement will be accomplished between both parties prior to terminating the mediation process.

*154*

ATCH 4

We have read, understand, and agree to the above-mentioned terms for undertaking this mediation.

_Carmen K. Rodriguez_      _2-12-01_
                                                DATE

                                                DATE

                                                DATE

MEDIATOR                                               DATE

155

 

DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS
## ANDERSEN ELEMENTARY SCHOOL
UNIT 14057
APO AP 96543-4057
PHONE 366-1511/1512 FAX: 366-2532
DSN 671-366-1511/1512

# FAX

Sent To: _V. Camacho_    Date: _30 Jan 01_

Fax: _366 - 5684_    **Number of Pages:**
**(Including Cover Sheet)**

From: _MR MASTERS_

Organization: _Andersen Elementary School_

Comments: _____

_____

_____

_____

_____

_____

_____

_____

_____

✦Home of the Dolphins✦



ATCH 5

156

Management Interview
For Mr Joe Masters

1) Is a certified reading specialist required for SIP (School Improvement Process)? _No_

2) Are SIP members involved in Staff Development decisions/selections? _Yes_

3) What staff development taskings/projects were implemented for the current school year?
_Question is not clear enough to answer, not specific to learning process._

4) What calendar dates cover 2000-2001 school year for SIP Contract? _No #? Aug 2000 31 May 20_

5) When and why was Ms Carmen Rodriguez terminated as a SIP member for this school year?
_She was not terminated. She was considered along with other applicants._

6) Where can I obtain a copy of the SIP contract announcement and applications for .
_This was posted and put in teacher bulletin._

You handed Ms Rodriguez a letter of caution dated 15 Dec 00 but the incident creating the informal disciplinary action occurred on 07 Nov 00; what was your rational for the 1 month and 8 days gap? _This question is not related to the specific complaint._

_157_

_Mr Masters will answer all questions & will provided in a couple of days. Handed a copy 16 Jan 01._

7