


DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS
## ANDERSEN ELEMENTARY SCHOOL
### UNIT 14057
### APO AP 96543-4057
PHONE 366-1511/1512 FAX: 366-2532
DSN 671-366-1511/1512

# FAX

**Sent To:** Vickie Camacho  **Date:** Jan. 9-01

**Fax:** 366 - 5051  **Number of Pages:**
_(Including Cover Sheet)_

**From:** Sherry Hall

**Organization:** Andersen Elementary School

**Comments:** Confidential



• Home of the Dolphins •

158





ATCH 6

Case 1:04-cv-00029   Document 25-8   Filed 06/03/2005   Page 1 of 50

1. Beginning of SY 2000-2001 I am currently her first line supervisor.

2. Selections are based upon the needs of the school, training experiences, educational level of the classroom teacher, district needs and focuses.

3. Staff development decisions are made by the administration. However, input is solicited and considered from all staff personnel. This SY Ms. Rodriguez was assigned to present at a School Staff Development day. This has been her only assignment for this year.

4. Reading is a part of the School Improvement Process carried out by every classroom teacher. As a Reading Specialist, Ms. Rodriguez provides remedial reading support to students from individual classrooms.

5. The former principal solicited interest and availability for extra duty assignments based upon his knowledge at that time. During the summer period, the union formulated a separate and new extra duty assignment procedure. To comply with the union contract management was required to follow the guidelines listed within the union contract. Likewise, the union contract included new compensation schedules for EDA's. Because of the budgetary constraint the number of EDA's offered were limited as a results of the union contract implementation.

6. No contract was available because none were issued to my knowledge based upon #5 above. Please note that all EDA contracts are subject to availability of funds.

7. Ms. Rodriguez was considered along with all others who indicated interest. Selections were made upon the criteria mentioned in #2 above.

8. This information was provided to all staff members.

9. For SY 1999-2000 Ms. Rodriguez was selected for and attended the following:
   Pacific Literary Publication Committee: Sent to Okinawa, Japan
   Cooperative Integrated Reading Curriculum: Course offered on site for credit
   Reading Counts: (Course offered on site for credit)
   Process Writing: (Course offered on site for credit)
   Numerous training opportunities were held during the months of September,
      October, November and December 2000, Ms. Rodriguez participated in all of them.
   Ms. Rodriguez was a co-presenter during the September training: Internet Research
      Teaching Reading.

   During SY 2000-2001 Ms. Rodriquez has been considered for each training opportunity for which she indicated an interest.

*159*

@002          01/09/01  TUE 17:32 FAX 671 366 2532   DODEA ELEM. SCH AAFB

Management Interview Questions
For Ms Sherry Hall

1) What period did you serve as Ms Carmen Rodriguez's supervisor? _____

2) What process is used for Staff Development selection? _____
   _____
   _____

3) Ms Rodriguez's notes indicate that you make decisions on Staff Development assignments; what staff development taskings did you delegate to Ms Rodriguez? _____
   _____

4) Is reading Andersen Elementary School SIP focus? _____
   _____

5) Ms Rodriguez's original selection for SIP membership was for period May 2000 – May 2001; What rationale was used to justify early termination of the SIP contract?
   _____
   _____

6) Please provide copy of Ms Rodriguez's original contract for SIP membership for May 2000-May 2001.

   Why wasn't Ms Carmen Rodriguez selected as a SIP member for 2000-2001? ___
   _____
   _____

8) Please provide copy of SIP contract announcement and applications.
   (Review for number of SIP members, SIP criteria, SIP qualifications, etc)

9) What training opportunities has Ms Rodriguez been selected for in the past year?
   _____

( RESPONSE ATTACHED )

*160*

6

MEMORANDUM FOR Ms Carmen Rodriguez                     MAR 2 2 2001

FROM: 36 ABW/CCD
      Unit 14003
      APO AP 96543-4003

SUBJECT: Notice of Final Interview, Informal EEO Complaint


1. This is a notice that on the above date, the final counseling interview was held in connection
with the matter you presented to me as an EEO Counselor. You initially contacted Ms. Merlyn
Bacungan, the Chief EEO Counselor on 06 Dec 00 and alleged that you were discriminated
against because of race, color, national origin, and reprisal when you were not selected for the
School Improvement Program and training opportunities. This notice also serves as notification
of your right to file a formal complaint because the dispute you brought to my attention has not
been resolved to your satisfaction.

2. If you believe that you have been discriminated against on the basis of race, color, national
origin, disability (physical or mental), sex, age, religion, or reprisal for participation in a
protected EEO activity, or for opposing an unlawful employment practice under the anti-
discrimination laws, you have the right to file a complaint of discrimination within 15 calendar
days after receipt of this notice in accordance with 26 CFR, Part 1614.105(d).

3. This complaint must be in writing and may be filed in person or by mail to the following
official authorized to receive discrimination complaints:

      Director of EEO, DODEA
      4040 North Fairfax Drive
      Arlington, VA 22203-1635

4. The formal complaint must be filed on the attached DD Form 2655, Complaint of
Discrimination in the Federal Government specifying the issues which form the basis (es) for the
complaint and the matter giving rise to the complaint which were discussed with the EEO
Counselor. If you add issues on which you have not been counseled, they may be dismissed and
referred for further counseling.

5. The complaint should also state whether you have filed a grievance under a negotiated subject
matter, including dates. This information is necessary for the agency to determine whether your
complaint is appropriate for processing under 29 CFR Part 1614.

*/l6/*                                              ATCH 7

6. If you retain an attorney or any other person as a representative, you must notify the Chief EEO Counselor.

*Veronica Camacho*

VERONICA CAMACHO
EEO Counselor

1 Attachment:
DD Form 2655 (enclosed)

Received by: *Carmen Rodriguez*     Date: *22 Mar 01*
CARMEN RODRIGUEZ

*162*

## MEMORANDUM OF UNDERSTANDING

School: Andersen Elementary School, Andersen AFB Yigo, Guam -- DDESS- North Guam

I agree to accept the extra-duty activity of  SIP
(show code, title, and hourly range) for the School Year  2000-2001  . I
understand the amount to be paid for this activity is $  616.00  , and shall
be adjusted upward based on the new salary schedule. The estimated number of
hours predicted for this duty is  20-39  hours. The time worked will be in
addition to, and not as part of, a regular full- or part-time teaching assignment
and cannot be during duty hours when school is in session.

## DESCRIPTION OF TASKS TO BE PERFORMED:

As soon as the activity is completed, I will notify the Principal and he/she shall
arrange that I be paid by separate check not later than the next regular pay
period for employees.

Carmen Rodriguez
Employee's Name    (please print)

Joseph J. Caruselle
Principal's Name    (please print)

14 June 200
Date Employee Signed

Employee's Signature

Principal's Signature

14 June 2000
Date Principal Signed

*163*

DS Form 5053, AUG 87

ATCH 8

OF THE AIR FORCE

NICA CAMACHO

3-4003

USE ONLY

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE
TO THE RIGHT OF RETURN ADDRESS.
FOLD AT DOTTED LINE

DEPARTMENT OF DEFENSE
EDUCATION ACTIVITY              14
ATTN: MR JAMES A. TRABUE
4040 N. FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1635

164

4.58

Rec'd in EEO
MAY 14 2001

MAY 0 5 0 1

PB METER
7083080    U.S. POSTAGE.

4.58

2

## COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT
*(This form is subject to the Privacy Act of 1974 - see back)*
*(See back for instructions - Please type or print)*

| FOR AGENCY USE |
| --- |
| DD 170-1-08 |

**1. FULL NAME OF COMPLAINANT** *(Last, First, Middle Initial)*
Rodriguez, Carmen K.

**2. TELEPHONE NUMBER** *(Include Area Code)*

**3. ADDRESS** *(Street, City, State, and ZIP Code)*
160 E. San Antonio Ave.
Dededo, Guam 96912

**a. HOME**
( 671 ) 727-8365

**b. OFFICE**
( 671 ) 366-1511

**4. FEDERAL OFFICE YOU BELIEVE DISCRIMINATED AGAINST YOU**
*(Prepare a separate complaint form for each office which you believe discriminated against you.)*

**5. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?**
*(If answer is "Yes" complete a, b, and c below.)*
✓ YES    NO

