# Department of Defense Education Activity
## Guam District

| Employees Name (Last, First, Middle Initial) | Position, Title, Series, Grade |
|---|---|
| RODRIQUEZ, CARMEN   G   SSN# 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 | TP 1701, TEACHER – ELEMENTARY GRADE 2 (0102) |
| School | Rating Period (From – To) |
| NORTH-GUAM ES/MS | 30 April 1998 – 30 April 1999 |

Additional Comments: 3 Year Cycle (Check Box)   *Indicates focus year

Year 1 ☐   Year 2 ☐   Year 3 ☐   Professional Growth Plan Established ☐

The overall performance rating (defined in the performance appraisal regulation) is based upon the employee's performance in meeting the requirements of the job performance standards. Signature indicates that a particular step has been completed and understood by all parties.

| | Employee | Date | Rating Official | Date | Reviewing Official | Date |
|---|---|---|---|---|---|---|
| ELEMENTS/STANDARDS SET | Carmen Rodriguez | 30 APR 1998 | L. Stepanian | 30 Apr '98 | | |
| PROGRESS REVIEW | | | | | | |
| Annual Review | | | | | | |

FULLY SATISFACTORY ☐          UNSATISFACTORY ☐

# Department of Defense Education Activity
## Guam District

| PERFORMANCE ELEMENT | SATISFACTORY PERFORMANCE STANDARD (4 of 5) | COMMENTS | FS | U |
|---|---|---|---|---|
| **JOB ELEMENT 1: (Critical)**<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE STUDENT MANAGEMENT SKILLS. | 1. Provides opportunities for and recognition of student success.<br>2. Gives positive reinforcement to acceptable academic and social behavior.<br>3. Responds to the emotional needs of students.<br>4. Promotes a positive learning environment for all students by dealing appropriately with disruptive students.<br>5. Consistently enforces school and classroom student behavior rules. | | | |
| **JOB ELEMENT 2: (Critical)**<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE MATERIAL MANAGEMENT SKILLS. | 1. Uses a variety of materials appropriate to learning objectives supporting the preschool curriculum.<br>2. Uses materials appropriate to the needs and abilities of students<br>3. Selects materials to which all ethnic and cultural groups may relate.<br>4. Organizes lessons/activities in logical sequential order.<br>5. Arranges materials and supplies for most efficient use. | | | |
| **JOB ELEMENT 3: (Critical)**<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE COMMUNICATION SKILLS. | 1. Communicates expectations to students clearly and appropriately.<br>2. Relates news objectives to past learning and experiences.<br>3. Gives clear, concise directions.<br>4. Gives clear, complete, accurate explanations of subject matter/discipline suitable to the students' level.<br>5. Receives students' questions comfortably and deals effectively with them. | | | |

# Department of Defense Educational Activity
## Guam District

| Employees Name (Last, First, Middle Initial)<br>Rodriguez, Carmen | SSN: 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 | Position, Title, Series, Grade |
|---|---|---|
| | | TP 1701, TEACHER – GRADE 0 |
| School | | Rating Period (From – To) |
| | | 30 APRIL 1999 – 30 APRIL 2000 |

GUAM DDESS DISTRICT OFFICE

Additional Comments: 3 Year Cycle (Check Box) [ ] Year 1   [ ] Year 2 [X]   [ ] Year 3   Professional Growth Plan Established [ ]

*Indicates focus year

See Attached Comments

Special Acts Award $500⁰⁰

The overall performance rating (defined in the performance appraisal regulation) is based upon the employee's performance in meeting the requirements of the job performance standards. Signature indicates that a particular step has been completed and understood by all parties.

| | Employee | Date | Rating Official | Date | Reviewing Official | Date |
|---|---|---|---|---|---|---|
| ELEMENTS/STANDARDS SET | Carmen K Rodriguez | 1 May 99 | Sharon K Kelly | 1 May 99 | Richard S. Tom | 1 May 99 |
| PROGRESS REVIEW | Carmen K Rodriguez | 16 Feb 00 | Sharon K Nall | 16 Feb 00 | | |
| Annual Review | Carmen K Rodriguez | 502-00 | Sharon K Nall | 5-02-00 | Richard S. Tom | 1 May 00 |

FULLY SATISFACTORY [X]

UNSATISFACTORY [ ]

Case 1:04-cv-00029   Document 25-9   Filed 06/03/2005   Page 3 of 50

# Department of Defense Educational Activity
## Guam District

| PERFORMANCE ELEMENT | SATISFACTORY PERFORMANCE STANDARD (4 of 5) | COMMENTS | FS | U |
|---|---|---|---|---|
| **JOB ELEMENT 1: (Critical)**<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE STUDENT MANAGEMENT SKILLS. | 1. Provides opportunities for and recognition of student success.<br>2. Gives positive reinforcement to acceptable academic and social behavior.<br>3. Responds to the emotional needs of students.<br>4. Promotes a positive learning environment for all students by dealing appropriately with disruptive students.<br>5. Consistently enforces school and classroom student behavior rules. | | X<br>X<br>X<br>X<br><br>X | |
| **JOB ELEMENT 2: (Critical)**<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE MATERIAL MANAGEMENT SKILLS. | 1. Uses a variety of materials appropriate to learning objectives.<br>2. Uses materials appropriate to the needs and abilities of students<br>3. Selects materials to which all ethnic and cultural groups may relate.<br>4. Organizes lessons/activities in logical sequential order.<br>5. Arranges materials and supplies for most efficient use. | | X<br>X<br><br>X<br><br>X<br><br>X | |
| **JOB ELEMENT 3: (Critical)**<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE COMMUNICATION SKILLS. | 1. Communicates expectations to students clearly and appropriately.<br>2. Relates news objectives to past learning and experiences.<br>3. Gives clear, concise directions.<br>4. Gives clear, complete, accurate explanations of subject matter/discipline suitable to the students' level.<br>5. Receives students' questions comfortably and deals effectively with them. | | X<br>X<br><br><br>XX<br><br>X | |

| PERFORMANCE ELEMENT | PERFORMANCE STANDARD | COMMENTS | FS | U |
|---|---|---|---|---|
| **JOB ELEMENT 4: (Critical)**<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE | 1. Uses appropriate activities pertinent to the objectives | | Y | |
| | 2. Relates subject matter/discipline to students' experiences. | | X | |
| | 3. Uses a variety of techniques appropriate to learning objectives as well as the needs and abilities of students. | | X | |
| | 4. Provides sufficient guided and independent practice to foster student learning. | | X | |
| | 5. Utilizes community resources appropriate to lessons/activities. | | X | |
| **JOB ELEMENT 5: (Critical)**<br><br>THE EMPLOYEE CONDUCTS APPROPRIATE ASSESSMENTS OF STUDENT PROGRESS. | 1. Assess the progress of students on a regular basis. | | X | |
| | 2. Ensures congruence between instruction and assessment. | | X | |
| | 3. Makes adjustments when students show lack of desired progress. | | X | |
| | 4. Supports standardized testing program. | | X | |
| | 5. Maintains accurate assessment records. | | X | |
| **JOB ELEMENT 6: (Critical)**<br><br>THE EMPLOYEE PERFORMS PROFESSIONAL RESPONSIBILITIES. | 1. Establishes a professional growth plan and demonstrates satisfactory progress on same. | | X | |
| | 2. Maintains accurate and complete records appropriate to position. | | X | |
| | 3. Submits required information in a timely fashion. | | X | |
| | 4. Follows internal management property control procedures. | | X | |
| | 5. Complies with Equal Employment Opportunity standard. | | X | |
| | 6. Works cooperatively with other educators and administrators. | | X | |
| | 7. Attends job-related meetings, activities, and assigned CST's, consistent with the negotiated agreement. | | Y | |
| | 8. Follows chain of command. | | X | |
| | 9. Confers with parents on student progress in accordance with school procedures. | | X | |
| | 10. Reports unusual student problems, including suspected child abuse, to appropriate school officials. | | Y | |

# Department of Defense Education Activity
## Guam District

| Employees Name (Last, First, Middle Initial) | Position, Title, Series, Grade |
|---|---|
| Rodriguez, Carmen K. | TP |
| School | Rating Period (From – To) |
| Andersen Elementary School | 31 August 1998 – 17 June 1999 |

Additional Comments: 3 Year Cycle (Check Box) ☐ Year 1 ☒  *Indicates focus year  ☐ Year 2  ☐ Year 3  ☐ Professional Growth Plan Established

Ms. Rodriguez, I have thoroughly enjoyed working with you during this school year. You have worked very hard to provide instruction to our First and Second graders who were having difficulty succeeding in reading. You worked with compassion and commitment, helping each of them understand the joy of books and the power of being able to read and write well. As the Reading Instruction Specialist you coordinated the giving of all Literary Place tests with each teacher in our school. (An incredible task in itself) Through your individual efforts many children's lives were touched in a very positive way during your reading classes. Thank you for all your help with the NCA accreditation process at Andersen Elementary School, without your efforts we would not have done as well. I look forward to working with you next year and I hope you have a very relaxing and enjoyable summer. (Remember our goal for this year and next year: THAT EVERY FIRST AND SECOND GRADER IS READING ON OR ABOVE GRADE LEVEL BY THE END OF THE SCHOOL YEAR!!)

