# Department of Defense Domestic Dependent Elementary and Secondary Schools (DDESS)

## Referral and Selection List

Certificate #: GUAM-0400
Issue Date: November 30, 2001

Contact Person: BETTY NICHOLAS
Phone Number: 703-696-6453 ext 1424
Fax Number: 703-696-8920

Expiration Date: December 31, 2001

Issued By: *Betty Nicholas*

==================================================================

Position Title: Teacher (Reading Recovery) *0400 0156*
Pay Plan, Series & Grade: AD-1701-00
Location: DDESS, GUAM

**DOD STOPPER CLEARED 11-30-01. REQUISITION NUMBER NAV0503. (PERM)**

| QUALIFIED CANDIDATES | TELEPHONE NO. | ACTION |
|---|---|---|
| CHOP, JANE L. | 01181 6117 46 4139 (H)<br>01181 6117 45 7760 (W) | *S1* |

==================================================================

Use the following codes to report action: S=Selected, NS=Non-Selected, D=Declined,
UN=Unable to Contact.

==================================================================

To be completed by the selecting official.

| Name | SF-52 # | Eff. Date |
|---|---|---|

Selection made as noted in Action Column. Where appropriate, selectees
___✓___ are listed in preference order (i.e., S1, S2, S3).

     None of the candidates were selected for the reasons noted above in
_____ the Action column or on the reverse side of this form.

In making this selection, I recognize my EEO responsibilities.

*Sharon R. Hall*
Signature and Title

*Dee. 6 - 01*
Date

258



# Exhibit
## F-35

259



**DEPARTMENT OF DEFENSE**
EDUCATION ACTIVITY
PERSONNEL CENTER
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1634

10 December 2001

Dear Ms. Chop,

Congratulations! You have been tentatively selected for the following position with Department of Defense Education Activity (DoDEA), Domestic Dependent Elementary and Secondary Schools (DDESS) in Guam.

| | |
|---|---|
| **Position Title and Grade:** | **Teacher (Reading Recovery) 0156** |
| **School District and Location:** | **Andersen ES**<br>**Andersen AB, Guam** |
| **Estimated Salary:** | **$66,896.00 per annum plus COLA, 25%**<br>**$16,724.00 Total $83,620.00** |
| **Reporting Date:** | **O/A January 15, 2002** |
| **Tour of Duty:** | **Two Full School Years** |

**Special Remarks:** This appointment is subject to selectee obtaining required medical vaccination and testing once you arrive on Guam. The 36 MDG Clinic will provide the vaccinations/testing at no charge.

You will receive 22.5% (non-taxable) cost of living allowance (COLA) and 2.5% (taxable) Nonforeign Area Post Differential (NFPD). Although your salary may be estimated, it is subject to retroactive adjustment due to verifications of employment and new salary schedules, other additional information received, and pay fixing policies which might become effective prior to the date of your appointment. If you have any questions about your salary, please let me know.

If this tentative offer includes extra-curricular assignment(s), you must continue such assignments until you resign from your position or granted release by the district superintendent/school principal.

If you accept this offer, you will be eligible for benefits, such as life and health insurance.

Temporary Quarters Subsisted Expenses (TQSE) are not authorized.

If you decline this offer, please call the Guam DDESS Recruitment, COLLECT, at (703) 696-6454, extension 1424. Please follow-up, in writing, with a brief explanation next to your declination.

If you accept this offer you must sign and return by fax to (703) 696-8920.

*260*

The guidance and condition of employment described in this letter are based upon conditions, policies, and benefits known to us at the time this letter was written. This letter does not serve to obligate the Government in any way. **Please do not travel without (1) obtaining your official travel orders from the DoDEA Personnel Center and (2) notifying the Personnel Management Team E of your travel date. Failure to notify the Center of your travel date will delay receipt of your initial paycheck upon arrival overseas.**

If you cannot report as planned at your new duty location, please notify the Guam DDESS Recruitment immediately and you should provide your name, and where you can be reached by telephone. It is appropriate to leave a message after duty hours. You should also inform your sponsor or other individual identified by the district superintendent as soon as possible of your inability to arrive as scheduled.

We look forward to your favorable reply and working with you as a member of the DDESS team. Our goal is to maintain a highly qualified professional staff to provide the best education for our children.

Sincerely,


*//Betty Nicholas//*
Betty Nicholas
Guam DDESS Recruitment


*261*

Position: TEACHER (READING RECOVERY)

Name: JANE L. CHOP

I ACCEPT the DDESS offer.

_____          _____
   SIGNATURE                                               DATE

I DECLINE the DDESS offer

_____          _____
   SIGNATURE                                               DATE

Special Remarks:

- This offer is made with the provision that the DDESS Guam School District will fund no relocation costs.
- Once we receive your acceptance, please contact Mr. Gordon Harmon, Guam DDESS Human Resources Office Site Manager at 671-344-9570 to arrange your in processing.

*262*

Position: TEACHER (READING RECOVERY)

Name: JANE L. CHOP

I ACCEPT the DDESS offer.

Jane Chop

_Jane L. Chop_    13 Dec 2001
_____    13 December 2001
SIGNATURE           DATE

I DECLINE the DDESS offer

_____      _____
SIGNATURE            DATE

Special Remarks:

- This offer is made with the provision that the DDESS Guam School District will fund no relocation costs.
- Once we receive your acceptance, please contact Mr. Gordon Harmon, Guam DDESS Human Resources Office Site Manager at 671-344-9570 to arrange your in processing.

**ADDITIONAL REMARKS:**

I accept this DDESS offer based upon the condition that I will receive a transportation agreement with normal permanent change of station (PCS) movement costs, benefits and entitlements. Contact Dr. Tom, Guam District, if further clarification is needed.

Please send any additional forms, which may need to be completed before requesting orders through TOPS.

_Jane Chop_

Jane Chop

263

| | |
|---|---|
| **From:** | Chop, Jane |
| **Sent:** | Wednesday, December 12, 2001 10:33 PM |
| **To:** | Nicholas, Betty (HQ) |
| **Subject:** | Guam Position |

Attached is my acceptance to the Reading Recovery position in Guam. Please not the additional remarks. I will also send the acceptance by FAX.

I am looking forward to working in the DDESS schools.

Thank you,

Jane Chop

Guam RR offer.doc

*264*

# PROFESSIONAL EXPERIENCE WORKSHEET

Name: _____ _____    SSN: 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

| SCHOOL & LOCATION | FROM | | | TO | | | CREDITABLE EXPERIENCE FOR PAY FIXING | | | VER IFIE D | NOT VERIFI ED | DATE VERIFIED | NON CREDITABLE EXPERIENCE | | | REMARKS (to include work schedule) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YR | MO | DA | YR | MO | DA | YR | MO | DA | | | | YR | MO | DA | |
| CIV | 22 | 09 | | 73 | 06 | | | | | | | | | | | |
| CIV | 73 | 09 | | 74 | 06 | | | | | | | | | | | |
| DODDS | 74 | 08 | 26 | 80 | 09 | | | | | | | | | | | |
| DODDS | 81 | 08 | 10 | 01 | 12 | 30 | | | | | | | | | | |

SUBTOTAL Creditable Experience(YR/MO/DA):

TOTAL    Creditable Experience:

| | | (yr) |
|---|---|---|
| Non DoDDS Experience | | 2 (yr) |
| (PLUS) Basic Step | + | 17/4 (yr) |
| (PLUS) DoDDS Experience | + | 26 (yr) |
| Grand Total | | 28 (yr) |
| (MINUS) Not Verified Experience | - | |
| (EQUAL) Initial Step Assignment | = | 28 (yr) |

Initial Step Assignment: 28    TP-1701-20    s 66896  SY

____ _____ MS 12-0-0
NAME AND TITLE OF EVALUATOR/REVIEWER    DATE

Pay may be adjusted to TP-1701-___ Step___    $____ SY upon
verification of employment (SD 809) for SY ____ and/or upon verification    2/6
of graduate-level course work.

