## Helton, Keone

**From:** Arvidson, Terry
**Sent:** Wednesday, March 13, 2002 2:19 PM
**To:** Helton, Keone
**Subject:** RE: Staff incident

**Sensitivity:** Confidential

Mr. Masters: Today during lunch, 3/13/02, I walked into building A's staff room. PTO had arranged food for staff and many teachers contributed a dish or fruit. The room was full of people helping themselves to food, therefore, I proceeded to serve myself. As I approached one end of the table Ms. C.Rodriguez told me this was Joe's party and I was not to have any of the food. At that point I realized this was a private party and I was not invited. I turned away from the table, as I was leaving the room Mrs. DeWitt asked me to please help myself and share the food. She said this with an arm on my shoulder in the most friendly way and actually turned me more towards the table. At that point I said to her that I had been asked by Ms. Rodriguez not to take any food from the table. Mrs. DeWitt was very surprised and looked at Ms. Rodriguez for direction and Carmen said in a voice heard by many staff, "Not my pizza baby." I left the room.

Many of the people participating in sharing food were not from Joe's grade level. There was no sign in the room indicating this was a private party. Food I brought this morning was being served during the party, Mrs. Powers was serving Joe fruit I contributed. I was the only person turned away from the table by Mrs. Rodriguez. I had no prior knowledge of this private party that was taking place in our public staff room or that it was by invitation only. My primary concern is that this type of behavior makes it difficult to have professional relaltionships that benefit students, not only between myself and Ms. Rodriguez, but also other staff who witnessed this activity. This hurts my ability to effectively work with staff members and serve the needs of children. I am requesting an opportunity to meet with her in your office with you and Mrs. Hall where Ms. Rodriguez can give an explanation for her actions. I am interested in how we can minimize the number of incidents and maximize more positive interactions that benefit students.

Advise please, sincerely Keone Helton



21 March 02

**308**

1

**Masters, Joe**

| | |
|---|---|
| **From:** | Helton, Keone |
| **Sent:** | Thursday, March 21, 2002 5:43 PM |
| **To:** | Masters, Joe |
| **Cc:** | Arvidson, Terry; Donaldson, Cynthia; Hall, Sherry |
| **Subject:** | Meeting with Carmen |

**Importance:** High
**Sensitivity:** Confidential

Mr. Masters; upon reflection I don't believe it will serve any purpose for me to meet with Carmen in your presence. I suggest that my complaint be investigated by you. People who I remember in that group right at the table were: Mrs. Powers, and Mrs. Dewitt. Other people sitting at the couch were not so involved but were pretty much the whole 3rd grade team. I believe you have my side of the experience so if you investigate you may be able to get the whole view. That would probably be more productive than a meeting with Carmen.

My Grievance filed to day is to maintain my standing because this is the 8th day in that 10 day cycle and the administrative relief I am asking for has not yet happened. I must tell you I am very disappointed by these events. I cannot believe that a misbehaving staff member has this much consideration from your office. I cannot believe you allow her to address you in the manner in which she does and not strongly respond. But what you ultimately choose to do about that is your affair, for my part I am returning to the Grievance procedures and will take my case there failing any administrative relief here. As you requested these are the IEP times:
8:00 Drew Susac
9:00 Zillan Felax
11:00 Devin Siskin
11:30 Austin Graves
12:00 Ezzer Pamintuan
1:00 Ryan Bravo
2:00 Matthew Ermes

I have Drew, Ezzer and Ryan. I know Drew's meeting is huge and a cast of thousands. Ditto Matthew Ermes, I expect Mrs. Hall will be fried by this time tomorrow.

**Thanks, Keone**

309

**Harmon, Gordon**

| | |
|---|---|
| **From:** | Helton, Keone |
| **Sent:** | Wednesday, March 20, 2002 8:11 AM |
| **To:** | Masters, Joe |
| **Cc:** | Hall, Sherry; Arvidson, Terry; Harmon, Gordon |
| **Subject:** | Threating E-Mail |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Mr. Masters; Carmen's latest e-mail to me this morning should by now be with you. I have these concerns;

- She is using district e-mail in a non-professional manner, for personal attack.
- Under the MLA, article 11, section 1, b., The Agency will make reasonable efforts to provide a work area free of weapons, explosive devices and threatening behavior. This e-mail is very threatening and specifically directed at me.
- I therefore request that she be directed by you to cease all contact with me. This includes, e-mail, verbal or written communication while in the work place.
- Any necessary contact will be in the presence of an administrator.
- I am additionally requesting that this matter be referred to the District Human Resource Officer/Personnel Management Specialist for review and possible action.
- I am requesting administrative intervention as a safety issue, because it is my view that this employee is out of control and potentially dangerous. She has been increasingly antagonistic towards me and has been actively seeking confrontations. Our after-school meeting today with her, is an attempt to resolve just such an incident that happened last week.
- Advise please. Keone Helton

*310*

1

## Harmon, Gordon

| | |
|---|---|
| From: | Arvidson, Terry |
| Sent: | Wednesday, March 20, 2002 8:23 AM |
| To: | Helton, Keone; Masters, Joe; Hall, Sherry |
| Cc: | Tom, Richard; Harmon, Gordon |
| Subject: | RE: Voting |
| | |
| Importance: | High |
| Sensitivity: | Private |

Good Morning all - well what a way to start the day!

This whole situation is intertwined - some of it is association involved while at the same time there is an issue of the behavior of professional bargaining unit members. From the association side (for your own information), I have requested legal advice for possible action against Ms. Rodriquez for her persistent threatening and intimidation of the elected association official in your school.
The recent incident in the lounge which has prompted Keone to request a meeting with administration and involved teachers, however, was not an association affiliated activity. The incident was a social event within the school and therefore needs to be treated as such. However, I do feel compelled to add that I feel the use of the school mail for this type of correspondence is highly unethical, whether it is against a union official or a fellow colleague in the school.

We are all here to make our school the best place for our students and our teachers, and as a representative of education association I am committed to support the efforts of the administrator towards that goal. If there is anything I can do to continue to promote that attitude please let me know.

Hope the rest of the day goes better!


terry

-----Original Message-----
**From: Helton, Keone**
**Sent:** Wednesday, March 20, 2002 7:22 AM
**To:** Masters, Joe
**Cc:** Hall, Sherry; Arvidson, Terry
**Subject:** FW: Voting
**Importance:** High
**Sensitivity:** Confidential

Mr. Masters; this just came in and I forward it to you, Mrs. Hall and Terry. It is more of the same from Carmen but is an indication of how she plans to deal with our meeting today. I suggest that she be told she may bring representation with her. I also suggest an agenda so we may proceed without diatribes, without guidelines the meeting will soon resemble this e-mail. Advise please. Keone

----Original Message----
| From: | Rodriguez, Carmen K. |
|---|---|
| Sent: | Tuesday, March 19, 2002 7:37 PM |
| To: Helton, Keone |
| Cc: Arvidson, Terry; Cruz, Marie; Rodriguez, Carmen K. |
| Subject: | RE: Voting |
| Sensitivity: | Confidential |

Keone,

My, My... Seems like the Unfair Labor Practice suit I **definitely** plan to file with the Federal Labor Relations Authority has finally caught your eye. You ought to know by now that you are not in the running with me. If things go as they should with the ULP, and if you are next Assoc. president, it will be historical and unfortunate to have a president removed from such a honorable and noble position when the Federal Labor Relations Authority discover that you have been extremely unethical and negligent in any issue regarding me

