

**DEPARTMENT OF DEFENSE**
CIVILIAN PERSONNEL MANAGEMENT SERVICE
OFFICE OF COMPLAINT INVESTIGATIONS
801 'I' STREET, ROOM 229
SACRAMENTO, CA 95814-2511

November 5, 2002

MEMORANDUM FOR DEPARTMENT OF DEFENSE EDUCATION ACTIVITY
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1635
ATTN: JAMES A. TRABUE, EEO SPECIALIST

SUBJECT:    Discrimination Complaint Investigation – Ms. Carmen K. Rodriguez
            Agency Docket No. DD-FY02-16

**SUSPENSE DATE: NOVEMBER 15, 2002**

I have been assigned to conduct an investigation into the subject complaint. It has been
determined that this complaint can best be examined by the use of interrogatories and, if
necessary, securing additional documentary evidence.

The claim forwarded for investigation is as follows:

*Was the Complainant subjected to discrimination because of her race (Hispanic), color
(brown), national origin (Chamorro) and reprisal (prior EEO activity) on March 5, 2002,
because a teacher had been hired to the position of Reading Specialist at Anderson Elementary
School, the same position she held prior to being involuntarily reassigned to a different teaching
position?*

If it is determined that additional information is needed from the Complainant and/or
management witnesses to complete the investigative file, it will be requested under separate
cover.

If the Agency Representative believes that other witnesses with direct knowledge of the
accepted claim should also testify, please provide me their names, addresses and a brief
statement as to the nature of their testimony. If the Agency Representative wishes to submit a
written statement of management's position with respect to the accepted claims, or additional
documentary evidence (not already in the complaint file), he or she may do so. You should
ensure that these documents reach this office not later than **November 15, 2002**. Any
documentary evidence provided must be **legible, one sided**, on **8 1/2 X 11-inch paper** and of
**reproducible quality**. Since the case file compiled during the investigation is used for all
subsequent reviews, it is essential that all material be legible.

/ 359

If you have any questions relating to the complaint, you may contact me at (916) 498-5332, my fax number is (916) 498-6527.

Rudene Johnson
Rudene Johnson
Investigator

Attachment:
Witness List

cc:
Ms. Carmen K. Rodriguez, 160 E. San Antonio Avenue, Dededo, Guam 96929-5420 (Complainant)
Agency Representative



DISCRIMINATION COMPLAINT OF MS. CARMEN K. RODRIGUEZ

AGENCY DOCKET NO. DD-FY02-16

WITNESS LIST

1.    Ms. Carmen Rodriguez

2.    Ms. Sherry Hall, Assistant Principal

3.    Ms. Karen Adelman, Staffing POC

4.    Mr. Joe Masters, Principal

5.    Mr. Gordan Harmon, DODEA Personnel Officer

6.    Dr. Richard Tom, DODEA Director

7.    Ms Shandra Vickers, EEO Specialist


**Please provide current telephone numbers and email addresses for everyone**

361



**DEPARTMENT OF DEFENSE**
CIVILIAN PERSONNEL MANAGEMENT SERVICE
OFFICE OF COMPLAINT INVESTIGATIONS
801 'I' STREET, ROOM 229
SACRAMENTO, CA 95814-2511

November 8, 2002

MEMORANDUM FOR DEPARTMENT OF DEFENSE EDUCATION ACTIVITY
4040 NORTH FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203-1635
ATTN: JAMES A. TRABUE, EEO SPECIALIST

SUBJECT:    Request for Additional Documentation
            Discrimination Complaint Investigation – Ms. Carmen K. Rodriguez
            Agency Docket No. DD-FY02-16

**SUSPENSE DATE: DECEMBER 2, 2002**

Attached is a list of additional documentation needed to supplement the record for the above referenced complaint. It is request that the requested documentation be forwarded to this office no later than the above suspense date.

If you have any questions, I can be reached at (916) 498-5332. My fax number is (916) 498-6527.

Ms. Rudene Johnson
Investigator

Attachment:
As stated

362



ADDITIONAL INFORMATION REQUEST
For <u>Agency Representative</u>

**Complaint of Ms. Carmen Rodriguez, Agency Docket No. DD-FY02-016**

1.      Copy of any performance appraisal, including the mid-year review, that Ms. Rodriguez received during the time she occupied the position in dispute.

