Respectfully submitted,



Robert E. Sutemeier
Associate General Counsel
Office of General Counsel
Department of Defense Education Activity
821 San Carlos Road, Building 3813
Pensacola, Florida  32508-5531
(850) 452-9401 // Fax (850) 452-9405
E-mail:  robert.sutemeier@cnet.navy.mil

Agency Representative

Submitted this 8th Day of July 2003.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Agency's File, Docket Number SE-0752-03-0308-I-1, dated 8 July 2003, was sent, as indicated to the following:

SENT VIA FEDERAL EXPRESS (FEDEX) MAIL ON 8 JULY 2003:
Ms. Carol J. Teather
Administrative Judge
Merit Systems Protection Board
Seattle Field Office
915 Second Street, Room 1840
Seattle, WA 98174-1056
206-220-7975

SENT VIA FEDERAL EXPRESS (FEDEX) MAIL ON 8 JULY 2003:
Ms. Carmen K. Rodriguez
160 E. San Antonio Avenue
Dededo, Guam 96929
671-477-1659

Respectfully submitted,

Marcia Mariea Webb
Legal Technician
Department of Defense Education Activity
Office of General Counsel
821 San Carlos Road, Bldg. 3813
Pensacola, FL 32508-5531
Telephone: (850) 452-9401
Facsimile: (850) 452-9405
E-mail: marcia.webb@cnet.navy.mil

Done this 8th Day of July 2003.

19

| | |
|---|---|
| CARMEN K. RODRIGUEZ,      ) | |
|         ) | |
|       Appellant,      ) | DOCKET NUMBER |
|         ) | SE-0752-03-0309-I-1 |
|        v.      ) | |
|         ) | Date: 8 July 2003 |
| DEPARTMENT OF DEFENSE (DOD)   ) | |
| DOMESTIC DEPENDENT ELEMENTARY ) | |
| AND SECONDARY SCHOOLS (DDESS) ) | |
|         ) | |
|       Agency.      ) | |

**STATEMENT AS TO COVERAGE**
**OF COLLECTIVE BARGAINING AGREEMENT**

Appellant is covered by the Master Labor Agreement between the Federal

Education Association-Stateside Region (FEA-SR), and the Department of Defense

Domestic Dependent Elementary and Secondary Schools (DDESS). Pertinent articles

of this agreement are attached. Appellant has not grieved this action.

Respectfully submitted,

Robert E. Sutemeier
Associate General Counsel
Office of General Counsel
Department of Defense Education Activity
821 San Carlos Road, Building 3813
Pensacola, Florida 32508-5531
(850) 452-9401 // Fax (850) 452-9405
E-mail: robert.sutemeier@cnet.navy.mil

Agency Representative

Submitted this 8th Day of July 2003.

# MASTER LABOR AGREEMENT

—————— BETWEEN ——————

## FEDERAL EDUCATION ASSOCIATION
## STATESIDE REGION
## (FEA-SR)

—————— AND ——————

## DEPARTMENT OF DEFENSE
## DOMESTIC DEPENDENT
## ELEMENTARY
## AND SECONDARY SCHOOLS
## (DDESS)

# ARTICLE 2

## MISSION STATEMENT

It is understood by and agreed between the Parties that the primary mission of DDESS is to provide to its students the highest quality of education possible within its resources.

# ARTICLE 18

# HOURS OF WORK AND SCHEDULING

*Section 1.* **Workday.**

a. The school workday for bargaining unit members shall consist of seven and one-half (7 ½) hours including a minimum of a 30-minute duty-free lunch period. No compensatory time will be earned for loss of a duty-free lunch period. Unit employees are expected to perform additional preparation and professional tasks necessary for completion of their assigned work. This work may be performed either at or away from the work site.

b. In addition to the workday, an employee may be required to attend one (1) faculty meeting per week of up to one-half (½) hour past the work-day without additional compensation and three (3) evening meetings/events per school year without additional compensation.

