**GUAM LEGAL SERVICES CORPORATION**
113 Bradley Place
Hagåtña, Guam 96910
Telephone No.: (671) 477-9811
Facsimile No.: (671) 477-1320

*Counsel for Plaintiff.*



# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH E. MASTERS,<br><br>        Defendant. | CIVIL CASE NO. **CV_____**<br><br>**DECLARATION IN SUPPORT OF ORDER TO SHOW CAUSE RE: TEMPORARY RESTRAINING ORDERS** |

I, **CARMEN KATHERINE RODRIGUEZ**, am the Plaintiff above, and hereby declare as follows:

1.     That the Defendant is the Principal at Andersen Elementary School, where I work as a teacher.

2.     That on October 11, 2002, the Defendant entered into my classroom during instructional time and disrupted the class. The Defendant kept repeating himself like a broken record and was yelling at me in front of my students. I tried to calm the Defendant down by telling him that he was too loud and was scaring the children, and that the children should not be hearing this (his outburst). The Defendant then threatened my life by screaming "I'll put you out", pointing a finger gun to me and then gritting and grinding his teeth and locking a nose-to-nose stance as he emphasized once more, "I'LL PUT YOU OUT!!" The Defendant then shoved me with his chest and walked away leaving me shaking uncontrollably and fearing for my life.

3.     I then buzzed the office and requested for security police.

4.     I am fearful that a restraining order is necessary to keep the Defendant from coming around me and inflicting more damage, or possible confrontations with me, or other persons living at my home or with me.

5.     That since that incident, I have been under medical care and unable to return to work, by doctor's orders.

I declare, under the penalty of perjury, that the foregoing statements are true and correct and to the best of my knowledge and belief.

**DATED: October 31, 2002.**

*Carmen K. Rodriguez*
**CARMEN KATHERINE RODRIGUEZ,** *Plaintiff*

# IN THE SUPERIOR COURT OF GUAM

**CARMEN KATHERINE RODRIGUEZ,**
Plaintiff,

vs.

**JOSEPH E. MASTERS,** Defendant.

CIVIL CASE NO. CV⋯

## ORDER TO SHOW CAUSE TEMPORARY RESTRAINING ORDERS

RE-ISSUED:____

TO:  **JOSEPH E. MASTERS,** *Defendant.*

## I. TEMPORARY RESTRAINING ORDER

**YOU ARE ENJOINED AND RESTRAINED** until the date of the hearing from:

1. **Threatening, abusing, molesting, harassing or disturbing the peace of Plaintiff and from coming within** __500__ **feet of Plaintiff and Plaintiff's residence;**

2. **Contacting the Plaintiff, directly or indirectly, by telephone, letter or through third party.**

**ANY COMMUNICATION INITIATED BY PLAINTIFF DOES NOT WAIVE OR NULLIFY THIS ORDER.**

## II. ORDER TO SHOW CAUSE

**NOTICE TO APPEAR:  YOU ARE COMMANDED** to appear on **NOV 18 2002**_____ at **9:00 O'CLOCK A.M.**, in the Superior Court of Guam, **TO SHOW CAUSE** why the above orders, including such orders as have been requested by Plaintiff in the petition/complaint, should not continue or be made permanent, as well as any other orders the Court deems necessary for the protection of the Plaintiff and the Plaintiff's family.

## III. YOU ARE FURTHER ORDERED TO:

__✗__ Surrender any and all firearms, firearm IDs, and firearm permits, in Defendant's control and/or possession to the Superior Court Marshals.

**The GUAM POLICE DEPARTMENT and SUPERIOR COURT MARSHALS shall enforce this Order.**

TIME: *5:12PM*
DATE: OCT 31 2002

Original Signed By:
HON. STEVEN S. UNPINGCO

_____
**Judge, Superior Court of Guam**

NOTICE TO DEFENDANT: VIOLATION OF THIS ORDER MAY SUBJECT THE VIOLATOR/S TO PUNISHMENT UNDER 9 GCA § 30.40, PUNISHABLE BY A FINE OF NOT MORE THAN ONE THOUSAND DOLLARS ($1,000) OR BY IMPRISONMENT FOR NOT MORE THAN ONE (1) YEAR, OR BY BOTH SUCH FINE OR IMPRISONMENT, IN ADDITION TO ANY OTHER CRIMINAL PENALTIES AND JUDICIAL SANCTIONS AS PRESCRIBED OR PERMITTED UNDER APPLICABLE LAWS.
[SERVICE: Defendant was served with a copy of this Order on _____ at ____:____ a.m./p.m.]

**DEPARTMENT OF DEFENSE EDUCATION ACTIVITY**
ANDERSEN ELEMENTARY SCHOOL
UNIT 14057
APO AP 96543-4057
671-366-1511/12
OFFICE OF THE PRINCIPAL


October 15, 2002

MEMORANDUM FOR Ms. Carmen Rodriguez

SUBJECT: Placement on Administrative Leave at Home Residence

Ms. Rodriquez:

*[handwritten: currently except - up to Jan 6, 03. Valid in 11/29]*

On Friday October 11, 2002, you left Andersen Elementary School, your place of duty without properly requesting leave; therefore you were considered Absent Without Leave (AWOL) for Friday, October 11, 2002 from 1:20 PM until the end of the duty day.

On Tuesday October 15, 2002 you did not report for duty. You failed to properly call and request leave or properly notify management of your intent not to be at work. Therefore, you were considered AWOL for the entire workday of October 15, 2002.

On Friday October 11 and Tuesday October 15, 2002 Assistant Principal Sherry Hall and myself received several parent complaints regarding you phoning them at home. Specifically, they were upset with your remarks to them regarding the following:

1) You canceling the scheduled Parent –Teacher Conferences;
2) Your degradation of school administrators;
3) You harassing them by phone. With at least on parent, you repeatedly called them even after they hung up on you;
4) Parents requested withdrawal of their child from your class because of your phone call and the feared for the safety of their child;
5) Parents were irate and very concerned that you had Video Taped their child without prior permission from them or from school administration. Parents demand to know the purpose and intent of you taping their child and wanted the original copy be available for their review.

Effective Wednesday October 16, 2002 you are placed on administrative leave, with pay, at your home residence until further notice. Should I need to contact you, you are to be available at your home residence during the duty day, except for lunch during the hours of 1200-1230 PM. Also, you are hereby instructed not to be on school premises at Andersen Elementary for any purpose, either before or after the duty day and on weekends or any DODEA, DDESS school/district office site on Guam until further notice.