**a. NAME OF OFFICE THAT YOU BELIEVE DISCRIMINATED AGAINST YOU**
Andersen Elementary School
ADMINISTRATION

**a. NAME OF AGENCY WHERE YOU WORK**
DoDEA, Guam

**b. ADDRESS OF OFFICE** *(Street, City, State, and ZIP Code)*
Unit 14057
APO AP
YIGO, GUAM 96543

**b. ADDRESS OF YOUR AGENCY** *(Street, City, State, and ZIP Code)*
PSC 490
Box 7655
FPO AP 96538-1600

**c. NAME AND TITLE OF PERSON(S) YOU BELIEVE DISCRIMINATED AGAINST YOU** *(If you know)*
SHARON K. HALL - ASSISTANT PRIN.
JOSEPH E. MASTERS PRINCIPAL

**c. TITLE AND GRADE OF YOUR JOB**
GS-13
READING IMPROVEMENT SPECIALIST

**6. NAME AND ADDRESS** *(Street, City, State, and ZIP Code) OF YOUR REPRESENTATIVE (If any)*
VERONICA CAMACHO
36 ABW/CCD
Unit 14003
APO AP 96543-4003

**7. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE** *(YYMMDD)*
2001-03-13
Mr. Masters has prevented me from fulfilling my duties as "Reading

**8. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST**

| | | | |
| --- | --- | --- | --- |
| ✓ | **a. RACE** *(If so, state your race)* Chamorro | ✓ | reprisal |
| ✓ | **b. COLOR** *(If so, state your color)* brown | | |
| | **c. RELIGION** *(If so, state your religion)* | | Mr. Masters has |
| | **d. NATIONAL ORIGIN** *(If so, state your natural origin)* | | failed to comply |
| | **e. SEX** *(If so, state your sex)* Chamorro- | | with the federal |
| ✓ | **f. AGE** *(If so, state your age)* Hispanic | | guidelines of the |
| | **g. HANDICAP** *(If so, state whether mental or physical)* | ✓ | RIF contract. |
| | **h. SEXUAL HARASSMENT** *(If so, state your sex and the sex of the person you believe harassed you)* | | |

is fundamental" Coordinator of the school. He has failed to announce the RIF grant of $5,100. to our school, thereby jeopardizing issuance of the grant funds.

**9. EXPLAIN IN SPECIFICS HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST** *(treated differently from other employees or applicants) DUE TO YOUR RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, AGE, OR HANDICAP (For each allegation, please state to the best of your knowledge, information and belief what incident occurred and when the incident occurred. If you need more space, continue on another sheet of paper.)*

1. Nonselection to SIP despite my SIP contract signed for SY 00-01.
2. Nonselection for professional training despite my repeated requests. I have not received professional training in my field while others have. (4 yrs)
3. Nonselection as a trainer/facilitator for Reading Staff Development days.
4. MR. MASTERS HAS PREVENTED ME FROM FULFILLING MY DUTIES AS RIF coordinator.

**10. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR** *(See instructions)*
✓ YES    NO

**11. NAME OF COUNSELOR**
VERONICA CAMACHO

**12. STATE CORRECTIVE ACTION YOU ARE SEEKING**

1. Reinstatement as a SIP member for SY 2000-2001. (DIVERSITY, EQUITY)
2. Professional training (EQUITY)
3. Staff Development involvement as a trainer/facilitator of Reading.
4. RIF Program 4 be reinstated before the expiration date of 30 Sep 01.

**13. SIGNATURE OF COMPLAINANT**
Carmen K. Rodriguez    165

**14. DATE OF THIS COMPLAINT** *(YYMMDD)*
01-04-12

*Complaints of discrimination because of age apply only to employees or applicants who were at least 40 years of age at the time the discriminatory action is alleged to have occurred.*

*3*



**DEPARTMENT OF DEFENSE
EDUCATION ACTIVITY**
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1635

FEB 1 3 2002

Ms. Carmen K. Rodriguez
160 E. San Antonio Avenue
Dededo, Guam 96912

References:  (a) Your formal complaint postmarked April 12, 2001.
(b) Equal Employment Opportunity (EEO) Counselor's Report,
dated May 7, 2001, enclosed.
(c) Title 29 of the Code of Federal Regulations, (CFR), Part 1614.

Dear Ms. Rodriguez:

This refers to your complaint of discrimination, Agency Docket Number DD-FY01-08.
Please refer to this number on all future correspondence. Your complaint will be processed in
accordance with reference (c).

**Background:**

On December 4, 2000, you contacted the EEO office to initiate counseling. Following
the completion of counseling, on March 22, 2001, you were given a Notice of Final
Interview/Right to File a Formal Complaint. On April 20, 2001, the EEO office acknowledged
receipt of your formal complaint, postmarked April 12, 2001.

**Discrimination Claims**

You alleged that you were subjected to a continuing hostile work environment and
discriminated against based on race (Chamorro), color (brown), national origin
(Chamorro/Hispanic), and reprisal for prior EEO activity, when:

1. During School Year 2000–01, you were denied the opportunity to be a member of the
School Improvement Program.

2. On December 8, 2000, you were denied the opportunity to attend any of seven training
courses you requested.

3. On September 12, 2000, you were embarrassed when an e-mail message addressed to
you regarding missing property was sent to other Department of Defense Dependents Schools.

4. On December 15, 2000, you were issued a letter of caution.

*166*



5. On November 2000, Mr. Joe Masters, Principal, impeded you from fulfilling your duties as RIF coordinator by not addressing your scheduling issues.

## Notice of Dismissal of Discrimination Complaint:

Based on my review, your complaint is dismissed in accordance with Title 29 CFR § 1614.107(a)(2), for failure to comply with applicable time limits contained in 29 CFR §1614.105(d). 29 CFR §1614.105(d) requires a Complainant to file a formal complaint within 15 calendar days of receipt of the Notice of Final Interview. The record establishes that the Agency's Notice of Final Interview was issued to you on March 22, 2001, accordingly, you had 15 calendar days, until April 6, 2001 to file your complaint with the Agency. The records establishes that you did not file your complaint with the Agency until April 12, 2001. This filing was after the 15 calendar day deadline and requires the Agency to dismiss your complaint pursuant to 29 CFR §1614.105(d). It is further noted that the March 27, 2001, Notice of Final Interview clearly notified you of the 15 calendar day requirement for filing your complaint.

This is the Final Agency Decision (FAD) on your complaint. If you are dissatisfied with the decision to dismiss your complaint, you have the following appeal rights.

## Appeal Rights:

You have the right to appeal this FAD to the Equal Employment Opportunity Commission (EEOC) or to file a civil action in a U.S. District Court. If you elect to appeal, you have 30 calendar days from the date you receive this FAD within which to file. The appeal must be filed with the Director, Office of Federal Operations (OFO), EEOC, P.O. Box 19848, ton, DC 20036; or by personal delivery to the Director, OFO, EEOC, 1801 L Street NW, Floor, Washington, DC 20507; or by facsimile to the EEOC at (202) 663-7022.

Should you choose to file an appeal, please send a copy to Mr. James A. Trabue, EEO Specialist at the letterhead address. In or attached to the appeal, you must certify the date and method by which service was made on the Agency. A copy of EEOC Form 573, Notice of Appeal/Petition, is enclosed. You may file a brief or statement in support of your appeal with the OFO. The brief or statement must be filed within 30 calendar days of filing the notice of appeal.

If you elect to file a civil action, you must do so:

--within 90 calendar days of receipt of this final order, if you do not file an appeal with the EEOC, or

--within 90 calendar days of receipt of the EEOC's final decision, if you do file an appeal with the EEOC, or

--after 180 calendar days from the date of filing an appeal with the EEOC, if there has been no decision issued by the EEOC.

167

Please note that courts in some jurisdictions have interpreted the Civil Rights Act of 1991 in a manner suggesting that a civil action must be filed within 30 calendar days from the date of receipt of the decision. To ensure that any civil action is considered timely, you are advised to file it within 30 calendar days from the date of your receipt of this decision.

If you file a civil action, the Honorable Donald H. Rumsfeld, Secretary of Defense, must be named as the defendant. Failure to do so may result in the loss of any judicial redress to which you may be entitled.

If you decide to file a civil action under Title VII or under the Rehabilitation Act, you should consult with an attorney. The Agency cannot assist you in filing a civil action. If you cannot afford the services of an attorney, you may request that the court appoint an attorney to represent you and that the court permit you to file the action without payment of fees, costs, or other security. The granting or denial of such a request is within the sole discretion of the court. Filing a request for an attorney does not extend your time in which to file a civil action. The civil action must be filed within the above-referenced time limits.

If you have questions, please contact Mr. Trabue at the above letterhead address, (703) 696-9056 extension 2404 (voice), (703) 696-9059 (facsimile), or jtrabue@hq.odedodea.edu (e-mail).