The overall performance rating (defined in the performance appraisal regulation) is based upon the employee's performance in meeting the requirements of the job performance standards. Signature indicates that a particular step has been completed and understood by all parties.

| | Employee | Date | Rating Official | Date | Reviewing Official | Date |
|---|---|---|---|---|---|---|
| ELEMENTS/STANDARDS SET | Carmen R. Rodriguez | 11/10/98 | Sharon K. Hall | 11/10/98 | Richard S. Tom | 16 Nov 98 |
| PROGRESS REVIEW | Carmen Rodriguez | 3/4/99 | Sharon K. Hall | 3/4/99 | | |
| Annual Review | Carmen R. Rodriguez | 2/16/99 | Sharon K. Hall | 2/16/99 | Richard S. Tom | 14 May 99 |

☒ FULLY SATISFACTORY      ☐ UNSATISFACTORY

# Department of Defense Education Activity
## Guam District

| PERFORMANCE ELEMENT | SATISFACTORY PERFORMANCE STANDARD (4 of 5) | COMMENTS | FS | U |
|---|---|---|---|---|
| **JOB ELEMENT 1: (Critical)** <br><br> THE EMPLOYEE EXHIBITS EFFECTIVE STUDENT MANAGEMENT SKILLS. | 1. Provides opportunities for and recognition of student success. <br> 2. Gives positive reinforcement to acceptable academic and social behavior. <br> 3. Responds to the emotional needs of students. <br> 4. Promotes a positive learning environment for all students by dealing appropriately with disruptive students. <br> 5. Consistently enforces school and classroom student behavior rules. | All standards for *Job Element One* have been satisfied during the 1998/1999 school Year. | X | |
| **JOB ELEMENT 2: (Critical)** <br><br> THE EMPLOYEE EXHIBITS EFFECTIVE MATERIAL MANAGEMENT SKILLS. | 1. Uses a variety of materials appropriate to learning objectives supporting the prescribed curriculum. <br> 2. Uses materials appropriate to the needs and abilities of students <br> 3. Selects materials to which all ethnic and cultural groups may relate. <br> 4. Organizes lessons/activities in logical sequential order. <br> 5. Arranges materials and supplies for most efficient use. | All standards for *Job Element Two* have been satisfied during the 1998/1999 school Year. | X | |
| **JOB ELEMENT 3: (Critical)** <br><br> THE EMPLOYEE EXHIBITS EFFECTIVE COMMUNICATION SKILLS. | 1. Communicates expectations to students clearly and appropriately. <br> 2. Relates news objectives to past learning and experiences. <br> 3. Gives clear, concise directions. <br> 4. Gives clear, complete, accurate explanations of subject matter/discipline suitable to the students' level. <br> 5. Receives students' questions comfortably and deals effectively with them. | All standards for *Job Element Three* have been satisfied during the 1998/1999 school Year. | X | |

| PERFORMANCE ELEMENT | PERFORMANCE STANDARD | COMMENTS | FS | U |
|---|---|---|---|---|
| JOB ELEMENT 4: (Critical)<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE INSTRUCTIONAL METHODS. | 1. Uses appropriate activities pertinent to the objectives<br>2. Relates subject matter/discipline to students' experiences.<br>3. Uses a variety of techniques appropriate to learning objectives as well as the needs and abilities of students.<br>4. Provides sufficient guided and independent practice to foster student learning.<br>5. Utilizes community resources appropriate to lessons/activities. | All standards for *Job Element Four* have been satisfied during the 1998/1999 school Year. | X | |
| JOB ELEMENT 5: (Critical)<br><br>THE EMPLOYEE CONDUCTS APPROPRIATE ASSESSMENTS OF STUDENT PROGRESS. | 1. Assess the progress of students on a regular basis.<br>2. Ensures congruence between instruction and assessment.<br>3. Make adjustments when students show lack of desired progress.<br>4. Supports standardized testing program.<br>5. Maintains accurate assessment records. | All standards for *Job Element Five* have been satisfied during the 1998/1999 school Year. | X | |
| JOB ELEMENT 6: (Critical)<br><br>THE EMPLOYEE PERFORMS PROFESSIONAL RESPONSIBILITIES. | 1. *Establishes a professional growth plan and demonstrates satisfactory progress on same. (This is a mandatory requirement)*<br>2. Maintains accurate and complete records appropriate to position.<br>3. Submits required information in a timely fashion.<br>4. Follows internal management property control procedures.<br>5. Complies with Equal Employment Opportunity standard.<br>6. Works cooperatively with other educators and administrators.<br>7. Attends job-related meetings, activities, and assigned CSCs.<br>8. Follows chain of command.<br>9. Confers with parents on student progress in accordance with school procedures.<br>10. Reports unusual student problems, including suspected child abuse, to appropriate school officials. | All standards for *Job Element Six* have been satisfied during the 1998/1999 school Year. | X | |

## ANNUAL OVERALL RATING:

- A rating of FS on Critical Elements 1 through 6 results in an overall rating of FS.
- A rating of U on one or more of the Critical Elements will results in an overall rating of U.
- In Elements 1 through 5, an employee who demonstrates competency in four (4) or more of the five (5) standards for the elements shall receive an FS rating in the element.
- An employee who demonstrates competency in eight (8) or more of the ten (10) standards in Element 6 shall receive an FS rating in Element 6.
- * Element 6 standard 1 is a requirement.

DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) | POSITION TITLE, SERIES, GRADE | RATING PERIOD |
|---|---|---|
| Rodriguez, Carmen | Classroom Teacher | 1 Aug 2001 – 30 June 2002 |

ADDITIONAL COMMENTS:

| APPRAISAL STAGES | EMPLOYEE'S SIGNATURE & DATE | SUPERVISOR'S SIGNATURE & DATE | REVIEWER'S SIGNATURE & DATE |
|---|---|---|---|
| ELEMENTS & STANDARDS SET | Carmen K. Rodriguez 9-24-01 | Sharon K. Neff 9/24/01 | |
| PROGRESS REVIEW | Carmen K. Rodriguez 1/16/02 | 1/16/02 | |
| ANNUAL REVIEW | Carmen K. Rodriguez | Sharon K. Hall 5-29-02 | 6/05 |

☑ FULLY SUCCESSFUL          ☐ UNACCEPTABLE

09/18/01

# DEPARTMENT OF DEFENSE DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS (DDESS)
## PERFORMANCE APPRAISAL FORM

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) | POSITION TITLE, SERIES, GRADE | RATING PERIOD |
|---|---|---|
| Rodriguez, Carmen | Classroom Teacher | 01 AUG 2001 – 30 June 2002 |
| ORGANIZATIONAL UNIT (DISTRICT) | OFFICIAL DUTY STATION AND ADDRESS | SSN |
| DODEA DDESS - GUAM | ANDERSEN ELEMENTARY SCHOOL – Unit 14057, APO AP 96543-4057 | 5865-07.9904 |

| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
|---|---|---|---|---|
| 1. Plans and implements instructional programs based on District/school curricular objectives and guidelines. [X] | a. Develops instructional plans, based on District/school curricular objectives, within the first 4 weeks of the school year (as required). | All Performance Standards for Element Number One have been satisfied during school year 2001 – 2002. | X | |
| | b. Prepares, as directed, written lesson plans, (e.g., aligned to stated goals and curricular objectives). | | | |
| | c. Communicates to the students the purpose and objectives of the daily lesson. | | | |
| | d. Selects, adapts, modifies, and/or implements varied and appropriate instructional methods. (e.g., small group instruction, learning centers, demonstrations, question and answer sessions, varied media, etc.). | | | |
| | e. Uses instructional methods and materials appropriate for the developmental level of the students. | | | |
| | f. Teaches lessons by providing relevant information, posing appropriate questions, utilizing supportive learning activities, and providing meaningful feedback and response to students' efforts. | | | |