Adjusted by: _____    Date: _____

PAY LEVEL:
B ( ) Bachelor's Degree
C ( ) Bachelor's + 15
L ( ) Bachelor's + 30
D ( ) Master's Degree

| | |
|---|---|
| **From:** | Nicholas, Betty (HQ) |
| **Sent:** | Thursday, December 13, 2001 7:21 AM |
| **To:** | Chop, Jane |
| **Subject:** | RE: Guam Position |

Welcome to DDESS! The next step is to request travel orders through TOPS. Team B will be processing your travel orders and if you need information Reba Elerbe telephone (703) 696-2605 ext 2621 will be happy to assist you.

Your benefits and entitlements continue. PCS will be paid by DODDS. The Transportation Agreement Form is on TOPS.

If you need further information please let me know.

*Betty Nicholas*
DDESS Staffing Specialist
(703) 696-6453 X1424
FAX: (703) 696-8920
email: betty_nicholas@hq.odedodea.edu

> ——Original Message——
> **From:**      Chop, Jane
> **Sent:**      Wednesday, December 12, 2001 10:33 PM
> **To:**         Nicholas, Betty (HQ)
> **Subject:**   Guam Position

Attached is my acceptance to the Reading Recovery position in Guam. Please not the additional remarks. I will also send the acceptance by FAX.

I am looking forward to working in the DDESS schools.

Thank you,

Jane Chop

<< File: Guam RR offer.doc >>

*266*



**Department of Defense Education Activity**

DDESS, GUAM
Personnel Dept.
FAX DSN: 339-4811  FAX COMMERCIAL: (671) 344-9561
DSN: 339-2370   COMMERCIAL: (671) 344-9570/3
EMAIL:pauline_ barcinas @pac.odedodea.edu

SEND TO:   Karen Adelman/Betty Nicholas          DATED: 12/06/01
Organization/Address: Personnel Center, Arlington, VA
Fax Number: (703) 696-8920
Pages: _1_  +Cover page

SUBJECT: TEACHER (READING RECOVERY)

REMARKS:

Hi Karen,

Please see the following selection list for subject position.  Please prepare the offer letter.

Thanks!

Pauline

*267*



# Exhibit
## F-36

268

Standard Form 52
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

## PART A – Requesting Office (Also complete Part B, Items 1, 7–22, 32, 33, 36, and 39.)

| 1. Actions Requested | 2. Request Number |
|---|---|
| Conversion to Appointment | 01DECEVAS6VAS6003819 |

| 3. For Additional Information Call (Name and Telephone Number) | 4. Proposed Effective Date |
|---|---|
| | |

| 5. Action Requested By (Name, Title, Signature, and Request Date) | 6. Action Authorized By (Name, Title, Signature, and Concurrence Date) |
|---|---|
| | |

## PART B – For Preparation of SF 50 (Use only codes in FPM Supplement 292–1. Show all dates in month–day–year order.)

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CHOP, JANE L. | 215–54–6369 | 07–29–1950 | |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code **570** | 5–B. Nature of Action **Conv to Exc Appt** | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code **ZLM** | 5–D. Legal Authority **10 USC SEC 2164** | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| 0411 READING IMPROVEMENT SPECIALIST (ELEMENTARY) P0411 – 11772 | |

| 8. Pay Plan | 9. Occ.Code | 10.Grade/Level | 11.Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18.Grade/Level | 19.Step/Rate | 20. Total Salary/Award | 21. Pay Ba |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TP | 1701 | CE | 18 | $61,310.00 | SY | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $61,310.00 | $0 | $61,310.00 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| 7X7644332200B<br>DOD EDUCATION ACTIVITY<br>DODDS–PACIFIC<br>OKINAWA DISTRICT<br>KILLIN ES | |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1 – None  3 – 10–Point/Disability  5 – 10–Point/Other<br>2 – 5–Point  4 – 10–Point/Compensable  6 – 10–Point/Compensable/30% | 1  0 – None  2 – Conditional<br>1 – Permanent  3 – Indefinite | | YES **X** NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| W0  Basic + Option B (5x) | 9  Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 08–29–1975 | G  Full–Time Seasonal | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1 – Competitive Service  3 – SES General<br>2 – Excepted Service  4 – SES Career Reserved | E  E – Exempt<br>N – Nonexempt | D I | |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| | |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

| 45. Educational Level | 46. Year Degree Attained | 47. Academic Discipline | 48. Functional Class | 49. Citizenship | 50. Veterans Status | 51. Supervisory Status |
|---|---|---|---|---|---|---|
| 18 | 1979 | 130101 | 00 | 1  1–USA 8–Other | N | 8 |

## PART C – Reviews and Approvals (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. 0DDESS | Adelman, Emily K | 12–07–2001 | D. | | |
| B. | | | E. | 269 | |
| C. | | | | | |

2. Approval: I certify that the information entered on this form is accurate and that the | Signature | Approval Da

**PART D -- Remarks by Requesting Office**

(Note to Supervisors: Do you know of additional or conflicting reasons for the employee's resignation/retirement?
If "YES", please state these facts on a separate sheet and attach to SF 52.)   ☐ YES   ☐ NO

**PART E -- Employee Resignation/Retirement**

Privacy Act Statement

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address. Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.

This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code. Sections 301 and 3301 authorize OPM and agencies to issue

regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administration of unemployment compensation programs.

The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; and (3) any unemployment compensation benefits to which you may be entitled.

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits. Please be specific and avoid generalizations. Your resignation/retirement is effective at the end of the day -- midnight -- unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address (Number, Street, City, State, Zip Code) |
| --- | --- | --- | --- |
| | | | |

**PART F -- Remarks for SF 50**

270

## ...IFICATION OF PERSONNEL AC...

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CHOP, JANE L. | 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 | 07-29-1950 | 01-27-2002 |

**FIRST ACTION** — **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 570 | Conv to Exc Appt | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZLM | 10 USC SEC 2164 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| 0411 READING IMPROVEMENT SPECIALIST (ELEMENTARY) P0411 – 11772 | 0400 TEACHER (READING RECOVERY) D0400 – 21865 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TP | 1701 | CE | 18 | $61,310.00 | SY | AD | 1701 | 00 | 28 | $66,896.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $61,310.00 | $0 | $61,310.00 | $0 | $66,896.00 | $0 | $66,896.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| 7X7644332200B DOD EDUCATION ACTIVITY DODDS–PACIFIC OKINAWA DISTRICT KILLIN ES | 7X8056472100E DOD EDUCATION ACTIVITY DDESS–GUAM GUAM SCHOOLS ANDERSEN ES |

**EMPLOYEE DATA**

| 23. Veterans Preference | | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|---|---|
| 1 | 1 – None  3 – 10-Point/Disability  5 – 10-Point/Other  2 – 5-Point  4 – 10-Point/Compensable  6 – 10-Point/Compensable/30% | | | 1 | 0 – None  2 – Conditional  1 – Permanent  3 – Indefinite | | YES | X | NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| W0 | Basic + Option B (5x) | 9 | Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 | CSRS | 08-29-1975 | F | Full-Time | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 | 1 – Competitive Service  3 – SES General  2 – Excepted Service  4 – SES Career Reserved | E | E – Exempt  N – Nonexempt | 4721000EGUAM I | DD0101 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| GQ0200000 | ANDERSEN AB / GUAM |

| 40. Agency Data | 41. | 42. | 43. TO:APC: | 44. DOD Payroll Office, Pensacola, FL(PE) PE |
|---|---|---|---|---|

**45. Remarks**

OPF maintained by DODEA, PERSONNEL CENTER, PERSONNEL RECORDS MANAGEMENT UNIT, RM 614, 4040 N. FAIRFAX DRIVE, ARLINGTON, VA 22203.

Trial period completed.

Eligible 25% COLA and 0% NFPD. COLA and NFPD are subject to change without notice.

Frozen Service: NONE

Previous retirement coverage: PREVIOUSLY COVERED.

Creditable Military Service: NONE

Total Annual Salary: $66,896.00.

27/

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Department of Defense Education Activity (DD16) | Laurie R. Fairbanks |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| DD16 | 4199 | 01-27-2002 | Personnel Management Specialist |



# Exhibit
# F-37

272

**Weekley, Bryan**

From: Trabue, Jim     — 703-696-9056 ×1459
Sent: Wednesday, July 31, 2002 2:50 PM
To: Harmon, Gordon; Horne, Hayden; Weekley, Bryan
Cc: Vickers, Chandra; Doreste, Alina; Terry, Garth
Subject: Discrimination Complaint

*Rec'd SEP 4 2002*

Hello Hayden:

I need your help in obtaining documents for a formal EEO complaint.
I am not sure who should get this request, whether Bryan or Gordon. Please
send it to the right person.