1

## 3/1

as a bargaining unit member. To think that you and Terry purposefully kept me out of any Ass./union business for more than a year and a half is unconscionable. Luckily, Terry is on her way out while on the other hand, you have to stay and face the consequences of your vile, highly unethical actions toward a bargaining unit member. Remember: You nor Terry own the Association. We, bargaining unit members, pay dues. It is quite ironic that I pay Ass./union dues while Kristina Bertucco and Carolyn McNeese don't pay dues and yet they are given information and I am totally excluded. Don't say that it is in the Teacher's Lounge because I check every day. What a joke! The Association is not representative of a totalitarian government. We are in America, Keone. If you want to practice your Gestapo tactics, you know where to go. Why don't you do something more constructive like look for Osama bin Laden or discover a cure for unethical practices perpetrated by Ass./union officials? America is the LAND OF THE FREE AND THE HOME OF THE BRAVE. I am definitely free and brave. When you have violated my Civil Rights, especially as a Ass./union official, there are legal agencies and court systems that will take care of the likes of you impersonating a Ass./union official. I say impersonating because no true Faculty Representative Spokesperson would ever stoop to your brand of ethics which is virtually nonexistent. You told me to "Go sit on a hatchet" in the Teacher's Lounge at Joe Waggoner's birthday party last week. The teachers know you said that. That will also be brought up during the FLRA hearing. Have you no shame? You are just a shameless and arrogant coward. Have you no manners? Does your mother know that you have a filthy mouth? Clean your mouth out because it is really foul and unbecoming of a FRS official. Just how low can you go? I am sure you can go lower because you have proven it time and time again. Your troubles have only begun. I think you need to see some lawyers. You are not going to worm your way out of this one. **You and you alone are responsible for your actions as a Faculty Representative Spokesperson. Terry definitely was no help and unfortunately condoned your unethical behavior. She did not put a stop to it when she should have. We do not live in a vacuum** because you ought to know that Big Brother is watching.

Carmen Rodriguez
Bargaining Unit Member
Civil Rights Activist

> ——Original Message——
> From:        Helton, Keone
> Sent:        Tuesday, March 19, 2002 10:14 AM
> To:          Baldevia, Rolyn; Barrett, FeZoe; Castine, Laronda;
> Cruz, Marie; Donaldson, Cynthia; Downey, Kirsten; Jones,
> Cynthia S; Larsen, Mary Ann; Nelson, Suzette; Oberheim,
> Jacqueline; Powers, Marilyn; Ranches, Laurie; Rodriguez,
> Carmen K.; Tock, Celia; Trujillo, Jose; Willis, Jerene; Wolff, Vivian
> **Subject:**      Voting
> **Importance:**   High
> **Sensitivity:**  Confidential
>
> Staff; your names are on the AES voting list and to date you
> have not voted. Terry is now indicating that voting needs to
> be completed ASAP. Other sites are now completed and we are
> the last to do so. Mrs. Powers is now back on site and is
> able to give you a ballot. Voting takes just minutes, will
> you please make an effort to vote today or tomorrow,
> certainly by Friday if you wish to vote.
>
> Thanks, keone

312

2

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **Sent:** | Tuesday, March 26, 2002 3:14 PM |
| **To:** | Donaldson, Cynthia; Masters, Joe |
| **Cc:** | Hall, Sherry; Harmon, Gordon; Tom, Richard; Cruz, Marie |
| **Subject:** | RE: bargaining unit employee |

**Sensitivity:**     Confidential

Cynthia,

Why on earth would I want to communicate with you (except with this letter) when all you've ever done to me is defame my good character? You did this last year and you are doing it again this year . It seems to be a nasty habit of yours that needs legal attention because I do not think it will go away on its own. You need to learn how to quit spreading malicious gossip about me. Don't deny it because I have many witnesses.  When a hearing takes place, hopefully, it be in a Civil court. I will surely notify you.  Perhaps, the U.S. Marshals shall do that since that's their job. I'm sure the kind folks in the office will escort them to your room to subpoena you.

Refrain from defaming my good character or be prepared to pay in green the legal way--the best way.  This should make you think twice before you decide to tear down another person's character.  It will cost you far more than those malicious words are worth.

Carmen Rodriguez

> -----Original Message-----
> **From:**          Donaldson, Cynthia
> **Sent:**          Tuesday, March 26, 2002 9:43 AM
> **To:**            Rodriguez, Carmen K.; Masters, Joe
> **Cc:**            Hall, Sherry; Harmon, Gordon
> **Subject:**       RE: bargaining unit employee
> **Sensitivity:**   Confidential
>
> Carmen:
> Your communication with me us unwarranted, unsolicited and
> unwanted. Please stop.
> And do not communicate with me except through an administrator.
>
> C.Donaldson
>
> > -----Original Message-----
> > **From:**        Rodriguez, Carmen K.
> > **Sent:**        Wednesday, March 20, 2002 6:05 PM
> > **To:**          Helton, Keone
> > **Cc:**          Donaldson, Cynthia; Arvidson, Terry
> > **Subject:**     RE: bargaining unit employee
> > **Sensitivity:** Confidential
> >
> >
> >
> > > -----Original Message-----
> > > **From:**      Helton, Keone
> > > **Sent:**      Friday, March 08, 2002 10:09 AM
> > > **To:**        Rodriguez, Carmen K.
> > > **Cc:**        Donaldson, Cynthia; Arvidson, Terry
> > > **Subject:**   RE: bargaining unit employee
> > > **Importance:**    High
> > > **Sensitivity:**   Confidential
> > >
> > > Carmen; not to put too fine a point on it, but for reasons
> > > you know well, I am not allowed to communicate with you, not
> > > in person, not on e-mail, not in writing. You have made that
> > > clear by your charges against me, which have not been
> > > substantiated, but still remain. As has been pointed out to
> > > you several times by our Association President, you cannot
> > > have it both ways, that is, if you don't want me to represent
> > > you in any way as you have repeatedly stated, you cannot now
> > > come to me with this question. _(Thank you for this statement_
> > > _I will be using it to file an UNFAIR LABOR PRACTICE  suit_

**3/3**

> > *against you.)* It your communication now indicates a change in
> > your past position you will need to be more specific.   Are
> > you now asking for representation?   Keone
> > *(I am not changing my past position.  I firmly believe that*
> > *you have serious confidentiality issues with bargaining unit*
> > *members including myself aside from those other charges.*
> > *This will all be proven when a hearing takes place.  I*
> > *suggest you prepare yourself. I suggest Cynthia Donaldson*
> > *prepare herself, too, because she is a part of it all.*
> > *Because I do not trust any of you one iota, I am requesting*
> > *that all communications to be cc:ed to Marie Cruz as*
> > *well.)Carmen Rodriguez,         Reading Specialist*
> >    -----Original Message-----
> > **From:**          Rodriguez, Carmen K.
> > **Sent:** Wednesday, March 06, 2002 6:06 PM
> > **To:**   Helton, Keone
> > **Cc:**   Arvidson, Terry; Cruz, Marie
> > **Subject:**       bargaining unit employee
> >
> > Mr. Keone Hellton:
> >
> > I would like a response to a simple question:
> >
> > AS THE FACULTY REPRESENTATIVE SPOKESPERSON FOR ANDERSEN
> > ELEMENTARY SCHOOL, DID YOU BARGAIN CHANGING MY READING
> > SPECIALIST POSITION WITH THAT OF A REGULAR CLASSROOM TEACHER
> > WITH MR. MASTERS (AGENCY)?
> >
> > If yes, explain what you did to bargain.
> >
> >
> > If no, explain why bargaining was not done.
> >
> >
> >
> > I would like your response in writing for my records.
> >
> >
> >
> > Carmen Rodriguez
> > Reading Specialist

*314*

2

**DEPARTMENT OF DEFENSE EDUCATION ACTIVITY**
ANDERSEN ELEMENTARY SCHOOL
UNIT 14057
APO AP 96543-4057
671-366-1511/12
OFFICE OF THE PRINCIPAL

March 26, 2002

Memorandum for Mr. Keone Helton

Subject:  Expectations

The purpose of this memorandum is two-fold:

1) To set the expectation that when communicating or interfacing with other co-workers in carrying out your job related duties, specifically, Ms. Carmen Rodriguez, that you do so in a professional, courteous, and respectful manner;

2) To set the expectation that when communicating or interfacing with Ms. Carmen Rodriguez during the duty day or through government utilized equipment in the performance of your job related duties (e.g., fax, phone, e-mail, etc.) that you do so in a professional, courteous, and respectful manner.