2.      Copies of any counseling sessions, complaints against or about Ms. Rodriguez during the time she occupied the position in dispute <u>OR</u> any and all paperwork used to justify the need to reassign Ms. Rodriguez to another position.

3.      List of all teachers at Andersen Elementary School. Include name, title, series, grade, race and prior EEO activity.

4.      List of other individuals <u>hired</u> since the month and year Ms. Rodriguez was first hired <u>and</u> reassigned to another position. Include employee name, title, series, grade, position hired for, date reassigned, reason reassigned, race and prior EEO activity.

5.      A copy of Ms. Rodriguez's prior EEO activity (DD-FY01-08). Please include: EEO Counselor's Report, formal complaint, acceptance letter, Report of Investigation, and status of complaint.

6.      Position description for Reading Specialist position <u>and</u> the position Ms. Rodriguez was reassigned to.

7       Copy of the union minutes Ms. Rodriguez refers to on page one of the EEO Counselor's Report.

8       Copy of the vacancy announcement that indicates the vacancy announcement Ms. Rodriguez and/or Ms. Chop applied under was "open continuous".

**Please note: This information is needed if not already provided by your office or requested by our office.**

363

## Adelman, Karen

| | |
|---|---|
| **From:** | Trabue, Jim |
| **Sent:** | Friday, November 15, 2002 10:03 AM |
| **To:** | D'Alessandro, Agnes; Masters, Joe; Helton, Keone; Bransford, Leonard; Harmon, Gordon; Adelman, Karen; 'Rudene Johnson (Business Fax)'; Carver, Brad; Weekley, Bryan |
| **Cc:** | Doreste, Alina; Hinman, Elaine; Sutemeier, Bob |
| **Subject:** | Request for Additional Information OCI |

Hello All:

Attached is a request from OCI requesting additional information. Rodriquez (Exhibit 1)  If you can not provide the requested data/information, Please Explain in writing why not.  All replies must be sent to me via email if appropriate.

Ref Item 1. **The position in dispute is a GS 13 Reading Specialist at Andersen MS, Guam .**

**Agnes can you get me the performance appraisal for SY 2000 to 2001 and SY 2001 to 2002 for Carmen K. Rodriquez (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) Thanks.**

Ref Item 2  **Principal Masters, please provide or address the OCI request in this Item.  Thanks Joe.**

Ref Item 3,  **Brad, please provide the information requested in this item by OCI, with the requested RNO data.**

Ref Item 4,  **Mr. Harmon and Ms. Adelman the information requested in this item by OCI.  Also, identify the name of the position that Rodriquez was assigned when she was moved from the Reading Specialist position.  Thanks**

Ref Item 5,  **Ms. Johnson, the information requested in this item is provided in a separate message to you.  Thanks**

Ref Item 6,  **Leonard, please provide the 2 PD's requested by OCI.  Thanks**

Ref  Item 7,  **Keone , please see attachment (5 Rodriquez), page one of the Counselor Report. Then address the investigator's concerns regarding the union minutes.  Please send your reply via email to me.   Thanks**

Ref Item 8,  **Gordon / Karen please provide a copy of the announcement OCI is requesting here.  Bryan your office may be the location where this announcement can be found.  If you have it please forward to me.  Thank**

For your information, all investigative files are covered by the Privacy Act of 1974, 5 U.S.C Section 552a.  Access to or release of this correspondence is controlled in accordance with the law to protect the privacy interests of the subjects and integrity of controlled files.

Thanks.

Jim
**James A. Trabue**

*364*

EEO Specialist
4040 N. Fairfax Drive
Arlington, VA 22203
(703) 696-9056 Ext 1459



# Johnson, Rudene, , CPMS

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Tuesday, December 10, 2002 12:34 AM |
| **To:** | 'Trabue, Jim' |
| **Subject:** | RE: OCI Inves of the Carmen Rodriquez 2d Complaint |

**Importance:** High

Mr. Trabue,

1. Unless these things were faxed to the OCI Sacramento Office while I was TDY last week, as of December 9th, none of the information I requested in my letters dated November 5 and 8, 2002 has been received.

    a. What is the status of the current telephione numbers and email addresses for the witnesses?

    b. What is the status of the additional information I requested?

2. By fax received November 20, 2002, Ms. Rodriguez forwarded me a copy of an order from EEOC about holding her complaint in abeyance.

    a. What is the status of Ms. Rodriguez's request that her complaint be held in abeyance?