*Section 2.* **Personal Planning and Preparation.**

a. Each bargaining unit employee with instructional duties shall have a minimum of 225 minutes per work week (5 days) for personal planning and preparation purposes.

Case 1:04-cv-00029    Document 25-16    Filed 06/03/2005    Page 7 of 25

b.  The Parties agree that the intent of subsection a. above is that each full-time bargaining unit employee with instructional duties shall, to the maximum extent possible, have the personal planning and preparation (described in 2.a. above) during the instructional day.

c.  The loss of a personal planning period as a result of a change in the instructional day such as assemblies, field days, special events, ceremonies, field trips, early release for students, or emergencies (adverse weather, bomb threats, fire drills, installation-imposed threat conditions, and the like) will not be compensated.  In addition, compensation will not be provided for Agency-directed loss of one (1) personal planning period for any one employee per instructional quarter.

d.   In the case of management-directed loss of personal planning periods beyond the conditions described in the two preceding sentences, the bargaining unit member will receive compensatory time in accordance with Article 20, Section 5.

Section 3.  **Work Year.**

a.  The work year will consist of 190 work days.  The 190 days are to be allocated as follows:

(1)  180 instructional days; and

(2) 10 non-instructional days to be used for orientation, staff development, record keeping, and/or parent/teacher conferences.

b. The Agency is free to assign additional workdays. When additional workdays are assigned, the bargaining unit employee will be compensated at his/her earned hourly rate of pay.

c. The Agency is also free to assign additional work hours. When additional work hours are assigned, the bargaining unit employee will be compensated by the Agency at either the employee's earned hourly rate or with compensatory time.

d. The Agency agrees to make reasonable efforts to provide bargaining unit employees sufficient time to set up and close down their respective classrooms at the beginning and the end of the school year. However, the Agency reserves the right to assign duties on any particular day of the work year.

*Section 4.* **Class Size.**

a. The Agency retains the right to determine class size.

b. Class-size determinations will be dependent on available resources as well as regional accreditation agency guidelines.

c. The Parties recognize the importance of working toward nationally recognized standards for class sizes and that the achievement of those standards is a worthwhile goal.

*Section 5.* **School Calendars.**

a. The Agency agrees to consider local Association input prior to adopting a school calendar and bargain impact and implementation in accordance with Chapter 71 of Title 5.

b. All unit employees will receive a copy of the respective school district-approved calendar.

c. Five (5) days will be designated as potential make-up days on the school calendar in the event of missed instructional days.

*Section 6.* **In-Service Programs and Staff Development.** The Agency agrees to meet and consult with the local Association when planning in-service programs and staff development courses and bargain impact and implementation in accordance with Chapter 71 of Title 5.

# ARTICLE 21

## LEAVE

*Section 1.*  **General Provisions.**

  a.  All leave will be front-loaded at the beginning of each school year for all bargaining unit employees.

  b.  Management reserves the right to require all bargaining unit members to submit a completed SF-71 for all leave.

  c.  Only employees in a pay status will accrue leave.  The only exception to the preceding sentence will be for FEA At-Large Officers elected from the DDESS bargaining unit who use leave without pay to attend FEA Board meetings, workshops, training and the like, pursuant to Article 6, Section 15.

  d.  When an employee who is indebted for unearned leave is separated, the Agency reserves the right to:

  (1) Require him/her to refund the amount paid for the period covering the leave for which he/she is indebted; or

  (2) Deduct that amount from any pay due.