Joseph E. Masters
Principal, Andersen Elementary School



# Department of Education

## Territory of Guam

## Certificate

*Having fully complied with the requirements of the*

## Board of Education

CARMEN K. RODRIGUEZ

*is hereby granted this certificate authorizing the holder to perform the services specified hereo
in the Public Schools of the Territory of Guam for the period of time indicated, subject to the
conditions prescribed by the Board of Education, and unless revoked by lawful authority.*

Date Issued    **AUGUST 15, 2002**        Expires    **AUGUST 15, 2008**

Type and Name of Certificate:   PROFESSIONAL II ELEMENTARY K–5 AND SPECIAL EDUCATION K–12******

_____          _____
EVELYN G. SALAS          ROSIE R. TAINATONGO
CERTIFICATION OFFICER          SUPERINTENDENT OF EDUCATION

*NOTE: Any entry below line of typed asterisks (\* \* \*) is void. Any erasure or alteration on the certificate should be
reported to the Department of Education Government of Guam, Agana, Guam.*



**DEPARTMENT OF THE AIR FORCE**
PACIFIC AIR FORCES

MEMORANDUM FOR 36 ABW/CCD                    21 May 2002

FROM: EEO Counselor, Veronica Camacho

SUBJECT: EEO Counselor Report – Carmen Rodriguez

1. NAME OF COMPLAINANT: Carmen Rodriguez
2. ORGANIZATION: Department of Defense Education Activity (DODEA), Andersen Elementary School
3. TELEPHONE NUMBER(S): (671) 477-1659 Home/(671) 366-1511 Work
4. DATE OF INITIAL INTERVIEW: 12 Mar 02
5.. DATE OF MOST RECENT OCCURRENCE:
6. BASIS(ES) OF ALLEGED DISCRIMINATION: Race, Color, National Origin and Reprisal
7. ISSUE(S): Involuntary Assignment
8. RESOLUTIONS DESIRED: Return to Certified Position as a Reading Specialist held last year, and to be treated with equity just as other African American and Anglo-American employees are treated.
9. RMO(S): Mr Joe Masters, Principal, Andersen Elementary School
          Ms Sherry Hall, Assistant Principal, Andersen Elementary School
10. SUMMARY OF THE NATURE OF THE COMPLAINT:

Complaint: Discrimination based on race, color, national origin (Chamorro/Hispanic), & reprisal

Client reported that she was involuntarily reassigned in SY 01-02 from her Reading Specialist position in which she was certified because of her previous EEO formal complaint against Mr Joe Masters and Ms Sherry Hall. On 05 Mar 02, Ms Sherry Hall announced and introduced to the faculty that a reading teacher, Mrs Jane Chop (Anglo-American from Okinawa), had been hired to teach reading grades 2,3,4, & 5, which was the position held by Ms Rodriguez prior to the involuntary reassignment. Ms Rodriguez claimed that the Union minutes did not reflect any vacancy announcement for the Reading Specialist position.

Ms. Rodriguez wants to be returned to her certified position as a Reading Specialist which she held last year, and wants to be treated with equity just as other African American and Anglo-American employees are treated.

11. CHRONOLOGICAL RESULT OF INQUIRIES:

a.  To initiate request to review documentation in the complainants personnel records, Ms Camacho, EEO Counselor, called DODEA's Director, Dr Richard Tom and DODEA's Personnel Officer, Mr Gordon Harmon on 29 Mar 02. Dr Tom and Mr Harmon were not

in, but talked to their assistant, Ms Pauline Barcinas. Per telecon with Ms Barcinas, Ms Camacho requested an appointment to review the complainants personnel records and an appointment to interview Mr Harmon. Ms Barcinas required the request by letter and faxed to their office.

b. On 29 Mar 02, EEO Counselor, Ms Camacho, faxed a letter to DSO DODEA Personnel Office, Guam District requesting documentation concerning Ms Rodriguez's informal EEO complaint.

c. On 03 Apr 02, Mr Gordon, DSO DODEA Personnel Officer, informed Ms Camacho that a DODEA EEO Specialist, Ms Shandra Vickers will be contacting the EEO Counselor regarding the informal complaint by Ms Rodriguez. Ms Shandra Vickers contacted Ms Camacho this date and had a luncheon meeting, including Ms Mae Bacungan (36 ABW EEO Manager. Ms Vickers informed the ABW Manager and Counselor that she will be handling Ms Carmen Rodriguez's informal EEO complaint. Ms Vickers also requested that the EEO Counselor fax the documents/info that was completed during the duration of the EEO Counselor's efforts to begin the informal facts gathering process.

d. On 04 Apr 02, EEO Counselor, Ms Camacho, faxed the documents/info completed to Ms Shandra Vickers, DODEA EEO Specialist:

1) Letter to DSO DODEA Personel Office, Guam District
2) EEO Pre-Complaint Worksheet
3) Aggrieved Person's Rights and Responsibilities
4) Use of Name
5) Questions/Answers Gathered
6) DSO DODEA Meeting Minutes

VERONICA CAMACHO
EEO COUNSELOR

2

## DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) | POSITION TITLE, SERIES, GRADE | RATING PERIOD |
|---|---|---|
| Rodriguez, Carmen | Classroom Teacher | 1 Aug 2001 – 30 June 2002 |

**ADDITIONAL COMMENTS:**

| APPRAISAL STAGES | EMPLOYEE'S SIGNATURE & DATE | SUPERVISOR'S SIGNATURE & DATE | REVIEWER'S SIGNATURE & DATE |
|---|---|---|---|
| ELEMENTS & STANDARDS SET | Carmen K. Rodriguez 9-34-01 | Barbara K. Neal 9/4/01 | Joe Curtis 11/01/01 |
| PROGRESS REVIEW | Carmen K. Rodriguez 10/21-02 | Joe Masen 11/21/02 | |
| ANNUAL REVIEW | Carmen K. Rodriguez | Sharon K. Hall 5-29-02 | Joe Masen 6/05/02 |

☒ FULLY SUCCESSFUL          ☐ UNACCEPTABLE

# DEPARTMENT OF DEFENSE DOMESTIC DE⬤ ⬤L⬤⬤ ELEMENTARY AND SECONDARY SCHO⬤⬤DL s)
## PERFORMANCE APPRAISAL FORM

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL)<br>Rodriguez, Carmen | POSITION TITLE, SERIES, GRADE<br>**Classroom Teacher** | | RATING PERIOD<br>01 AUG 2001 ~ 30 June 2002 | |
|---|---|---|---|---|
| ORGANIZATIONAL UNIT (DISTRICT)<br>DODEA DDESS - GUAM | OFFICIAL DUTY STATION AND ADDRESS<br>ANDERSEN ELEMENTARY SCHOOL ~ Unit 14057, APO AP 96543-4057 | | SSN<br>5865-07-9904 | |
| PERFORMANCE ELEMENT<br>(X INDICATES CRITICAL<br>ELEMENT) | PERFORMANCE STANDARDS<br>AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully<br>Successful | Unacceptable |
| 1. Plans and ☒ implements instructional programs based on District/school curricular objectives and guidelines. | a. Develops instructional plans, based on District/school curricular objectives, within the first 4 weeks of the school year (as required). | All Performance Standards for Element Number One have been satisfied during school year 2001 ~ 2002. | X | |
| | b. Prepares, as directed, written lesson plans, (e.g., aligned to stated goals and curricular objectives). | | | |
| | c. Communicates to the students the purpose and objectives of the daily lesson. | | | |
| | d. Selects, adapts, modifies, and/or implements varied and appropriate instructional methods. (e.g., small group instruction, learning centers, demonstrations, question and answer sessions, varied media, etc.). | | | |
| | e. Uses instructional methods and materials appropriate for the developmental level of the students. | | | |
| | f. Teaches lessons by providing relevant information, posing appropriate questions, utilizing supportive learning activities, and providing meaningful feedback and response to students' efforts. | | | |