Sincerely,

Alina Doreste-Johnson
Chief, Equal Employment
Opportunity

Enclosure:
As stated

cc: Mr. Garth Terry, Agency Representative

*168*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Department of Defense
Education Activity
4040 North Fairfax Drive
Arlington, VA 22203-1634

Attn: EEO/ *Turner / Rodriguez / Dismissal*

89

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X                                          ☐ Agent
                                           ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

1. Article Addressed to:

CARMEN K. RODRIGUEZ
E. SAN ANTONIO AVENUE
DEDEDO, GUAM 96912

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
1099 3400 0015 9555 5685

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

9555 5685

MS. CARMEN K. RODRIGUEZ
160 E. SAN ANTONIO AVENUE
DEDEDO, GUAM 96912

Postage

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Postmark
Here

FEB 13 2002

Recipient's Name (Please Print Clearly) (to be completed by mailer)

7099

Street, Apt. No.; or PO Box No.

City, State, ZIP+4        169

4



OCT 28 2002

Carmen Rodriguez,
Complainant,

v.

Donald H. Rumsfeld,
Secretary,
Department of Defense,
Agency.

Request No. 05A21054

Appeal No. 01A22263
Agency No. DD-FY01-08

## DENIAL OF REQUEST FOR RECONSIDERATION

Carmen Rodriguez (complainant) timely initiated a request to the Equal Employment Opportunity Commission (EEOC or Commission) to reconsider the decision in *Carmen Rodriguez v. Department of Defense*, EEOC Appeal No. 01A22263 (June 20, 2002). EEOC Regulations provide that the Commission may, in its discretion, reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. *See* 29 C.F.R. § 1614.405(b).

After a review of complainant's request for reconsideration, the previous decision, and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(b), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 01A22263 remains the Commission's final decision. There is no further right of administrative appeal on the decision of the Commission on this request for reconsideration.

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0900)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or

170

"department" means the national organization, and not the local office, facility or department in which you work.

### RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

*Carlton M. Hadden*
_____
Carlton M. Hadden, Director
Office of Federal Operations

___OCT 2 2 2002___
Date

### CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed. I certify that this decision was mailed to complainant, complainant's representative (if applicable), and the agency on:**

___OCT 2 2 2002___
Date

_____
Equal Opportunity Assistant

*171*

# Exhibit

# F-16

172

## Chronology of Events – Based on Review of Employee's Official Personnel Folder

- Prior to DDESS Guam employment Ms. Munoz (now Rodriguez) worked for Guam – Department of Education (DOE) as a Reading Specialist. She received a letter from Guam DOE advising that the position of Reading Specialist would not exist at her school – Carbullido Elementary School.
- Mrs. Carmen Munoz (now Rodriguez) officially accepted the position with DoD DDESS as a Teacher (Mixed Elementary). She signed her acceptance letter August 14, 1997. She also was required to serve a 2 year trial period as new DOD educator.
- Mr. Carmen Munoz (now Rodriguez) was assigned to Guam ES1 PD#D0100
- On 08-26-98 Ms. Carmen Rodriguez was reassigned from Teacher (Mixed Elementary-PD#D0100) to Teacher (Compensatory Education Elementary-PD#D0460) – Management Directed Reassignment.
- On 08-06-2001 Ms. Carmen Rodriguez was reassigned from Teacher (Compensatory Education Elementary) to Teacher (3rd Grade-PD#D0103)-Management Directed Reassignment. This action was processed retroactively due to administrative oversight. Action was processed 12-09-2002.


**Ms. Rodriguez's OPF does not indicate she was ever assigned as a Reading Specialist during her tenure as a DoD DDESS Federal employee.

/73

Reference Item #4 – Mr. Harmon and Ms. Adelman the information requested in this item by OCI. [List of other individuals <u>hired</u> since the month and year Ms. Rodriguez was first hired <u>and</u> reassigned to another position. Include employee name, title series, grade, position hired for, date reassigned, reason reassigned, race, and prior EEO activity.] Also identify the name of the position that Rodriguez was assigned when she was moved from Reading Specialist position.

- The DDESS ASC does not have a list of all individuals hired or reassigned since Ms. Rodriguez was first hired in 1997. We will have to defer to Gordon Harmon to answer whether or not HRO Guam maintains such a list.
- Ms. Rodriguez's Official Personnel Folder does not indicate that she was ever a Reading Specialist with DoD DDESS.

Reference Item #8 – Gordon/Karen please provide a copy of the announcement OCI is requesting. [Copy of the vacancy announcement that indicates the vacancy announcement Ms. Rodriguez and/or Ms. Chop applied under was "open continuous".]

- There was no vacancy announcement published from DDESS Staffing.
- I will defer to Gordon Harmon to answer if there was a published vacancy announcement by HRO Guam.

Note: Karen Adelman was the Staffing POC for Guam between 6-6-2001 and 10-6-2001. Betty Nicholas was the Staffing POC for Guam between the periods March 2001 and June 2001 and from October 2001 to Dec 2001.

*174*



# Exhibit

## F-17

175




Roland L.G. Taimanglo
Director of Education

**DEPARTMENT OF EDUCATION**
**GOVERNMENT OF GUAM**
**P.O. Box DE**
**Agana, Guam 96910**

CARBULLIDO ELEMENTARY SCHOOL
Phone: 734-4341/2
Fax: 734-7769

July 8, 1997

MEMORANDUM

To:        Ms. Carmen Rodriquez (Munoz)

From:      Glenna Reyes, Principal

Subject:   Reading Specialist

This is to advise you that the position of Reading Specialist will not exist at Carbullido.

Due to budget concerns, a decision has been made at the district level to utilize teachers in the regular classrooms. This eliminates the specialist positions that have been used in the last few school years.

Currently we have the following teaching openings at Carbullido, 1st, 5th and SPED. Please let me know if you are interested in filling one of these vacancies.

You can direct any further inquiries in to this matter downtown.

Not
Federal
Employment

DOE/Guam
Assignment

*176*



# Exhibit
# F-18

177



**Department of Defense Education Activity**

Carmen Munoz
P.O. Box 1202
Agana, Gu 96932

1 4 AUG 1997

Dear Carmen Munoz:

CONGRATULATIONS! You have been tentatively selected for the following position with Department of Defense (DOD), Domestic Dependent Elementary and Secondary Schools (DDESS) in Guam.

**Position Title and Grade: Teacher, Elementary School Grades One/Two/Three**
**(Categories 0101/0102/0103)**

**School: Guam DDESS Schools**

~~*$ 44,127.00*~~
**Estimated Salary: $30,269.00 per School Year (AD-1710-CD, ~~Step 1~~ *Step 11*** 9-12-97 10-7
**(Does not Include the 22.5% non-taxable Cost of Living Allowance)**

**Teacher Reporting Date: 15 Sep 97**

**Estimated Date School Begins: 29 Sep 97**

**Type of Appointment: Excepted Service**

**Special Remarks: See Enclosure 1.**

The estimated salary figure is based upon the information you furnished in your application and verifications of employment received to date. This estimated salary is subject to retroactive adjustment due to verifications of employment and graduate course work, new salary schedules, any additional information we receive, and pay-fixing policies which might become effective prior to the date of your actual appointment.

This appointment is in the Excepted Service of the Federal Government. Since this a permanent appointment, you must serve a two-year trial period from the date of your appointment. This trial period is required of all new DOD educators to ensure that they possess the skills and character traits that are necessary for satisfactory performance of their duties. If you fail to demonstrate these skills and characteristics after a full and fair trial, you will be separated from Federal Service.

You must advise us, in writing of your acceptance/declination of this tentative job offer within two (2) working days, from the date you receive this letter. Return your response to: DoDEA, PSC 455 Box 163, FPO AP 96540-1026. Or hand-deliver to DoDEA Office, ComNavMar, Haputo Road, Building FH01.

*178*

If you have any questions concerning the position, you may call the DODEA Guam Recruiting Group at 339-2370.

We look forward to your favorable reply and to working with you as a member of our professional teaching staff to provide the best education for our children.