05/14/02

216

# DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) | POSITION TITLE, SERIES, GRADE | RATING PERIOD |
|---|---|---|
| Rodriguez, Carmen | Classroom Teacher | 01 AUG 2001 – 30 JUNE 2002 |

| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
|---|---|---|---|---|
| | g. Assesses and returns assigned homework in a timely manner. | | | |
| | h. Utilizes the following principles in lessons presented:<br>1) lesson objectives are connected to students' past learning experiences;<br>2) active participation of student is sought;<br>3) techniques designed to engage students are utilized; and<br>4) lesson is completed with an effective summary or a related follow-up activity. | | | |
| 2. Employs effective [X] classroom management techniques. | a. Establishes classroom management and disciplinary rules for students (in writing or as age appropriate) and communicates them to students. Rules are communicated to students, are consistently enforced, and are available to students, parents, and administration. | All Performance Standards for Element Number Two have been Satisfied during school year 2001 ~ 2002. | X | |
| | b. Maintains positive classroom interactions, and conflict is generally resolved in the classroom between teacher and student. | | | |
| | c. Contacts parent(s)/guardians of students with continuous disciplinary problems prior to referral to administrators. Referrals are accompanied by a verbal or written report stating the problem and/or previous action(s). | | | |

05/14/02

219

## DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) | POSITION TITLE, SERIES, GRADE | | RATING PERIOD | | |
|---|---|---|---|---|---|
| Rodriguez, Carmen | Classroom Teacher | | 01 AUG 2001 – 30 JUNE 2002 | | |
| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | | Fully Successful | Unacceptable |
| | d. Assures that unnecessary classroom distractions are minimized through use of effective organizational techniques and/or classroom routines allowing for increased student time on task. | | | | |
| | e. Maintains the classroom environment to be conducive to optimal learning. Available supplies are effectively managed. | | | | |
| | f. Follows established school procedures to identify supplies, equipment, furniture, and room maintenance needs. Supply requisitions are submitted as required. | | | | |
| | g. Employs classroom supervision procedures to promote the safety of students. | | | | |
| | h. Provides a complete and up-to-date substitute folder that will contain as appropriate: class rosters, seating charts, daily schedules, identification of students with special requirements, and emergency lesson plans. School emergency procedures are provided for the substitute. | | | | |

05/14/02

## DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL)<br>Rodriguez, Carmen | POSITION TITLE, SERIES, GRADE<br>Classroom Teacher | RATING PERIOD<br>01 AUG 2001 – 30 JUNE 2002 | | |
|---|---|---|---|---|
| PERFORMANCE ELEMENT<br>(X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS<br>AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Succesful | Unacceptable |
| 3. Evaluates student progress and assesses student instructional needs. ☒ | a. Communicates (in writing or as age appropriate) the grading criteria to students and to administrators within the first 5 instructional days of the school year. | All Performance Standards for Element Number Three have been Satisfied during school year 2001 ~ 2002. | X | |
| | b. Provides accurate and timely feedback to students and parents on progress and monitors by collecting and maintaining data such as test scores, grades on class assignments and homework, samples of student work, and information regarding class participation. Grades can be logically explained to parents and students. Parent(s)/guardians are notified of progress below expectation in a timely manner. | | | |
| | c. Assesses individual student needs using available test results and other pertinent data. | | | |
| | d. Refers students with suspected learning problems for additional assessment. | | | |
| 4. Coordinates with and utilizes appropriate school/district support personnel. ☒ | a. Follows established procedures relative to requesting support or services from school or district support personnel. Support personnel are effectively utilized (e.g., Educational Technologists, Media Specialists, Counselors, Instructional Support, Nurses, etc.). | All Performance Standards for Element Number Four have been satisfied during school year 2001 ~ 2002. | X | |
| | b. Utilizes support services through attendance at meetings and implementation of programs that are developed for students, as required. | | | |

05/14/02

## DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) | POSITION TITLE, SERIES, GRADE | | RATING PERIOD | |
|---|---|---|---|---|
| Rodriguez, Carmen | Classroom Teacher | | 01 AUG 2001 – 30 JUNE 2002 | |

| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
|---|---|---|---|---|
| | c. Implements recommendations of District level support personnel, following approval by the principal. | | | |
| 5. Establishes and maintains effective working relationships with students, administrators, staff, and parents [X] | a. Maintains interactions with students, administrators, staff, and parents that are positive and constructive and are aimed at promoting student learning and good behavior. | Ms. Rodriguez, you are encouraged to continue improving within the standards of Performance Element Number Five. | X | |
| | b. Conducts discussions with students individually and/or in groups relative to their academic progress and social behavior. | | | |
| | c. Meets suspense dates for administrative reports and records and submits information that is accurate. | | | |
| | d. Meets professional responsibilities through attendance and participation, as required, in faculty meetings, team/grade/department meetings, case/child study committee meetings, school open house, and parent/teacher/student conferences. | | | |
| | e. Supports school policies, rules, and regulations. | | | |

05/21/02

# DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) | POSITION TITLE, SERIES, GRADE | RATING PERIOD |
|---|---|---|
| Rodriguez, Carmen | Classroom Teacher | 01 AUG 2001 – 30 JUNE 2002 |

| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
|---|---|---|---|---|
| | e. Accepts professional responsibilities to contribute to regional accreditation, School Improvement Process, etc. | | | |
| | f. May request or be required to attend workshops, training sessions, etc. in order to remain professionally current. | | | |



# Exhibit
# F-28

224

## NOTIFICATION OF PERSONNEL ACTION

Standard Form 50-B
Rev 7/91
15 Office of Personnel Management
FM Supp. 296-33, Subch. 4

| | | |
|---|---|---|
| . Name   (Last, First, Middle)<br>RODRIGUEZ CARMEN K | 2. Social Security Number<br>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 | 3. Date Of<br>09-29-54 | 4. Effective Date<br>07-30-99 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature Of Action |
|---|---|
| 355 | TERMINATION - EXP OF APPT |
| 5-C Code | 5-D. Legal Authority |
| | |
| 5-E Code | 5-F. Legal Authority |
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

7. FROM: Position Title and Number
0460 TEACHER (COMPENSATORY EDUCATION ELEMENTARY)   D0460

| 8.Pay Plan | 9.Occ. Code | 10.Grade/Level | 11.Step/Rate | 12.Total Salary | 13.Pay Basis |
|---|---|---|---|---|---|
| AD | 1701 | 00 | 12 | $165.72 | PD |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $165.72 | $ 0 | $165.72 | $ 0 |

14. Name and Location of Position's Organization
DEPARTMENT OF DEFENSE
DOMESTIC DEPENDENT ELEMENTARY
AND SECONDARY SCHOOLS
ANDERSEN ES

15. TO: Position Title and Number

| 16.Pay Plan | 17.Occ. Code | 18.Grade/Level | 19.Step/Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

22. Name and Location of Position's Organization

### EMPLOYEE DATA

| 23. Veterans Preference | | |
|---|---|---|
| 1 - None<br>2 - 5-Point | 3 - 10-Point/Disability<br>4 - 10-Point/Compensable | 5 - 10-Point/Other<br>6 - 10-Point/Compensable/30% |
| 1 | | |

| 24. Tenure | |
|---|---|
| 0 | 0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite |

25. Agency Use

26. Veterans Preference for RIF
YES ___ NO X

| 27.FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0 INELIGIBLE | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 2 FICA | 09-15-97 | I INTERMITTENT | |

### POSITION DATA

| 34. Position Occupied | |
|---|---|
| 2 | 1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career Reserved |

| 35. FLSA Category | |
|---|---|
| E | E - Exempt<br>N - Nonexempt |

36. Appropriation Code
3123 805600

37. Bargaining Unit Status
7777

| 38. Duty Station Code | 39. Duty Station | (City-County-State or Overseas Location) |
|---|---|---|
| GQ-0200-000 | ANDERSEN AB | GQ |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| PSM | | | | PENSACOLA FLORIDA (DCPS) |

45. Remarks

CPDF-SSAN:  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

TERMINATES RECESS APPOINTMENT ONLY.
DOES NOT SERVE TO TERMINATE UNLIMITED APPOINTMENT.