Ms. Carmen Rodriquez, a teacher in Guam at Andersen ES, filed a formal
complaint on May 14, 2002, alleging employment discrimination and reprisal
based on the following:

On March 5, 2002, she became aware that a teacher had been hired or
moved into the position of Reading Specialist at Anderson ES which was the
position she held prior to her being involuntarily reassigned to her current
teaching position.

The name of the individual assigned to the position is Jane L. Chop. She
came to the position from Okinawa.

**What I need is the following kind of data:**

1. <u>Request for Personnel Action</u>  Both sides of SF 52 requesting
recruitment for the position of Reading Specialist in question

2. <u>Request a copy of the Personnel Action SF-50,</u> that authenticated
the assignment of Ms. Chop to the position in question.

3. <u>Request a copy of any Merit Promotion Vacancy Announcement</u> for
the position.

4. <u>Request a copy of any Referral and selection instruments</u> used for
the position.

5. If Ms. Chop <u>was lateral</u> into the position, request a copy of
instrument used to announce the intent or request to fill the position.

6. <u>Application or other instruments submitted by referral candidates</u> for the position.

7. <u>Crediting plan</u> used to evaluate qualifications.

8. <u>Documentation</u> designating interview, selection or recommendation of panel members.

**273**

8/29/2002

9. Evaluation criteria and interview questions used by the panel, selecting official or approving officials.

10. Regulatory guidelines used to process this selection and non selection actions

11. Certification of whether this position is targeted for affirmative action protected.

This information is subject to provisions of the Privacy Act. If the information requested can not be provided you must explain in writing why. Please provide the information by COB August 9, 2002. Failure to do so could result in an adverse finding against the agency. The agency attorney for this complaint is Mr. Garth Terry. He can be reached at 81-6117-644-5658. I appreciate your cooperation and assistance

Thanks,

Jim

**Trabue, Jim**

| | |
|---|---|
| **From:** | Harmon, Gordon |
| **Sent:** | Monday, September 02, 2002 7:40 PM |
| **To:** | Trabue, Jim; Horne, Hayden; Weekley, Bryan |
| **Cc:** | Terry, Garth; Witkin, Maxanne; Doreste, Alina; Tom, Richard; Hinman, Elaine |
| **Subject:** | RE: |
| **Importance:** | High |

Jim,

I faxed the information to you on 8/9/02 at 703-696-9059. I will retransmit the data today.

Best wishes,

Gordon

> -----Original Message-----
> **From:** Trabue, Jim
> **Sent:** Friday, August 30, 2002 5:11 AM
> **To:** Harmon, Gordon; Horne, Hayden; Weekley, Bryan
> **Cc:** Terry, Garth; Witkin, Maxanne; Doreste, Alina; Tom, Richard; Hinman, Elaine
> **Subject:**
>
> Hello All
>
> On July 31, 2002, I requested specific data reflected from the Guam Personnel office and as of the date of this message I still do not have the data or a reason why it is not provided. I find this unacceptable.
>
> Will someone please assist me in getting the information I need to process this complaint of Ms. Carmen Rodriquez.
>
> Should this information not be provided we could have a serious problem that would adversely effect on the Agency or effect the outcome in an EEO complaint. Meaning a judge could rule in favor of the Complainant based on what could be viewed as a reluctance for what ever reason by the DoDEA Personnel Specialist to provide the information and documentation requested. Not participating in or failing to provide information in the processing of an EEO complaint by a current Federal employee is a violation of the EEOC Regulation. Most of the time there is no problem in this area. Some one furnishes in writing a reason why the data is not provided. This reason could very well be challenged and found to be unacceptable. Failing to participate in the EEO process by a current Federal employee is unacceptable and it could subject one to disciplinary action or put the Agency at risk. In addition, the Agency is further placed at risk in this situation, because the Personnel Specialist was a Responding Management Official (RMO) in a prior claim filed by this Complainant,

**275**

who in her most recent claim alleges reprisal by several DoDEA employees. Additionally, the failure to timely participate by the Personnel Specialist has placed the Agency at risk since more than 180 days will elapse before the investigation is completed. The EEOC law allows us up to 180 calendar days to complete the investigation. If the investigation is not completed, the Complainant can request a hearing and the judge can make a decision based on the existing record. In such a situation, the failure to provide information by Agency employees could be a crucial factor. There could be an adverse finding.

Thanks,

Jim Trabue

August 9, 20022

## RESPONSE FROM GORDON HARMON, HRO GUAM

1. Request for Personnel Action  Both sides of  SF 52 requesting recruitment for the position of Reading Specialist in question

*ANSWER:*

*POSITION RECRUITED FOR WAS READING RECOVERY SPECIALIST/0156*

2. Request a copy of the Personnel Action SF-50, that authenticated  the assignment of Ms. Chop to the position in question.

*ANSWER:*
ON FILE AT HQS PERS CTR IN OFP.

3. Request a copy of any Merit Promotion Vacancy Announcement for the position.

*ANSWER:*
POSITION WAS OPEN AND CONTINOUS AS NO QUALIFIED APPLICANTS ON FILE

4. Request a copy of any Referral and selection instruments used for the position.

*ANSWER:*
MS. CHOP WAS ONLY INTERESTED CANDIDATE AND WAS REASSIGNED TO THE POSITION FROM OKINAWA.

4. If Ms. Chop was lateral into the position, request a copy of instrument used to announce the intent or request to fill the position.

*ANSWER:*
SF-52 ATTACHED

5. Application or other instruments submitted by referral candidates for the position.

*ANSWER:*
STAFFING POC FOR THIS ACTION WAS KAREN ADELMAN, DDESS.

6. Crediting plan used to evaluate qualifications.

*ANSWER:*
APPLICANT WAS ALREADY SERVING AS A READING RECOVERY TEACHER IN OKINAWA. ONLY ONE CANDIDATE INTERESTED TO MY KNOWLEDGE.

277

7.  Documentation designating interview, selection or
    recommendation of panel members.

    *ANSWER:*
    **NONE TO MY KNOWLEDGE AS ONLY ONE
    CANDIDATE.**

8.  Evaluation criteria and interview questions used by
    the panel, selecting official or approving officials.
    *ANSWER:*
    **UNKNOWN.**

9.  Regulatory guidelines used to process this selection
    and non selection actions

    *ANSWER:*
    **10 USC 2164**

10. Certification of whether this position is targeted for
    affirmative action protected.

    *ANSWER:*
    **NOT TO MY KNOWLEDGE.**

    This information is subject to provisions of the
Privacy Act. If the information requested can not be
provided you must explain in writing why. Please
provide the information by COB August 9, 2002.
Failure to do so could result in an adverse finding
against the agency. The agency attorney for this
complaint is Mr. Garth Terry. He can be reached at 81-
6117-644-5658. I appreciate your cooperation and
assistance

Thanks,

Jim

*278*

## Adelman, Emily

| | |
|---|---|
| **From:** | Harmon, Gordon |
| **Sent:** | Saturday, July 28, 2001 5:05 AM |
| **To:** | Adelman, Emily |
| **Subject:** | RE: Let's Talk About GUE-01-0619 |

Karen,

How about DoDDS to DDESS Applicants?

Gordon

----Original Message----
**From:**      Adelman, Emily
**Sent:**      Saturday, July 28, 2001 5:43 AM
**To:**        Harmon, Gordon
**Subject:**   Let's Talk About GUE-01-0619

Gordon,

Didn't have any qualified applicants on the spreadsheet for this one.  Do we
announce?  Please advise.

Thanks ~ Karen
Have a Good Day!