An exact copy of this memorandum is being issued to Ms. Carmen Rodriquez.

Joe Masters
Principal, AES

Cc:  Sherry Hall
     Assistant Principal, AES

3/5

**DEPARTMENT OF DEFENSE EDUCATION ACTIVITY**
ANDERSEN ELEMENTARY SCHOOL
UNIT 14057
APO AP 96543-4057
671-366-1511/12
OFFICE OF THE PRINCIPAL

**D⊕DEA**
Department of Defense Education Activity

March 26, 2002

Memorandum for Ms. Carmen Rodriguez

Subject: Expectations

The purpose of this memorandum is two-fold:

1) To set the expectation that when communicating or interfacing with other co-workers in carrying out your job related duties, specifically, Mr. Keone Helton, that you do so in a professional, courteous, and respectful manner;

2) To set the expectation that when communicating or interfacing with Mr. Helton during the duty day or through government utilized equipment in the performance of your job related duties (e.g., fax, phone, e-mail, etc.) that you do so in a professional, courteous, and respectful manner.

An exact copy of this memorandum is being issued to Mr. Helton.

Joe Masters
Principal, AES

Cc: Sherry Hall
Assistant Principal, AES

316

March 27, 2002

Mr. Masters:

I received a memorandum yesterday from you in your office, subject Expectations. This letter was given to me jointly with Ms. Carmen Rodriguez. I have some reservations and concerns and will start with a statement.

You are aware that Ms. Rodriguez has for some time been abusive towards me in her e-mail. I have two years of e-mail from her and it is full of charges, erroneous and unsubstantiated for the most part but all are unprofessional, discourteous and disrespectful communications directed at me.

Recent events at AES in our staff room where Ms. Rodriguez has escalated her e-mail practices into a more physical confrontation led me to your office to seek administrative relief. I have asked you specifically to caution Ms. Rodriguez and instruct her not to communicate with me in any manner outside the presence of an administrator. In all this time I have never retaliated in a like manner towards Ms. Rodriguez in my communications with her. Thus my concern regarding the memorandum handed me on March 26, 2002.

Anyone not very familiar with past and recent events, upon reading this letter, would rightly assume that I needed cautioning in my behavior towards Ms. Rodriguez. As you well know, that is not the case. As it happens, quite the opposite. I refer you to recent events in the staff lounge as an example. In spite of extreme provocation by Ms. Rodriguez, I again walked away from a difficult situation. Avoiding negative responses with her has been my practice now for over two years. Her escalation from e-mail attacks to verbal attacks was the reason I came to your office for administrative relief. I do not need a memorandum reminding me to remain professional, courteous, and respectful in my communications with any staff member and the guarantee has been my behavior past and present. If I have any creditability with my colleagues it must be in large part because of my respectful communications with them. The two expectations set forth in this memorandum are and should be a standard behavior for' any staff member and would only be mentioned in this manner were it considered a problem by administration.

Thus my concerns, I was the aggrieved party. I came to your office correctly as staff has been encouraged to do, seeking administrative help for a situation beyond my control. I have never engaged in any of these behaviors at any time here or in my professional career of some thirty years.

I wish my name removed from any memorandum or record, relevant or related to this document dated March 26, 2002, entitled Memorandum for Mr. Keone Helton. I ask your office for assurance that no record of this Memorandum will then exist at this site or at the district office. Further I request that everyone who has information of these events

317

be informed that the memorandum given to me on March 26, 2002 has been rescinded by your office and specifically in my case no longer exists.

I am still requesting administrative relief in regards to Ms. Rodriguez's communications with me. I request your office to direct her not to have any contact with me outside the presence of an administrator.

Respectfully,


Keone Helton

Cc:  Sherry Hall, Assistant Principal
      Gordon Harmon, Personnel Officer
      Terry Arvidson, GTA President

3/8

# Exhibit
# F-38

3/9

## INVESTIGATOR'S DECLARATION

I, Rudene Johnson, EEO Complaints Investigator, Sacramento Regional Office, assigned to investigate the complaint of Ms. Carmen K. Rodriguez, Agency Docket No. DD-FY02-16, in accordance with 28 U.S.C. Section 1746, declare the following:

1.      On November 8, 2002, Ms. Rodriguez was sent a declaration to complete so that I could begin the investigation into her complaint. Her declaration was due back on November 20, 2002. On November 20, 2002, Ms. Rodriguez sent me a facsimile stating that she could not complete her declaration because Mr. Masters had threatened her life, leaving her traumatized and unable to return to work. Ms. Rodriguez's fax also included a copy of a Temporary Restraining Order she filed against Mr. Masters on October 31, 2002.

On December 2002, the Agency EEO Office verbally directed the undersigned to proceed with the investigation into said complaint. Shortly thereafter, I spoke to Ms. Rodriguez's brother about the agency's decision to proceed with said investigation and the need for her to provide me with a statement. I ended the conversation leaving a message for Ms. Rodriguez to call me. Ms. Rodriguez made no attempt to contact me or provide a declaration. In lieu of a declaration from Ms. Rodriguez, I referred to her informal and formal complaints. I did not receive written notification to proceed with said investigation until February 22, 2003.

2.      Numerous attempts were made to email declaration requests to Dr. Richard S. Tom, Mr. Gordon J. Harmon and Ms. Chandra Vickers. In the end, I had to email their declaration requests to Mr. Trabue, my point of contact, so that he could forward them on to the respective witnesses. I subsequently received a declaration from Ms. Vickers, but I never received one from Dr. Tom or Mr. Harmon. In lieu of some of their testimony, I was able to refer to memorandums for the record they had prepared that address some of Ms. Rodriguez's concerns.

3.      A duplicate copy of a Standard Form 52 Recruit/Rill Action was removed and destroyed.

4.      Mr. Gordon J. Harmon's race (White) was taken from a letter sent to me by my Mr. Trabue, my point of contact.

5.      DoDEA means Department of Defense Education Activity; DDESS means Domestic Dependent Elementary and Secondary Schools; SIP means School Improvement Program; RIF means Reading Is Fundamental; RIS means Reading Improvement Specialist.

I, Rudene Johnson, state under penalty of perjury, that the foregoing is true and correct.

Date: 3/18/03      Signature: Rudene Johnson



# Exhibit
# G

321



**DEPARTMENT OF DEFENSE
EDUCATION ACTIVITY**
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1635

SEP 1 3 2002

Office of Complaint Investigations – Honolulu
300 Ala Moana Boulevard, Room 6328
Honolulu, HI 96850-0001

Dear Sir/Madam:

This letter is to request that an investigator be assigned to the discrimination complaint of
Ms. Carmen K. Rodriquez, Agency Docket Number DD-FY02-16. Ms. Rodriquez is currently
employed at Andersen Elementary School (ES), by the Department of Defense Domestic
Dependent Elementary and Secondary Schools (DDESS) in Guam.

**Discrimination Claim for Investigation:**

The claim accepted for investigation:

The Complainant alleges that she has been discriminated against based on
race (Chamorro), color (brown), national origin (Chamorro / Hispanic), and reprisal for prior
EEO activities (DD-FY01-08), when:

On March 5, 2002, she became aware that a teacher had been hired to the position of
Reading Specialist at Anderson Elementary School which was the position she held prior to her
being involuntarily reassigned to a different teaching position.