      -----Original Message-----
      **From:** Trabue, Jim [mailto:JTrabue@hq.odedodea.edu]
      **Sent:** Wednesday, November 13, 2002 2:48 PM
      **To:** Tom, Richard; Masters, Joe; Hall, Sherry; Harmon, Gordon; Adelman, Karen; Vickers, Chandra; 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'
      **Cc:** Sutemeier, Bob; Doreste, Alina; Witkin, Maxanne; Hinman, Elaine
      **Subject:** OCI Inves of the Carmen Rodriquez 2d Complaint

      Hello All:

          Dr Tom, Principal Masters, Asst Principal Hall, Ms. Adelman, Ms. Vickers, and Mr. Harmon have been identified as witnesses in the Rodriquez complaint. As reflected in the attached OCI correspondence you will be interview by OCI. Should you have questions regarding your responsibilities in this matter you may contact the Agency representative Mr. Robert Sutemeier (850-425-1901). He can be reached also on the DoDEA email net.

          Dr. Hinman this will up date you on thew current status of the complaint.

      Thank you,

      Jim



**Johnson, Rudene, , CPMS**

| | |
|---|---|
| **From:** | Trabue, Jim [JTrabue@hq.odedodea.edu] |
| **Sent:** | Tuesday, January 21, 2003 8:51 AM |
| **To:** | 'Rudene Johnson (rudene.johnson@cpms.osd.mil)' |
| **Cc:** | Doreste, Alina; Adelman, Karen |

**Subject:** OCI Investigation

Rudene:

    Ms Adelman's email address is karen_adelman@am.odedodea.edu.

Karen:

    OCI (Ms. Johnson) needs to talk with you. Reference Carmen Rodriquez. Please contact OCI.

Thanks folks,

Jim

*367*

# Johnson, Rudene, , CPMS

**From:** Trabue, Jim [JTrabue@hq.odedodea.edu]
**Sent:** Tuesday, January 28, 2003 8:34 AM
**To:** 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'
**Cc:** Doreste, Alina; Sutemeier, Bob

**Subject:** Status of Investigation

Hello Rudene:

I tried to reach you by phone but I have not been successful. Our problem is, the AJ has ordered us to furnish a status report on the Carmen Rodriguez investigation. We need to know where are we at this time during the investigation. Have you interviewed Management officials yet. The AJ said that she has directed Rodriguez to furnish the name of her witnesses. Have you interviewed Rodriguez or her witnesses. When do you expect your investigation to be completed. I need an answer by 1/29/03. Sorry but the AJ wants us to have affidavits to her by 2/7/03. We want to tell her that the investigation is in progress with an estimated completion date and to hold off. To do this we need your reply.

Thank you,
Jim



## Johnson, Rudene, , CPMS

**From:** Johnson, Rudene, , CPMS
**Sent:** Wednesday, February 05, 2003 1:59
**To:** 'Trabue, Jim'
**Subject:** RE: Status of Investigation

Mr. Trabue:

You indicated that witnesses had completed their statements, and that I had not received them because they were being reviewed by the agency rep. Since the statements were due here by Jan 27th and it is now Feb 5th, by what date can I expect to get them?

> -----Original Message-----
> **From:** Trabue, Jim [mailto:JTrabue@hq.odedodea.edu]
> **Sent:** Tuesday, January 28, 2003 8:34 AM
> **To:** 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'
> **Cc:** Doreste, Alina; Sutemeier, Bob
> **Subject:** Status of Investigation
>
> Hello Rudene:
>
> I tried to reach you by phone but I have not been successful. Our problem is, the AJ has ordered us to furnish a status report on the Carmen Rodriguez investigation. We need to know where are we at this time during the investigation. Have you interviewed Management officials yet. The AJ said that she has directed Rodriguez to furnish the name of her witnesses. Have you interviewed Rodriguez or her witnesses. When do you expect your investigation to be completed. I need an answer by 1/29/03. Sorry but the AJ wants us to have affidavits to her by 2/7/03. We want to tell her that the investigation is in progress with an estimated completion date and to hold off. To do this we need your reply.
>
> Thank you,
> Jim



| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Monday, February 10, 2003 12:24 PM |
| **To:** | 'JTrabue@hq.odedodea.edu' |
| **Subject:** | Rodriguez Investigation |

Mr. Trabue,

As I said during your telephone call with me, the names of the individuals that were supposed to get their signed and dated statements to me by January 27th are as follows: Gordon Harmon, Sherry Hall, Joe Masters and Richard Tom.