87

*Section 2.* **Sick Leave.**

a. Full-time employees shall earn twelve (12) days of sick leave per school year which will be front-loaded. Sick leave may be granted to employees on scheduled workdays for the following reasons:

(1) When an employee is incapacitated and unable to perform his/her duties due to sickness, injury, or maternity;

(2) For employee medical, dental, optical, or psychological examination or treatment;

(3) When the employee is exposed to a contagious disease, as determined by the local health authorities, and the presence of the employee in the workplace would jeopardize the health of co-workers or students;

(4) Illness or death in the employee's immediate family as described by the Federal Employees Family Friendly Leave Act, Public Law 103-388, October 22, 1994; and

(5) For other reasons authorized by 5 C.F.R. 630.401.

b. A bargaining unit employee may be required by his/her supervisor to provide a physician's statement, or an SF-71 completed by a physician, for any sick leave of more than four (4) consecutive days. This requirement is to encourage employees to seek medical treatment for illnesses requiring

absence from work. If the Agency has reason to suspect abuse of sick leave, a physician's statement or an SF-71 may be required for any period of absence. Sick leave may be accumulated from year-to-year and is transferable to other government agencies.

c. Bargaining unit members will retain sick leave balances accumulated prior to this Agreement.

*Section 3.* **Personal Leave.**

a. Each bargaining unit employee shall earn three (3) days of personal leave per school year to be used for any purpose and is not obligated to state the reason for requesting such leave. Personal leave will accrue at the rate of six (6) hours for every forty-five (45) days the employee is in a pay status during the school year. Eleven (11) month employees and summer school employees shall earn an additional one-half (½) day of personal leave per year.

b. Personal leave must be requested by the employee and approved by the Agency. Whenever possible, personal leave will be requested in writing at least two (2) days before the dates desired. Personal leave requested to be used on the day before or the day after a holiday or scheduled vacation day may be granted if the supervisor determines that it does not interfere with school operations. Personal leave may be

Case 1:04-cv-00029    Document 25-16    Filed 06/03/2005    Page 13 of 25

accumulated from year-to-year, not to exceed six (6) days. Employees will not be compensated for unused personal leave. However, unused personal leave in excess of six (6) days will be converted to sick leave.

c. Personal leave, if requested and approved in advance, may be taken in increments of one (1) hour.

d. Bargaining unit members who have accumulated personal leave prior to this Agreement will have that personal leave transferred or converted to sick leave in instances where the personal leave to be transferred exceeds six (6) days. At no time will a bargaining unit member's personal leave balance exceed six (6) days.

*Section 4.* **Excused Leave.**

a. Excused leave may be granted at the discretion of the Agency to employees, with no charge to their personal leave accounts, for the following reasons:

(1) Blood donations for which the employee is not compensated;

(2) Adverse weather conditions, acts of nature, military necessity, or other circumstances beyond the control of the Agency;

90

(3) Jury duty;

(4) Approved late arrivals or early departures not to exceed
59 minutes;

(5) Conference attendance; and

(6) Other reasons as approved by the Agency.

b. A supervisor may grant excused leave only on a non-reoccurring basis.

*Section 5.* **Leave Without Pay.** Leave without pay may be granted, at the discretion of the Agency, to employees for the following reasons:

a. Birth of a child of the employee and/or the care of a newborn, placement of a child with the employee for adoption or foster care, the care of a spouse, child, step-child, or parent of the employee for a serious health condition;

b. Professional conferences and educational purposes as approved by the Agency; or

c. Leave without pay may be authorized, at the discretion of the Agency, in circumstances other than those set out above.

91

*Section 6.*  **Family and Medical Leave.**

a.  Leave under the Family and Medical Leave Act (FMLA) of 1993 or the Federal Employees Family Friendly Leave Act (FEFFLA) of 1994 will be in accordance with applicable OPM and Agency regulations.

b.  FMLA may afford an employee up to 12 weeks of leave without pay during any 12-month period for:

> (1) The birth of a son or daughter and care of the newborn;

> (2) The placement of a child with the employee for adoption or foster care;

> (3) The care of the employee's spouse, son, daughter, or parent with a serious health condition; or

> (4) A serious health condition of the employee that makes the employee unable to perform the essential functions of his or her position.

An employee may elect to substitute personal or sick leave for unpaid leave (leave without pay) under FMLA.

c.  FEFLA may allow an employee to use sick leave:

> (1) To care for a family member as a result of physical or mental illness, injury, pregnancy, childbirth, or medical, dental, or optical examination or treatment; or

92

(2) To make arrangements necessitated by the death of a family member or to attend the funeral of a family member.

d.  Bargaining unit members should consult with their supervisor when requesting leave pursuant to FMLA or FEFLA.