05/14/02

# DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) Rodriguez, Carmen | POSITION TITLE, SERIES, GRADE Classroom Teacher | RATING PERIOD 01 AUG 2001 – 30 JUNE 2002 | | |
|---|---|---|---|---|
| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
| | g. Assesses and returns assigned homework in a timely manner. | | | |
| | h. Utilizes the following principles in lessons presented: 1) lesson objectives are connected to students' past learning experiences; 2) active participation of student is sought; 3) techniques designed to engage students are utilized; and 4) lesson is completed with an effective summary or a related follow-up activity. | | | |
| 2. ☒ Employs effective classroom management techniques. | a. Establishes classroom management and disciplinary rules for students (in writing or as age appropriate) and communicates them to students. Rules are communicated to students, are consistently enforced, and are available to students, parents, and administration. | All Performance Standards for Element Number Two have been Satisfied during school year 2001 ~ 2002. | X | |
| | b. Maintains positive classroom interactions, and conflict is generally resolved in the classroom between teacher and student. | | | |
| | c. Contacts parent(s)/guardians of students with continuous disciplinary problems prior to referral to administrators. Referrals are accompanied by a verbal or written report stating the problem and/or previous action(s). | | | |

## DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) Rodriguez, Carmen | POSITION TITLE, SERIES, GRADE Classroom Teacher | | RATING PERIOD 01 AUG 2001 – 30 JUNE 2002 | |
|---|---|---|---|---|
| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
| | d. Assures that unnecessary classroom distractions are minimized through use of effective organizational techniques and/or classroom routines allowing for increased student time on task. | | | |
| | e. Maintains the classroom environment to be conducive to optimal learning. Available supplies are effectively managed. | | | |
| | f. Follows established school procedures to identify supplies, equipment, furniture, and room maintenance needs. Supply requisitions are submitted as required. | | | |
| | g. Employs classroom supervision procedures to promote the safety of students. | | | |
| | h. Provides a complete and up-to-date substitute folder that will contain as appropriate: class rosters, seating charts, daily schedules, identification of students with special requirements, and emergency lesson plans. School emergency procedures are provided for the substitute. | | | |

05/14/02

EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL)
Rodriguez, Carmen

POSITION TITLE, SERIES, GRADE
Classroom Teacher

RATING PERIOD
01 AUG 2001 – 30 JUNE 2002

| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
|---|---|---|---|---|
| 3. Evaluates student progress and assesses student instructional needs. ☒ | a. Communicates (in writing or as age appropriate) the grading criteria to students and to administrators within the first 5 instructional days of the school year. | All Performance Standards for Element Number Three have been Satisfied during school year 2001 ~ 2002. | X | |
| | b. Provides accurate and timely feedback to students and parents on progress and monitors by collecting and maintaining data such as test scores, grades on class assignments and homework, samples of student work, and information regarding class participation. Grades can be logically explained to parents and students. Parent(s)/guardians are notified of progress below expectation in a timely manner. | | | |
| | c. Assesses individual student needs using available test results and other pertinent data. | | | |
| | d. Refers students with suspected learning problems for additional assessment. | | | |
| 4. Coordinates with and utilizes appropriate school/district support personnel. ☒ | a. Follows established procedures relative to requesting support or services from school or district support personnel. Support personnel are effectively utilized (e.g., Educational Technologists, Media Specialists, Counselors, Instructional Support, Nurses, etc.). | All Performance Standards for Element Number Four have been satisfied during school year 2001 ~ 2002. | X | |
| | b. Utilizes support services through attendance at meetings and implementation of programs that are developed for students, as required. | | | |

05/14/02

# DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL)<br>Rodriguez, Carmen | POSITION TITLE, SERIES, GRADE<br>Classroom Teacher | | RATING PERIOD<br>01 AUG 2001 – 30 JUNE 2002 | |
| --- | --- | --- | --- | --- |
| PERFORMANCE ELEMENT<br>(X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS<br>AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
| [X] 5. Establishes and maintains effective working relationships with students, administrators, staff, and parents | c. Implements recommendations of District level support personnel, following approval by the principal. | | | |
| | a. Maintains interactions with students, administrators, staff, and parents that are positive and constructive and are aimed at promoting student learning and good behavior. | Ms. Rodriguez you are encouraged to continue improving within the standards of Performance Element Number Five. | X | |
| | b. Conducts discussions with students individually and/or in groups relative to their academic progress and social behavior. | | | |
| | c. Meets suspense dates for administrative reports and records and submits information that is accurate. | | | |
| | d. Meets professional responsibilities through attendance and participation, as required, in faculty meetings, team/grade/department meetings, case/child study committee meetings, school open house, and parent/teacher/student conferences. | | | |
| | e. Supports school policies, rules, and regulations. | | | |

## DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) | POSITION TITLE, SERIES, GRADE | | RATING PERIOD |
|---|---|---|---|
| Rodriguez, Carmen | Classroom Teacher | | 01 AUG 2001 – 30 JUNE 2002 |

| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
|---|---|---|---|---|
| | e. Accepts professional responsibilities to contribute to regional accreditation, School Improvement Process, etc. | | | |
| | f. May request or be required to attend workshops, training sessions, etc. in order to remain professionally current. | | | |

# DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS
## ANDERSEN ELEMENTARY SCHOOL
### UNIT 14057
### APO AP 96543-4057
### 671-366-1511/12
### OFFICE OF THE PRINCIPAL

15 June, 2000

Memorandum for the Record
Subject: Evaluative Comments, Carmen Rodriguez, SY 1999-2000

Ms. Carmen Rodriguez's highly effective student management skills assure that recognition for students' successes, consistent reinforcement of appropriate student behaviors, a positive learning environment and empathy for students' developmental needs are the benchmarks of an exceptional classroom management plan.

Ms. Rodriguez utilizes diverse and effective learning materials to meet students' learning needs. Her ability to analyze the materials and best utilize their content for learning is exceptional. Ethnic and cultural diversity is also utilized as a primary selection factor in materials selection. Highly effective efforts indicate Ms. Rodriguez's systematic methodology for the efficient utilization of materials in organized and logical instructional planning.

Ms. Rodriguez's highly effective communication skills assure that interactions among her and students, parents, staff and the administration clearly communicate the intended message. Classroom interactions assure that directions are clear and concise, explanations are accurate, discussions support instructional objectives and instruction is participatory and meaningful.

Objective based, content rich instruction highlights Ms. Rodriguez's exceptional effectiveness in the classroom. Highly developed instructional delivery skills, an in-depth understanding of curriculum and exceptional abilities to make learning exciting and meaningful are in evidence.

Ms. Rodriguez regularly and effectively assesses and evaluates all students' progress. The relationship between assessment and instruction is in evidence. Continual effort to assure that all students are learning is a highlight of her assessment and evaluation plan. Accurate assessment documentation assures that students and parents are aware of progress and student achievement.

Ms. Rodriguez's professional responsibilities assure that the many administrative requirements of the teacher are managed comprehensively and in a timely manner. Record keeping, accountable property management, EEO standards, professional development activities, home – school communications and other requirements are managed in an exceptional manner.

Ms. Rodriguez highly effective instructional skills and diverse teaching strategies, comprehensive understanding of content and curriculum and the ability to diagnose and provide appropriate interventions for student needs is exceptional

Ms. Rodriguez works tirelessly both in the continual development of the Reading Improvement Program and in leveling the several thousand volumes in the school's library print collection.