Sincerely,

*for* Gordon J. Harmon
Chief, Pacific Recruitment

Enclosure:
As stated

Return your response to: (Mailing Address)          (or Hand Deliver to)
                              DoDEA                          COMNAVMAR
                              PSC 455 Box 163                BUILDING FH01
                              FPO AP 96549-1026             HAPUTO ROAD
                                                         NAVAL STATION, GUAM

2

*179*

Teacher, Elementary School Grades One/Two/Three
ES#1-ELMT-83

Carmen Munoz
P.O. Box 1202
Agana, Gu 96932

**I ACCEPT the DDESS job offer**

_Carmen Rodriguez Munoz_ _Aug. 14, 1997_
      Signature            Date

**I DECLINE the DDESS job offer**

_____     _____
      Signature            Date

Special Remarks:

❖ This job offer is contingent pending receipt of an original or certified (Notarized) true copy of your current U.S. State, Territory (i.e., Guam), Commonwealth, or the Virgin Island Teacher Certificate and an original or certified (Notarized) true copy of your official transcripts. Once we receive your acceptance, you will be contacted at a later date for in-processing, at which time you will be required to complete and provide additional documents

Enclosure                     *180*

# Exhibit
## F-19

181

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MUNOZ CARMEN R | 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 | 09-29-54 | 09-15-97 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action | 
|---|---|
| 170 | EXC APPT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZLM | 10 USC SEC 2164 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization

**15. TO: Position Title and Number**
0100 TEACHER (MIXED ELEMENTARY)
D0100

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| AD | 1701 | 00 | 11 | $44,127.00 | SY |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $44,127 | $ 0 | $44,127 | $ 0 |

22. Name and Location of Position's Organization
DEPARTMENT OF DEFENSE
DOMESTIC DEPENDENT ELEMENTARY
AND SECONDARY SCHOOLS
GUAM ES 1

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 2 — 0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | | YES  [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C — BASIC LIFE ONLY | 9 — NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K — FERS AND FICA | 09-15-97 | G — FT-SEASONAL | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career Reserved | E — E - Exempt  N - Nonexempt | 1223  805600 | 0072 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) | |
|---|---|---|
| GQ-0200-000 | ANDERSEN AB | GQ |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| KDH | | | | PENSACOLA FLORIDA (DCPS) |

45. Remarks

MIXED POSITION TEACHES: 0101 0102 0103
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS.
APPOINTMENT AFFIDAVIT EXECUTED 08-15-97.
PERMANENT AD. EMPLOYEES ARE SCHEDULED TO WORK 190 DUTY DAYS. WORK IS PERFORMED
DURING THE SCHOOL YEAR ON THE BASIS OF A PRE-SCHEDULED SEASONAL TOUR OF DUTY.
EMPLOYEE IS IN A NON-DUTY STATUS DURING FEDERAL HOLIDAYS, AND THE FALL,
SPRING, WINTER, AND SUMMER RECESS PERIODS. SERVICE CREDIT FOR RETIREMENT,
INSURANCE AND HEALTH BENEFITS COVERAGE CONTINUES DURING THE PREPAID FEDERAL EMPLOYEE GROUP LIFE
SERVICE COUNTING TOWARDS PERMANENT TENURE FROM 09-15-97
OPF MAINTAINED BY: DODEA, PERSONNEL CENTER, PERSONNEL PROGRAM
MANAGEMENT TEAM - C, 4040 N. FAIRFAX DR., ARLINGTON, VA 22203-1634.
APPOINTMENT IS SUBJECT TO COMPLETION OF A TWO YEAR TRIAL PERIOD
REMARKS CONTINUED ON NEXT PAGE

| 6. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DOD EDUCATION ACTIVITY | |
| | /82 |
| | ALLEN BRITT |
| | PERSONNEL PROGRAM MANAGER B |

| Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DD16 | | |

1 50-316

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MUNOZ CARMEN R | 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 | 09-29-54 | 09-15-97 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code **170** | 5-B. Nature of Action EXC APPT | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code **ZLM** | 5-D. Legal Authority 10 USC SEC 2164 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | 0100 TEACHER (MIXED ELEMENTARY) D0100 |

| 8 Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | AD | 1701 | 00 | 11 | $44,127.00 | SY |

| 12A. Basic Pay | 12B. Locality Adj | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $44,127 | $ 0 | $44,127 | $ 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | DEPARTMENT OF DEFENSE DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS GUAM ES 1 |

## EMPLOYEE DATA

| 23. Veterans Preference 1 | 24. Tenure 2 | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other | 0 - None  2 - Conditional | | YES [X] NO |
| 2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1 - Permanent  3 - Indefinite | | |

| 27. FEGLI C BASIC LIFE ONLY | 28. Annuitant Indicator 9 NOT APPLICABLE | 29. Pay Rate Determinant 0 |
|---|---|---|

| 30. Retirement Plan K FERS AND FICA | 31. Service Comp. Date (Leave) 09-15-97 | 32. Work Schedule G FT-SEASONAL | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|

## POSITION DATA

| 34. Position Occupied 2 | 35. FLSA Category E | 36. Appropriation Code 1223  805600 | 37. Bargaining Unit Status 0072 |
|---|---|---|---|
| 1 - Competitive Service  3 - SES General | E - Exempt | | |
| 2 - Excepted Service  4 - SES Career Reserved | N - Nonexempt | | |

| 38. Duty Station Code GQ-0200-000 | 39. Duty Station (City – County – State or Overseas Location) ANDERSEN AB | GQ |
|---|---|---|

| 40. AGENCY DATA KDH | 41. | 42. | 43. | 44. PENSACOLA FLORIDA (DCPS) |
|---|---|---|---|---|

45. Remarks

MIXED POSITION TEACHES:  0101  0102  0103
REMARKS - CONTINUED:

BEGINNING 09-15-97 .
ELIGIBLE 22.5% COLA AND 0% NFPD.  COLA AND NFPD ARE SUBJECT TO CHANGE WITHOUT NOTICE.
FROZEN SERVICE:  NONE.
CREDITABLE MILITARY SERVICE:  NONE.
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

/83/

| 46. Employing Department or Agency DOD EDUCATION ACTIVITY | 50. Signature/Authentication and Title of Approving Official ALLEN BRITT |
|---|---|
| 47. Agency Code DD16 | 48. Personnel Office ID | 49. Approval Date | PERSONNEL PROGRAM MANAGER |

# Exhibit
## F-20



184

# POSITION DESCRIPTION *(Please Read Instructions on the Back)*

| | | |
|---|---|---|
| **1. Agency Position No.** | | 0100 |

**2. Reason for Submission**
- [ ] Redescription
- [X] New
- [ ] Reestablishment
- [ ] Other

Explanation *(Show any positions replaced)*

**3. Service**
- [ ] Hdqtrs.
- [X] Field

**4. Employing Office Location**
Arlington, Virginia

**5. Duty Station**

**6. OPM Certification No.**

**7. Fair Labor Standards Act**
- [X] Exempt
- [ ] Nonexempt

**8. Financial Statements Required**
- [ ] Executive Personnel Financial Disclosure
- [ ] Employment and Financial Interests

**9. Subject to IA Action**
- [X] Yes
- [ ] No

**10. Position Status**
- [ ] Competitive
- [X] Excepted *(Specify in Remarks)*
- [ ] SES (Gen.)
- [ ] SES (CR)

**11. Position is:**
- [X] Supervisory
- [ ] Managerial
- [ ] Neither

**12. Sensitivity**
- [X] 1-Non-Sensitive
- [ ] 2-Noncritical Sensitive
- [ ] 3-Critical Sensitive
- [ ] 4-Special Sensitive

**13. Competitive Level Code**

**14. Agency Use**

**15. Classified/Graded by**

| | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| **a. U.S. Office of Personnel Management** | | | | | | |
| **b. Department, Agency or Establishment** | Teacher (Mixed Elementary) | AD | 1701 | 00 | | |
| **c. Second Level Review** | | | | | | |
| **d. First Level Review** | | | | | | |
| **e. Recommended by Supervisor or Initiating Office** | | | | | | |

**16. Organizational Title of Position** *(if different from official title)*

**17. Name of Employee** *(if vacant, specify)*

**18. Department, Agency, or Establishment**

**a. First Subdivision**
Department of Defense Education Activity

**b. Second Subdivision**
Domestic Dependents Elementary and Secondary Schools

.... Area

**c. Third Subdivision**
Guam ES 1

**d. Fourth Subdivision**

**e. Fifth Subdivision**

**19. Employee Review**-This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

**20. Supervisory Certification.** I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**a. Typed Name and Title of Immediate Supervisor**

Signature                    Date

**b. Typed Name and Title of Higher-Level Supervisor or Manager** *(optional)*
Linda Renz
Special Assistant for DDESS

Signature                    Date

**21. Classification/Job Grading Certification.** I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action
Veronica W. Southall
Classification and Compensation Section

Signature                    Date 1/22/97

**22. Position Classification Standards Used in Classifying/Grading Position**
10 USC 2164, Chapter 108

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

**23. Position Review**

| | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **a. Employee** *(optional)* | | | | | | | | | | |
| **b. Supervisor** | | | | | | | | | | |
| **c. Classifier** | | | | | | | | | | |

**24. Remarks**

185

25. Description of Major Duties

**Standard Teacher Position Description:**

## I. INTRODUCTION

The purpose of this position is to provide a professional teacher to assist students to achieve optimum development of skills and mastery of knowledge by conducting assigned subject-matter of grade-level(s) instruction in the Domestic Dependents Elementary and Secondary Schools (DDESS).