225

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DOD EDUCATION ACTIVITY | Patti Card<br>Program Manager, Team E |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DD16 | 4199 | 10-21-99 |

TURN OVER FOR IMPORTANT INFORMATION
5-Part   50-316

Editions Prior to 7/91 Are Not Usable After 6/00/93
NSN 7540-01-333-4238

Case 1:04-cv-00029   Document 25-9   Filed 06/03/2005   Page 18 of 50



# Exhibit
## F-29

226

Standard Form 50-B
v. 7/91
3. Office of Personnel Management
M Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| Name   (Last, First, Middle) | 2. Social Security Number | 3. Date Of Birth | 4. Effective Date |
|---|---|---|---|
| RODRIGUEZ CARMEN K | 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 | 09-29-54 | 07-01-01 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| A. Code **894** | 5-B. Nature Of Action   PAY ADJ | 6-A. Code | 6-B. Nature of Action |
| C. Code **ZLM** | 5-D. Legal Authority   10 USC SEC 2164 | 6-C. Code | 6-D. Legal Authority |
| E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| 0460 TEACHER (COMPENSATORY EDUCATION ELEMENTARY)   D0460 | 0460 TEACHER (COMPENSATORY EDUCATION ELEMENTARY)   D0460 |

| 8. Pay Plan | 9 Occ. Code | 10.Grade/Level | 11.Step/Rate | 12. Total Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ.Code | 18.Grade/Level | 19.Step/Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 1701 | 00 | 00 | $52,700.00 | PA | AD | 1701 | 00 | 00 | $53,490.50 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $52,700 | $ 0 | $52,700 | $ 0 | $53,490.50 | $ 0 | $53,490.50 | $ 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| DOD EDUCATION ACTIVITY<br>DDESS-GUAM<br>GUAM SCHOOLS<br>ANDERSEN ES | DOD EDUCATION ACTIVITY<br>DDESS-GUAM<br>GUAM SCHOOLS<br>ANDERSEN ES |

### EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other<br>2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | | 1   0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite | | YES   ☒ NO |

| 27. FEGLI | BASIC ONLY | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|---|
| C0 | | 9   NOT APPLICABLE | J |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS AND FICA | 09-15-97 | F   FULL TIME | |

### POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37.Bargaining Unit Status |
|---|---|---|---|---|
| 2 | 1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career Reserved | E   E - Exempt<br>N - Nonexempt | 3123   805600 | 7777 |

| 38. Duty Station Code | 39. Duty Station | (City-County-State or Overseas Location) |
|---|---|---|
| GQ-0200-000 | ANDERSEN AB | GQ |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| TG | | | | PENSACOLA FLORIDA (DCPS) |

Remarks

EMPLOYEE IS ON PAY RETENTION.

PAY ADJUSTMENT PER NEGOTIATED AGREEMENT.

EMPLOYEE IS ON SAVED PAY STATUS AT MA+15 WITH 15 YEARS OF CREDITABLE EXPERIENCE.

227

| Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DOD EDUCATION ACTIVITY | Electronically Signed<br>Patti Card<br>Program Manager, Team E |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| DD16 | 4199 | 07-11-01 | |

TURN OVER FOR IMPORTANT INFORMATION    Editions Prior to 7/91 Are Not Usable After 6/30/93
50-316    1 - Employee Copy - Keep For Future Reference    NSN 7540-01-333-6238



# Exhibit
# F-30

228

Standard Form 52
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

## PART A – Requesting Office (Also complete Part B, Items 1, 7–22, 32, 33, 36, and 39.)

| 1. Actions Requested | 2. Request Number |
|---|---|
| Recruit/Fill | 01NOVEVAS6VAS600081 |

| 3. For Additional Information Call (Name and Telephone Number) | 4. Proposed Effective Date |
|---|---|
| Pauline F. Barcinas        671–344–9570 | |

| 5. Action Requested By (Name, Title, Signature, and Request Date) | 6. Action Authorized By (Name, Title, Signature, and Concurrence Date) |
|---|---|
| | |

## PART B – For Preparation of SF 50 (Use only codes in FPM Supplement 292–1. Show all dates in month–day–year order.)

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| NMN | | | |

### FIRST ACTION

| 5–A. Code | 5–B. Nature of Action |
|---|---|
| 5–C. Code | 5–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority |

### SECOND ACTION

| 6–A. Code | 6–B. Nature of Action |
|---|---|
| 6–C. Code | 6–D. Legal Authority |
| 6–E. Code | 6–F. Legal Authority |

7. FROM: Position Title and Number

15. TO: Position Title and Number

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 – None    3 – 10–Point/Disability    5 – 10–Point/Other<br>2 – 5–Point    4 – 10–Point/Compensable    6 – 10–Point/Compensable/30% | 0 – None    2 – Conditional<br>1 – Permanent  3 – Indefinite | | YES    NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| | | |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| | | | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 – Competitive Service  3 – SES General<br>2 – Excepted Service    4 – SES Career Reserved | E – Exempt<br>N – Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| | |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

| 45. Educational Level | 46. Year Degree Attained | 47. Academic Discipline | 48. Functional Class | 49. Citizenship | 50. Veterans Status | 51. Supervisory Status |
|---|---|---|---|---|---|---|
| | | | | 1–USA  8–Other | | |

## PART C – Reviews and Approvals (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. 0DDESS | Adelman, Emily K | 11–03–2001 | D. | | |
| B. 0EGUAM | Barcinas, Pauline F | 11–27–2001 | E. 22.9 | | |
| C. | | | F. | | |

**PART D – Remarks by Requesting Office**

(Note to Supervisors:  Do you know of additional or conflicting reasons for the employee's resignation/retirement?
If "YES", please state these facts on a separate sheet and attach to SF 52.)

☐ YES    ☐ NO

**PART E – Employee Resignation/Retirement**

### Privacy Act Statement

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address. Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.

This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code. Sections 301 and 3301 authorize OPM and agencies to issue

regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administration of unemployment compensation programs.

The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; and (3) any unemployment compensation benefits to which you may be entitled.

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits.  Please be specific and avoid generalizations. Your resignation/retirement is effective at the end of the day – midnight – unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address (Number, Street, City, State, Zip Code) |
|---|---|---|---|
| | | | |

**PART F – Remarks for SF 50**

230



# Exhibit
# F-3|

231





## DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS

### REVISED 10-23-2001

### Recruit/Fill - Establish/Fill Attachment (For Initiators of RPAs)

This form is to be completed by the requesting official and attached to all Recruit/Fill - Establish Fill RPAs (Request for Personnel Action). Include ALL information listed below for each RPA.

Position Number: 0400

Position Title: TEACHER (READING RECOVERY)

Pay Plan-Series-Grade: AD-1701-00

Pay Basis: PER ANNUM

Org Code: 472100

Accounting Code: 1101 472100

Duty Station/Geographic Location: ANDERSEN ES, ANDERSEN AB, GUAM

Bargaining Unit Code: 7777

Work Schedule: FULL-TIME

Permanent or Temporary Position: PERMANENT

---

Area of Consideration: ALL SOURCES

Period of Advertisement (Minimum is 10 work days unless local contract states otherwise):

Opening Date Requested:

Closing Date Requested:

Salary Range:

232

NAV0503



DDESS Modern DoDDS Quick Sheet #2
Recruit-Fill/Establish-Fill Attachment

**Receipt date or Postmark Date:**

**Special Instructions:**

---

**\*\*If Applicable\*\***

**Target Position Number/Grade:**

**Mixed Teacher Positions (Qualifying Mix):**

233



MAIL your application packet to:

> DoDEA Personnel Center
> Attn: Guam Recruitment Unit
> 4040 North Fairfax Drive
> Arlington, VA 22203-1634

Salary Range:

$29,252-$60,688 (based on level of education and number of full-time experience)

Benefits Include:

- Appointment to permanent Federal position with eligibility for such benefits as retirement, health and life insurance.