Emily Karen Adelman
DDESS Staffing Specialist
Email:   eadelman@hq.odedodea.edu
Phone:   703-696-3256, extension 2641
Fax:     703-696-2695

279

Case 1:04-cv-00029    Document 25-10    Filed 06/03/2005    Page 22 of 50

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) RODRIGUEZ CARMEN K | 2. Social Security Number S86-07-9904 | 3. Date Of Birth 09-29-54 | 4. Effective Date 09-15-00 |
|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 880 | 5-B. Nature Of Action CHG IN TENURE GROUP | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code PKM | 5-D. Legal Authority REG 351.502 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| 0460 TEACHER (COMPENSATORY EDUCATION ELEMENTARY)    D0460 | 0460 TEACHER (COMPENSATORY EDUCATION ELEMENTARY)    D0460 |

| 8. Pay Plan AD | 9. Occ. Code 1701 | 10. Grade/Level 00 | 11. Step/Rate 13 | 12. Total Salary $50,718.00 | 13. Pay Basis PA | 16. Pay Plan AD | 17. Occ. Code 1701 | 18. Grade/Level 00 | 19. Step/Rate 13 | 20. Total Salary/Award $50,718.00 | 21. Pay Basis PA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay $50,718 | 12B. Locality Adj. $ 0 | 12C. Adj. Basic Pay $50,718 | 12D. Other Pay $ 0 | | | 20A. Basic Pay $50,718 | 20B. Locality Adj. $ 0 | 20C. Adj. Basic Pay $50,718 | 20D. Other Pay $ 0 | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| DEPARTMENT OF DEFENSE DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS ANDERSEN ES | DEPARTMENT OF DEFENSE DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS ANDERSEN ES |

## EMPLOYEE DATA

| 23. Veterans Preference 1 | 1 - None 2 - 5-Point | 3 - 10-Point/Disability 4 - 10-Point/Compensable | 5 - 10-Point/Other 6 - 10-Point/Compensable/30% | 24. Tenure 1 | 0 - None 1 - Permanent | 2 - Conditional 3 - Indefinite | 25. Agency Use | 26. Veterans Preference for RIF YES  X  NO |
|---|---|---|---|---|---|---|---|---|
| 27. FEGLI C0 | BASIC ONLY | | | 28. Annuitant Indicator 9 | NOT APPLICABLE | | | 29. Pay Rate Determinant 0 |
| 30. Retirement Plan K | FERS AND FICA | 31. Service Comp. Date(Leave) 09-15-97 | | 32. Work Schedule F | FULL TIME | | | 33. Part-Time Hours Per Biweekly Pay Period |

## POSITION DATA

| 34. Position Occupied 2 | 1 - Competitive Service 2 - Excepted Service | 3 - SES General 4 - SES Career Reserved | 35. FLSA Category E | E - Exempt N - Nonexempt | 36. Appropriation Code 3123  X05600 | | 37. Bargaining Unit Status 7777 |
|---|---|---|---|---|---|---|---|
| 38. Duty Station Code GQ-0200-000 | | | 39. Duty Station ANDERSEN AB | | (City-County-State or Overseas Location) GQ | | |

| 40. Agency Data | 41. | 42. | 43. | 44. PENSACOLA FLORIDA (DCPS) |
|---|---|---|---|---|

| 45. Remarks |
|---|

**280**

| 46. Employing Department or Agency DOD EDUCATION ACTIVITY | 50. Signature/Authentication and Title of Approving Official Electronically Signed Laurie Fairbanks Personnel Specialist |
|---|---|
| 47. Agency Code DD16 | 48. Personnel Office ID 4199 | 49. Approval Date 09-08-00 |

TURN OVER FOR IMPORTANT INFORMATION
-Part    50-316

Employee Copy - Keep For Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

# DoDEA Executive Personnel Database

Personal Data - Privacy Act of 1974

Printed:            09/12/2002
Date Updated:       09/12/2002
Name:              CHOP JANE L
SSN:                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

Position Information

Title:              0400 TEACHER (READING RECOVERY)
CPCN:               D0400
Pay Plan:           AD              Series:     1701
Grade:              16              Step:       28
Organization:       Andersen ES
District:           Guam

Appointment Information

Position Start
Date:               06/30/2002          Salary:         $33.02

Appointment
Expires:

Pay Basis:          PER HOUR

Appointment
Type:               EXCEPTED-CAREER

Employment
Type:               FULL TIME EMPLOYEE IN PAY STATUS

Health/Retirement Benefits

Date of Birth:      07/29/1950          SCD RIF:
SCD Retirement:     08/29/1975                          08/29/1975
Health Plan:        BLUE CROSS AND BLUE SHIELD
Plan Enrollment:    LOW OPTION SELF AND FAMILY
Retirement Plan:    CSRS
FEGLI Option:       BASIC + OPTION B (5X)#

Performance Appraisals and Awards for Previous 3 Years

Evaluation:         Outstanding or equivalent   Date:   04/30/2001
Evaluation:         Outstanding or equivalent   Date:   04/30/2000
Evaluation:         Outstanding or equivalent   Date:   04/30/1999
Award Type:         ON THE SPOT CASH     Date:   10/01/2001   Amount: $250.00
                    AWARD

## 281

| Award Type: | PERFORMANCE AWARD | Date: | 08/27/2001 | Amount: $570.00 |
| Award Type: | PERFORMANCE AWARD | Date: | 08/08/2000 | Amount: $1,098.00 |

## Thrift Savings Plan Data

TSP Status:      ELECTED TO CONTRIBUTE

Rate:            7

Status Date:     04/12/1987

SCD:

Eligibility Date:

## Teaching Certifications

Certification Date:   06/01/1998

Certifications:

0101 TEACHER (FIRST GRADE)

0104 TEACHER (FOURTH GRADE)

0107 TEACHER (SEVENTH GRADE)

0156 READING RECOVERY TEACHER

0411 READING IMPROVEMENT SPECIALIST (ELEMENTARY)

0412 READING IMPROVEMENT SPECIALIST (MIDDLE)

0413 READING IMPROVEMENT SPECIALIST (SECONDARY)

0460 TEACHER (COMPENSATORY EDUCATION ELEMENTARY)

0461 TEACHER (COMPENSATORY EDUCATION - MIDDLE)

0462 TEACHER (COMPENSATORY EDUCATION - SECONDARY)

282

# DoDEA Executive Personnel Database

Personal Data - Privacy Act of 1974

| | |
|---|---|
| Printed: | 09/12/2002 |
| Date Updated: | 09/12/2002 |
| Name: | RODRIGUEZ CARMEN K |
| SSN: | 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 |

Position Information

| | | | |
|---|---|---|---|
| Title: | 0460 TEACHER (COMPENSATORY EDUCATION ELEMENTARY) | | |
| CPCN: | D0460 | | |
| Pay Plan: | AD | Series: | 1701 |
| Grade: | 15 | Step: | 00 |
| Organization: | Andersen ES | | |
| District: | Guam | | |

Appointment Information

| | | | |
|---|---|---|---|
| Position Start Date: | 06/30/2002 | Salary: | $26.41 |
| Appointment Expires: | | | |
| Pay Basis: | PER HOUR | | |
| Appointment Type: | EXCEPTED-CAREER | | |
| Employment Type: | FULL TIME EMPLOYEE IN PAY STATUS | | |

Health/Retirement Benefits

| | | | |
|---|---|---|---|
| Date of Birth: | 09/29/1954 | SCD RIF: | 09/15/1997 |
| SCD Retirement: | 09/15/1997 | | |
| Health Plan: | FHP | | |
| Plan Enrollment: | LOW OPTION SELF AND FAMILY | | |
| Retirement Plan: | FERS AND FICA | | |
| FEGLI Option: | BASIC ONLY# | | |

Performance Appraisals and Awards for Previous 3 Years

| | | | |
|---|---|---|---|
| Evaluation: | Level between Fully Successful and Unacceptable | Date: | 04/30/2001 |
| Evaluation: | Fully Successful or equivalent.Pass level under pass/fail | Date: | 04/30/2000 |

283

Case 1:04-cv-00029    Document 2    03/2005    Page 26 of 50

| | | | |
|---|---|---|---|
| Evaluation: | Fully Successful or equivalent.Pass level under pass/fail | Date: | 04/30/1999 |
| Award Type: | PERFORMANCE AWARD | Date: | 08/01/2000  Amount: $500.00 |

**Thrift Savings Plan Data**

TSP Status:      ELIGIBLE TO PARTICIPATE

Rate:

Status Date:     07/05/1998

SCD:             09/15/1997

Eligibility Date:   07/05/1998

**Teaching Certifications**

Certification Date:

Certifications:

284



**The Calendar Home Page!**

amazon.com. **CLICK HERE**  SHOP Here FOR Boo Oprah's Book Club®

The Calendar Store  •  The 10,000-Year Calendar!  •  Calendar Li

# Calculator!

| # of Days Between... | Enter two dates: |
|---|---|
| **March 5, 2002**<br>**and**<br>**April 19, 2002**<br><br>**45 Days**<br><br>= 1080 Hours<br>= 64800 Minutes<br>= 3888000 Seconds | **From:** March ▾ 5 ▾ 2002 ▾<br><br>**To:** April ▾ 19 ▾ 2002 ▾<br><br>CALCULATE!<br><br>Disclaimer |
| **Years, Months, and Days** | |
| between March 5, 2002 and April 19, 2002<br><br>**0 Years,<br>1 Month,<br>and 14 Days** | |

*Copyright © 1997-2000 Greater Online Marketing, LLC*



**Calendar:** Home | Calendar Store | Calendar Books | 10,000-Year Calendar | Free Perpetual Calendars | My Web Calendar | Calculator | Calendar Converter | Calendar *in your head* | Calendar Links | Today in History | Y2K Info | Today's Date on Your Site | Calendar Search on Your Page | "Monday's Child" & Month Poem

**Calendar Links:** The Year 2000 | Interactive | Chinese | Mayan | Cultural | Holidays and Celebrations | Historical | Astronomical | Real World Calendars | Calendar Reform | Software | General Calendar Information | Genealogy Links | More Calendar Links!

**More:** Awards | View Guestbook | Sign Guestbook | Our Friends | Frequently Asked Questions | Contact Us | Our Associates | Goodies for Your Site | Free Wallpaper | How to Link | Chat with Eliza | Anne Geddes | Books | Music | Web Cards | doSearch.com

Case 1:04-cv-00029     Document 25-10     Filed 06/03/2005     Page 28 of 50

 

The Calendar Home Page!
The Calendar • Calendar Li

# Calculator!

| # of Days Between... | Enter two dates: |
|---|---|
| April 25, 2002 and May 14, 2002 | **From:** April 25 2002 |
| **19 Days** | **To:** May 14 2002 |
| = 456 Hours = 27360 Minutes = 1641600 Seconds | CALCULATE! |
| | Disclaimer |

### Years, Months, and Days
between April 25, 2002 and May 14, 2002

**0 Years,
0 Months,
and 19 Days**

*Copyright © 1997-2000 Greater Online Marketing, LLC*



**Calendar:** Home | Calendar Store | Calendar Books | 10,000-Year Calendar | Free Perpetual Calendars | My Web Calendar | Calculator | Calendar Converter | Calendar *in your head* | Calendar Links · Today in History · Y2K Info | Today's Date on Your Site | Calendar Search on Your Page | "Monday's Child" & Month Poem

**Calendar Links:** The Year 2000 | Interactive | Chinese | Mayan | Cultural | Holidays and Celebrations | Historical | Astronomical | Real World Calendars | Calendar Reform | Software | General Calendar Information | Genealogy Links , More Calendar Links!

**More:** Awards | View Guestbook | Sign Guestbook | Our Friends | Frequently Asked Questions | Contact Us | Our Associates | Goodies for Your Site | Free Wallpaper | How to Link | Chat with Eliza | Anne Geddes · Books · Music | Web Cards | doSearch.com

286

Case 1:04-cv-00029    Document 25-10    Filed 06/03/2005    Page 29 of 50



**Department of Defense Education Activity**

Guam Superintendents Office
Human Resources Office
Tel: (671) 344-9570/3
FAX: (671 344-9561
EMAIL: gordon_harmon@pac.odedodea.edu

SEND TO: Merlyn Bacungan                    April 1, 2002

ORG ADDRESS/ATTN: 36 ABW/CCD, AAFB
FAX NUMBER: 366-3208
PAGES: 2+Cover Page

SUBJECT: EEO Complaint Information

REMARKS:

Hello,

We have received the attached documents and are forwarding them to Ms. Chandra Vickers, EEO Specialist, DoDEA Pacific Office, Okinawa, Japan. Ms. Vickers is our EEO Specialist for Guam Schools. Should you need to speak with her, her phone is DSN 645-5048, FAX at 645-5046, and EMAIL at Chandra_Vickers@pac.odedodea.edu

Thank you.

Gordon Harmon
HRO Guam

*287*

# Facsimile Transmittal

TO: Ms. Barcinas
    ATTN: Guam DODEA District Director

Fax: 344-9561

FROM: Merlyn Bacungan
    36 ABW/CCD
    Andersen Air Force Base, Guam

Date: 29 Mar 02
Fax: DSN 366-3208
Phone: DSN 366-8136

SUBJECT: Pre-complaint of Discrimination Filed from within your Organization

## CONFIDENTIAL

288

## FACSIMILE ELECTRO MAIL TRANSMITTAL
(This information collection is not subject to OMB renew under PL-96. The Paperwork Reduction Act.)

**WARNING!! DO NOT TRANSMIT CLASSIFIED INFORMATION OVER UNSECURED TELECOMMUNICATIONS SYSTEMS. OFFICIAL DOD TELECOMMUNICATIONS SYSTEMS ARE SUBJECT TO MONITORING AND USE OF DOD TELECOMMUNICATIONS SYSTEMS CONSTITUTES CONSENT TO MONITORING.**

**CONFIDENTIAL**

SECTION I - TO BE COMPLETED BY ORIGINATOR

CLASSIFICATION

TRANSMISSION: ☐ IMMEDIATE  ☐ ROUTINE

[X] FOR OFFICIAL USE ONLY

PAGE 1 OF   PAGES

| TO (Office Symbol, Point of Contact, and Address) | | FAX NO |
|---|---|---|
| MS SHANDRA VICKERS<br>DODEA EEO CHIEF | DSN<br>645-5046 | COMMERCIAL |
| | VOICE NO | |
| ELECTRONIC MAIL ADDRESS (E Mail) | DSN<br>645-5048 | COMMERCIAL |

SUBJECT

EEO PACKAGE ON MS CARMEN RODRIGUEZ

| FROM (Office Symbol, Point of Contact, and Address) | | FAX NO |
|---|---|---|
| VICKY CAMACHO<br>36 ABW EEO COUNSELOR | DSN<br>366-1182 | COMMERCIAL |
| | VOICE NO | |
| ELECTRONIC MAIL ADDRESS (E Mail)<br>vicky.camacho@andersen.af.mil | DSN<br>366-5055 | COMMERCIAL |

REMARKS

Attached are 15 pages of EEO information that Ms Rodriguez provided in reference to EEO informal processing. Pls note that Ms Rodriguez initiated the contact with Ms Mae Bacungan on 12 Mar 02.

| RELEASER'S SIGNATURE *Vicky Camacho* | DATE<br>20020407 | TIME |
|---|---|---|

SECTION II - TO BE COMPLETED BY ELECTRO MAIL OPERATOR

| DATE TRANSMITTED | TIME TRANSMITTED | TRANSMITTER'S SIGNATURE |
|---|---|---|
| DATE ADDRESSEE CONTACTED | TIME ADDRESSEE CONTACTED | CONTACTOR'S SIGNATURE |

AF FORM 3535, 19950201 (EF-V3)

PREVIOUS EDITION IS OBSOLETE.

289

Case 1:04-cv-00029    Document 25-10    Filed 06/03/2005    Page 32 of 50



**DEPARTMENT OF THE AIR FORCE**
PACIFIC AIR FORCES

MEMORANDUM FOR DSO DODEA PERSONNEL OFFICE
GUAM DISTRICT

*29 Mar 02*

FROM: 36 ABW/CCD

SUBJECT: Request for Documentation Concerning Informal EEO Complaint

1. The following information is provided to assist your office in compiling documentation in reference to an informal EEO complaint.

    a. Complainant: Ms Carmen Rodriguez
    b. Summary of nature of the complaint: Involuntary Assignment Based on Race, National Origin, Color, and Reprisal

2. The materials/info requested in connection with the above:
    a. Copy of current position description and personnel action.
    b. Copy of position description prior to involuntary assignment and personnel action.
    c. Copy of current performance plan and most recent performance appraisal.
    c. Name of Ms Rodriguez's 1st Level Supervisor
    d. Name of Ms Rodriguez's 2nd Level Supervisor
    e. Position Vacancy Announcement of the Reading Recovery Teacher position in which Ms Rodriguz vacated as a result of the involuntary assignment.

3. These materials are relevant to the informal EEO complaint processing. Would also like to meet with one of your personnel specialist to inquire about recruitment and placement procedures. I will be visiting your Personnel Office on or before 23 Mar 02 to pick up the documents and information requested above. This information will be handled in accordance with the Privacy Act and other guidance concerning confidential information.

4. If you have question(s), need additional information, or identify other documents that may be helpful to this inquiry, please contact me at 366-5055 or the EEO Manager at 366-8143.

VICKY CAMACHO
EEO Counselor

290

**Meeting Minutes**
5 March 2002

**In attendance: Dr. Tom, Gordon Harmon, Terry Arvidson**

Concern: Retirement Briefing
   Discussion: Although it was promised for February, the recent budget cuts negated the authorization/compensation of an official from the Pacific Area Office to travel to Guam. Although the budget cut was announced as late as mid January, unfortunately the final arrangements and financing for this important venue were not completed in time to allow the briefing to be done as promised. Mr. Harmon has stated the briefing will take place "during the first or last week of April". Please contact the personnel office at the DSO (Mr. Harmon) for the scheduled date

Concern: Faculty meetings are being used to complete SIP committee work
   Discussion: DSO feels that if the SIP committee work is conducted during the duty day, to include one day per week extending an additional half hour, then it is considered work assigned
   The association feels that since there is an avenue for payment of SIP committee work via extra duty compensation, faculty meetings should not be used for SIP committee work. Additionally, this is extra work beyond the normal teaching duties
   The association requests discontinuation of faculty meetings for SIP committee work as well as continued use of early release time for schools to complete SIP duties and/or each school site to earmark EDA funds to compensate SIP committee members for the work

Concern: Discontinuation of Intent Forms:
   Discussion: The district will no longer solicit information from teachers [via the intent forms used for the past 4 school years] as to their intent and/or requests for teaching positions for the upcoming school year. The DSO feels that the intent forms fostered a "false expectation" of teachers for possible reassignment within a school/the district. The association feels that teachers already working within a school/the district should have first consideration [for vacancies] over new applicants. There are teachers who live north and teach south/ live south and teach north who must endure the travel each day {of up to an hour one way}. Although these teachers recognize they were initially hired for the school, there was an expectation [based on mutual concern for what is best for the teacher, the students and therefore the district] they would be given *serious* consideration for a reassignment to the school complex closest to their home. The DSO responded that 'consideration is given'. The association notes that although consideration may have been given, there has been no relocation of teachers from north to south/south to north since SY 98-99 [based on their requests due to geographical living location ] The DSO responded that it is the mutual decision of the school administrators as to whether they agree on teacher reassignments between their schools. The education association notes that these teachers who are forced to continue to travel (up to two hours each day) are suffering from poor morale. Some are forced to choose between the fulfillment of their professional aspirations and their family responsibilities. This feeling [of being

**291**

trapped in a position) also extends to teachers who would like to be considered for changes within their school or complex

The DSO has said that teachers may move to another school/position by applying to the personnel office when a teacher vacancy notice has been posted. When an administrator has a teacher vacancy to fill, s/he is supposed to forward the paperwork for the vacancy to the Guam DSO personnel office. The personnel office then posts the vacancy based on the administrator request. There is a suspicion that some administrators are holding onto positions in their schools and manipulating them or waiting to hire the person of their choice (preferential hiring). This leads to the discussion of

**Concern:** Teacher vacancies/lack of vacancy announcements in the district are impacting the students as well as the teachers

**Discussion: #1. Educational Technologist:** The district continues to be without a fourth full time Educational Technologist for the second straight year. This year it is the high school students and teachers who suffer while SY 00-01 the Andersen MS constituents were without the services of the ET. Although the district has attempted to provide help by delegating other district personnel to assist, the impact of not having the fourth ET in the district has been great. The DSO has responded that of those who have applied for the position, some candidates who were qualified on paper "did not meet the other needs of the district technology team". Other candidates who have been offered the job have declined. (Why would so many apply for a job and then decline? Because of these unanswered questions, the education association will submit a request for information regarding this position.)

**#2. Music Teacher:** Finally this position at the GEMS has been filled. Unfortunately, before this position was filled one of the district [music] educators was promised by her administrator to be released to fill that position. The teacher trusted the word of the administrator who later reneged on the agreement and the teacher is now living south and traveling north to teach. The teacher hired for the GEMS position has been hired as an NTE which means this position should be advertised at the end of the school year.

**#3 New Positions/Old Positions – What positions?** The high school special education department has suffered continuously without an additional LI teacher. When questioned, the DSO stated that it was the responsibility of the school administrator to file the necessary paperwork for a teacher vacancy. Once the paperwork has been filed, then the DSO personnel office advertises the vacancy. To date, the personnel office (represented by Mr. Harmon) has stated that they have not received a request for a half time LI teacher. Further discussion revealed that an administrator has the authority to manipulate the staffing document to create positions *they* think are necessary for their school. So has that half time LI slot gone to something else? In regards to the Reading Recovery teacher position recently filled at Andersen Elementary School, Dr. Tom and Mr. Harmon stated the position has been open since the end of last school year. The association did not see a vacancy announcement for this position. Is this another site based management decision? Did the administrator at that school fail to submit the paperwork for the position

**Concern: Policy for Substitute Qualifications**

**Discussion:** Mr. Harmon stated that the recent substitute vacancy announcement listed the qualifications according to a policy sent out by DODEA headquarters. Mr

292

Harmon further stated that the Guam District will continue to hire only the most qualified candidates, however it is understood that some people may have to be hired who have less than the qualifications outlined in the vacancy announcement.

## Concern: Emergency Leave Bank (Advancement of Leave)

**Discussion:** There was a concern that teachers who are already in the status of no leave were not bale to borrow a day of leave from next year. Mr. Harmon stated that to the best of his knowledge no teacher was denied an advancement of leave, if requested

## Concern: Hepatitis B Shots No Longer Available

**Discussion:** A concern was raised that teachers who are authorized to receive the Hepatitis B shots [under the MLA as well as federal regulations] are not able to do so. Dr. Tom explained that the normal procedure is for those teachers eligible (as identified by the school nurse) a list of names is generated at the school at the beginning of the year. At this time the teachers indicate if they want to receive the shot. The list is then forwarded through the DSO to the hospital. If there is a teacher who had expected to receive the shot and has not received the shot, their name should be forwarded to Dr. Franzen at the DSO and a cc to Terry Arvidson.

## Addendum: Rumors

Although this was not a topic of discussion, many people have approached me about new jobs at the DSO level. I asked Dr. Tom if there was any validity to these rumors (that a GS-13 Chief of Staff position was being created at the DSO level, as well as a district SIP coordinator position and a change to the position description for the administrative assistant elevated to a GS-9.) Dr. tom has responded as follows.
"All I have asked for have been position reviews. The information that you received is not correct. I am looking at internal movement of responsibilities "

293

=== COVER PAGE ===

TO: _____

FROM: CARMEN RODRIGUEZ

FAX: 6714776406

TEL: 6714776406

COMMENT: PLEASE CALL

294

tas
4/16/02

160 E. San Antonio Ave.
Dededo, Guam 96912
Phone: (671) 632-1745
Fax (671) 477-6406

# Fax

**To:** _Chandra Vickers_    **From:** Carmen Rodriguez

**Fax:** 011-81-611-876-8486    **Date:** 12 Apr 02

**Phone:** 011-81-611-745-2755    **Pages:** 1

**Re:** _Recent EEO Complaint_    **CC:** _Ms Veronica Camacho_
_transfer to DoDEA EEO_    _EEO Counselor_

☑ Urgent    ☐ For Review    ☐ Please Comment    ☑ Please Reply    ☐ Please Recycle

**•Comments:** _I Do Not Want my EEO Complaint process
jeopardized because of this transfer._

_Ms. Veronica Camacho, EEO counselor, had recently
informed me that you had recently requested that she
relinquish my recent EEO complaint file to you. It appears
highly irregular because you did not involve yourself
with my first EEO case although you had the
opportunity to pursue it. Furthermore, your EEO
speech given at the AMS atrium didn't specify
that we had to see only you. If that were the
case, why did you drop my first EEO case? It is
my full intention not to mediate and that this
complaint be filed as a formal complaint. Thank You._

295

=== COVER PAGE ===

TO: _____

FROM:    CARMEN RODRIGUEZ

   FAX: 6714776406

   TEL: 6714776406


COMMENT:  PLEASE CALL

296

# Fax

| | | |
|---|---|---|
| **To:** Chandra Vickers | **From:** Carmen Rodriguez | |
| **Fax:** 011-81-611-876-8486 | **Date:** 12 Apr 02 | |
| **Phone:** 011-81-611-745-2755 | **Pages:** 1 | |
| **Re:** Recent EEO Complaint transfer to DoDEA EEO | **CC:** Ms. Veronica Camacho EEO Counselor | |

☒ Urgent ☐ For Review ☐ Please Comment ☒ Please Reply ☐ Please Recycle

**•Comments:** I Do Not Want my EEO Complaint process jeopardized because of this transfer.

Ms. Veronica Camacho, EEO counselor, had recently informed me that you had recently requested that she relinquish my recent EEO complaint file. It appears highly irregular because you did not involve yourself with my first EEO case although you had the opportunity to pursue it. Futhermore, your EEO speech given at the AMS atrium didn't specify that we had to see only you. If that were the case, why did you drop my first EEO case? It is my full intention not to mediate and that this complaint be filed as a formal complaint. Thank You.

297

# Fax

To: _Chandra M. Vickers_ From: _Carmen Rodriguez_

Fax: _DSN 645-5046_ Pages: _4_

Phone: Date: _30 April 02_

Re: _Formal Complaint_ EEO CC: _Veronica Camacho, EEO_

☑ Urgent  ☐ For Review  ☐ Please Comment  ☑ Please Reply  ☐ Please Recycle

● Comments:

_See attached receipt acknowledgment of_
_Final EEO Interview Notice also known as_
_(NOEI)._

278



**Department of Defense Education Activity**
Guam Superintendents Office
Personnel Center Representative
Tel: (671) 344-9570/3
FAX: (671 344-9561
EMAIL: gordon_harmon@pac.odedodea.edu

---

SEND TO: Bob Sutemeier

March 28, 2002

ORG ADDRESS/ATTN: DoDEA GC-Pensacola, FL
FAX NUMBER: 850-452-9405
PAGES: 19+Cover Page

SUBJECT: Letter of Reprimand-Rodriguez

---

REMARKS:

Hello Bob,

As discussed in email message.

Thank you.


Gordon

279

MEMORANDUM FOR CARMEN RODRIGUEZ

SUBJECT: Letter of Reprimand

This is to advise you that I am issuing you a Letter of Reprimand. This Letter of
Reprimand will remain in your Official Personal Folder (OPF) for a period of two (2)
years. You have the right to file a grievance under the negotiated grievance procedure.

The specific reasons for this Letter of Reprimand are disrespectful conduct and use of
insulting language to your supervisor via U.S. government email system (Attachment 1).
On 24 September 2001, Ms. Sherry Hall, Assistant Principal, Andersen Elementary
School issued you a Letter of Caution (Attachment 2) for your rude and discourteous
behavior toward her. The Letter of Caution was issued to preclude a recurrence and to
emphasize to you the seriousness of your misconduct. On March 19, 2002 you sent an
email to me, which was disrespectful, and contained insulting and inappropriate
language. Specifically, "I will send an inflatable doll to take my place".

This Letter of Reprimand is issued to make you understand the seriousness of your
misconduct, and to place you on notice that your email remarks and the others contained
within your email are unacceptable and will not be tolerated. I am reiterating to you that
disrespectful and insulting language toward your supervisor and/or other employees of
Andersen Elementary School will not be tolerated.


                              Joe Masters
                              Principal, Andersen Elementary School

Attachments
As stated



300

**Masters, Joe**

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **Sent:** | Tuesday, March 19, 2002 6:20 PM |
| **To:** | Masters, Joe; Helton, Keone; Hall, Sherry |
| **Subject:** | RE: Meeting |

Mrs. Masters,

I am sorry to inform you, but Mr. Rodriguez does not work here. Please straighten your gender.

Carmen Rodriguez

> -----Original Message-----
> **From:**  Masters, Joe
> **Sent:**  Monday, March 18, 2002 2:22 PM
> **To:**  Helton, Keone; Rodriguez, Carmen K.; Hall, Sherry
> **Subject:**  Meeting
>
> Mr. Rodriguez,
>
> Mr. Helton has brought a request to me fir my self, Mrs.
> Hall, and you to meet and discuss an issue that happened in
> the teachers work room this past Wednesday. I have scheduled
> a meeting between us for 14:45 on Wednesday 20 March in my office.
>
> Mr. Masters

*301*

**Masters, Joe**

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **Sent:** | Tuesday, March 19, 2002 8:18 PM |
| **To:** | Masters, Joe |
| **Cc:** | Cruz, Marie; Rodriguez, Carmen K. |
| **Subject:** | RE: Meeting (file with ULP) |

Mr. Masters,

Are you now representing Mr. Keone? I know it has to do with the food I brought for Joe Waggoner's birthday party because that is all that happened Wednesday. It is not an administrative issue, therefore, should not be a concern of yours. If he wants a meeting, tell him to see Terry because I am also filing Unfair Labor Practice suits against the Agency as well as the Association. The social side of things will also be an issue. It is a union issue and not an administrative one. I suggest that you stay out of it because you represent the Agency. You wouldn't want the Federal Labor Relations Authority to know that there is even a conflict of interest in this matter, do you? I am asking for a hearing, too. You've got your hands full already, why add more to your plate unnecessarily?

Please, Mr. Masters, don't use my valuable time to quibble over food. I have the right not to socialize with Keone, so don't force me. I will only view all this as harassment and I am very tired of being harassed around here. When I do file charges in Civil court aside from the ULP, I hope all the parties charged have a lot of money to pay up because I will seek punitive damages. I do not like to be harassed nor bullied. If anyone likes to bully me, they must be able to pay me in green because I am sick and tired of getting abused on the job. All I want to do is do my work and help these kids the best way I can and then go home to rest. Is that too much to ask of anyone? Really--do you all get a thrill from torturing women? Is that what must occur in order to feel manly? Shredding hard-working people to the core just makes his day, doesn't it? I already suggested to Keone that he do something more constructive with himself like hunt down someone like Osama bin Laden rather than torturing me. Why must I take up most of his thinking time? Doesn't he have other people to torture or is he just making his rounds and I happen to be on the receiving end?

Say what you wish to Keone, but I am all tuckered out. I will send an inflatable doll to take my place. Is that acceptable?


Respectfully,
Carmen


> -----Original Message-----
> **From:**          Masters, Joe
> **Sent:**          Monday, March 18, 2002 2:22 PM
> **To:**            Helton, Keone; Rodriguez, Carmen K.; Hall, Sherry
> **Subject:**       Meeting
>
> Mr. Rodriguez,
>
> Mr. Helton has brought a request to me fir my self, Mrs.
> Hall, and you to meet and discuss an issue that happened in
> the teachers work room this past Wednesday. I have scheduled
> a meeting between us for 14:45 on Wednesday 20 March in my office.
>
> Mr. Masters

*302*

24 September, 2001

MEMORANDUM FOR MS. CARMEN K. RODRIGUEZ

SUBJECT: Letter of Caution

In accordance with MLA article, 25 section 2 you are hereby issued a letter of caution.

This is to inform you that your rude and discourteous behavior towards me on the morning of Thursday, September 20, 2001, is considered misconduct, which will not be tolerated.

I am your supervisor, and it was totally inappropriate for you to make threatening remarks towards me, and to talk to me in a loud, insolent tone and manner. Therefore, I am putting you on notice that when you are serving in the official capacity as a professional educator at Andersen Elementary School, it is inappropriate for you to interact with anyone in a rude or discourteous manner.

I am issuing to you this letter of caution to make you understand the seriousness of your misconduct, and to preclude a recurrence. Furthermore, I am cautioning you that disciplinary action may be taken against you if you speak to me or anyone else at Andersen Elementary School, in a rude or discourteous manner.

This letter of caution will remain in your school personnel folder for one year, from this date 24 September 2001.

*Sharon K. Hall*

Sharon K. Hall
Assistant Principal

Cc:
Mr. Masters, Principal

303

**Masters, Joe**

| | |
|---|---|
| **From:** | Helton, Keone |
| **Sent:** | Thursday, March 21, 2002 10:40 AM |
| **To:** | Masters, Joe |
| **Cc:** | Hall, Sherry |
| **Subject:** | FW: KAy's Response to Carmen's Behavior |

**Importance:** High
**Sensitivity:** Private

Mr. Masters this is just in from Terry by way of DC. Kay is our regional director.

### Thanks, Keone

-----Original Message-----

| | |
|---|---|
| **From:** | Arvidson, Terry |
| **Sent:** | Thursday, March 21, 2002 10:48 AM |
| **To:** | Helton, Keone; Donaldson, Cynthia |
| **Subject:** | KAy's Response to Carmen's Behavior |
| **Sensitivity:** | Private |

Keone and Cindy,

I had shared with Kay what is going on with this scene. I guess she has seen her share of crazy people and is not as freaked out about it as we are... not to mention having to be close to it. Below is her response.....

Terry,

No one is to be threatened, if you perceive that you are being physically threaten you can turn her into the MP's. However, with that said will she stop? Could make matters worse. I would invite her to a meeting with Dot and I when we are down there and Dot can again make mince meat out of her.
There is no way to get rid of her but if she continues with the threats that could be perceived as violent be sure you let admin know of the threats. Hang in there, we have nut cases in all districts unfortunately.
K

304

# Tom, Richard

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **Sent:** | Wednesday, March 27, 2002 8:46 PM |
| **To:** | Tom, Richard |
| **Cc:** | Rodriguez, Carmen K. |
| **Subject:** | FW: Meeting (file with ULP) |

Dr. Tom,

You know how I feel about keeping in alignment with DoDEA's mission not just in the Pacific, but worldwide. You also know I have worked arduously to maintain the highest standards when working with children who need us to work collectively under the best conditions. My questions to you as a hardworking employee who has helped bring thousands of dollars to Andersen Elementary School through the Reading Is Fundamental program and who has spent a few thousand of her own not only to feed these children, buy resource materials for their use in the classroom, buy them presents, tutor them for free over the holidays, during summer, etc.: Why have you allowed this man, who has relentlessly harassed me since September 2000 continue to harass me? Why have you stood within the wings and watched this man torture me time and time again? How could you allow this to happen? You are of Chinese ancestry. Are you not proud to be an honorable man and do the right thing and stand beside your values and your principles? What has happened that you have allowed this man to wreck havoc in our school not just with me, but with others and students as well? His latest letter proves positive that he has no respect for my gender as a professional woman. He does not treat me with the respect that I am due. In my heart, all this man ever does is try to break my spirit. He is a true blue misogynist. He will fail because he is wrong. So long as he continues to abuse me and mistreat me, I will file suits left and right until the legal system shows him the errors of his way. Unfortunately, I have been strongly advised to file a suit against you in court because you have not put an end to his reprisals and harassment. **I want you to tell this man to leave me alone.** Every time he harasses me his bank account will diminish and my account will grow. He really thinks I'm bluffing. I am not. I am ready to take on a new challenge. If that means going to court, I am more than ready. Punitive damages are going to be major because of one factor: He has been doing this to me for a l-o-n-g time. I have given too many chances for your people to change and it seems like they just don't care. There are consequences that will impact our lives forever. We all could have had a better working relationship. It's too bad professional jealousy, insecurity, and the hunger for power has gotten your administrators smitten with this sickness to hurt others at any cost. Unfortunately, their schemes will be discovered and ultimately maybe they will no longer remain in the system after the legal system gets involved.

Sincerely,
Carmen Rodriguez

-----Original Message-----

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **Sent:** | Tuesday. March 19, 2002 8:18 PM |
| **To:** | Masters, Joe |
| **Cc:** | Cruz, Marie; Rodriguez, Carmen K. |
| **Subject:** | RE: Meeting (file with ULP) |

Mr. Masters,

Are you now representing Mr. Keone? I know it has to do with the food I brought for Joe Waggoner's birthday party because that is all that happened Wednesday. It is not an administrative issue, therefore, should not be a concern of yours. If he wants a meeting, tell him to see Terry because I am also filing Unfair Labor Practice suits against the Agency as well as the Association. The social side of things will also be an issue. It is a union issue and not an administrative one. I suggest that you stay out of it because you represent the Agency. You wouldn't want the Federal Labor Relations Authority to know that there is even a conflict of interest in this matter, do you? I am asking for a hearing, too. You've got your hands full already, why add more to your plate unnecessarily?

Please, Mr. Masters, don't use my valuable time to quibble over food. I have the right not to socialize with Keone, so don't force me. I will only view all this as harassment and I am very tired of being harassed around here. When I do file charges in Civil court aside from the ULP, I hope all the parties charged have a lot of money to pay up because I will seek punitive damages. I do not like to be harassed nor bullied. If anyone likes to bully me, they must be able to pay me in green because I am sick and tired of getting abused on the job. All I want to do is do my work and help these kids the best way I can and then go home to rest. Is that too much to ask of anyone? Really--do you all get a thrill from torturing

1


305

women? Is that what must occur in order to feel manly? Shredding hard-working people to the core just makes his day, doesn't it? I already suggested to Keone that he do something more constructive with himself like hunt down someone like Osama bin Laden rather than torturing me. Why must I take up most of his thinking time? Doesn't he have other people to torture or is he just making his rounds and I happen to be on the receiving end?

Say what you wish to Keone, but I am all tuckered out. I will send an inflatable doll to take my place. Is that acceptable?


Respectfully,
Carmen


> -----Original Message-----
> From:        Masters, Joe
> Sent:        Monday, March 18, 2002 2:22 PM
> To:          Helton, Keone; Rodriguez, Carmen K.; Hall, Sherry
> Subject:     Meeting
>
> Mr. Rodriguez,
>
> Mr. Helton has brought a request to me fir my self, Mrs.
> Hall, and you to meet and discuss an issue that happened in
> the teachers work room this past Wednesday. I have scheduled
> a meeting between us for 14:45 on Wednesday 20 March in my office.
>
> Mr. Masters

306

Case 1:04-cv-00029    Document 25-10    Filed 06/03/2005    Page 49 of 50

SCHOOL GRIEVANCE
ANDERSEN ELEMENTARY SCHOOL
School Year 2001-2002

This grievance is being filed under article 6, section 6a of the Master Labor Agreement entered into by the Stateside Region of the Federal Education Association and the Department of Defense Domestic Dependent Elementary and Secondary Schools.

**GRIEVANCE:** Under the MLA, Article 11, section 1, b, The Agency will make reasonable efforts to provide a work area free of weapons, explosive devices and threatening behavior. Carmen Rodriquez a staff member at AES on 3/13/02 was abusive and threatening to me in building one's staff room. The incident was reported to the office, a copy is attached to this form. I have asked for administrative assistance to limit her contact with me. She is sending abusive e-mail, she has followed me to my vehicle in the staff parking lot. She gives me glaring looks during chance meetings or site functions. I have requested administrative intervention, as a safety issue, none has been forthcoming.

**RELIEF REQUESTED: The Association seeks the following relief for this grievance:**

1. I request that Carmen Rodriquez be directed by you to cease all contact with me. This includes, e-mail, verbal or written communication while in the work place. Any necessary contact will be in the presence of an administrator

2. I request that this matter be referred to the District Human Resource Officer/Personnel Management Specialist for review.

Association Point of Contact:

Phone 366-1512

Signature _Keare Helton FRS - AES_ Date _3-21-02_

Cc Terry Arvidson

RECEIVED
AES
21 march 02

307