**Addresses and Representation:**

Ms. Rodriquez can be reached at 160 E. San Antonio Ave, Dededo, Guam 96929-5420.
Her work phone number is (671)-366-1511 and her home phone number is (671) 632-1745.

Representative for the Agency is Mr. Garth Terry, Assistant General Counsel, Office of
General Counsel, PSC 80, Bo0x 15126, APO AP 96367-0059. His phone number is 81-6117-
644-5658. His FAX number is 81-98-957-4536. His e-mail address is
garth_terry@pac.odedodea.edu.

**Method of Investigation and Point of Contact:**

Enclosure 1 is the funding document and enclosure 2 is the case file, which includes the
documents to date. Upon your review, please let the assigned EEO Specialist know if additional
documents are required to conduct your investigation.

322

RECEIVED
SEP 2 3 2002
Office of Complaint
Investigations

Please contact me at the letterhead address, (703) 696-9056 ext 1459, (voice), (703) 696-9059 (facsimile), or jtrabue@hq.odedodea.edu (e-mail) to coordinate on the method of investigation and for further information.

Sincerely,

James A. Trabue
Equal Employment Opportunity
Specialist

Enclosure:
As stated

cc:
Ms. Carmen K. Rodriquez, Complainant (w/encl 2)
Mr. Garth Terry, Agency Representative (w/encl 2)

323

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CARMEN K RODRIQUEZ
160 E SAN ANTONIO AVENUE
DEDEDO GUAM 96929-5420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Rodriguez*  ☐ Agent ☐ Addressee

B. Received by ( *Printed Name*)   C. Date of Delivery
*Jess Rodriguez*   9/27/02

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

RECEIVED

OCT 0 2 2002

Office of Compliant
Investigations

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   3261 (156)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | X |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

09/24/02
Postmark Here
1430 HRS

7001 1140 0000 5366 3254

Sent To DODEA 4040 N FAIRFAX AVE
Street, Apt. No.;
or PO Box No. ARLINGTON VA 22203-1635
City, State, ZIP+4

PS Form 3800, January 2001    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | X |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

09/24/02
Postmark Here
1430 HRS

7001 1140 0000 5366 3261

Sent To CARMEN K RODRIQUEZ 160 E SAN
Street, Apt. No.;
or PO Box No. ANTONIO AVE DEDEDO GU 96929-5420
City, State, ZIP+4

PS Form 3800, January 2001    See Reverse for Instructions

---

324



**DEPARTMENT OF DEFENSE**
CIVILIAN PERSONNEL MANAGEMENT SERVICE
OFFICE OF COMPLAINT INVESTIGATIONS
P.O. BOX 50041
HONOLULU, HAWAII 96850-0001

September 24, 2002

MEMORANDUM FOR DEPARTMENT OF DEFENSE EDUCATION ACTIVITY
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1635
ATTN: JAMES A. TRABUE, EEO SPECIALIST

SUBJECT: Request for Investigation of Discrimination Complaint of Ms. Carmen K. Rodriquez
Agency Number: DDFY0216

Your request for investigation of the subject complaint was received on September 23, 2002. The case file has been reviewed. Data and documentation necessary for the investigation to continue are listed in the enclosures. **Please forward the data and documents to this office within two weeks (NLT October 8, 2002)**. If the data/documentation are not submitted within the requested time frame, efforts to obtain them will be documented and this office will proceed with the investigation.

If the Complainant and/or the Agency Representative wish to identify witnesses who they believe possess first-hand knowledge of the issue(s) under investigation, they should identify them by name and provide a description of the proposed area of testimony for each individual named. Once this case is assigned for investigation, the investigator will review and determine which witnesses to call based on the witness's direct knowledge of, or involvement in, the complaint. Additionally, please annotate the work site and telephone number for any witness who is not currently assigned to the activity where the investigation will be conducted.

As you know, the Department of Defense urges alternative dispute resolution whenever and wherever possible and our staff is available to assist you in your efforts. Please encourage the parties to seek settlement and keep us apprised of any progress made in this area.

If you would like to discuss a resolution attempt, or have any questions, please contact the undersigned at (808) 541-2631.

325



Thomas D. Herndon
Complaints Investigator
OCI Honolulu

cc:
Complainant
Agency Representative

Enclosures:
1. Supplemental Information Request
2. OCI Policy Matrix Extract for Cases Involving Management Directed Detail or Reassignment Claims

326

# SUPPLEMENTAL INFORMATION REQUEST
Discrimination Complaint of Carmen K. Rodriquez
Agency Docket # DDFY0216

**Please note:** While you have literally defined the claim as Complainant's becoming aware of another teacher being hired into a position from which she was involuntarily reassigned, the hiring of another teacher does not appear to aggrieve Complainant, at least in and of itself. We believe that the involuntary reassignment may in fact be the real issue in the case or, at the very minimum, the subject of necessary inquiry for background purposes. Hence, the first item of this supplemental data request seeks further clarification.

1. Clarification of the relationship between the involuntary reassignment action and the hiring of another teacher (both actions are referenced in your May 14, 2002 letter to the Complainant, accepting the complaint for purposes of investigation).

2. Copy of the open continuous announcement under which Complainant's replacement was hired (referenced in paragraph 3 of Mr. Harmon's August 9, 2002 response).

3. Copy of the SF-50 effecting the placement action at issue (referenced in paragraph 2 of Mr. Harmon's August 9, 2002 response).

And

4. All items listed in the OCI Policy Matrix Extract for cases involving management directed detail or reassignment claims (also enclosed).

327

## MANAGEMENT DIRECTED DETAIL OR REASSIGNMENT

1. Organizational chart for the activity in which the complainant was assigned before and after the action at issue.

2. Data on employment within the organizational segments involved in the action at issue as of the date of the action. Provide name, position (title, series, and grade), and protected group(s). If reprisal is a basis, indicate which employees have had prior EEO activity.

3. Data on management directed details or reassignments within the organizational segments involved in the action at issue for the two-year period prior to the action. Provide employee name and protected group(s), position (title, series, and grade or statement of duties) held before and after the action, date of action, and name, position, and protected group(s) of the agency official(s) effecting the action. If reprisal is a basis, indicate which employees have had prior EEO activity.

4. Complainant's previous protected activity, if reprisal is alleged as a basis. Include nature of activity, date(s) of activity, issue(s) and basis(es) where an EEO complaint was filed, and the name and position of the agency official(s) involved.

5. Request for Personnel Action, SF 52 (both sides), requesting the action at issue.

6. Notification of Personnel Action, SF 50, effecting the action at issue.

7. Documentation, if any, concerning the action at issue to include notice, response, final decision letters, etc.

8. Pertinent regulatory guidelines concerning detail or reassignment in effect at the time of the action at issue.

9. Pertinent article(s) of negotiated union agreement, if applicable.

10. Complainant's job or position description before and after the action at issue.

328



**DEPARTMENT OF DEFENSE**
CIVILIAN PERSONNEL MANAGEMENT SERVICE
OFFICE OF COMPLAINT INVESTIGATIONS
P.O. Box 50041
Honolulu HI 96850-0001

October 3, 2002

MEMORANDUM FOR  CHIEF EQUAL EMPLOYMENT OPPORTUNITY
DEPARTMENT OF DEFENSE EDUCATION ACTIVITY
4040 N FAIRFAX DRIVE
ARLINGTON VA  22203-1635

SUBJECT:  Complaint of Carmen K. Rodriquez
Agency Docket Number:  DD-FY02-16

Subject case has been transferred to the OCI office in Sacramento, California for investigation.  The address for that office is Office of Complaint Investigations, 801 "I" Street, Room 229, Sacramento, CA 95814-2510.  Their telephone number is (916) 498-5332; FAX number is (916) 498-6527.