Rudene Johnson
Investigator

*370*

**Johnson, Rudene, , CPMS**

| | |
|---|---|
| **From:** | Trabue, Jim [JTrabue@hq.odedodea.edu] |
| **Sent:** | Thursday, February 13, 2003 1:12 PM |
| **To:** | 'Johnson, Rudene, , CPMS' |
| **Cc:** | Doreste, Alina; Sutemeier, Bob; Russell, Michael; Tom, Richard; Vickers, Chandra; Adelman, Karen; Harmon, Gordon |

**Subject:** RE: Rodriguez Investigation

Rudene:

After doing some checking I have learned the following:

1. Joe Masters & Sherry Hall completed the interrogatories and
sent them to the Agency counsel for them to check their response.
The interrogatories were returned to Masters and Hall to sign and
send to you. The Agency counsel is sending a reminder to Masters
& Hall to send the interrogatories to immediately if they have not
already been sent.

2. Karen Adelman sent me an email message reflecting that she responded
o you via email and fax and have fax conformation that responds was
eceived prior to the suspense date.

3. On all persons you identified as witnesses, I sent them an email advising
that you would more than likely be contacting them for a statement or
interrogatories. Dr. Tom sent me an email today to the effect that he got my
previous email but he has not received any interrogatories. He claim that there
was nothing about this until my message inquiring about their failure to participate
in an EEO investigation. In other words he did not receive any interrogatories.
That may be the same situation in the case of Gordon Harmon and Chandra Vickers.
These folks are in an overseas environment on a military bases and considering what
is going on in the world today, it is very feasible that the interrogatories could have been
lost or misplaced. Any way Dr. Tom stated that should the interrogatories be sent to him
and he get them he would respond immediately. Since the AJ has extended the
investigative period it is not a bad idea to gather all facts possible that would promotes
integrity in the investigation. Please complete the investigation by resending the
interrogatories to:

Dr. Tom:  email:  richard_tom@odedodea.edu
Tel   671-344-9571
Tel   671-344-9584

Mr. Harmon  email:  gordon_harmon@odedodea.edu
Tel:   671-344-9573
FAX  671-344-9561

Ms. Vickers  chandra_vickers@odedodea.edu
Tel   011-81-611-744-5661
FAX  011-81-611-744-5900

*371*

Current DODEA employees must participate in EEO investigations. If you have any questions lets talk about it. Thanks.

Jim

James A. Trabue
EEO Specialist
4040 N Fairfax Drive
Arlington, VA 22203-1635
(703) 696-9056 Ext 1459

--Original Message-----
From: Johnson, Rudene, , CPMS [mailto:Rudene.Johnson@cpms.osd.mil]
Sent: Monday, February 10, 2003 12:24 PM
To: 'JTrabue@hq.odedodea.edu'
Subject: Rodriguez Investigation

Mr. Trabue,

As I said during your telephone call with me, the names of the individuals
that were supposed to get their signed and dated statements to me by January
27th are as follows: Gordon Harmon, Sherry Hall, Joe Masters and Richard
Tom.

Rudene Johnson
Investigator

*372*

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Friday, February 14, 2003 7:28 PM |
| **To:** | 'Jtrabue@hq.odedodea.edu' |
| **Subject:** | Reminder |

**Importance:**     High

Mr. Trabue,

Several months ago, Ms. Rodriguez faxed me documents wherein she had requested the Administrative Law Judge hold her complaint in abeyance. When I inquired at your office what was going to be done, I was told verbally to proceed with the investigation. I requested something in writing and said that Ms. Rodriguez should also be notified. I have never received anything in writing instructing me to proceed with the investigation. When will I receive something in writing and did anyone from your office inform Ms. Rodriguez that her request would not be granted?