*Section 7.*  **Military Leave.**  Military leave, with pay, shall be granted to unit employees who serve in the National Guard or Reserve components of the U.S. Armed Forces.  The leave will be approved only for required periods of active duty training and will not exceed fifteen (15) days per fiscal year.  A request for military leave must be supported by submission of orders or other appropriate documentation.

*Section 8.*  **Voluntary Leave Transfer Program.**  The Agency will provide employees the opportunity to participate in the Voluntary Leave Transfer Program under 5 C.F.R. 630, Subpart I, and applicable Agency regulations (DDESS Instruction 1410.2).  Sick leave, in addition to personal leave, may be donated under this program.

*Section 9.*  **Emergency Leave Bank.**

a.  An Emergency Leave Bank (ELB) will be established at each DDESS school district for use by all bargaining unit employees for medical emergencies, catastrophic illness, or injury experienced by the member.  All

bargaining unit employees may join the bank by contributing at least one (1) sick or personal leave day and completing the form contained at Appendix J. The ELB may carry over all unused hours to the following school year.

b. Participation in the ELB by bargaining unit employees will require donation of one (1) day of sick or personal leave during the first thirty (30) days of employment or upon open season as determined by the ELB Committee. At the need to replenish the ELB, employees may volunteer to contribute another day of leave to continue eligibility.

c. An employee requesting days from the ELB must use the form contained in Appendix K and have exhausted all leave which can be used for the nature of the emergency such that the employee is in a non-pay status.

d. The ELB Committee will consist of one Agency official appointed by the Superintendent and two employees selected by the Local Association President. The ELB Committee will make decisions on all requests for leave from the ELB. The requestor will furnish a completed employee request form and a written physician's statement, as contained in Appendix K, demonstrating the need for additional leave to cover a medical emergency.

e. A majority vote by the ELB Committee members approving the leave is required to grant leave from the ELB. Decisions by the ELB Committee are not subject to the grievance process.

f. Any bargaining unit employee participating in the ELB will be limited to a withdrawal from the bank of up to a total of forty (40) work-days in succession. When an illness extends beyond forty (40) work-days, the bargaining unit member may re-apply to the ELB Committee for further consideration of additional leave.

g. The ELB Committee will monitor the amount of leave remaining in the bank and shall afford the opportunity to all bargaining unit employees to voluntarily contribute to replenish the bank during an open season.

h. Departing employees may donate up to twenty-four (24) hours of unused leave to the ELB.

i. All donations of leave to the ELB are final when donated and cannot be restored to the employee.

j. Unused leave donated prior to the effective date of this Agreement will be transferred to the ELB's established pursuant to section 9.a. above.

*Section 10.* **Educational Leave.**

a. Bargaining unit members may apply annually (subject to any additional criteria stated below) for any or all of the following Agency educational leave programs:

(1) Yearlong Educational Leave at Half Pay;

(2) Leave Without Pay (LWOP) for Educational Purposes; and

(3) Administrative Reemployment Rights (ARR) Program.

b. To be eligible for the Yearlong Educational Leave Program, an employee must be serving on a permanent appointment as a professional educator with three (3) years of consecutive service with the Agency. Those employees applying for the LWOP or ARR programs must be serving on permanent appointments and have completed five (5) years of consecutive service with DDESS since their last period of educational LWOP or ARR.

c. All selections for educational leave programs will be made by the DDESS Director or his/her designee. Any such decision is not grievable under Article 26 of this Agreement.

d. Selections for all Agency educational leave programs will reflect the Agency's system-wide needs and be tailored towards achieving the goals and benchmarks outlined in the Community Strategic Plan.