Ms. Rodriguez is commended for her commitment to task and dedication of purpose. Her extensive educational background, love of education and of children exemplary the professional educator.

Joseph J. Caruselle
NAESP - National Distinguished Principal



BIS

# Department of Defense Education Activity
## Guam District

| Employees Name (Last, First, Middle Initial) | Position, Title, Series, Grade |
|---|---|
| Rodriguez, Carmen K. | TP |

| School | Rating Period (From – To) |
|---|---|
| Andersen Elementary School | 31 August 1998 – 17 June 1999 |

Additional Comments: 3 Year Cycle (Check Box) ☐ Year 1 ☒   ☐ Year 2   ☐ Year 3 ☐ 2   ☐ Professional Growth Plan Established
*Indicates focus year

Ms. Rodriguez, I have thoroughly enjoyed working with you during this school year. You have worked very hard to provide reading instruction to our First and Second graders who were having difficulty succeeding in reading. You worked with compassion and commitment, helping each of them understand the joy of books and the power of being able to read and write well. As the Reading Instruction Specialist you coordinated the giving of all Literacy Place tests with each teacher in our school. (An incredible task in itself) Through your individual efforts many children's lives were touched in a very positive way during your reading classes. Thank you for all your help with the NCA accreditation process at Andersen Elementary School, without your efforts we would not have done as well. I look forward to working with you next year and I hope you have a very relaxing and enjoyable summer. (Remember our goal for this year and next year: THAT EVERY FIRST AND SECOND GRADER IS READING ON OR ABOVE GRADE LEVEL BY THE END OF THE SCHOOL YEAR!!)

The overall performance rating (defined in the performance appraisal regulation) is based upon the employee's performance in meeting the requirements of the job performance standards. Signature indicates that a particular step has been completed and understood by all parties.

|  | Employee | Date | Rating Official | Date | Reviewing Official | Date |
|---|---|---|---|---|---|---|
| ELEMENTS/STANDARDS SET | Carmen K. Rodriguez | 11/4/98 | Sharon K. Hall | 11/6/98 | Rowland S. Ison | 16 May 98 |
| PROGRESS REVIEW | Carmen K. Rodriguez | 3/4/99 | Sharon K. Hall | 3/4/99 |  |  |
| Annual Review | Carmen K. Rodriguez | 2/16/99 | Sharon K. Hall | 2/16/99 | Rowland S. Ison | 14 May 99 |

☒ FULLY SATISFACTORY          ☐ UNSATISFACTORY

# Department of Defense Education Activity
## Guam District

| PERFORMANCE ELEMENT | SATISFACTORY PERFORMANCE STANDARD (4 of 5) | COMMENTS | FS | U |
|---|---|---|---|---|
| **JOB ELEMENT 1: (Critical)** <br><br> THE EMPLOYEE EXHIBITS EFFECTIVE STUDENT MANAGEMENT SKILLS. | 1. Provides opportunities for and recognition of student success. <br> 2. Gives positive reinforcement to acceptable academic and social behavior. <br> 3. Responds to the emotional needs of students. <br> 4. Promotes a positive learning environment for all students by dealing appropriately with disruptive students. <br> 5. Consistently enforces school and classroom student behavior rules. | All standards for <u>Job Element One</u> have been satisfied during the 1998/1999 school Year. | X | |
| **JOB ELEMENT 2: (Critical)** <br><br> THE EMPLOYEE EXHIBITS EFFECTIVE MATERIAL MANAGEMENT SKILLS. | 1. Uses a variety of materials appropriate to learning objectives supporting the prescribed curriculum. <br> 2. Uses materials appropriate to the needs and abilities of students <br> 3. Selects materials to which all ethnic and cultural groups may relate. <br> 4. Organizes lessons/activities in logical sequential order. <br> 5. Arranges materials and supplies for most efficient use. | All standards for <u>Job Element Two</u> have been satisfied during the 1998/1999 school Year. | X | |
| **JOB ELEMENT 3: (Critical)** <br><br> THE EMPLOYEE EXHIBITS EFFECTIVE COMMUNICATION SKILLS. | 1. Communicates expectations to students clearly and appropriately. <br> 2. Relates new objectives to past learning and experiences. <br> 3. Gives clear, concise directions. <br> 4. Gives clear, complete, accurate explanations of subject matter/discipline suitable to the students' level. <br> 5. Receives students' questions comfortably and deals effectively with them. | All standards for <u>Job Element Three</u> have been satisfied during the 1998/1999 school Year. | X | |

| PERFORMANCE ELEMENT | PERFORMANCE STANDARD | COMMENTS | FS | U |
|---|---|---|---|---|
| **JOB ELEMENT 4: (Critical)**<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE INSTRUCTIONAL METHODS. | 1. Uses appropriate activities pertinent to the objectives<br>2. Relates subject matter/discipline to students' experiences.<br>3. Uses a variety of techniques appropriate to learning objectives as well as the needs and abilities of students.<br>4. Provides sufficient guided and independent practice to foster student learning.<br>5. Utilizes community resources appropriate to lessons/activities. | All standards for *Job Element Four* have been satisfied during the 1998/1999 school Year. | X | |
| **JOB ELEMENT 5: (Critical)**<br><br>THE EMPLOYEE CONDUCTS APPROPRIATE ASSESSMENTS OF STUDENT PROGRESS. | 1. Assess the progress of students on a regular basis.<br>2. Ensures congruence between instruction and assessment.<br>3. Make adjustments when students show lack of desired progress.<br>4. Supports standardized testing program.<br>5. Maintains accurate assessment records. | All standards for *Job Element Five* have been satisfied during the 1998/1999 school Year. | X | |
| **JOB ELEMENT 6: (Critical)**<br><br>THE EMPLOYEE PERFORMS PROFESSIONAL RESPONSIBILITIES. | 1. *Establishes a professional growth plan and demonstrates satisfactory progress on same.(This is a mandatory requirement)<br>2. Maintains accurate and complete records appropriate to position.<br>3. Submits required information in a timely fashion.<br>4. Follows internal management property control procedures.<br>5. Complies with Equal Employment Opportunity standard.<br>6. Works cooperatively with other educators and administrators.<br>7. Attends job-related meetings, activities, and assigned CSCs.<br>8. Follows chain of command.<br>9. Confers with parents on student progress in accordance with school procedures.<br>10. Reports unusual student problems, including suspected child abuse, to appropriate school officials. | All standards for *Job Element Six* have been satisfied during the 1998/1999 school Year. | X | |

**ANNUAL OVERALL RATING:**

- A rating of FS on Critical Elements 1 through 6 results in an overall rating of FS.
- A rating of U on one or more of the Critical Elements will results in an overall rating of U.
- In Elements 1 through 5, an employee who demonstrates competency in four (4) or more of the five (5) standards for the elements shall receive an FS rating in the element.
- An employee who demonstrates competency in eight (8) or more of the ten (10) standards in Element 6 shall receive an FS rating in Element 6.
- * Element 6 standard 1 is a requirement.

# DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS
### Andersen Elementary School
**UNIT 14057**
**APO AP 96543-4057**
**671-366-1511/12**
**OFFICE OF THE PRINCIPAL**

16 November 1999

Dear Ms. Carmen Rodriguez,

I am taking this opportunity to express my professional and personal appreciation to you for all of your efforts to develop and implement effective student instruction for each of the children in your charge. Your dedication to the task of continuing to develop curriculum based learning programs for your children is to be commended. Your commitment to the task of assuring that each child is demonstrating continued growth and achievement is also recognized.

Thank you for your determination to continue to manage a learning program that truly enhances the education of our students.

With Appreciation,

Joe Caruselle



# Territory of Guam

## Certificate

*Having fully complied with the requirements of the*

## Board of Education

### CARMEN RODRIGUEZ

*is hereby granted this certificate authorizing the holder to perform the services specified hereo in the Public Schools of the Territory of Guam for the period of time indicated, subject to the conditions prescribed by the Board of Education, and unless revoked by lawful authority.*

Date Issued _____ **AUGUST 15, 1997** _____         Expires _____ **AUGUST 15, 2003** _____

Type and Name of Certificate: _____ **PROFESSIONAL II READING K-12**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Certification Officer **EVELYN G. SALAS**         Director of Education **ROLAND L.G. TAIMAN(**

*NOTE: Any entry below line of typed asterisks (\* \* \*) is void. Any erasure or alteration on the certificate should b(
reported to the Department of Education Government of Guam, Agana, Guam.*

Standard Form 50–B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## OTIFICATION OF PERSONNEL AC    ON

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| RODRIGUEZ, CARMEN K. | 586–07–9904 | 09–29–1954 | 05–17–2003 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code **330** | 5–B. Nature of Action **Removal** | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code **V6J** | 5–D. Legal Authority **5 U.S.C. 75 Postappt** | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| TEACHER (ELEMENTARY) 0103 – 43955 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AD | 1701 | 15 | 00 | $26.41 | PH | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $26.41 | $0 | $26.41 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| 7XGUE1472100E DOD EDUCATION ACTIVITY DDESS–GUAM GUAM SCHOOLS ANDERSEN ES | |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other  2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1 — 0 - None  2 - Conditional  1 - Permanent  3 - Indefinite | | YES **X** NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  Basic only | 9  Not Applicable | J |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS and FICA | 09–15–1997 | G  Full–Time Seasonal | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1 - Competitive Service  3 - SES General  2 - Excepted Service  4 - SES Career Reserved | E — E - Exempt  N - Nonexempt | 4721300EGUAM | | DD0101 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| GQ0200000 | ANDERSEN AB / GUAM |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| CB | | | TO:APC: | DOD Payroll Office, Pensacola, FL(PE) PE |

**45. Remarks**

Forwarding address: PO BOX 1202, HAGATNA, GU 96932–1202.

Reason(s) for removal: (1) absence without leave (AWOL), (2) disorderly conduct, (3) failure to follow instructions.

SF 293 issued.

SF 2819 was provided. Life insurance coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).

SF 8 issued.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Department of Defense Education Activity (DD16) | Nagwa Aziz Human Resources Specialist |
| 47. Agency Code **DD16** | 48. Personnel Office ID **4199** | 49. Approval Date **06–09–2003** | |



PACIFIC

**DEPARTMENT OF DEFENSE**
**DOMESTIC DEPENDENT ELEMENTARY AND**
**SECONDARY SCHOOLS**
**DISTRICT SUPERINTENDENTS OFFICE**
**PSC 490 BOX 7655**
**FPO AP 96538-1600**
*May 19, 2003*

MEMORANDUM FOR MS. CARMEN RODRIGUEZ

Subject: Response to Questions

1. This is in response to the questions you posed to me via e-mail dated 12 May 2003. Set forth below are the answers to your inquiry:

   a. <u>Question 1</u>: Which of the 3 charges (at the very minimum), if not sustained, could have prevented removal from Federal service?

   <u>Response</u>: There simply is no way for me to answer this question. It is purely hypothetical, and presupposes a factual scenario which I did not consider in deliberating an appropriate penalty in this case.

   b. <u>Question 2</u>: Is there a possibility to request a stay on the personnel action for a time period?

   <u>Response</u>: I am not willing to "stay" my decision. Your removal will be effective at midnight on 16 May 2003.

   c. <u>Question 3</u>: With your permission, could Ms. Liz Flores be given time to go through my students' registration forms to check for parental permission for photos, audio/video taping, etc.? I believe this information is provided on the yellow registration sheet in each student's cum folder.

   <u>Response</u>: I am not willing to have Ms. Flores examine student registration forms. However, I did review student registration forms used by the school for every student. Those forms request parental consent for: emergency medical treatment; field trips; student photos; computer/internet access; and permission to publish the student's name in base publications, <u>Stars and Stripes</u>, school newspaper, and the student honor roll.

   d. <u>Question 4</u>: Were you able to receive a sworn statement from Ms. Webster?

   <u>Response</u>: The Agency did not request a sworn statement from Ms. Webster.

e. <u>Question 5</u>: Could I please get a copy of the Official Supervisor's Report for my Workman's Compensation packet that I had requested from you on 10 March 2003 through the Freedom of Information Act? I have not received it yet and I was wondering if you had forgotten about it since you have been very busy upon your arrival.

<u>Response</u>: I am not aware of any outstanding FOIA request submitted by you to this office. I checked with the DDESS Area Service Center and the DoDEA FOIA Office in Arlington, Virginia, as well. Neither of those offices have a FOIA request from you. I would note that you withdrew your OWCP claim on 14 February 2003. At that time, the Agency was in the process of completing the Official Supervisor's Report, but since you withdrew the claim, it was not completed.

2. I trust this memo responds to your concerns.

Doug Kelsey
Acting Superintendent, Guam-DDESS


I acknowledge that I have received a copy of this document.


Elizabeth Flores                        5/21/03
                                        Date



**PACIFIC**

# DEPARTMENT OF DEFENSE
## DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS
### DISTRICT SUPERINTENDENTS OFFICE
**PSC 490 BOX 7655**
**FPO AP 96538-1600**
*May 19, 2003*

MEMORANDUM FOR MS. CARMEN RODRIGUEZ

    Subject: Return of Government Property

The government property in your possession must be returned to the DSO by May 30, 2003. These items include the following:

1. Keys to the school, classroom, cabinets, and any other location in the Andersen Elementary School.
2. Base Automobile Sticker-scraped from the windshield.
3. ID Card providing access to the military installations.
4. School or Base Library books or materials that you may have checked out.
5. All school materials, textbooks, teacher's editions, and ancillary materials that belong to the government.
6. Please call me to make arrangements to have your personal property removed from Andersen Elementary School. I may be reached at 344-9577 or 344-9578.

Should you have any questions, please do not hesitate to contact me.

*Susan E. Burdick*

Susan E. Burdick
Deputy Superintendent, Guam-DDESS

I acknowledge that I have received a copy of this document.

*Elizabeth Flores*         5/21/03

Elizabeth Flores              Date



PACIFIC

**DEPARTMENT OF DEFENSE**
**DOMESTIC DEPENDENT ELEMENTARY AND**
**SECONDARY SCHOOLS**
**DISTRICT SUPERINTENDENTS OFFICE**
**PSC 490 BOX 7655**
**FPO AP 96538-1600**
*May 19, 2003*

MEMORANDUM FOR MS. CARMEN RODRIGUEZ

    Subject: Request of Documents

    Please find enclosed copies of the following items that you requested:
1. Faxes you transmitted to the DSO.
2. Pay documentation and codes for this school year.
3. Workman's Compensation Application.
4. Signature for withdrawal of Workman's Compensation Application.

    Please note that we have requested you pay history from DoDEA Headquarters per your request. In addition, we have requested that you school file at Andersen Elementary School be photocopied per your phone message of May 16, 03. When that project is competed, we will provide you with the copies.

Should you have any questions, please do not hesitate to contact me.

                         Susan E. Burdick
              Deputy Superintendent, Guam-DDESS

I acknowledge that I have received a copy of this document.

_____    5/21/03
Elizabeth Flores            Date

# Fax

| | | | |
|---|---|---|---|
| **To:** | Mr. Doug Kelsey<br>Acting Superintendent, DSO | **From:** Carmen Rodriguez | |
| **Fax:** | 344-9584 | **Date:** 12 May 03 | |
| **Phone:** 344-9579 | | **Pages:** 1 | |
| **Re:** | Employment Status:questions | **CC: Ms. Liz Flores,<br>Representative** | |

X **Urgent**   □ **For Review**   □ **Please Comment**   □ **Please Reply**   □ **Please Recycle**

Dear Mr. Kelsey:

I would like to ask some simple questions:

1. Which of the 3 charges (at the very minimum), if not sustained, could have prevented removal from Federal service?

2. Is there a possibility to request for a stay on the personnel action for a time period?

3. With your permission, could Ms. Liz Flores be given time to go through my students' registration forms to check for parental permission for photos, audio/video taping, etc.? I believe this information is provided on the yellow registration sheet in each student's cum folder.

4. Were you able to receive a sworn statement from Ms. Webster?

5. Could I please get a copy of the Official Supervisor's Report for my Workman's Compensation packet that I had requested from you on 10 March 2003 through the Freedom of Information Act? I have not received it yet and I was wondering if you had forgotten about it since you have been very busy upon your arrival.

I would also like Ms. Liz Flores, my authorized representative, to receive a copy of your responses. Thank you.

TOTAL P.03



GUAM DOMESTIC DEPENDENT
ELEMENTARY SECONDARY SCHOOL (DDESS)
DISTRICT SUPERINTENDENT OFFICE
USNH, BLDG. 100
PSC 490 BOX 7655
FPO AP 96538-1600

12 May 2003

SUP/344-9578/202-02

MEMORANDUM FOR        Carmen Rodriguez

SUBJECT:              Decision of Proposed Removal

1. Reference my memorandum dated 8 May 2003, subject: Notice of Proposed Removal.

2. You were notified by above referenced memorandum that I had decided your removal from Federal service is warranted to promote the efficiency of the service and that you would be removed from Federal service effective 14 April 2003. However, the effective date of the removal that was identified in that memorandum was incorrect. You should have been advised that the effective date of your removal was 14 May 2003, not 14 April 2003. As a result, I am amending my original notice to you. You will be continued in an administrative leave status, without interruption, through 16 May 2003, and your removal will be effective at midnight on 16 May 2003.

3. The above referenced memorandum also notified that you have a right to file a complaint of discrimination, to file a grievance under the negotiated agreement, or to appeal this action to the Merit Systems Protection Board (MSPB). The deadlines by which you must file a complaint of discrimination, file a grievance under the negotiated agreement, or appeal this action to the Merit Systems Protection Board (MSPB) are changed as a result of the amended effective date of your removal.

   a. If you believe that this personnel action was based upon discrimination against you because of your race, color, religion, sex, national origin, age or handicap, you may file a complaint of discrimination with the DDESS Equal Employment Opportunity Program Manager, DoDEA Personnel Center, 4040 N. Fairfax, Arlington, VA 22203-1634. Should you elect to file a complaint of discrimination, your complaint must be initiated within forty-five (45) calendar days from the effective date of your removal and will be processed in accordance with Equal Employment Opportunity Commission (EEOC) regulations at Title 29 Code of Federal Regulations (CFR) Part 1614.

   b. The procedures and timelines for filing a grievance are contained in Article 26, Grievance Procedure, of the Master Labor Agreement between DoD Domestic Dependent Elementary and Secondary Schools and Federal Education Association – Stateside Region.

c. You have a right to appeal this action to the Merit Systems Protection Board. If you decide to appeal to MSPB, your appeal must be submitted in two copies and may be personally delivered during normal business hours or sent certified mail to the Seattle Field Office, Merit Systems Protection Board, Room 1840, 915 Second Avenue, Seattle, WA 98174-1056, during the period 17 May 2003 through 16 June 2003. You were previously provided the form, which may be used to file your appeal and the Merit Systems Protection Board Regulations.

DOUG KELSEY
Acting Superintendent

Cc: Elizabeth Flores

I, Carmen Rodriguez, acknowledge that I received this memorandum on May 12, 2003.

_Carmen Rodriguez_
Signature

_May 12, 2003_
Date

2



PACIFIC

**DEPARTMENT OF DEFENSE**
**DOMESTIC DEPENDENT ELEMENTARY AND**
**SECONDARY SCHOOLS**
**DISTRICT SUPERINTENDENTS OFFICE**
**PSC 490 BOX 7655**
**FPO AP 96538-1600**
*May 8, 2003*

**MEMORANDUM FOR Ms. Liz Flores**

**SUBJECT:  Letter for Ms. Carmen Rodriquez**

In your capacity as the official representative for Ms. Carmen Rodriquez, please deliver
this attached package to Ms. Carmen Rodriquez.

Thank you for your assistance.

**SUSAN E. BURDICK**
**Deputy Superintendent**
**DODEA Guam**

I acknowledge that I received a package for Ms. Carmen Rodriguez on May 8, 2003.

<u>Liz Flores</u>
**Name**

Signature

<u>Sharon Cossell</u>
**Witness**

Signature                     5/8/03

<u>Allyn Kelley</u>
**Witness**

Signature                     5/8/03



PACIFIC

DEPARTMENT OF DEFENSE
DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS
DDESS Guam High School
200 Halsey Drive
Asan, Guam-96911

8 May 2003

MEMORANDUM FOR Carmen Rodriguez

SUBJECT:  Decision of Proposed Removal

1.  Reference Ms. Burdick's memorandum of 18 February 2003, subject:  Notice of Proposed Removal.

2.  You were notified by above referenced memorandum that it was proposed to remove you from Federal service for
(1) absence without leave (AWOL);  (2) disorderly conduct;  and (3) failure to follow instructions.  I have carefully
considered the facts surrounding your proposed removal, including the your oral response and the written submission
you subsequently provided.  I have made the following determinations regarding each charge and specification:

    a.  Charge I.  Absence Without Leave (AWOL).

        Specification 1:  AWOL on Friday, 11 October 2002.  I find this specification supported by a
preponderance of the evidence and I sustain this specification.

        Specification 2:  AWOL on Tuesday, 15 October 2002.  I find this specification supported by a
preponderance of the evidence and I sustain this specification.

        Specification 3:  AWOL from 6 January 2003 through 17 February 2003.  I find this specification
supported by a preponderance of the evidence and I sustain this specification.

    As I have sustained all specifications, I find Charge I is supported by a preponderance of the evidence and
is sustained.

    b.  Charge II.  Disorderly Conduct.

        Specification 1:  Inappropriate conduct in your classroom on 11 October 2002  in that your actions
and the statements you made to Mr. Joe Masters, your supervisor, were disruptive.  I find this specification
supported by a preponderance of the evidence and I sustain this specification.

Specification 2:  Inappropriate conduct in your classroom on 11 October 2002 in that your behavior and the
statements you made to Ms. Hall, the Assistant Principal, were disruptive.  I find this specification
supported by a preponderance of the evidence.  However, in light of all relevant factors, I do not believe the
imposition of discipline is appropriate for this offense, and I do not sustain this specification.

        Specification 3:  Making harassing telephone calls to Ms. Deborah Webster, the parent of one of
your students, on 14 and 15 October 2002.  I find this specification supported by a preponderance of the
evidence and I sustain this specification.

        Specification 4:  Making a telephone call to Ms. Tracy Pierce in which your statements caused her
to request her son be moved from your classroom.   I find this specification was not supported by a
preponderance of the evidence and I do not sustain this specification.

As I have sustained specifications 1 and 3, I find Charge II is supported by a preponderance of the evidence and is sustained.

    c. Charge III, Failure to Follow Instructions.

    Specification 1: Failure to follow instructions to sign out before you left school grounds on 11 October 2002. I find this specification was supported by a preponderance of the evidence and I sustain this specification.

    Specification 2: Failure to follow instructions to maintain a current home address and telephone number on file in the school office as established by inability to contact you on 15 October 2002. I find this specification was supported by a preponderance of the evidence and I sustain this specification.

    Specification 3: Failure to follow instructions to submit your parent-teacher conference schedule to the office no later that 9 October 2002. I find this specification was supported by a preponderance of the evidence. However, in light of all relevant factors, I do not believe the imposition of discipline is appropriate for the offense, and I do not sustain this specification.

    Specification 4 (erroneously numbered as specification 5 in the notice of proposed removal): Failure to follow instructions to submit student report cards no later than 15 October 2002. I find this specification was supported by a preponderance of the evidence. However, in light of all relevant factors, I do not believe the imposition of discipline is appropriate for the offense, and I do not sustain this specification.

    Specification 5 (erroneously numbered as specification 6 in the notice of proposal removal) : Failure to follow instructions to obtain parental consent prior to audio-taping and/or video-taping students as established by your video-taping of students on 11 October 2002 without first having gained the required parental consent. I find this specification was supported by a preponderance of the evidence and I sustain this specification.

    Specification 6 (erroneously numbered as specification 7 in the notice of proposed removal): Failure to follow Ms. Hall's instructions to bring books from the Scholastic Book Club to the front gate for her to pick up as established by your giving the books to a co-worker, Ms. Liz Flores, for delivery to students. I find this specification was supported by a preponderance of the evidence and I sustain this specification.

As I have sustained specifications 1, 5, and 6, I find Charge II is supported by a preponderance of the evidence and is sustained.

3. Although I did not sustain all specifications or determine all sustained specifications warranted discipline, I did sustain at least one specification within each charge and determined it warranted discipline. As a result, I determined that all charges contained in the notice of proposed removal are supported by a preponderance of the evidence and warrant disciplinary action. In reaching my conclusions, I did consider the allegations raised in your oral and written replies that your supervisor, Joseph Masters, had engaged in harassment, both sexual and non-sexual, of you and your co-workers, and your implication that your rejection of him led to this proposed action. I investigated your allegations, but could not find any evidence to substantiate your claim.

4. Having determined that all charges were supported by a preponderance of the evidence and were sustained, but that all underlying specifications were not sustained, I turned to the decision of whether the penalty of removal was appropriate. I considered your five (5) years of Federal service, that your performance has been acceptable or better, and your lack of any prior discipline. I have also considered, however, that the charges of AWOL, disorderly conduct, and failure to follow instructions are all serious offenses, that as a professional educator you represent the Agency to our stakeholders, that the offenses have affected your supervisor's trust in you, and that the penalty of removal is within the range of acceptable penalties as defined by the agency. Considering the sustained reasons and

all of the factors identified above, I have determined that your removal from Federal service is warranted to promote the efficiency of the service. Accordingly, you will be removed from Federal service effective 14 April 2003.

3. You have a right to file a complaint of discrimination, to file a grievance under the negotiated agreement, or to appeal this action to the Merit Systems Protection Board (MSPB). However, you may elect only one of these procedures.

    a. If you believe that this personnel action was based upon discrimination against you because of your race, color, religion, sex, national origin, age or handicap, you may file a complaint of discrimination with the DDESS Equal Employment Opportunity Program Manager, DoDEA Personnel Center, 4040 N. Fairfax, Arlington, VA 22203-1634. Should you elect to file a complaint of discrimination, your complaint will be processed in accordance with Equal Employment Opportunity Commission (EEOC) regulations at Title 29 Code of Federal Regulations (CFR) Part 1614.

    b. The procedures for filing a grievance are contained in Article 26, Grievance Procedure, of the Master Labor Agreement between DoD Domestic Dependent Elementary and Secondary Schools and Federal Education Association – Stateside Region.

    c. You have a right to appeal this action to the Merit Systems Protection Board. If you decide to appeal to MSPB, your appeal must be submitted in two copies and may be personally delivered during normal business hours or sent certified mail to the Seattle Field Office, Merit Systems Protection Board, Room 1840, 915 Second Avenue, Seattle, WA 98174-1056, during the period 7 May 2003 through 5 June 2003. At Enclosure 1 is a form which may be used to file your appeal, and at Enclosure 2 is a copy of the Merit Systems Protection Board Regulations.

DOUG KELSEY
Acting Superintendent

2 Enclosures
1. MSPB Appeal Form
2. MSPB Regulations



UNITED STATES OF AMERICA
# FEDERAL LABOR RELATIONS AUTHORITY

### SAN FRANCISCO REGION
901 Market Street, Suite 220
San Francisco, California 94103-1791
(415) 356-5000 Fax: (415) 356-5017

May 7, 2003

Carmen Rodriguez
P.O. Box 10482
Tamuning, Guam 96931

Tom Richard, District Superintendent
Department of Defense
Domestic Dependent Elementary and
  Secondary Schools, Guam District
U.S. Naval Hospital, Building 100
PSC 490, Box 7655
FPO AP 96538-1600

                    Re:  Domestic Dependent Elementary and
                         Secondary Schools
                         Guam District
                         Case No.  SF-CA-03-0555

Dear Ms. Rodriguez and Mr. Richard:

Enclosed is a copy of the unfair labor practice charge, which has
been filed with this Office and assigned the case number shown above.
You will be contacted shortly by the Agent who has been or will be
assigned to investigate the charge.  If you have any questions please
contact directly either the Agent or regional point of contact
indicated below.

If you are the party who filed the charge (Charging Party), and have
not done so already, please promptly submit to this Office any
documentary evidence that is available to support your charge.  It is
also important that you prepare to discuss with the Agent the facts
relating to your charge, identify any witnesses upon whom you intend
to rely to prove the allegations in your charge and gather any
documents relating to the charge.

OPTIONAL FORM 96 (7-90)

| **FAX TRANSMITTAL** | | # of pages ► 3 |
|---|---|---|
| To Bob Sutemeier | From Bob Bodmer | |
| Dept./Agency 9401 | Phone # 415-356-5002 x19 | |

If you are the party against whom this charge is filed (Charged
Party), you are requested to review the allegations in the charge and
submit a written position to this Office.  If you do not understand
the underlying basis for the charge, contact the assigned agent named
below.  You also are expected to cooperate fully in the investigation
and will be asked by the agent to supply documentary evidence or
witnesses as is deemed necessary.

To assist both parties in understanding how an unfair labor practice
charge is processed, I have enclosed an information sheet describing
the investigation process.  Also, if someone other than you will be
representing your party in this matter, please complete the enclosed
"Notice of Designation of Representative."

The policies and practices of the Federal Service Labor-Management
Relations Statute are best served by informal resolution of unfair
labor practice disputes.  The General Counsel encourages the informal
resolution of unfair labor practice charges prior to the issuance of
a complaint.  The Agent assigned to the case, as part of the
investigation, will assist the parties in informally resolving the
dispute that resulted in the filing of this charge.  In addition, the
parties may request that the Region conduct an Alternative Case
Processing Procedure.  Participation in the Alternative Case
Processing Procedure is voluntary.  Also enclosed is an information
sheet, in a question and answer format, describing the dispute
resolution services offered by the Office of the General Counsel,
including the Alternative Case Processing Procedure.  Please read the
description of Alternative Dispute Resolution Services we provide and
consider whether any of these services would be beneficial to the
parties.

Sincerely,

*Gerald M. Cole*

Gerald M. Cole
Regional Director


Assigned to:    Authority Agent Robert Bodnar
                Telephone (415) 356-5002, ext. 19
                rbodnar@flra.gov

Enclosed:       Description of ULP Investigation Procedure
                Alternative Dispute Resolution Services Q&As

Form Exempt Under 44 U.S.C. 3512

| UNITED STATES OF AMERICA<br>FEDERAL LABOR RELATIONS AUTHORITY<br><br>CHARGE AGAINST AN AGENCY | FOR FLRA USE ONLY |
|---|---|
| | Case No. **SF-CA-03-0555** |
| | Date Filed **05/05/2003** |

Complete instructions are on the back of this form.

**1. Charged Activity or Agency**

Name: DDESS Guam District

Address: USNH Bldg. 100
PSC 490 Box 7865 FPO AP 96538-1600
Tel #: (671) 344-9578      Ext.
Fax#: (671) 344-9584

**2. Charging Party (Labor Organization or Individual)**

Name: Carmen Rodriguez

Address: P.O. Box 10482
Tamuning, Guam 96931
Tel #: 671 632-2434      Ext.
Fax#: ( )

**3. Charged Activity or Agency Contact Information**

Name: Dr. Tom Masters/Hall
Title: Superintendent   principal/assist.
Address: same as above
Tel #: (671) 344-9578      Ext.
Fax#: (671) 344-9584

**4. Charging Party Contact Information**

Name: Carmen Rodriguez
Title: Teacher
Address: same as above
Tel #: ( )      Ext.
Fax#: ( )

5. Which subsection(s) of 5 U.S.C. 7116(a) do you believe have been violated? (See reverse) (1) and _____

6. Tell exactly WHAT the activity (or agency) did. Start with the DATE and LOCATION, state WHO was involved, including titles.

11 October 2002      I was terrorized and assaulted as my life was threatened by Mr. Joseph E. Masters, principal of Andersen Elementary School, during instructional time in front of my students in my classroom. Masters had lost full control of his temper and took his rage out on me. Masters denies any wrongdoing although medical reports prove otherwise. A police report was filed and a Temporary Restraining Order was served on Masters. I asked Ms. Marie Cruz, a colleague, to assist me in retrieving materials and she helped at first but soon she was brought out of her classroom during instructional time and warned by Masters and Ms. Hall, assistant principal, that she could not assist me in any way despite my illness.

November 2002      Since Ms. Cruz felt her job was threatened by assisting me with fulfilling my duties, she informed me that Keone Helton, Guam Education Association president, admonished her not to assist me in anything regarding my job-related duties. He told her not to help me or represent me in any way. I enlisted the help of Ms. Liz Flores, another colleague, since I was unable to do so due to being under doctors' care. At first, she helped me for a bit, but then Masters and Hall both told her not to assist me anymore. While Masters was on TDY, Ms. Flores was interrupted during her lunchtime and was told by Ms. Hall, in the presence of Mr. Gordon Harmon, HRO site manager, Ms. Handley, FRS for AES, that she was reminded to refrain from assisting me in turning in my lesson plans, leave forms, and doctors' excuses to the Andersen Elementary School administration office. In addition, Ms. Liz Flores received a Letter of Reprimand from Masters on 27 November 2002 when he returned because she had acted as my representative and was told that it would remain in her OPF for a year or two. Ms. Flores tried to enlist the help of Keone Helton, but was threatened, "Do you want to keep your job?". Helton further told her not to tell anyone that she received a Letter of Reprimand. Since both Ms. Cruz and Ms. Flores felt threatened and their jobs jeopardized, I decided to ask a former substitute teacher of mine, Ms. Stephanie Ramey (now a teacher w/us,) for help in turning in my paperwork. She agreed to assist me but later she also was told by Hall and Masters not to assist me in any way. She, as well as the other two teachers felt threatened and very uncomfortable about the whole situation, especially since they all knew that they were just trying to assist a sick colleague. I could not get representation in any form or fashion.

I was purposefully denied representation every step of the way which greatly impeded my ability to try to do my job effectively by providing the necessary materials for my substitute so that there can be continuity in the content matter taught in the classroom as well as submit the necessary paperwork for my absence. These negative behaviors demonstrated by the AES DoDEA administration and the Union clearly shows hostility toward me and have threatened the jobs of the teachers who have assisted me. The Agency has not acted in good faith and has only exhibited immense hostility toward me (despite my illness) as well as to other teachers who have tried to assist me due to my medical condition aggravated by the terrorizing and assault perpetrated by Masters. The intentional misconduct exhibited by the Agency administrators and the Guam Education Association union president, Keone Helton at Andersen Elementary School clearly shows hostile discrimination toward me because of the recent crisis as well as for prior/present EEO protected activity.

7. Have you or anyone else raised this matter in any other procedure?  ☑ No  ___Yes    If yes, where? (see reverse)

8. I DECLARE THAT I HAVE READ THIS CHARGE AND THAT THE STATEMENTS IN IT ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT MAKING WILLFULLY FALSE STATEMENTS CAN BE PUNISHED BY FINE AND IMPRISONMENT, 18 U.S.C. 1001. THIS CHARGE WAS SERVED ON THE PERSON IDENTIFIED IN BOX #3 BY (check "x" box)  ☑ Fax  ☐ 1st Class Mail  ☐ In Person  ☐ Commercial Delivery  ☐ Certified Mail

| Carmen Rodriguez | *Carmen Rodriguez* | 05/05/2003 |
|---|---|---|
| Type or Print Your Name | Your Signature | Date |

FLRA Form 22 (Rev. 1/99)