## II. SUPERVISORY CONTROLS

Work is performed under the general supervision of the school principal. Incumbent independently develops lesson plans within the framework of approved curriculum objectives, course outlines, texts, and guidelines. Long-range lesson plans to implement course outlines are subject to general or spot review by the supervisor. Daily lesson plans and test materials are occasionally reviewed to evaluate adequacy of coverage and treatment. Classroom sessions are subject to periodic audit by the supervisor so that the incumbent's continuing effectiveness can be evaluated.

## III. DUTIES AND RESPONSIBILITIES

1. Utilizing knowledge of skills and content of discipline together with experience in teaching the grade levels or specialization of this position, the incumbent plans, develops, and organizes long-range lesson plans and daily class work in a manner that will ensure adequate coverage within the time frame allotted for the discipline content and skills required to meet approved course outlines and curriculum objectives.

2. Conducts classroom instruction using modern professional teaching principles, practices and techniques appropriate to the subject matter or grade levels(s) of assignment. Uses imagination and judgment in selecting, adapting, or modifying teaching methods or materials that experience indicates will be most effective in teaching the grade level(s) or subject matter of the disciplines; facilitates variations to accommodate individual differences, interests, and abilities; stimulates interest and motivation; and improves the quality of instruction. Trains and encourages students to develop skills in research, making maximum use of educational centers.

3. Maintains a keen awareness of student progress; determines the need for, develops and follows through on individual learning programs for students who are having common learning difficulties. Exercises continuous surveillance over the educational welfare of assigned students by working with school counselors, social workers, and/or school psychologists in resolving learning and behavioral problems of students. Maintains individual and class records.

*186*

4. Counsels students on their progress in meeting the goals and objectives established for the class. Draws on personal knowledge of the personality, background, and interests of the individual student when discussing with the student their learning problems, achievements, conduct in class, or any problems on which the student may seek the incumbent's advice. Refers serious and/or chronic behavior problems to the guidance counselor and/or principal in accordance with local policy and procedure. Meets and deals independently with other teachers, parents and guardians concerning student problems.

5. Encourages students to experience some kind of extracurricular activity and serves as a sponsor and consultant of assigned student activities.

6. Joins with faculty colleagues and school officials in maintaining order; security; a wholesome, stimulating, creative, educational climate conducive to learning, achievement, and good citizenship; and participates in committee activities, as required, to review, evaluate, and develop educational materials which will improve the education program. Participates in DDESS testing programs as required. May be required to supervise students during outside activities, in the lunchroom, during bus arrivals and departures, etc.

7. Performs other duties as assigned.

## IV. OTHER SIGNIFICANT FACTS

May be required to travel by military and/or commercial air, land or sea transportation in the performance of assigned duties.

Incumbent will be required to respect the privacy and sensitivities of students and parents by controlling and restricting personal information to those who "need to know".

/87



# Exhibit
# F-21

/82

 

Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name *(Last, First, Middle)*<br>RODRIGUEZ CARMEN K | 2. Social Security Number<br>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 | 3. Date of Birth<br>09-29-54 | 4. Effective Date<br>07-16-98 |
|---|---|---|---|

### FIRST ACTION / SECOND ACTION

| 5-A. Code<br>780 | 5-B. Nature of Action<br>NAME CHG FROM<br>MUNOZ CARMEN R | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 5-C. Code<br>CGM | 5-D. Legal Authority<br>5 U.S.C. 552A(E)(5) | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number<br><br>0100 TEACHER (MIXED ELEMENTARY)<br>D0100 | 15. TO: Position Title and Number<br><br>0100 TEACHER (MIXED ELEMENTARY)<br>D0100 |
|---|---|

X

| 8. Pay Plan<br>AD | 9. Occ.<br>1701 | 10. Grade/Level<br>00 | 11. Step/Rate<br>11 | 12. Total Salary<br>$44,127.00 | 13. Pay Basis<br>PA | 16. Pay Plan<br>AD | 17. Occ.<br>1701 | 18. Grade/Level<br>00 | 19. Step/Rate<br>11 | 20. Total Salary/Award<br>$44,127.00 | 21. Pay Basis<br>PA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay<br>$44,127 | 12B. Locality Adj.<br>$ 0 | 12C. Adj. Basic Pay<br>$44,127 | 12D. Other Pay<br>$ 0 | | | 20A. Basic Pay<br>$44,127 | 20B. Locality Adj<br>$ 0 | 20C. Adj. Basic Pay<br>$44,127 | 20D. Other Pay<br>$ 0 | | |

| 14. Name and Location of Position's Organization<br>DEPARTMENT OF DEFENSE<br>DOMESTIC DEPENDENT ELEMENTARY<br>AND SECONDARY SCHOOLS<br>GUAM ES I | 22. Name and Location of Position's Organization<br>DEPARTMENT OF DEFENSE<br>DOMESTIC DEPENDENT ELEMENTARY<br>AND SECONDARY SCHOOLS<br>GUAM ES I |
|---|---|

### EMPLOYEE DATA

| 23. Veterans Preference<br>1 · None   3 - 10-Point/Disability   5 - 10 Point/Other<br>2 - 5-Point   4 - 10-Point/Compensable   6 - 10 Point/Compensable/30%<br>**1** | 24. Tenure<br>0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite<br>**2** | 25. Agency Use | 26. Veterans Preference for RIF<br>YES [ ]   NO [X] |
|---|---|---|---|
| 27. FEGLI<br>BASIC LIFE ONLY<br>**C** | 28. Annuitant Indicator<br>NOT APPLICABLE<br>**9** | | 29. Pay Rate Determinant<br>**0** |
| 30. Retirement Plan<br>FERS AND FICA<br>**K** | 31. Service Comp. Date (Leave)<br>09-15-97 | 32. Work Schedule<br>FULL TIME<br>**F** | 33. Part-Time Hours Per<br>Biweekly<br>Pay Period |

### POSITION DATA

| 34. Position Occupied<br>1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career Reserved<br>**2** | 35. FLSA Category<br>E - Exempt<br>N - Nonexempt<br>**E** | 36. Appropriation Code<br>1223  805600 | 37. Bargaining Unit Status<br>7777 |
|---|---|---|---|
| 38. Duty Station Code | 39. Duty Station *(City - County - State or Overseas Location)*<br>ANDERSEN AB          GQ | | |

| 40. AGENCY DATA<br>KDH | 41. | 42. | 43. | 44.<br>PENSACOLA FLORIDA (DCPS) |
|---|---|---|---|---|

45. Remarks

MIXED POSITION TEACHES: 0101 0102 0103

*189*

| 46. Employing Department or Agency<br><br>DOD EDUCATION ACTIVITY | 50. Signature/Authentication and Title of Approving Official<br><br>Electronically Signed<br><br>Kelly D. Hessig<br><br>Personnel Management Specialist |
|---|---|
| 47. Agency Code<br>DD16 | 48. Personnel Office ID<br>4199 | 49. Approval Date<br>07-16-98 | |

TURN OVER FOR IMPORTANT INFORMATION
5-Part      50-156

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

# Exhibit
# F-22

190

Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# ⬤ ⬤ NOTIFICATION OF PERSONNEL ACTION

| 1. Name *(Last, First, Middle)*<br>RODRIGUEZ CARMEN K | 2. Social Security Number<br>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 | 3. Date of Birth<br>09-29-54 | 4. Effective Date<br>08-26-98 |
|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code<br>721 | 5-B. Nature of Action<br>REASSIGNMENT | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code<br>ZLM | 5-D. Legal Authority<br><br>10 USC SEC 2164 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number<br><br>0100 TEACHER (MIXED ELEMENTARY)<br>D0100 | 15. TO: Position Title and Number<br><br>0460 TEACHER (COMPENSATORY EDUCATION<br>ELEMENTARY)     D0460 |
|---|---|

| 8. Pay Plan<br>AD | 9. Occ.<br>1701 | 10. Grade/Level<br>00 | 11. Step/Rate<br>12 | 12. Total Salary<br>$47,233.00 | 13. Pay Basis<br>PA | 16. Pay Plan<br>AD | 17. Occ.<br>1701 | 18. Grade/Level<br>00 | 19. Step/Rate<br>12 | 20. Total Salary/Award<br>$47,233.00 | 21. Pay Basis<br>PA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay<br>$47,233 | 12B. Locality Adj.<br>$ 0 | 12C. Adj. Basic Pay<br>$47,233 | 12D. Other Pay<br>$ 0 | | | 20A. Basic Pay<br>$47,233 | 20B. Locality Adj.<br>$ 0 | 20C. Adj. Basic Pay<br>$47,233 | 20D. Other Pay<br>$ 0 | | |

| 14. Name and Location of Position's Organization<br>DEPARTMENT OF DEFENSE<br>DOMESTIC DEPENDENT ELEMENTARY<br>AND SECONDARY SCHOOLS<br>GUAM ES 1 | 22. Name and Location of Position's Organization<br>DEPARTMENT OF DEFENSE<br>DOMESTIC DEPENDENT ELEMENTARY<br>AND SECONDARY SCHOOLS<br>GUAM ES 1 |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference<br>1 | 1 - None     3 - 10-Point/Disability     5 - 10-Point/Other<br>2 - 5-Point     4 - 10-Point/Compensable     6 - 10-Point/Compensable/30% | 24. Tenure<br>2 | 0 - None     2 - Conditional<br>1 - Permanent     3 - Indefinite | 25. Agency Use | 26. Veterans Preference for RIF<br>YES     NO [X] |
|---|---|---|---|---|---|

| 27. FEGLI<br>C | BASIC LIFE ONLY | 28. Annuitant Indicator<br>9     NOT APPLICABLE | 29. Pay Rate Determinant<br>0 |
|---|---|---|---|

| 30. Retirement Plan<br>K | FERS AND FICA | 31. Service Comp. Date (Leave)<br>09-15-97 | 32. Work Schedule<br>F     FULL TIME | 33. Part-Time Hours Per<br>Biweekly<br>Pay Period |
|---|---|---|---|---|

## POSITION DATA

| 34. Position Occupied<br>2 | 1 - Competitive Service     3 - SES General<br>2 - Excepted Service     4 - SES Career Reserved | 35. FLSA Category<br>E | E - Exempt<br>N - Nonexempt | 36. Appropriation Code<br>3123   805600 | 37. Bargaining Unit Status<br>7777 |
|---|---|---|---|---|---|

| 38. Duty Station Code<br>GQ-0200-000 | 39. Duty Station *(City - County - State or Overseas Location)*<br>ANDERSEN AB          GQ |
|---|---|

| 40. AGENCY DATA<br>KDH | 41. | 42. | 43. | 44.<br>PENSACOLA FLORIDA (DCPS) |
|---|---|---|---|---|

45. Remarks

MANAGEMENT DIRECTED REASSIGNMENT.

| 46. Employing Department or Agency<br><br>DOD EDUCATION ACTIVITY | 50. Signature/Authentication and Title of Approving Official<br>Electronically Signed<br>Kelly D. Hessig<br>Personnel Management Specialist |
|---|---|
| 47. Agency Code<br>DD16 | 48. Personnel Office ID | 49. Approval Date | |

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93

# Exhibit
# F-23

192

# POSITION DESCRIPTION (Please Read Instructions on the Back)

Case 1:04-cv-00029 Document 25-8 Filed 06/03/2005 Page 36 of 50

| 1. Agency Position No. |
|---|
| 0460 |

| 2. Reason for Submission | | 3. Service | | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No. |
|---|---|---|---|---|---|---|
| ☐ Redescription  ☒ New | | ☐ Hdqtrs.  ☒ Field | | Arlington, Virginia | | |
| ☐ Reestablishment  ☐ Other | | | | | | |

Explanation (Show any positions replaced)

| 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
|---|---|---|
| ☒ Exempt  ☐ Nonexempt | ☐ Executive Personnel Financial Disclosure  ☐ Employment and Financial Interests | ☐ Yes  ☐ No |

| 10. Position Status | 11. Position is: | 12. Sensitivity | 13. Competitive Level Code |
|---|---|---|---|
| ☐ Competitive | ☐ Supervisory | ☒ 1-Non-Sensitive  ☐ 3-Critical Sensitive | 0460 |
| ☒ Excepted (Specify in Remarks) | ☐ Managerial | | 14. Agency Use |
| ☐ SES (Gen.)  ☐ SES (CR) | ☒ Neither | ☐ 2-Noncritical Sensitive  ☐ 4-Special Sensitive | |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | 0460  Teacher (Compensatory Education) | AD | 1701 | 00 | | |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

16. Organizational Title of Position (if different from official title)

17. Name of Employee (if vacant, specify)

18. Department, Agency, or Establishment

**Department of Defense Education Activity**

c. Third Subdivision

a. First Subdivision

**Domestic Dependents Elementary and Secondary Schools**

d. Fourth Subdivision

b. Second Subdivision

e. Fifth Subdivision

19. Employee Review-This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

20. **Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the* knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)

Linda Renz
Special Assistant for DDESS

Signature | Date

Signature *Linda L. Renz* | Date

21. **Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

22. Position Classification Standards Used in Classifying/Grading Position

10 USC 2164, Chapter 108

Typed Name and Title of Official Taking Action

Veronica W. Southall
Classification and Compensation Section

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

Signature *Veronica W. Southall* | Date 9/22/97

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

0460 (Elementary)
0461 (Middle/Junior)
0462 ((Secondary)

*193*

25. Description of Major Duties and Responsibilities (See Attached)

NSN 7540-00-634-4265     Previous Edition Usable     FPOS 126     OF 8 (Rev. 1-85)

Standard Teacher Position Description: TP-1701-C0

## I. INTRODUCTION

The purpose of this position is to provide a professional teacher to assist students to achieve optimum development of skills and mastery of knowledge by conducting assigned subject-matter of grade-level(s) instruction in the Domestic Dependents Elementary and Secondary Schools (DDESS).

## II. SUPERVISORY CONTROLS

Work is performed under the general supervision of the school principal. Incumbent independently develops lesson plans within the framework of approved curriculum objectives, course outlines, texts, and guidelines. Long-range lesson plans to implement course outlines are subject to general or spot review by the supervisor. Daily lesson plans and test materials are occasionally reviewed to evaluate adequacy of coverage and treatment. Classroom sessions are subject to periodic audit by the supervisor so that the incumbent's continuing effectiveness can be evaluated.

## III. DUTIES AND RESPONSIBILITIES

1. Utilizing knowledge of skills and content of discipline together with experience in teaching the grade levels or specialization of this position, the incumbent plans, develops, and organizes long-range lesson plans and daily class work in a manner that will ensure adequate coverage within the time frame allotted for the discipline content and skills required to meet approved course outlines and curriculum objectives.

2. Conducts classroom instruction using modern professional teaching principles, practices and techniques appropriate to the subject matter or grade levels(s) of assignment. Uses imagination and judgment in selecting, adapting, or modifying teaching methods or materials that experience indicates will be most effective in teaching the grade level(s) or subject matter of the disciplines; facilitates variations to accommodate individual differences, interests, and abilities; stimulates interest and motivation; and improves the quality of instruction. Trains and encourages students to develop skills in research, making maximum use of educational centers.

3. Maintains a keen awareness of student progress; determines the need for, develops and follows through on individual learning programs for students who are having common learning difficulties. Exercises continuous surveillance over the educational welfare of assigned students by working with school counselors, social workers, and/or school psychologists in resolving learning and behavioral problems of students. Maintains individual and class records.

*194*

4. Counsels students on their progress in meeting the goals and objectives established for the class. Draws on personal knowledge of the personality, background, and interests of the individual student when discussing with the student their learning problems, achievements, conduct in class, or any problems on which the student may seek the incumbent's advice. Refers serious and/or chronic behavior problems to the guidance counselor and/or principal in accordance with local policy and procedure. Meets and deals independently with other teachers, parents and guardians concerning student problems.

5. Encourages students to experience some kind of extracurricular activity and serves as a sponsor and consultant of assigned student activities.

6. Joins with faculty colleagues and school officials in maintaining order; security; a wholesome, stimulating, creative, educational climate conducive to learning, achievement, and good citizenship; and participates in committee activities, as required, to review, evaluate, and develop educational materials which will improve the education program. Participates in DDESS testing programs as required. May be required to supervise students during outside activities, in the lunchroom, during bus arrivals and departures, etc.

7. Performs other duties as assigned.

## IV. OTHER SIGNIFICANT FACTS

May be required to travel by military and/or commercial air, land or sea transportation in the performance of assigned duties.

Incumbent will be required to respect the privacy and sensitivities of students and parents by controlling and restricting personal information to those who "need to know".

*195*

# Exhibit
# F-24

194

07/09/01 MON 14:44 FAX 671 366 2532 DODEA ELEM. SCH AAFB

# Department of Defense Educational Activity
## Guam District

| Employees Name (Last, First, Middle Initial) | Position, Title, Series, Grade |
|---|---|
| Rodriguez, Carmen    SSN: 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 | TP 1701, TEACHER – GRADE |
| School | Rating Period (From – To) |
| ANDERSEN ELEMENTARY SCHOOL   NORTH-GUAM ES | 1 May 2000 – 30 April 2001 |

**Additional Comments:** 3 Year Cycle (Check Box)   Year 1 ☐   Year 2 ☐   Year 3 ☐   Professional Growth Plan Established ☐
*Indicate focus year

Ms. Carmen Rodriguez has been the RIS instructor at Andersen Elementary School for three years. Her primary responsibility has been working with approximately 30 students this school year. During this school year Ms. Rodriguez acquired funding for the Reading Is Fundamental (RIF) Program for Andersen Elementary School. Due to the late arrival of the RIF reading materials the first set of books were provided to children during the week of May 21, 2001. The remaining two distributions of books will provided to AES students next school year (2001-2002) in August and September.

The overall performance rating (defined in the performance appraisal regulation) is based upon the employee's performance in meeting the requirements of the job performance standards. Signature indicates that a particular step has been completed and understood by all parties.

| | Employee | Date | Rating Official | Date | Reviewing Official | Date |
|---|---|---|---|---|---|---|
| ELEMENTS/STANDARDS SET | Carmen K. Rodriguez | 5-30-00 | Sharon K. Nall | 5/30/00 | Roberto Tonarelly-Meyen | |
| PROGRESS REVIEW | Carmen K. Rodriguez | 3-5-01 | Sharon K. Nall | 3/5/01 | | |
| Annual Review | Carmen K. Rodriguez | 5-31-01 | Sharon K. Nall | | J Burke | 5/15/01 |

FULLY SATISFACTORY  ☒          UNSATISFACTORY  ☐

# Department of Defense Educational Activity
## Guam District

| PERFORMANCE ELEMENT | SATISFACTORY PERFORMANCE STANDARD (4 of 5) | COMMENTS | FS | U |
|---|---|---|---|---|
| **JOB ELEMENT 1: (Critical)** THE EMPLOYEE EXHIBITS EFFECTIVE STUDENT MANAGEMENT SKILLS. | 1. Provides opportunities for and recognition of student success. 2. Gives positive reinforcement to acceptable academic and social behavior. 3. Responds to the emotional needs of students. 4. Promotes a positive learning environment for all students by dealing appropriately with disruptive students. 5. Consistently enforces school and classroom student behavior rules. | | √ | |
| **JOB ELEMENT 2: (Critical)** THE EMPLOYEE EXHIBITS EFFECTIVE MATERIAL MANAGEMENT SKILLS. | 1. Uses a variety of materials appropriate to learning objectives. 2. Uses materials appropriate to the needs and abilities of students 3. Selects materials to which all ethnic and cultural groups may relate. 4. Organizes lessons/activities in logical sequential order. 5. Arranges materials and supplies for most efficient use. | | √ | |
| **JOB ELEMENT 3: (Critical)** THE EMPLOYEE EXHIBITS EFFECTIVE COMMUNICATION SKILLS. | 1. Communicates expectations to students clearly and appropriately. 2. Relates news objectives to past learning and experiences. 3. Gives clear, concise directions. 4. Gives clear, complete, accurate explanations of subject matter/discipline suitable to the students' level. 5. Receives students' questions comfortably and deals effectively with them. | | √ | |

Case 1:04-cv-00029    Document 25-8    Filed 06/03/2005    Page 41 of 50

| PERFORMANCE ELEMENT | PERFORMANCE STANDARD | COMMENTS | FS | U |
|---|---|---|---|---|
| **JOB ELEMENT 4: (Critical)**<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE | 1. Uses appropriate activities pertinent to the objectives<br>2. Relates subject matter/discipline to students' experiences.<br>3. Uses a variety of techniques appropriate to learning objectives as well as the needs and abilities of students.<br>4. Provides sufficient guided and independent practice to foster student learning.<br>5. Utilizes community resources appropriate to lessons/activities. | | ✓ | |
| **JOB ELEMENT 5: (Critical)**<br><br>THE EMPLOYEE CONDUCTS APPROPRIATE ASSESSMENTS OF STUDENT PROGRESS. | 1. Assess the progress of students on a regular basis.<br>2. Ensures congruence between instruction and assessment.<br>3. Makes adjustments when students show lack o desired progress.<br>4. Supports standardized testing program.<br>5. Maintains accurate assessment records. | | ✓ | |
| **JOB ELEMENT 6: (Critical)**<br><br>THE EMPLOYEE PERFORMS PROFESSIONAL RESPONSIBILITIES. | 1. Establishes a professional growth plan and demonstrates satisfactory progress on same.<br>2. Maintains accurate and complete records appropriate to position.<br>3. Submits required information in a timely fashion.<br>4. Follows internal management property control procedures.<br>5. Complies with Equal Employment Opportunity standard.<br>6. Works cooperatively with other educators and administrators.<br>7. Attends job-related meetings, activities, and assigned CST's, consistent with the negotiated agreement.<br>8. Follows chain of command.<br>9. Confers with parents on student progress in accordance with school procedures.<br>10. Reports unusual student problems, including suspected child abuse, to appropriate school officials. | | ✓ | |



# Exhibit
# F-25

200



Standard Form 52-B
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 3

## REQUEST FOR PERSONNEL ACTION

### PART A - Requesting Office (Also complete Part B, Items 1, 7-22, 32, 33, 36 and 39.)

| | 2. Request Number |
|---|---|
| 1. Actions Requested | GUE1-01-0607 |
| Reassignment | 4. Proposed Effective Date |
| 3. For Additional Information Call (Name and Telephone Number) | Aug 6 2001 |
| Glenda KC Johnson, 366-1511 | |

5. Action Requested By (Typed Name, Title, Signature, and Request Date)

Sharon K. Hall, Assistant Principal

6. Action Authorized By (Typed Name, Title, Signature, and Concurrence Date)

Joseph E. Masters, Principal 1 June 2001

### PART B - For Preparation of SF 50 (Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Rodriguez, Carmen K. | 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 | 9-29 | ASAP |

| First Action | | Second Action | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| RIS Teacher | 3rd Grade Teacher |
| Andersen Elementary School | Andersen Elementary School |

| 8. Pay Plan | 9. Occ. Code | 10.Area at Level | 11.Step or rate | 12. Total Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. Code | 18.Grade or Level | 19.Step or rate | 20. Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay | | 12B. Locality Adj. | | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | | 20B. Locality Adj. | | 20C. Adj. Basic Pay | 20D. Other Pay |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Department of Defense Domestic Dependent | Department of Defense Domestic Dependent |
| Andersen Elementary School ES#1 | Andersen Elementary School ES#1 |

### Employee Data

23. Veteran Preference
- 1 - None
- 2 - 5 Point
- 3 - 10 Point/Disability
- 4 - 10 Point/Compensable
- 5 - 10 Point/Other
- 6 - 10 Point/Compensable/30%

27. FEGLI

30. Retirement Plan

24. Tenure
- 0 - None
- 1 -
- 2 - Conditional
- 3 - Indefinite

25. Agency Use

26. Veterans Preference for RIF
- YES
- NO

28. Annuitant Indicator

31. Service Comp. Date (Leave)

29. Pay Rate Determinant

32. Work Schedule

33. Part-Time Hours Per Biweekly Pay Period

### Position Data

34. Position Occupied
- 1 - Competitive Service
- 3 - SES General
- 4 - SES Career

35. FLSA Category
- E - Exempt
- N - Nonexempt

36. Appropriation Code

37. Bargaining Unit Status

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| GQ-0140-000 | Andersen AFB, Guam |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

| 45. Educational Level | 46. Year Degree Attained | 47. Academic Discipline | 48. Functional Class | 49. Citizenship | 50. Veterans Status | 51. Supervisory Status |
|---|---|---|---|---|---|---|
| | | | | 1 - USA 8 - Other | | |

### PART C - Reviews and Approvals (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. | | | D. | | |
| B. | | | E. | | |
| C. | | | F. | | |

2. Approval: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

Signature

Approval Date

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33. Subch. 4



# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) RODRIGUEZ, CARMEN K. | | 2. Social Security Number 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 | 3. Date of Birth 09-29-1954 | 4. Effective Date 08-06-2001 |
|---|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|

| 5-A. Code 721 | 5-B. Nature of Action Reassignment | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 5-C. Code ZLM | 5-D. Legal Authority 10 USC SEC 2164 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number 0460 TEACHER (COMPENSATORY EDUCATION ELEMENTARY) D0460 – 12273 | 15. TO: Position Title and Number TEACHER (ELEMENTARY) 0103 – 43943 |
|---|---|

| 8. Pay Plan AD | 9. Occ. Code 1701 | 10. Grade/Level 00 | 11. Step/Rate 00 | 12. Total Salary $54,282.86 | 13. Pay Basis PA | 16. Pay Plan AD | 17. Occ. Code 1701 | 18. Grade/Level 00 | 19. Step/Rate 00 | 20. Total Salary/Award $54,282.86 | 21. Pay Basis PA |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 12A. Basic Pay $54,282.86 | 12B. Locality Adj. $0 | 12C. Adj. Basic Pay $54,282.86 | 12D. Other Pay $0 | 20A. Basic Pay $54,282.86 | 20B. Locality Adj. $0 | 20C. Adj. Basic Pay $54,282.86 | 20D. Other Pay $0 |
|---|---|---|---|---|---|---|---|

| 14. Name and Location of Position's Organization 7XGUE1472100E DOD EDUCATION ACTIVITY DDESS–GUAM GUAM SCHOOLS ANDERSEN ES | 22. Name and Location of Position's Organization 7XGUE1472100E DOD EDUCATION ACTIVITY DDESS–GUAM GUAM SCHOOLS ANDERSEN ES |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference 1 | 1 – None 2 – 5-Point | 3 – 10-Point/Disability 4 – 10-Point/Compensable | 5 – 10-Point/Other 6 – 10-Point/Compensable/30% | 24. Tenure 1 | 0 – None 1 – Permanent | 2 – Conditional 3 – Indefinite | 25. Agency Use | 26. Veterans Preference for RIF YES [ ] NO [X] |
|---|---|---|---|---|---|---|---|---|

| 27. FEGLI C0 Basic only | 28. Annuitant Indicator 9 Not Applicable | 29. Pay Rate Determinant J |
|---|---|---|

| 30. Retirement Plan K FERS and FICA | 31. Service Comp. Date (Leave) 09-15-1997 | 32. Work Schedule G Full-Time Seasonal | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|

## POSITION DATA

| 34. Position Occupied 2 | 1 – Competitive Service 2 – Excepted Service | 3 – SES General 4 – SES Career Reserved | 35. FLSA Category E | E – Exempt N – Nonexempt | 36. Appropriation Code 4721000EGUAM | | 37. Bargaining Unit Status DD0101 |
|---|---|---|---|---|---|---|

| 38. Duty Station Code GQ0200000 | 39. Duty Station (City – County – State or Overseas Location) ANDERSEN AB / GUAM |
|---|---|

| 40. Agency Data | 41. | 42. | 43. TO:APC: | 44. DOD Payroll Office, Pensacola, FL(PE) PE |
|---|---|---|---|---|

45. Remarks

**MANAGEMENT DIRECTED REASSIGNMENT.**

*202*

| 46. Employing Department or Agency Department of Defense Education Activity (DD16) | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| | Donna L. Simpson |

| 47. Agency Code DD16 | 48. Personnel Office ID 4199 | 49. Approval Date 12-09-2002 | Supervisory, Personnel Management Specialist |
|---|---|---|---|

Case 1:04-cv-00029    Document 25-8    Filed 06/03/2005    Page 45 of 50

5-Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93

# Exhibit
# F-26

203

# POSITION DESCRIPTION (Please Read Instructions on the Back)

| | |
|---|---|
| **2. Reason for Submission** | **1. Agency Position No.** 0101 |
| ☐ Redescription ☒ New | **6. OPM Certification No.** |
| ☐ Reestablishment ☐ Other | |

**3. Service:** ☐ Hdqtrs. ☒ Field

**4. Employing Office Location:** Arlington, Virginia

**5. Duty Station**

**7. Fair Labor Standards Act:** ☒ Exempt ☐ Nonexempt

**8. Financial Statements Required:** ☐ Executive Personnel Financial Disclosure ☐ Employment and Financial Interests

**9. Subject to IA Action:** ☒ Yes ☐ No

**10. Position Status:** ☐ Competitive ☒ Excepted (Specify in Remarks) ☐ SES (Gen.) ☐ SES (CR)

**11. Position is:** ☒ Supervisory ☐ Managerial ☒ Neither

**12. Sensitivity:** ☒ 1-Non-Sensitive ☐ 2-Noncritical Sensitive ☐ 3-Critical Sensitive ☐ 4-Special Sensitive

**13. Competitive Level Code** 0101

**14. Agency Use**

**Explanation (Show any positions replaced)**

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Teacher (Elementary) | AD | 1701 | 00 | | |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

**16. Organizational Title of Position (If different from official title)**

**17. Name of Employee (If vacant, specify)**

**18. Department, Agency, or Establishment**

**a. First Subdivision**
Department of Defense Education Activity

**b. Second Subdivision**
Domestic Dependents Elementary and Secondary Schools

**c. Third Subdivision**

**d. Fourth Subdivision**

**e. Fifth Subdivision**

**19. Employee Review**-This is an accurate description of the major duties and responsibilities of my position.

**Signature of Employee (optional)**

**20. Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the* knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**a. Typed Name and Title of Immediate Supervisor**

**b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)**
Linda Renz
Special Assistant for DDESS

**Signature** | **Date**

**Signature** | **Date**

**21. Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

**Typed Name and Title of Official Taking Action**
Veronica W. Southall
Classification and Compensation Section

**Signature** | **Date** 9/22/97

**22. Position Classification Standards Used in Classifying/Grading Position**
10 USC 2164, Chapter 108

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24. Remarks**
0101 through 0108

204

**25. Description of Major Duties and Responsibilities (See Attached)**

NSN 7540-00-634-4265   Previous Edition Usable   5008-106   OF 8 (Rev. 1-85)



Standard Teacher Position Description: TP-1701-C0

## I. INTRODUCTION

The purpose of this position is to provide a professional teacher to assist students to achieve optimum development of skills and mastery of knowledge by conducting assigned subject-matter of grade-level(s) instruction in the Domestic Dependents Elementary and Secondary Schools (DDESS).

## II. SUPERVISORY CONTROLS

Work is performed under the general supervision of the school principal. Incumbent independently develops lesson plans within the framework of approved curriculum objectives, course outlines, texts, and guidelines. Long-range lesson plans to implement course outlines are subject to general or spot review by the supervisor. Daily lesson plans and test materials are occasionally reviewed to evaluate adequacy of coverage and treatment. Classroom sessions are subject to periodic audit by the supervisor so that the incumbent's continuing effectiveness can be evaluated.

## III. DUTIES AND RESPONSIBILITIES

1. Utilizing knowledge of skills and content of discipline together with experience in teaching the grade levels or specialization of this position, the incumbent plans, develops, and organizes long-range lesson plans and daily class work in a manner that will ensure adequate coverage within the time frame allotted for the discipline content and skills required to meet approved course outlines and curriculum objectives.

2. Conducts classroom instruction using modern professional teaching principles, practices and techniques appropriate to the subject matter or grade levels(s) of assignment. Uses imagination and judgment in selecting, adapting, or modifying teaching methods or materials that experience indicates will be most effective in teaching the grade level(s) or subject matter of the disciplines; facilitates variations to accommodate individual differences, interests, and abilities; stimulates interest and motivation; and improves the quality of instruction. Trains and encourages students to develop skills in research, making maximum use of educational centers.

3. Maintains a keen awareness of student progress; determines the need for, develops and follows through on individual learning programs for students who are having common learning difficulties. Exercises continuous surveillance over the educational welfare of assigned students by working with school counselors, social workers, and/or school psychologists in resolving learning and behavioral problems of students. Maintains individual and class records.

*205*



4. Counsels students on their progress in meeting the goals and objectives established for the class. Draws on personal knowledge of the personality, background, and interests of the individual student when discussing with the student their learning problems, achievements, conduct in class, or any problems on which the student may seek the incumbent's advice. Refers serious and/or chronic behavior problems to the guidance counselor and/or principal in accordance with local policy and procedure. Meets and deals independently with other teachers, parents and guardians concerning student problems.

5. Encourages students to experience some kind of extracurricular activity and serves as a sponsor and consultant of assigned student activities.

6. Joins with faculty colleagues and school officials in maintaining order; security; a wholesome, stimulating, creative, educational climate conducive to learning, achievement, and good citizenship; and participates in committee activities, as required, to review, evaluate, and develop educational materials which will improve the education program. Participates in DDESS testing programs as required. May be required to supervise students during outside activities, in the lunchroom, during bus arrivals and departures, etc.

7. Performs other duties as assigned.

## IV. OTHER SIGNIFICANT FACTS

May be required to travel by military and/or commercial air, land or sea transportation in the performance of assigned duties.

Incumbent will be required to respect the privacy and sensitivities of students and parents by controlling and restricting personal information to those who "need to know".

206



# Exhibit
# F-27

207