- If recruited off-island, eligibility for 20-22.5% (non-taxable) Cost of Living Allowance (COLA) and 2.5-5% (taxable) Non-Foreign Area Differential Pay (NFAD) in addition to basic salary. Travel and transportation to and from Guam for the teacher and his/her immediate family. Shipment of household goods (weight limit to be set Island Official, up to 18,000 lbs.). Shipment of privately owned vehicle (POV). Commissary and BX privileges.

- Government housing may be provided. However, at the cost to employees. It would not be free.

- Tour of duty for Guam is two-years. If you were selected for a job, you would need to stay for two school years for the Government to pay for your return transportation to the place from which recruited.

- If recruited on-island, 22.5% (nontaxable) COLA in addition to basic salary (ineligible for commissary or BX privileges or NFAD).

\* Pay will be set based on academic qualification (as documented by accredited college/university transcripts) and year of full-time professional teaching experience (up to 10 years non-DoDDS/DDESS teaching experience can be credited.

-

**234**

* Guam is an American territory located about 7 hours by plane from Hawaii. It is equally distant from Japan and the Philippines (1500 miles). Guamanians are US citizens, and the currency is the US dollar. English and Chamorro are the official languages. US income taxes are in effect. Telephone calls are not international calls, and there is a 14-hour time difference from the East Coast of the US. Guam is 30 miles long, 4-9 miles wide (comparable to Manhattan). The economy is based on tourism and military support. The weather is tropical, with 300 days a year of sunshine and an average temperature of 83 degrees.

* The US Govt has Navy and Air Force personnel stationed on Guam, and the military Services and DoD are authorized to administer schools for their children, as well as children of civilian US Govt employees hired off-island to work in Guam.

* The educator positions are Federal jobs, with Federal benefits, such as life and health insurance and retirement. Because the Territory is overseas but not a foreign country, appointments are with the Defense Dependent Elementary and Secondary Schools (DDESS) rather than DoDDS. Like DoDDS, the appointments are in the excepted service and are permanent with selectees serving a two-year trial period.

* To attract and retain Federal employees hired from **off-island**, there is a 20% tax free Cost of Living Allowance (COLA) and a 5% taxed Non-Foreign Area Differential (NFAD) in addition to basic salary available for most Federal employees. Additionally, Federal employees hired from off-island are eligible for commissary and BX privileges.

(**On- island** Federal hires receive a 22.5% COLA. They are not eligible for NFAD or commissary/BX privileges.)

* The US Government would provide Travel and transportation of you and your immediate family members. The actual tour of duty for Guam is two school years. If you were selected for a job, you would need to stay for two school years for the Government to pay for your return travel and transportation. You would be able to ship over and bring back a privately owned vehicle. ( If shipping a new car owned less than 90 days, a 4% tax will be incurred.) After completing your first two-year tour, if you decide to stay in Guam and your principal concurs, you would be eligible for travel every other summer at Government expense to the US and back to Guam.

* Government housing may be provided at a cost to employees-it would not be free. There is no "Living Quarters Allowance" because Guam is not a foreign area. Single teachers may be authorized to live in the Bachelor Officers Quarters. Again, there is a charge for government provided housing.

235

* To qualify for teaching positions with DoD in Guam, candidates mu⟶
teaching categories for which interested from either DoDDS, or a US ⟶
Commonwealth, or the Virgin Islands. If you do not possess a teachin⟶
must meet the qualification requirements delineated in the DoDDS par⟶
Opportunities for Educators."

* The salary schedule established for DoD teachers in Guam is based ⟶
equal qualifications". There are 7 different "pay lanes" which recogn⟶
background of each candidate from possession of a Bachelor's degree ⟶
10 years of non-DoDDS/DDESS teaching experience can be credited ⟶
purposes. The cost of living is similar to Hawaii.

* Pets are allowed in the Territory. They must be transported at the i⟶
(rather than the Government's). There is a 120-day quarantine impose⟶
the island. Estimated costs for boarding a cat are $800 or boarding a ⟶

* Selectees and their accompanying family members must possess a p⟶
certificate, military I.D. or drivers license to prove U. S. citizenship.

236



# Exhibit
# F-32

237

To Whom It May Concern:

I am interested in applying for employment as a Reading Recovery teacher at Anderson Elementary School, Guam.

The following documents are included:

Basic application form for DDESS
SF-50, Notificaiton of Personnel Action
Federal Performance Appraisal
DoDDS certification
Employment resume

I am currently employed at Killin Elementary School, Okinawa, Japan.

*Jane L. Chop*

238

# SIMPLIFIED APPLICATION FOR EDUCATOR POSITIONS
# WITHIN THE DODEA SCHOOLS

### *(This application is for current permanent DoDDS/DDESS Educators)*

## GENERAL INFORMATION

1. **WHAT KIND OF JOB ARE YOU APPLYING FOR?** *(Give the teacher category from the attached list, if applying for DoDDS, as well as the title and announcement number, if any, for the DDESS positions.)*

Reading Recovery Teacher, Language Arts and Reading Specialist, Compensatory Education Teacher

2. **DUTY LOCATION AND NAME OF SCHOOL WHERE YOU ARE REQUESTING PLACEMENT:**

Guam, Anderson Elementary School

| 3. NAME *(Last, First, Middle):* | 4. SOCIAL SECURITY NUMBER: |
|---|---|
| Chop, Jane Libby | 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 |

5. **MAILING ADDRESS** *(include apartment number, if any):*

PSC 557 Box 672

| 6. CITY: FPO | 7. STATE: AP | 8. ZIP CODE: 96379 |
|---|---|---|

9. **TELEPHONE INFORMATION** *(include area code and, if applicable, country code)*

HOME PHONE: 01181 6117 46 4139     WORK PHONE: 01181 6117 45 7760

| 10. CURRENT POSITION TITLE, SERIES, AND GRADE: | 11. DATES OF EMPLOYMENT | |
|---|---|---|
| Reading Recovery Teacher / Language Arts + Reading Specialist | FROM: 08-29-75 | TO: Present |

12. **NAME AND ADDRESS OF DODSS SCHOOL** Killin Elementary School

CITY: Unit 35016     STATE: FPO AP     APO/FPO: 96373

| 13. NAME OF IMMEDIATE SUPERVISOR: | 14. SUPERVISOR'S PHONE *(with area code and country code if applicable):* |
|---|---|
| Mrs. Hattie Phipps | 01181 6117 45 7760 |

15. **I CAN SPONSOR THE FOLLOWING EXTRACURRICULAR ACTIVITIES:**

Elementary Student Clubs

239

| 16. SIGNATURE: | 17. DATE: |
|---|---|
| Jane L Chop | 1 Nov. 2001 |

Standard Form 50-B
91
Office of Personnel Management
Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| | | 2. Social Security Number: | 3. Date Of Birth | 4. Effective Date |
|---|---|---|---|---|
| 1. Name (Last, First, Middle) | | 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 | 07-29-50 | 08-01-01 |
| CHOP JANE L | | | | |

## FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature Of Action   WITHIN-GRADE INC | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 893 | | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| LM | DOD DIR 1400.13 4.3.3 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 14. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| 0411 READING IMPROVEMENT SPECIALIST (ELEMENTARY)   P0411 | 0411 READING IMPROVEMENT SPECIALIST (ELEMENTARY)   P0411 |

| 8.Pay Plan | 9.Occ. Code | 10.Grade/Level | 11.Step/Rate | 12.Total Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ.Code | 18.Grade/Level | 19.Step/Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1701 | CE | 17 | $59,995.00 | SY | TP | 1701 | CE | 1B | $61,310.00 | SY |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $59,995 | $ 0 | $59,995 | $ 0 | $61,310 | $ 0 | $61,310 | $ 0 |

| 13. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| DOD EDUCATION ACTIVITY | DOD EDUCATION ACTIVITY |
| DODDS-PACIFIC | DODDS-PACIFIC |
| OKINAWA DISTRICT | OKINAWA DISTRICT |
| KILLIN ES | KILLIN ES |

## EMPLOYEE DATA

| 23. Veteran Preference | | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 - None   2 - 5-Point | 3 - 10-Point/Disability   4 - 10-Point/Compensable | 5 - 10-Point/Other   6 - 10-Point/Compensable/30% | 1    0 - None  1 - Permanent  2 - Conditional  3 - Indefinite | | YES   X NO |
| 1 | | | | 28. Annuitant Indicator   9   NOT APPLICABLE | 29. Pay Rate Determinant   0 |
| 27. FEGLI   WO   BASIC + OPTION B (5X) | | | | 32. Work Schedule   G   FT-SEASONAL | 33. Part-Time Hours Per Biweekly Pay Period |
| 30. Retirement Plan   1   CSRS | | 31. Service Comp. Date(Leave)   08-29-75 | | | |

## POSITION DATA

| 34. Position Occupied   2   1 - Competitive Service  2 - Excepted Service | 3 - SES General  4 - SES Career Reserved | 35. FLSA Category   E   E - Exempt  N - Nonexempt | 36. Appropriation Code   3665  502600 | | 37. Bargaining Unit Status   0072 |
|---|---|---|---|---|---|
| 38. Duty Station Code   JA-2100-000 | | 39. Duty Station   FORT BUCKNER OKINAWA | (City-County-State or Overseas Location)   JA | |
| 40. Agency Data | 41. | 42. | 43. | 44.   CHARLESTON SC (DCPS OVERSEAS | |

45. Remarks

WORK PERFORMANCE IS AT AN ACCEPTABLE LEVEL OF COMPETENCE.
HAS BEEN IN A PAY STATUS AT LEAST 150 WORKING DAYS DURING THE PREVIOUS SCHOOL
YEAR.

240

| 46. Employing Department or Agency   DOD EDUCATION ACTIVITY | | | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|
| 47. Agency Code   DD16 | 48. Personnel Office ID   4199 | 49. Approval Date   08-01-01 | Electronically Signed   Pamela Chisley   Lead Personnel Management Spec, Team B |

TURN OVER FOR IMPORTANT INFORMATION
5-Part    50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

1 - Employee Copy - Keep For Future Reference

# Department of Defense Dependents Schools Performance Appraisal Form
## Non-Merit Pay Employees

**Employee's Name (Last, First, Middle Initial)**

CHOP, JANE L.    SSN: 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

**School Location**
DoD DEPENDENTS SCHOOL - PACIFIC
EDWARD C. KILLIN ELEMENTARY SCHOOL

**Position Title, Series, Grade**
.5/0156 TEACHER (READING RECOVERY - RR), TP-1701, CE-17
.5/0411 TEACHER (LANGUAGE ARTS/READING SPECIALIST - LARS)

**Rating Period (From - To)**
01 MAY 2000 TO 30 APRIL 2001

| Performance Element (If critical, check box) | Satisfactory Performance Standard | Comments | Does Not Satisfy | Satisfies | Exceeds |
|---|---|---|---|---|---|
| 1. MAINTAINS AND ADMINISTERS THE READING IMPROVEMENT SERVICES OF THE SCHOOL AND SERVES AS A READING RESOURCE PERSON FOR THE SCHOOL. [X] | a) The DoDDS adopted reading program is organized and implemented in consonance with DoDDS goals and objectives. b) The staff is assisted in the development, operation, and progress of appropriate reading and instructional programs for students and groups. c) The progress of each student is evaluated at appropriate intervals with help from classroom teachers. d) Teachers are assisted in the maintenance of individual, class, and school records. e) Resources and materials for the comprehensive reading program are coordinated and reading materials and supply order recommendation are made to the administration. f) A current inventory of basal and supplementary materials is maintained and provided for the teachers to use in the classroom. g) Teachers are assigned in integrating reading instruction into the content area. | *Jane is responsible for management of the total Reading and Language Arts program. In this capacity she provides an overview to all new staff members regarding Literacy Place and our supplementary program Reading Counts.* *This year she has added the Scholastic Reading Inventory (SRI) to the program. She prepares graphic displays of unit tests and assists the teachers in developing strategies to reinforce weakness or strengths with the students. She consults with teachers to develop strategies for improving student achievement in reading.* | | | X |

SD Form 791-1, FEB 90

DS Form 5430-A, AUG 81

1

(Continuation Sheet)

| ELEMENT | | STANDARD | COMMENTS | DNS | S | E |
|---|---|---|---|---|---|---|
| 2. PLANS AND IMPLEMENTS INSTRUCTIONAL PROGRAM BASED ON DoDDS CURRICULUM OBJECTIVES. [X] | a) | Student instruction is provided to supplement, not replace, regular classroom instruction in a variety of ways such as recruiting, training, and managing tutors for supplementary instruction; teaching small groups of remedial students; providing individual or small group instruction for content area reading and enrichment activities. | *As site coordinator for Reading Recovery, Jane maintained all the Reading Recovery files and documents. She was responsible for sharing information from the district coordinator and preparing school reports.* | | | X |
| | b) | Course outlines, based on DoDDS curriculum objectives, are developed within the first month of school year. | *Jane coordinated the selection of student, testing with the Reading Recovery team at Killin ES.* | | | |
| | c) | Based on course outlines, lesson plans as needed are prepared on a weekly basis and are written in conjunction with DoDDS curriculum. Instructional support materials are readily available. | *She provided Literacy Place in services and materials to classroom teachers. Jane served as a resource for community and classroom teachers who had questions about Reading Recovery and/ or Literacy Place.* | | | |
| | d) | Purpose and objectives of the daily lesson are clearly and completely stated to the students. Learning activities, teaching techniques, and materials identified for use are appropriate. | *Mrs. Chop collaborates with grade level teams on Literacy Place. She gathered materials and assisted teachers in planning integrated curriculum units.* | | | |
| | e) | Current DoDDS adopted textbooks will be used. Essential and supplemental materials may be used to achieve DoDDS curriculum objectives. | *Expanded, labeled and organized guided reading resources and assisted teachers in selecting books for guided reading groups.* | | | |
| | f) | A variety of instructional methods and materials used are appropriate for the developmental level of the students | *Jane collaborated with grade level teams on curriculum integration with LP units.* | | | |
| | g) | DoDDS curriculum is taught by providing relevant information, posing questions, utilizing supportive learning activities, and providing meaningful response to students' efforts. | *Jane is totally responsible for the maintaining the Reading Counts Program. She enrolls all new students and prepares and student/class reports as requested. She coordinated display board in the IC and the cafeteria. She has administered the SRI to students in grades 3-6.* | | | |

2

DS Form 5430-A, AUG 81

SD Form 791-1, FEB 90

(Continuation Sheet)

| ELEMENT | STANDARD | COMMENT | DNS | S | E |
|---|---|---|---|---|---|
| 2. (Cont.) | h) Lessons presented consistently utilize the following principles: (1) lesson objectives are related to students' past learning experiences; (2) active participation of students is sought; (3) students are encouraged to learn; and (4) lesson is completed with an effective summary or a related follow-up activity. | | | | |
| 3. **ASSESSES STUDENT INSTRUCTIONAL NEEDS AND EVALUATES STUDENT PROGRESS. PARTICIPATES IN THE ASSESSMENT AND PLACEMENT OF READING RECOVERY.** [X] | a) New students are tested for initial placement in the reading program and recommendations are made to a student's program. | *Jane tested all new students who arrived in the school to determine their reading ability. She coordinates the data entry of CE and RR students in WS.* | | | X |
| | b) Students are screened as referred by classroom teachers and technical/resource assistance is provided as needed. | *She coordinates the early entry to kindergarten request. Inservices the Kindergarten teachers on the end of the year assessment and will assist them in administering the test. Coordinates all testing of first grade students to determine eligibility for RR.* | | | |
| | c) Adjustments to instructional techniques based on assessment results recommendations are made. | | | | |
| | d) Grading policy follows DoDDS objectives and guidelines and is communicated to students and parents as appropriate during the school year. | *She monitored all Literacy Place unit tests. She analyzed and prepared reports on the unit test results by class, grade level and year of instruction. These results were used to determine effective instructional interventions for improving student achievement.* | | | |
| | e) Accurate and up-to-date feedback is provided to students, parents, and appropriate classroom teachers on progress of students. Student progress monitored by collecting and maintaining data such as test scores and class participation as appropriate. Grade can be logically explained to parents and students. Parents are notified of progress below expectations when needed. | *She has identified the eligibility for Comp- Ed services through the use of the SRI.*<br><br>*The Reading Counts quiz collection is now over 3,000 titles by monthly ordering through book clubs.* | | | |

3

SD Form 791-1, FEB 90

DS Form 5430-A, AUG 81

(Continuation Sheet)

| ELEMENT | | STANDARD | COMMENTS | DNS | S | E |
|---|---|---|---|---|---|---|
| 3. (Cont.) | f) | When appropriate, results of DoDDS testing program are used to identify instructional needs and to modify instructional objectives and lesson plans. | | | | |
| | g) | Files of students should be checked for any previous diagnostic evaluation assessments, or I.E.P.'s. | | | | |
| | h) | Students with suspected learning problems are referred for additional assessment. | | | | |
| | i) | Priority in the Reading Recovery programs assigned to first grade students on the basis of reading and writing difficulties. | | | | |
| | j) | A waiting list of Reading Recovery services for first grade students is established. | | | | |
| 4. ESTABLISHES AND MAINTAINS EFFECTIVE WORKING RELATIONSHIPS WITH STUDENTS, ADMINISTRATORS, STAFF AND PARENTS. [X] | a) | Interaction with students, administrators, staff and parents are aimed at promoting student learning and good behavior. | *Jane's interactions are always professional. She has developed strong working relationships not only with the staff but also with community members.* | | | X |
| | b) | Students are counseled individually and in groups about their academic goals and social behavior. | *Jane chairs the TAT team.* | | | |
| | c) | Suspense dates are met for administrative reports and records. Submitted information is a complete and accurate as possible. | *She meets with individual parent to discuss and foster continuity between the school and home.* | | | |
| | d) | Professional responsibilities are met through attendance and participation in faculty meetings, team/grade/department meetings, and case study committee meetings (when requested), school open house and parent meetings when appropriate. | *She worked with the IC specialist in planning Literacy night that was very successful events.* | | | |
| | e) | Constructive suggestions and comments are offered for improving instruction and solving school-related problems. | *She assisted PTA with Math Night.* | | | |
| | f) | Students are made aware of their rights and responsibilities according to DoDDS guidelines. | *Jane organized three Book Fairs this year that raise approximately thirteen thousand dollars.* | | | |
| | g) | School policies, rules and regulations are supported. | | | | |

SD Form 791-I, FEB 90    4    DS Form 5430-A, AUG 81

(Continuation Sheet)

| ELEMENT | STANDARD | COMMENTS | DNS | S | E |
|---|---|---|---|---|---|
| (Cont.) | h) Appropriate channels are followed in handling school matters. <br> i) Professional matters are handled in a confidential manner. | | | | |
| COORDINATES WITH AND UTILIZES APPROPRIATE RESOURCE PERSONNEL. <br> PARTICIPATES IN THE READING RECOVERY TRAINING PROGRAM. [X] | a) Established procedures are followed to make referrals to other appropriate resource personnel. <br> b) Resource programs are supported through use, attendance at meetings as appropriate, and implementation of programs that are developed for students. <br> c) Recommendations of Regional level resource personnel are reviewed and those approved by the principal are implemented. <br> d) Reading Recovery programs for students are keyed to the strategies developed by Marie Clay. <br> e) Student progress in Reading Recovery is monitored by maintaining data on the student's reading error analysis. | *Jane consults and works collaboratively with the TAG teacher by assisting with the selection of first grade students and serving on the TAG committee. She does not hesitate to support SPED by conducting observations when requested.* | | | X |
| CONTRIBUTES TO STAFF DEVELOPMENT, SCHOOL IMPROVEMENT, AND A POSITIVE SCHOOL CLIMATE. [X] | a) Pursues learning opportunities that will enhance professional growth and shares ideas, professional activities and knowledge with other staff members. <br> b) Keeps current with educational research and trends and tries new teaching methods and exploratory ideas in the classroom. <br> c) Participates in and contributes to school-wide staff development and school improvement process programs. <br> d) Participates in and contributes to school-wide student activities and programs. <br> e) Promotes a spirit of cooperation and positive problem solving through participation in staff meetings, school/community committees and organizations such as PTA, SAC, or other special and hoc committees. | *Mrs. Chop's expertise with the Reading Counts program landed her a trip to Guam as a consultant. She assisted them in developing an implementation plan, which included a half-day training with lead teachers in the Guam's elementary, middle, and high schools. This duty has extended to other Districts in the Pacific as well as Europe.* <br><br> *This year she implemented the SRI and once again introduced it to the Okinawa District personnel for a possible district wide SIP evaluation tool. She attends training offered by the district and brings back the information to our staff.* <br> *She facilitated Educator's Day Job Alike session for Reading K-12.* | | | X |

5

DS Form 5430-A, AUG 81

SD Form 791-1, FEB 90

CHOP, JANE L. --- 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

**COMMENTS:**

Mrs. Chop is one of the most remarkable educators that this administrator has had the opportunity to supervise. She is always open and accepting of whatever it takes to make students and our school the most successful environment for students learning.

Yearly, she along with the Reading Recovery staff tests all first grade students. She compiles that data and shares it with the First grade team and administrators. This serve to assist teachers in their planning and most importantly the Reading Recovery team by selecting target students for the year. All new first grade students are screened for this purpose as well.

Our school was the first to implement an outstanding program called Reading Counts. The program was very successful and Jane has introduced and trained many of the Language Arts and Reading Specialist on Okinawa. During the second quarter Jane introduced the staff to the Scholastic Reading Inventory that she had explored. It seemed like a useful tool and she proceeded to work with teachers testing their whole class. As teachers heard about the results, more teachers were interested. Many in the upper grades have completed this inventory and children are now not only reading at their reading level but also books based on their interest.

This fall she became a consultant and also trained the teachers in Guam. The program has taken off there and even having success at the high school level, which it great. Weekly Jane tracks student progress in Reading Counts and provides a variety of recognition forums for the students. Stars are posted in the Information Center, cafeteria, and names listed in the weekly Gecko Gazette. When the child reaches one of the milestones their pictures are posted in the IC.

Mrs. Chop is involved in or is the facilitator for numerous programs in our school. She chairs the Teacher Assistance Team, manages three or four book fairs during the year, is organizing or participating in Literacy activities during the day or those that are held after school. Community members, the staff and parents look forward to her book fairs as they provide books at affordable prices. This innovation directly supports our school goal to keep our students reading books that are aligned to our curriculum. She is constantly seeking ways to improve upon the programs that she has implemented over the last several years.

I applaud Mrs. Chop's efforts to ensure student achievement in the area of reading. She is a joy to have on staff and we look forward to her continued success in all that she does.

Mrs. Chop's Performance Rating for SY 00-01 is EXCEPTIONAL. She is also recommended for a PERFORMANCE AWARD.

The overall performance rating (defined in the performance appraisal regulation) is based upon the employee's performance in meeting the requirements of the job performance standards. Signature indicates that a particular step has been completed and understood by all parties.

| | Employee | Date | Supervisor (Rating Official) | Date | Reviewing Official | Date |
|---|---|---|---|---|---|---|
| Elements/ Standards Set | Jane A. Chop | 25 Mayo | Walter Aguin | 25 Ag'00 | | |
| Progress Review, If Any | Jane A. Chop | 26 Feb 01 | Walter Aguin | 26 Feb 01 | | |
| Annual Appraisal | Jane A. Chop | 10 Jun 01 | Walter Aguin | 12 Jun 01 | J.J. Kelly | 5/27/01 |

☒ EXCEPTIONAL  ☐ COMMENDABLE  ☐ FULLY SUCCESSFUL  ☐ MINIMALLY ACCEPTABLE  ☐ UNACCEPTABLE

6D Form 791-1, FEB 90    DS Form 5430-A, AUG 81

# DEPARTMENT OF DEFENSE
# DEPENDENTS SCHOOLS

*This certifies that*
### JANE L. CHOP

*has satisfactorily completed the DoDDS Educator Certification*
*requirements for the categories listed below. This certificate is*
*valid for a period not to exceed six years from the date of issuance.*

0101-0103/Teacher, Elem 1-3
0104-0106/Teacher, Elem 4-6
0107-0108/Teacher, Elem 7-8
0411/Language Arts/Reading Spec, ES
0412/Language Arts/Reading Spec, MS

0413/Language Arts/Reading Spec, SS
0450/Teacher, Compensatory Educ, ES
0461/Teacher, Compensatory Educ, MS
0462/Teacher, Compensatory Educ, SS
**********************************

**********************************

*June 1998*
_____
Date of Issuance

*Patricia Lesjak Davis*
*Chief, Professional Educator Rating & Certification Unit*

*No Additional Categories Appear on Back*

SSN: 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

DEPARTMENT OF DEF
EDUCATION ACTIVITY
PERSONNEL CENTER
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1634

AUG 2 8 1993

## CERTIFICATION ENDORSEMENT

Ms. Jane L. Chop, SSN 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, is additionally certified in the following category:

0156/Reading Recovery Teacher

This endorsement is only valid when accompanied by the educator's current DoDDS certificate. Category additions will appear on the next certificate issuance.

*Patricia Lesjak Da*

Patricia Lesjak Davis
Chief, Professional Educator Rating
and Certification Unit (PERCU)

248

# Department of DefenseDependents Schools

*A*

*University of San Diego*

Certificate of Completion

DoDDS Reading Recovery Program

1996 - 1997

**This is to certify that**

*Jane Chop*

**has successfully completed a one-year training program**

**and is a certified**

# READING RECOVERY TEACHER



*S R Blom*
DoDDS District Superintendent

Director, National Diffusion Network
Reading Recovery Program
Ohio State University

DoDDS Director

Reading Recovery
Teacher Leader

249

# Employment Resume

## Jane Chop

| | |
|---|---|
| 1993-2001 | Killin Elementary School; Okinawa, Japan; Reading Recovery teacher/ Language Arts and Reading Specialist |
| 1992-1993 | Zukeran Elementary School; Okinawa, Japan; second grade teacher |
| 1991-1992 | Binictican Elementary School; Subic Bay, Philippines; Reading Improvement Specialist |
| 1988-1991 | O. H. Perry School; San Miguel, Philippines; Reading Improvement Specialist/ Compensatory Education Teacher |
| 1984-1988 | Seoul American Elementary School; Seoul, Korea; Reading Improvement Specialist and second grade teacher |
| 1980-1984 | Izmir American School; Izmir Turkey; Reading Improvement Specialist and second grade teacher |
| 1975-1980.1 | S.H.A.P.E. International School; S.H.A.P.E., Belguim; second and third grade teacher |
| 1972-1975 | Burtonsville Elementary School; Burtonsville, Maryland; third grade teacher |

250

# Exhibit
# F-33

251

# QUALIFICATION WORKSHEET

NAME: Chop, Jane L.

CERTIFICATION ISSUED BY:                    AREAS CERTIFIED IN:
(List State/Expiration Date)

United States State


Territory — Guam


Commonwealth


6/1998        0101-0103 Ɋ          0460-Ɋ
✓ DoDDS       0104-0106 Ɋ
              0107-0108 Ɋ          0461-Ɋ
   0156 Ɋ
   0400 Ɋ     0411, 0412, 0413 Ɋ  0462-Ɋ


Verified By:

        252

# APPLICANT'S CHECKLIST

Instructions: Each applicant for a Department of Defense Education Activity (DoDEA) Educator position in Guam must complete this checklist. Please ensure that your application contains the following items:

1. _____ A completed, signed and dated DDESS application.

2. _____ A completed Teaching Category Preference Sheet.

3. _____ A Military Spouse Preference (MSP) Form, if applicable, complete the MSP Questionnaire and attach a copy of sponsor's orders showing assignment to Guam.

4. _____ A copy of current Teaching Certificate from either a U.S. State, Territory, Commonwealth, Virgin Islands or Department of Defense Dependent Schools (DoDDS). Absent of a current teacher certification, applicants must meet the current DoDDS educational requirements (see enclosure).

5. _____ Copy of official college transcripts from an accredited American College/University.

6. _____ A copy of most recent Performance Appraisal.

7. _____ A copy of most recent Standard Form 50, if currently a Federal Employee, which documents highest pay grade and current status.

## NOTES:

**1. If you do not provide the required documents indicated above, you will delay our review of your application and may lose job opportunities.**

**2. Interviews will be conducted solely in English. However, applicants for jobs that require a language other than English may be given an interview conducted solely in that language.**

**Submit your application to the following address:**

**Department of Defense Education Activity**
**Attn: Guam DDESS Recruitment**
**4040 North Fairfax Drive**
**Arlington, VA 22203-1634**

**253**

NAME OF CANDIDATE _____

POSITION TITLE(S) _____

FACTOR                               <u>RATING</u>

**1. Recent experience as an educator.**
(*Note*: Experience is that which has been gained *at primary and upper elementary, middle and secondary grade level(s) or in the subject(s)* for which applicants are being considered.) _____

**2. Recent training related to the position(s) for which being considered.**
( *Note*: Training includes in-service workshops and formal programs conducted by private and public organizations. Training should focus on new curriculum approaches, expanding knowledge in content areas and current trends in education, to include training in working with diversity, educational technology, or inclusion.) _____

**3. GRADUATE degree in Education or Post Secondary studies in specialty area.** _____

**4. Professional Education Evaluation of commendable or higher** (any category over satisfactory). _____

**5. Academic training and certification to teach more than one subject or grade level.**
(*Note*: This flexibility is critical to meet the needs of the ever-changing population of students.) _____

**6. Special achievement or awards related to the positions(s) for which employment is desired**
(Includes serving as a chair-person of a School Improvement (SIP) Team, SIP Leadership Team, School Advisory Council, or possessing published articles in an academic journal or professional area of expertise, or being a presenter/key note speaker/staff developer for academic or specialty area conferences at District, State, National and/or International level, or leadership role in a professional/community organization. _____

TOTAL POINTS

## RATING GUIDE-FOR INTERNAL USE ONLY

In keeping with the commitment of the Department of Defense (DoD) to employ the best qualified professional staff to implement its program of learning, this rating guide has been developed as a tool for filling educator positions with DoD schools in Guam. There are six criteria that have been identified as factors in determining how applicants for educator positions are rated. The three rating levels are:

1= Qualified (Meets criteria)

3= Satisfactory (Possesses criteria within 3-5 years of rating date, or accomplishments are of single dimension or of local or school/limited scope, or performance evaluation is commendable or equivalent, or training/certification is for 2-3 areas.)

5= Best Qualified (Possesses criteria within 3 years of rating date, or accomplishments are multiple or are of regional/national scope, or performance evaluation is exceptional or equivalent, or training/certification is for more than 3 areas)

Although no specific cut-off has been developed for determining if candidates are eligible for interview, it would be appropriate to interview those whose ratings fall within the top third of the scores.

**Evaluation and selection of applicants are based upon review and analysis of the 1) basic application. 2) professional evaluations provided by former supervisors 3) academic records as reflected on college/university transcripts, and 4) current experience.**

Prepared 7/97



# Exhibit
# F-34

256

Department of Defense Domestic Dependent Elementary and Secondary Schools (DDESS)

Referral and Selection List

Certificate #: GUAM-0400
Issue Date: November 30, 2001

Contact Person: BETTY NICHOLAS
Phone Number: 703-696-6453 ext 1424
Fax Number: 703-696-8920

Expiration Date: December 31, 2001     Issued By: *Betty Nicholas*
========================================================
Position Title: Teacher (Reading Recovery)
Pay Plan, Series & Grade: AD-1701-00
Location: DDESS, GUAM

DOD STOPPER CLEARED 11-30-01. REQUISITION NUMBER NAV0503. (PERM)

| QUALIFIED CANDIDATES | TELEPHONE NO. | ACTION |
|---|---|---|
| CHOP, JANE L. | 01181 6117 46 4139 (H) 01181 6117 45 7760 (W) | S1 |

========================================================
Use the following codes to report action: S=Selected, NS=Non-Selected, D=Declined, UN=Unable to Contact.
========================================================
To be completed by the selecting official.

Name                    SF-52 #                    Eff. Date
          01NOVEVAS6VAS600081

Selection made as noted in Action Column. Where appropriate, selectees
  __✓__  are listed in preference order (i.e., S1, S2, S3).

      None of the candidates were selected for the reasons noted above in
  _____  the Action column or on the reverse side of this form.

In making this selection, I recognize my EEO responsibilities.

*Sharon R. Hall*                    *Dec. 6 - 01*
Signature and Title                    Date

257

TOTAL P.02