This case transfer does not affect future cases.  They should continue to be forwarded to this office.  Your cooperation in this matter is appreciated.

Thomas D. Herndon
Investigator

cc:  OCI-Sacramento
Complainant
Agency Representative

329

**From:** Thomas D. Herndon <Thomas.Herndon@cpms.osd.mil>
**To:** Cynthia J. Shigemasa <Cynthia.Shigemasa@cpms.osd.mil>; Alicia K. Yamamoto <Alicia.Yamamoto@cpms.osd.mil>; Sali L. Evans <Sali.Evans@cpms.osd.mil>
**Date:** Thursday, October 03, 2002 9:08 AM
**Subject:** Fw: Methodology Query - Carmen Rodriquez Complaint, # DDFY0216

Based on your earlier message, Sali, I think this means we send it to you guys for written interrogatory investigation and we should use FedEx.

Tom

-----Original Message-----
From: Terry, Garth <GTerry2@pac.odedodea.edu>
To: 'Thomas D. Herndon' <Thomas.Herndon@cpms.osd.mil>
Date: Thursday, October 03, 2002 2:26 AM
Subject: RE: Methodology Query - Carmen Rodriquez Complaint, # DDFY0216


>Tom,
>
>Interrogatories would be fine with us.
>
>Thanks,
>Garth
>
>-----Original Message-----
>From: Thomas D. Herndon [mailto:Thomas.Herndon@cpms.osd.mil]
>Sent: Thursday, October 03, 2002 7:42 AM
>To: James Trabue
>Cc: Garth Terry; Alina Doreste-Johnson
>Subject: Methodology Query - Carmen Rodriguquez Complaint, # DDFY0216
>
>
>I am in the process of trying to set up an overseas trip, but am not sure I
>will be able to include Guam (with subject case being our only complaint
>currently on hand which originates there). Based on my preliminary review
>of the case file, it seems potentially doable via written interrogatory
>investigation, but I don't want to short change anyone. Please let me know
>ASAP if you think this case should be investigated on site or if you think
>we should go with interrogatories. If the latter, we will probably have to
>transfer the case to our Region in Sacramento - we're pretty overwhelmed
>with cases here right now! Thanks.
>
>Thomas D. Herndon
>Investigator
>OCI-HON
>
>

330

**From:** Evans, Sali L., , CPMS
**Sent:** Thursday, October 03, 2002 9:48 PM
**To:** Gullatt, Relda; Kelly, Ruth; Rose, Susan
**Cc:** Gusman, Joan
**Subject:** FW: Methodology Query - Carmen Rodriquez Complaint, # DDFY0216

Please expect a package tomorrow or Monday from HON. When it arrives, change processing
office to SAC, Complexity to C, and give to Joan for review. Thanks.
-----Original Message-----
From: Alicia Yamamoto [mailto:Alicia.Yamamoto@cpms.osd.mil]
Sent: Thursday, October 03, 2002 2:52 PM
To: Evans, Sali L., , CPMS
Subject: RE: Methodology Query - Carmen Rodriquez Complaint, # DDFY0216


Hi Sali:

Just letting you know that FEDEX will be picking up package today.

Mahalo for your office's kokua!!!

-----Original Message-----
From: Evans, Sali L., , CPMS [mailto:Sali.Evans@cpms.osd.mil]
Sent: Thursday, October 03, 2002 7:47 AM
To: Herndon, Thomas, , CPMS; Shigemasa, Cynthia, , CPMS; Yamamoto,
Alicia K., , CPMS; Evans, Sali L., , CPMS
Cc: Gullatt, Relda; Kelly, Ruth; Rose, Susan; Gusman, Joan
Subject: RE: Methodology Query - Carmen Rodriquez Complaint, # DDFY0216


Let 'er rip!

-----Original Message-----
From: Thomas D. Herndon [mailto:Thomas.Herndon@cpms.osd.mil]
Sent: Thursday, October 03, 2002 9:08 AM
To: Cynthia J. Shigemasa; Alicia K. Yamamoto; Sali L. Evans
Subject: Fw: Methodology Query - Carmen Rodriquez Complaint, # DDFY0216


Based on your earlier message, Sali, I think this means we send it to you
guys for written interrogatory investigation and we should use FedEx.

Tom

-----Original Message-----
From: Terry, Garth <GTerry2@pac.odedodea.edu>
To: 'Thomas D. Herndon' <Thomas.Herndon@cpms.osd.mil>
Date: Thursday, October 03, 2002 2:26 AM
Subject: RE: Methodology Query - Carmen Rodriquez Complaint, # DDFY0216


>Tom,
>
>Interrogatories would be fine with us.
>
>Thanks,
>Garth
>
>-----Original Message-----
>From: Thomas D. Herndon [mailto:Thomas.Herndon@cpms.osd.mil]

1

>To: James Trabue
>Cc: Garth Terry; Alina Doreste-Johnson
>Subject: Methodology Query - Carmen Rodriguquez Complaint, # DDFY0216
>
>
>I am in the process of trying to set up an overseas trip, but am not sure I
>will be able to include Guam (with subject case being our only complaint
>currently on hand which originates there).  Based on my preliminary review
>of the case file, it seems potentially doable via written interrogatory
>investigation, but I don't want to short change anyone.  Please let me know
>ASAP if you think this case should be investigated on site or if you think
>we should go with interrogatories.  If the latter, we will probably have to
>transfer the case to our Region in Sacramento - we're pretty overwhelmed
>with cases here right now!  Thanks.
>
>Thomas D. Herndon
>Investigator
>OCI-HON
>
>

332

2

## Rose, Susan E., , CPMS

| | |
|---|---|
| **From:** | Evans, Sali L., , CPMS |
| **Sent:** | Monday, October 07, 2002 4:18 PM |
| **To:** | Rose, Susan |
| **Cc:** | Gusman, Joan; Johnson, Rudene |

**Subject:** FW: OCI Supplemental Information Request

Please download message and attachment and include in the complaint file. Thanks.

-----Original Message-----
**From:** Thomas D. Herndon [mailto:Thomas.Herndon@cpms.osd.mil]
**Sent:** Monday, October 07, 2002 9:24 AM
**To:** James Trabue; Sali L. Evans
**Cc:** Alicia K. Yamamoto
**Subject:** Fw: OCI Supplemental Information Request

Sali,

Here's what I just received on the Rodriquez case, which we have recently sent for interrogatory investigation.

Jim,

Please forward all future correspondence on the case to our Sacramento Regional Office (we no longer have an office in San Diego). Thank you.

Tom Herndon

----Original Message----
**From:** Trabue, Jim <JTrabue@hq.odedodea.edu>
**To:** Harmon, Gordon <Gordon_Harmon@pac.odedodea.edu>; Weekley, Bryan <Bryan_Weekley@am.odedodea.edu>; Tom, Richard <Richard_Tom@pac.odedodea.edu>; Masters, Joe <Joe_Masters@pac.odedodea.edu>; Horne, Hayden <HHorne@hq.odedodea.edu>; Terry, Garth <GTerry2@pac.odedodea.edu>; 'Thomas Herndon' <Thomas.Herndon@cpms.osd.mil>
**Cc:** Vickers, Chandra <CVickers@pac.odedodea.edu>; Doreste, Alina <ADoreste@hq.odedodea.edu>
**Date:** Monday, October 07, 2002 9:20 AM
**Subject:** OCI Supplemental Information Request

Hello All:

This is in reference to the discrimination complaint filed by Carmen Rodriquez. The investigation of this
complaint has been transferred from OCI Hawaii to OCI San Diego. Please see the attached three sheets of
correspondence from OCI requesting additional information.

## TO OCI:

Item 4, Prior EEO Activities. This office processed the discrimination claims filed by Ms. Rodriquez in
her initial complaint. The issues in her complaint were identified but the merits were not addressed because her
complaint was untimely. She appealed the dismissal of her claim, and OFO upheld the Agency's dismissal. She

**333**

has asked for reconsideration. A decision is currently pending OFO action. A copy of the dismissal letter will be
furnished to your office.

The following information requested in your Policy Matrix at attachment B-1 was provided in our initial
Package requesting the investigation.

Item 5  Request for Personnel Action  Tab 8 page 4.

Item 6  Notification of Personnel Action  Tab 8 page 5.

## To Principal Masters

Item 1  Organizational Chart:  OCI wants two organizational charts
        Chart for Rodriquez prior to he reassignment
        Chart for R9odriquez following the reassignment

These charts should be the chain of command starting with Rodriquez up to the Guam Superintendent.

Please send your reply to me via email.

## To Bryan

Please address items 2, 3, 7, 8, 9, and 10.  Also address item 1 found on the "SUPPLEMENTAL INFORMATION REQUEST" page

Please send your reply to me via email

## To Gordon

Gordon you need to reply to items 2 and 3 found on the "SUPPLEMENTAL INFORMATION REQUEST" page.

Please send your reply to me via email

Thanks

Jim

334

**Rose, Susan E., , CPMS**

| | |
|---|---|
| From: | Rose, Susan E., , CPMS |
| Sent: | Monday, October 07, 2002 5:14 PM |
| To: | 'jtrabue@odedodea.edu' |
| Cc: | Evans, Sali L., , CPMS; Johnson, Rudene, , CPMS; Gullatt, Relda J., , CPMS; Gusman, Joan, , CPMS; Kelly, Ruth C., , CPMS |
| Subject: | Notice of Receipt |

Subject: Complaint of Carmen K. Rodriguez
Agency Docket No. DD-FY02-16

Because of workload considerations, subject complaint was identified for transfer to the Sacramento Office of Complaint Investigations for investigation. This is notice that the complaint was received in the Sacramento Office on October 4, 2002, and will be assigned to an investigator in the near future. If you have any questions, please do not hesitate to call.

Susan E. Rose, Complaints Clerk
Case Management Unit
Office of Complaint Investigations
801 I Street, Room 229
Sacramento, CA 95814-2511
Telephone: (916) 498-5332
Fax: (916) 498-6527

*335*



**DEPARTMENT OF DEFENSE**
CIVILIAN PERSONNEL MANAGEMENT SERVICE
OFFICE OF COMPLAINT INVESTIGATIONS
801 "I" STREET, ROOM 229
SACRAMENTO, CA 95814-2511



November 5, 2002

MEMORANDUM FOR DEPARTMENT OF DEFENSE EDUCATION ACTIVITY
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1635
ATTN: JAMES A. TRABUE, EEO SPECIALIST

SUBJECT:     Discrimination Complaint Investigation – Ms. Carmen K. Rodriguez
             Agency Docket No. DD-FY02-16

**SUSPENSE DATE: NOVEMBER 15, 2002**

I have been assigned to conduct an investigation into the subject complaint. It has been determined that this complaint can best be examined by the use of interrogatories and, if necessary, securing additional documentary evidence.

The claim forwarded for investigation is as follows:

*Was the Complainant subjected to discrimination because of her race (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002, because a teacher had been hired to the position of Reading Specialist at Anderson Elementary School, the same position she held prior to being involuntarily reassigned to a different teaching position?*

If it is determined that additional information is needed from the Complainant and/or management witnesses to complete the investigative file, it will be requested under separate cover.

If the Agency Representative believes that other witnesses with direct knowledge of the accepted claim should also testify, please provide me their names, addresses and a brief statement as to the nature of their testimony. If the Agency Representative wishes to submit a written statement of management's position with respect to the accepted claims, or additional documentary evidence (not already in the complaint file), he or she may do so. You should ensure that these documents reach this office not later than **November 15, 2002.** Any documentary evidence provided must be **legible, one sided,** on **8 1/2 X 11-inch paper** and of **reproducible quality.** Since the case file compiled during the investigation is used for all subsequent reviews, it is essential that all material be legible.

336

If you have any questions relating to the complaint, you may contact me at (916) 498-5332; my fax number is (916) 498-6527.

*Rudene Johnson*

Rudene Johnson
Investigator

Attachment:
Witness List

cc:
Ms. Carmen K. Rodriguez, 160 E. San Antonio Avenue, Dededo, Guam 96929-5420
(Complainant)
Agency Representative

337

DISCRIMINATION COMPLAINT OF MS. CARMEN K. RODRIGUEZ

AGENCY DOCKET NO. DD-FY02-16

WITNESS LIST

1.    Ms. Carmen Rodriguez

2.    Ms. Sherry Hall, Assistant Principal

3.    Ms. Karen Adelman, Staffing POC

4.    Mr. Joe Masters, Principal

5.    Mr. Gordan Harmon, DODEA Personnel Officer

6.    Dr. Richard Tom, DODEA Director

7.    Ms. Shandra Vickers, EEO Specialist


**Please provide current telephone numbers and email addresses for everyone**

238

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Thursday, November 07, 2002 3:40 AM |
| **To:** | 'jtrabue@odedodea.edu' |
| **Subject:** | Complaint of Ms. Carmen K. Rodriguez, Agency Docket No. DD-FY02-016 - Corrected Assignment Letter |

**Importance:** High

Attached is the corrected assignment letter.



Scheduling Letter for
Carmen R.

339

November 5, 2002

MEMORANDUM FOR DEPARTMENT OF DEFENSE EDUCATION ACTIVITY
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1635
ATTN: JAMES A. TRABUE, EEO SPECIALIST

SUBJECT:     Discrimination Complaint Investigation – Ms. Carmen K. Rodriguez
Agency Docket No. DD-FY02-16

**SUSPENSE DATE: NOVEMBER 15, 2002**

I have been assigned to conduct an investigation into the subject complaint. It has been determined that this complaint can best be examined by the use of interrogatories and, if necessary, securing additional documentary evidence.

The claim forwarded for investigation is as follows:

*Was the Complainant subjected to discrimination because of her race (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002, because a teacher had been hired to the position of Reading Specialist at Anderson Elementary School, the same position she held prior to being involuntarily reassigned to a different teaching position?*

If it is determined that additional information is needed from the Complainant and/or management witnesses to complete the investigative file, it will be requested under separate cover.

If the Agency Representative believes that other witnesses with direct knowledge of the accepted claim should also testify, please provide me their names, addresses and a brief statement as to the nature of their testimony. If the Agency Representative wishes to submit a written statement of management's position with respect to the accepted claims, or additional documentary evidence (not already in the complaint file), he or she may do so. You should ensure that these documents reach this office not later than **November 15, 2002**. Any documentary evidence provided must be **legible, one sided,** on **8 1/2 X 11-inch paper** and of **reproducible quality.** Since the case file compiled during the investigation is used for all subsequent reviews, it is essential that all material be legible.

*340*

If you have any questions relating to the complaint, you may contact me at (916) 498-5332; my fax number is (916) 498-6527.

Rudene Johnson
Investigator

Attachment:
Witness List

cc:
Ms. Carmen K. Rodriguez, 160 E. San Antonio Avenue, Dededo, Guam 96929-5420
(Complainant)
Agency Representative

*341*

DISCRIMINATION COMPLAINT OF MS. CARMEN K. RODRIGUEZ

AGENCY DOCKET NO. DD-FY02-16

WITNESS LIST

1. Ms. Carmen Rodriguez

2. Ms. Sherry Hall, Assistant Principal

3. Ms. Karen Adelman, Staffing POC

4. Mr. Joe Masters, Principal

5. Mr. Gordan Harmon, DODEA Personnel Officer

6. Dr. Richard Tom, DODEA Director

7. Ms. Shandra Vickers, EEO Specialist


**Please provide current telephone numbers and email addresses for everyone**

*342*

**Johnson, Rudene, , CPMS**

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Thursday, November 07, 2002 3:19 AM |
| **To:** | 'jtrabue@odedodea.edu' |
| **Subject:** | Complaint of Ms. Carmen K. Rodriguez, Agency Docket No. DD-FY02-016 |
| **Importance:** | High |

Attached is our agency letter advising you that I have been assigned to conduct an investigation into the above referenced complaint. Please provide your telephone and fax numbers so that I can fax a hard copy to you.

Ms. Rudene Johnson
Investigator
OCI Sacramento



Scheduling Letter for
Carmen R...

*343*

| | |
|---|---|
| **From:** | Mail Delivery Subsystem [MAILER-DAEMON@cpms.osd.mil] |
| **Sent:** | Thursday, November 07, 2002 7:26 AM |
| **To:** | Rudene.Johnson@CPMS.OSD.MIL |
| **Subject:** | Warning: could not send message for past 4 hours |



ATT23391.TXT



Complaint of Ms.
Carmen K. Red...

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*     THIS IS A WARNING MESSAGE ONLY     \*\*
\*\* YOU DO NOT NEED TO RESEND YOUR MESSAGE \*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The original message was received at Thu, 7 Nov 2002 03:24:15 -0500
from exchange.cpms.osd.mil [204.36.10.15]

    ----- The following addresses had transient non-fatal errors -----
<jtrabue@odedodea.edu>

    ----- Transcript of session follows -----
<jtrabue@odedodea.edu>... Deferred: Connection timed out with dodea.odedodea.edu.
Warning: message still undelivered after 4 hours
Will keep trying until message is 5 days old

*344*

**Johnson, Rudene, , CPMS**

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Thursday, November 07, 2002 3:40 AM |
| **To:** | 'jtrabue@odedodea.edu' |
| **Subject:** | Complaint of Ms. Carmen K. Rodriguez, Agency Docket No. DD-FY02-016 - Corrected Assignment Letter |

**Importance:** High

Attached is the corrected assignment letter.



Scheduling Letter for
Carmen R...

*345*

| | |
|---|---|
| **From:** | Mail Delivery Subsystem [MAILER-DAEMON@cpms.osd.mil] |
| **Sent:** | Thursday, November 07, 2002 7:47 AM |
| **To:** | Rudene.Johnson@cpms.osd.mil |
| **Subject:** | Warning: could not send message for past 4 hours |


ATT23474.TXT


Complaint of Ms.
Carmen K. Rod...

```
**************************************************
**    THIS IS A WARNING MESSAGE ONLY     **
** YOU DO NOT NEED TO RESEND YOUR MESSAGE **
**************************************************
```

The original message was received at Thu, 7 Nov 2002 03:45:35 -0500
from exchange.cpms.osd.mil [204.36.10.15]

  ----- The following addresses had transient non-fatal errors -----
&lt;jtrabue@odedodea.edu&gt;

  ----- Transcript of session follows -----
&lt;jtrabue@odedodea.edu&gt;... Deferred: Connection timed out with dodea.odedodea.edu.
Warning: message still undelivered after 4 hours
Will keep trying until message is 5 days old



**Johnson, Rudene, , CPMS**

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Friday, November 08, 2002 5:20 PM |
| **To:** | 'jtrabue@headquarters.odedodea.edu' |
| **Subject:** | Discrimination Complaint filed by Ms. Carmen K. Rodriguez, Agency Docket No. DD-FY02-16 |

**Importance:**       High

Mr. Trabue,

Attached is my scheduling letter and witness list and my request for additional documentation. Was not able to fax hard copies to you until almost 2 p.m.

Rudene Johnson
Investigator



Scheduling Letter for
Carmen R.



Request for Additional
Informa...

*34-7*

# Adelman, Karen

**From:** Trabue, Jim

**Sent:** Friday, November 15, 2002 10:03 AM

**To:** D'Alessandro, Agnes; Masters, Joe; Hellon, Keone; Bransford, Leonard; Harmon, Gordon; Adelman, Karen; 'Rudene Johnson (Business Fax)'; Carver, Brad; Weekley, Bryan

**Cc:** Doreste, Alina; Hinman, Elaine; Sutemeier, Bob

**Subject:** Request for Additional Information OCI

Hello All:

Attached is a request from OCI requesting additional information. Rodriquez (Exhibit 1) If you can not provide the requested data/information, Please Explain in writing why not. All replies must be sent to me via email if appropriate.

Ref Item 1. **The position in dispute is a GS 13 Reading Specialist at Andersen MS, Guam** .

**Agnes can you get me the performance appraisal for SY 2000 to 2001 and SY 2001 to 2002 for Carmen K. Rodriquez (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) Thanks**.

Ref Item 2 **Principal Masters, please provide or address the OCI request in this Item. Thanks Joe**.

Ref Item 3, **Brad, please provide the information requested in this item by OCI, with the requested RNO data.**

Ref Item 4, **Mr. Harmon and Ms. Adelman the information requested in this item by OCI. Also, identify the name of the position that Rodriquez was assigned when she was moved from the Reading Specialist position. Thanks**

Ref Item 5, **Ms. Johnson, the information requested in this item is provided in a separate message to you. Thanks**

Ref Item 6, **Leonard, please provide the 2 PD's requested by OCI. Thanks**

Ref Item 7, **Keone , please see attachment (5 Rodriquez), page one of the Counselor Report. Then address the investigator's concerns regarding the union minutes. Please send your reply via email to me. Thanks**

Ref Item 8, **Gordon / Karen please provide a copy of the announcement OCI is requesting here. Bryan your office may be the location where this announcement can be found. If you have it please forward to me. Thank**

For your information, all investigative files are covered by the Privacy Act of 1974, 5 U.S.C Section 552a. Access to or release of this correspondence is controlled in accordance with the law to protect the privacy interests of the subjects and integrity of controlled files.

Thanks.

**348**

Jim

**James A. Trabue**

**EEO Specialist**
**4040 N. Fairfax Drive**
**Arlington, VA 22203**
**(703) 696-9056 Ext 1459**

*349*

ADDITIONAL INFORMATION REQUEST
For <u>Agency Representative</u>

## Complaint of Ms. Carmen Rodriguez, Agency Docket No. DD-FY02-016

1.      Copy of any performance appraisal, including the mid-year review, that Ms. Rodriguez received during the time she occupied the position in dispute.

2.      Copies of any counseling sessions, complaints against or about Ms. Rodriguez during the time she occupied the position in dispute <u>OR</u> any and all paperwork used to justify the need to reassign Ms. Rodriguez to another position.

3.      List of all teachers at Andersen Elementary School   Include name, title, series, grade, race and prior EEO activity.

4.      List of other individuals <u>hired</u> since the month and year Ms. Rodriguez was first hired <u>and</u> reassigned to another position. Include employee name, title, series, grade, position hired for, date reassigned, reason reassigned, race and prior EEO activity.

5.      A copy of Ms. Rodriguez's prior EEO activity (DD-FY01-08). Please include: EEO Counselor's Report, formal complaint, acceptance letter, Report of Investigation, and status of complaint.

6.      Position description for Reading Specialist position <u>and</u> the position Ms. Rodriguez was reassigned to.

7       Copy of the union minutes Ms. Rodriguez refers to on page one of the EEO Counselor's Report.

8.      Copy of the vacancy announcement that indicates the vacancy announcement Ms. Rodriguez and/or Ms. Chop applied under was "open continuous".


**Please note: This information is needed if not already provided by your office or requested by our office.**

350

*9*

**Agency Representative**
Robert Sutemeier
DoDEA, Office of General Counsel
821 San Carlos Rd, Bldg 3813
Pensacola, FL 32508-5531

Tel-850-452-9401
Fax- 850-452-9405
E-mail   Robert.sutemeier@smtp.cnet.navy.mil

**Complainant**
Carmen K. Rodriguez
Address:
160E San Antonio Ave
Deded, Guam 96912
Home Tel   671-632-1745
Home Fax   671-632-1745
Email:   crodrig@pac.odedodea.edu


Joe Masters
Principal Andersen MS
Address:
Unit 14006
APO AP  96543-4006
Tel:   671-366-1511
FAX: 671-366-2532
Email   joe_masters@pac.odedodea.edu


Ms. Sherry Hall
Asst Principal, Andersen MS
Address, telephone & fax same as Masters
E:mail   shall@pac.odedodea.edu

351

Dr. Richard S. Tom
District Superintendent Guam
Address:
DoDEA DSO Guam
PSC 490, Box 100
FPO AP 96538-1600
Tel    671-344-9160
Fax    671-344-9584
Email   richard_tom@pac.odedodea.edu

Gordon J. Harmon, race (white), no known record ref reprisal
DoDEA Guam
Human Resources Specialist (Labor Relations)
Address:
PSC 490, Box 100
FPO AP 96538-1600
Tel:  671-344-9160
Fax:  671-344-9584
DSN: 344-9502

Email   gordon_harmon@pac.odedodea.edu

352



**DEPARTMENT OF DEFENSE**
CIVILIAN PERSONNEL MANAGEMENT SERVICE
OFFICE OF COMPLAINT INVESTIGATIONS
801 "I" STREET, ROOM 229
SACRAMENTO, CA 95814-2511

*emailed & faxed*
*11/8/02*
*KG*

November 5, 2002

MEMORANDUM FOR DEPARTMENT OF DEFENSE EDUCATION ACTIVITY
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1635
ATTN: JAMES A. TRABUE, EEO SPECIALIST

SUBJECT: Discrimination Complaint Investigation – Ms. Carmen K. Rodriguez
Agency Docket No. DD-FY02-16

**SUSPENSE DATE: NOVEMBER 15, 2002**

I have been assigned to conduct an investigation into the subject complaint. It has been determined that this complaint can best be examined by the use of interrogatories and, if necessary, securing additional documentary evidence.

The claim forwarded for investigation is as follows:

*Was the Complainant subjected to discrimination because of her race (Hispanic), color (brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002, because a teacher had been hired to the position of Reading Specialist at Anderson Elementary School, the same position she held prior to being involuntarily reassigned to a different teaching position?*

If it is determined that additional information is needed from the Complainant and/or management witnesses to complete the investigative file, it will be requested under separate cover.

If the Agency Representative believes that other witnesses with direct knowledge of the accepted claim should also testify, please provide me their names, addresses and a brief statement as to the nature of their testimony. If the Agency Representative wishes to submit a written statement of management's position with respect to the accepted claims, or additional documentary evidence (not already in the complaint file), he or she may do so. You should ensure that these documents reach this office not later than **November 15, 2002**. Any documentary evidence provided must be **legible, one sided, on 8 1/2 X 11-inch paper** and of **reproducible quality.** Since the case file compiled during the investigation is used for all subsequent reviews, it is essential that all material be legible.

353

If you have any questions relating to the complaint, you may contact me at (916) 498-5332; my fax number is (916) 498-6527.

Rudene Johnson
Investigator

Attachment:
Witness List

cc:
Ms. Carmen K. Rodriguez, 160 E. San Antonio Avenue, Dededo, Guam 96929-5420
(Complainant)
Agency Representative

354

DISCRIMINATION COMPLAINT OF MS. CARMEN K. RODRIGUEZ

AGENCY DOCKET NO. DD-FY02-16

WITNESS LIST

1.   Ms. Carmen Rodriguez

2.   Ms. Sherry Hall, Assistant Principal

3.   Ms. Karen Adelman, Staffing POC

4.   Mr. Joe Masters, Principal

5.   Mr. Gordan Harmon, DODEA Personnel Officer

6.   Dr. Richard Tom, DODEA Director

7.   Ms. Shandra Vickers, EEO Specialist


**Please provide current telephone numbers and email addresses for everyone**

355





**DEPARTMENT OF DEFENSE**
CIVILIAN PERSONNEL MANAGEMENT SERVICE
OFFICE OF COMPLAINT INVESTIGATIONS
801 "I" STREET, ROOM 229
SACRAMENTO, CA 95814-2511

*auld and
Served 11/8/02
RJ*

November 8, 2002

MEMORANDUM FOR DEPARTMENT OF DEFENSE EDUCATION ACTIVITY
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1635
ATTN: JAMES A. TRABUE, EEO SPECIALIST

SUBJECT:    Request for Additional Documentation
            Discrimination Complaint Investigation – Ms. Carmen K. Rodriguez
            Agency Docket No. DD-FY02-16

**SUSPENSE DATE: DECEMBER 2, 2002**

Attached is a list of additional documentation needed to supplement the record for the above referenced complaint. It is request that the requested documentation be forwarded to this office no later than the above suspense date.

If you have any questions, I can be reached at (916) 498-5332. My fax number is (916) 498-6527.

Ms. Rudene Johnson
Investigator

Attachment:
As stated

356

## ADDITIONAL INFORMATION REQUEST
### For Agency Representative

### Complaint of Ms. Carmen Rodriguez, Agency Docket No. DD-FY02-016

1.     Copy of any performance appraisal, including the mid-year review, that Ms. Rodriguez received during the time she occupied the position in dispute.

2.     Copies of any counseling sessions, complaints against or about Ms. Rodriguez during the time she occupied the position in dispute OR any and all paperwork used to justify the need to reassign Ms. Rodriguez to another position.

3.     List of all teachers at Andersen Elementary School. Include name, title, series, grade, race and prior EEO activity.

4.     List of other individuals hired since the month and year Ms. Rodriguez was first hired and reassigned to another position. Include employee name, title, series, grade, position hired for, date reassigned, reason reassigned, race and prior EEO activity.

5.     A copy of Ms. Rodriguez's prior EEO activity (DD-FY01-08). Please include: EEO Counselor's Report, formal complaint, acceptance letter, Report of Investigation, and status of complaint.

6.     Position description for Reading Specialist position and the position Ms. Rodriguez was reassigned to.

7.     Copy of the union minutes Ms. Rodriguez refers to on page one of the EEO Counselor's Report.

8.     Copy of the vacancy announcement that indicates the vacancy announcement Ms. Rodriguez and/or Ms. Chop applied under was "open continuous".

**Please note: This information is needed if not already provided by your office or requested by our office.**

357

## Johnson, Rudene, , CPMS

**From:** Trabue, Jim [JTrabue@hq.odedodea.edu]

**Sent:** Wednesday, November 13, 2002 2:48 PM

**To:** Tom, Richard; Masters, Joe; Hall, Sherry; Harmon, Gordon; Adelman, Karen; Vickers, Chandra; 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'

**Cc:** Sutemeier, Bob; Doreste, Alina; Witkin, Maxanne; Hinman, Elaine

**Subject:** OCI Inves of the Carmen Rodriquez 2d Complaint

Hello All:

Dr Tom, Principal Masters, Asst Principal Hall, Ms. Adelman, Ms. Vickers, and Mr. Harmon have been identified as witnesses in the Rodriquez complaint. As reflected in the attached OCI correspondence you will be interview by OCI. Should you have questions regarding your responsibilities in this matter you may contact the Agency representative Mr. Robert Sutemeier (850-425-1901). He can be reached also on the DoDEA email net.

Dr. Hinman this will up date you on thew current status of the complaint.

Thank you,

Jim

358