Rudene Johnson
Investigator
OCI Sacramento
(916) 498-5332
(916) 498-6527 (fax)

*373*

1

| | |
|---|---|
| **From:** | Johnson, Rudene, , CPMS |
| **Sent:** | Tuesday, February 18, 2003 6:16 PM |
| **To:** | 'JTrabue@hq.odedodea.edu' |
| **Subject:** | Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon |

| | |
|---|---|
| **Importance:** | High |

Mr. Trabue,

1. When I emailed Dr. Tom, Ms. Vickers and Mr. Harmon at richard_tom@pac.odedodea.edu <mailto:richard_tom@pac.odedodea.edu>, cvickers@pac.odedodea.edu <mailto:cvickers@pac.odedodea.edu>, and gordon_harmon@pac.odedodea.edu <mailto:gordon_harmon@pac.odedodea.edu>, respectively, nothing came back to me says the emails had not been delivered. Also, because the emails sent to Joe Masters and Sherry Hall at joe_masters@pac.odedodea.edu <mailto:joe_masters@pac.odedodea.edu> and shall@pac.odedodea.edu <mailto:shall@pac.odedodea.edu>, respectively, resulted statements that were received, and subsequently forwarded to either the agency rep or legal counsel for review before they were signed and dated, I had no reason to believe Dr. Tom, Ms. Vickers and Mr. Harmon had not received their statements. Also, in a telephone conversation with, I believe someone from personnel, you told me that all of the statements were in the process of being reviewed by either the agency rep or legal counsel before being returned to the witnesses for their signature.

Therefore, when I emailed you asking when I could expect the statements and you told me that only Mr. Masters and Ms. Hall had received their emails from me, I was surprised. When you gave me another email address for Dr. Tom, Ms. Vickers and Mr. Harmon, richard_tom@odedodea.edu <mailto:richard_tom@odedodea.edu>, chandra_vickers@odedodea.edu <mailto:chandra_vickers@odedodea.edu> and gordon_harmon@odedodea.edu <mailto:gordon_harmon@odedodea.edu>, respectively, all three came back as undeliverable. Accordingly, I have attached all three statements for you to get to these individuals. I will be turning the Rodriguez Report of Investigation in on Friday, February 28, 2003. If I received signed and dated statements from these three witnesses prior to that date, I will incorporate them in the file.

2. I am in receipt of Mr. Masters' statement.

Rudene Johnson
Investigator

374

**Johnson, Rudene, , CPMS**

To:                      JTrabue@hq.odedodea.edu
Subject:             Statements for Richard Tom, Chandra Vickers and Gordon Harmon

**Importance:**     High

Mr. Trabue,

 When I emailed the above individuals at richard_tom@pac.odedodea.edu, cvickers@pac.odedodea.edu and gordon_harmon@pac.odedodea.edu, respectively, nothing came back to me saying the emails had not been received. Furthermore, when you spoke to me on the telephone, you told me that all of the statements were being reviewed by the agency rep or legal counsel (I do not remember which) before being returned to the witnesses for their date, signature and mailing.

When you emailed me that the above individuals had not received the declarations and gave me a different email address - richard_tom@odedodea.edu, chandra_vickers@odedodea.edu and gordon_harmon@odedodea.edu - all of them came back undeliverable. Accordingly, attached are the declarations for the above individuals.



Dr. Richard Tom's
Statement.do...



Chandra Vickers'
Statement.doc...



Gordon Harmon's
Statement.doc

I will be turning in the Rodriguez Report of Investigation on Friday, February 28, 2003. If I receive the statements for the above individuals prior to February 28, 2003, they will be included in the report.

Rudene Johnson
Investigator

375

1

| | |
|---|---|
| **From:** | Vickers, Chandra [Chandra.Vickers@pac.odedodea.edu] |
| **Sent:** | Sunday, February 23, 2003 7:07 PM |
| **To:** | Trabue, Jim; Tom, Richard; Harmon, Gordon; 'Rudene Johnson (rudene.johnson@cpms.osd.mil)' |
| **Cc:** | Doreste, Alina; Sutemeier, Bob; Hinman, Elaine |
| **Subject:** | Statement |



Director.pdf

Signed copy

Chandra Vickers*
DoDEA Equal Employment Opportunity
DoDDS Pacific
Okinawa, Japan
Unit 35007
FPO AP 96376-5007
DSN 644-5661 (voice)
Comm 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-44-5661

—--Original Message—--
From: Chandra.Vickers@pac.odedodea.edu
[mailto:Chandra.Vickers@pac.odedodea.edu]
Sent: Monday, February 24, 2003 8:53 AM
To: Chandra.Vickers@pac.odedodea.edu
Subject: Directors Office

--------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

| | |
|---|---|
| Sent by: | <Chandra.Vickers@pac.odedodea.edu> |
| Number of pages: | 3 |
| Document type: | B/W Document |
| Attachment File Format: | Adobe PDF |

To view this document you need to use the Adobe Acrobat Reader.
For free copy of the Acrobat reader please visit:

  http://www.adobe.com

For more information on the HP Digital Sender please visit:

  http://www.digitalsender.hp.com



1

## Johnson, Rudene, , CPMS

| | |
|---|---|
| **From:** | Trabue, Jim [JTrabue@hq.odedodea.edu] |
| **Sent:** | Monday, February 24, 2003 9:16 AM |
| **To:** | 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'; 'Rudene Johnson (Business Fax)' |
| **Cc:** | Doreste, Alina; Sutemeier, Bob |
| **Subject:** | FW: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon |

**Importance:** High

Rudene Here is a reply from Mr. Harmon reference his statement.
Jim

-----Original Message-----
**From:** Harmon, Gordon
**Sent:** Sunday, February 23, 2003 5:51 PM
**To:** Trabue, Jim; Tom, Richard; Vickers, Chandra
**Cc:** Doreste, Alina; Sutemeier, Bob; Hinman, Elaine
**Subject:** RE: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon
**Importance:** High

Jim,

I just completed faxing my statement to Mr. Sutemeier for review. As soon as I receive any comments back from him, I will fax to you and email Ms. Johnson.

Thanks

Gordon

-----Original Message-----
**From:** Trabue, Jim
**Sent:** Saturday, February 22, 2003 3:24 AM
**To:** Tom, Richard; Vickers, Chandra; Harmon, Gordon; 'Rudene Johnson (rudene.johnson@cpms.osd.mil)'
**Cc:** Doreste, Alina; Sutemeier, Bob; Hinman, Elaine
**Subject:** FW: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gordon Harmon
**Importance:** High

Hi **Rudene**:

   This message officially notifies you in writing that in early December 2002, the Agency requested that the investigation of the Carmen Rodriquez discrimination complaint continue despite the fact the complainant wanted the investigation held pending improvement in her health condition. It was requested by the Agency that investigation be completed as much as possible.

Hi **Dr Tom, Ms. Vickers, & Mr. Harmon**:

   Attached are statement to each of you from the OCI investigator in the Rodriguez complaint. These documents were sent to each of you on Jan 16, 03 with a suspense date of January 27, 03. Similar statements were sent were sent to Ms Hall and Mr. Masters, both of whom completed their statements and returned them to OCI. Failure to return your statement will result in an adverse annotation in

the complaint file to the effect that the Agency did not cooperate in the investigation. Therefore it is imperative that you time complete and submit your statement, since such an annotation could adversely effect the out come on this complaint .

Thank you,

Jim

James A. Trabue
EEO Specialist
4040 N Fairfax Drive
Arlington, VA 22203-1635
(703) 696-9056 Ext 1459

```
-----Original Message-----
From: Johnson, Rudene, , CPMS [mailto:Rudene.Johnson@cpms.osd.mil]
Sent: Tuesday, February 18, 2003 7:05 PM
To: 'JTrabue@hq.odedodea.edu'
Subject: Declarations for Dr. Richard Tom, Ms. Chandra Vickers and Mr. Gor don
Harmon
Importance: High
```

Mr. Trabue,

1. When I emailed Dr. Tom, Ms. Vickers and Mr. Harmon at richard_tom@pac.odedodea.edu <mailto:richard_tom@pac.odedodea.edu>, cvickers@pac.odedodea.edu <mailto:cvickers@pac.odedodea.edu>, and gordon_harmon@pac.odedodea.edu <mailto:gordon_harmon@pac.odedodea.edu>, respectively, nothing came back to me says the emails had not been delivered. Also, because the emails sent to Joe Masters and Sherry Hall at joe_masters@pac.odedodea.edu <mailto:joe_masters@pac.odedodea.edu> and shall@pac.odedodea.edu <mailto:shall@pac.odedodea.edu>, respectively, resulted statements that were received, and subsequently forwarded to either the agency rep or legal counsel for review before they were signed and dated, I had no reason to believe Dr. Tom, Ms. Vickers and Mr. Harmon had not received their statements. Also, in a telephone conversation with, I believe someone from personnel, you told me that all of the statements were in the process of being reviewed by either the agency rep or legal counsel before being returned to the witnesses for their signature.

Therefore, when I emailed you asking when I could expect the statements and you told me that only Mr. Masters and Ms. Hall had received their emails from me, I was surprised. When you gave me another email address for Dr. Tom, Ms. Vickers and Mr. Harmon, richard_tom@odedodea.edu <mailto:richard_tom@odedodea.edu>, chandra_vickers@odedodea.edu <mailto:chandra_vickers@odedodea.edu> and gordon_harmon@odedodea.edu <mailto:gordon_harmon@odedodea.edu>, respectively, all three came back as undeliverable. Accordingly, I have attached all three statements for you to get to these individuals. I will be turning the Rodriguez Report of Investigation in on Friday, February 28, 2003. If I received signed and dated statements from these three witnesses prior to that date, I will incorporate them in the file.

*378*

<<Dr. Richard Tom's Statement.doc>>    <<Chandra Vickers' Statement.doc>>
<<Gordon Harmon's Statement.doc>>


2.   I am in receipt of Mr. Masters' statement.

Rudene Johnson
Investigator

379

# Exhibit
# H
## (RESERVED)

380

# Exhibit 9

# UNITED STATES OF AMERICA
## MERIT SYSTEMS PROTECTION BOARD
### SEATTLE FIELD OFFICE

CARMEN K. RODRIGUEZ,
          Appellant,

DOCKET NUMBER
SE-0752-03-0309-I-1

    v.

DEPARTMENT OF DEFENSE,
          Agency.

DATE: January 5, 2004

David J. Highsmith, Esquire, Hagatna, Guam, for the appellant.

Robert E. Sutemeier, NAS Pensacola, Florida, for the agency.

**BEFORE**
Carol J. Teather
Administrative Judge

## INITIAL DECISION

### INTRODUCTION

By appeal timely filed June 5, 2003, appellant Carmen K. Rodriguez appealed the action of the agency, the Department of Defense, removing her from her position effective May 17, 2003. The Board has jurisdiction over the appeal under 5 U.S.C. §§ 7513(d) and 7701(a), and 5 C.F.R. § 752.405.

The hearing appellant requested was held on August 13 and 14, 2003, in Guam. For the reasons set forth below, the agency's action is AFFIRMED.

## FINDINGS AND ANALYSIS

Factual Findings

Appellant was hired and appointed by the Agency as an elementary school teacher at Andersen Elementary School, Andersen Air Force Base, in the Domestic Dependent Elementary and Secondary Schools (DDESS) Guam School District, on September 15, 1997. Initial Appeal File (IAF) tab 12, subtab 4jj; stipulation, IAF tabs 9, 20, and 22. For the first few years of her employment, appellant worked under Principal Joseph J. Caruselle, and was assigned as the Reading Improvement Specialist for school years 1998-1999 and 1999-2000.[1] Principal Caruselle also assigned appellant as the Reading Improvement Specialist for the 2000-2001 school year, and in June 2000, he awarded her a "SIP" extra-duty activity, a duty which provided her with extra pay. IAF tab 10, subtab 4K, pages (pp.) 11, 14.

In September 2000, Andersen Elementary School got a new principal, Joseph Masters.[2] Mr. Masters gave appellant a third-grade teaching assignment for the 2001-2002 school year, and removed her from her Reading Improvement Specialist assignment.[3] Appellant was clearly unhappy with this change of assignment, and filed a formal complaint of discrimination against Mr. Masters and Assistant Principal Sharon (Sherry) Hall.[4]

In her third-grade classroom, appellant had a large, open metal cabinet (also called a "cubby organizer" or "tote tray cart") containing a number of trays

---

[1] *See* performance evaluations for school years 1998-1999 and 1999-2000, IAF tab 1; pages 1-10, IAF tab 10, subtab 4K.

[2] Testimony (test.) Joseph Masters and appellant.

[3] *See* IAF tab 10, subtab 4K, pages 40, 69-70. Apparently, Mr. Masters also removed appellant from her extra-duty SIP assignment. *See* appellant test.

[4] *See* and Equal Employment Opportunity (EEO) complaint, IAF tab 10, subtab 4K, pp. 40, 62, 69-70, 81.