Additionally, selections will reflect the Agency's need for educators who are multi-qualified in several areas to provide necessary staffing flexibility in the smaller school districts. Accordingly, priority consideration will be given to educators who propose a course of study resulting in certification in another academic area. Nothing in this section is intended to prevent the Agency from changing its educational programs.

e. Following completion of any of the Agency educational leave programs as described in Appendix L, bargaining unit members will be assigned to positions or duties within his or her previous school district in which they utilize the skills and knowledge acquired and can act as resource persons for in-service training. Any such assignments following completion of the program are not grievable under Article 26 of the Agreement.

f. All bargaining unit members who wish to apply for any of the Agency educational leave programs must complete an application/ agreement form as contained in Appendix L. Completed applications must be received at the DDESS Director's Office not later than January 15th of each year for academic programs commencing the following fall.

97

*Section 11.* **Jury Duty.** Leave for jury or witness service will be in accordance with 5 U.S.C. § 6322, and applicable OPM and Agency regulations.

*Section 12.* **Part-Time Employees.** Part-time bargaining unit members shall earn sick and personal leave on a prorated basis.

# ARTICLE 25

# DISCIPLINARY ACTIONS

*Section 1.* **Policy.**

a. Discipline is the right and the responsibility of the Agency and will only be taken for such just and sufficient cause as will promote the efficiency of the service, and the penalty will fit the offense.

b. Constructive discipline, to be effective, must be timely. The results to be achieved through this means diminish in proportion to the time allowed to elapse between the offense and the corrective action. Nevertheless, the Parties agree that sufficient time should be allowed to complete appropriate investigations and fact-finding and that undue haste is as undesirable as undue delay. Supervisors, unit employees, Association representatives, and others involved in an investigation will not disclose any information gained through such investigations except in the performance of their official duties.

c. Disciplinary actions will not be arbitrary or capricious.

d. The Agency recognizes the concept of progressive discipline, and generally actions imposed should be the minimum that can reasonably be

expected to correct and improve employee behavior and maintain discipline and morale among other employees.

e.  A bargaining unit member who is to be questioned by a DoDEA or DDESS management employee in connection with an investigation may request representation by the Association at any time that he/she reasonably believes that disciplinary action may result against him/her.  If requested, the bargaining unit member will be entitled to be represented by an FEA attorney, at no cost to the Agency, and a local Association representative.  If the bargaining unit member requests Association representation, by an FEA attorney, or a local Association representative, or both, no questioning will take place until the Association has been given at least 24 hours to confer privately with the bargaining unit member.  In no event will the bargaining unit member be permitted to delay questioning beyond 24 hours.

*Section 2.*  **Informal Disciplinary Actions.**  Informal disciplinary actions are oral admonitions and letters of caution.  When such an action is taken by a supervisor, the employee will be advised of the specific infraction or breach of conduct, when it occurred, and will be permitted to explain his/her conduct or act of commission or omission.  Such actions will not be placed in the employee's Official Personnel File (OPF).

Case 1:04-cv-00029    Document 25-16    Filed 06/03/2005    Page 24 of 25

*Section 3.*  **Formal Disciplinary Actions.**  Formal disciplinary actions consist of written reprimands, suspensions, demotions, and removals. Before formal disciplinary action is initiated, an investigation or inquiry will be made by the immediate supervisor or other official designated by the Agency to ensure himself/herself of the facts of the case.

    a.  A Letter of Reprimand must state the reason(s) for its issuance, the employee's right to file a grievance under the negotiated grievance procedure, and the length of time the reprimand will remain in the OPF.  A Letter of Reprimand may remain in the OPF for a period of two (2) years.  If at the end of the first year, there have been no further disciplinary infractions, the employee may request to have the Letter of Reprimand removed from the OPF.  There is no advance notice required before issuing a Letter of Reprimand.

    b. The Agency may choose to not discipline an employee or may select a lower range of remedies and/or a lower appropriate remedy than provided in the Schedule of Offenses and Recommended Remedies.

    c.  Whenever a formal  disciplinary action is initiated against a unit employee that involves a suspension of fourteen (14) days or less, the following procedural requirements shall apply: