From: Sutemeier, Robert Civ
To: Underdonk, Donna
Cc:
Subject: FW: Rodriguez, Carmen
Sent: 4/15/03 11:12 AM
Importance: Normal

Another one.

-----Original Message-----
**From:** Crockett, Kathleen (Pacific) [mailto:Kathleen_Crockett@pac.odedodea.edu]
**Sent:** Monday, April 14, 2003 6:09 PM
**To:** Sutemeier, Bob
**Cc:** Kelsey, Doug (Pacific)
**Subject:** Rodriguez, Carmen

## CONFIDENTIAL - ATTORNEY/CLIENT PRIVELEDGE

Bob,

Doug received a fax from Carmen Rodriguez today. It is marked Urgent. She states:

Please accept this note from Dr. Erickson which reads, "Carmen Rodriguez had severe exacerbation of asthma which was difficult to control and required multiple office visits and near hospitalization and aggressive medical management".
Also, please send your response regarding the status of my employment to": P.O. Box 10482, Tamuning, Guam 96931. I would also like Ms. Liz Flores, my authorized representative, to receive a copy of your response. Thank you.

Carmen also faxed the doctor's statement.

Is any action required?



| To: | Mr. Doug Kelsey<br>Acting Superintendent, DSO | From: | Carmen Rodriguez |
|---|---|---|---|
| Fax: | 344-9584 | Date: | 14 April 03 |
| Phone: | 344-9579 | Pages: | 1 |
| Re: | Employment Status, Dr.'s Note | CC: | Ms. Linda Salas, Secretary |

X Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Please accept this note from Dr. Erickson which reads:

"Carmen Rodriguez had severe exacerbation of asthma which was difficult to control and required multiple office visits and near hospitalization and aggressive medical management."

Also, please send your response regarding the status of my employment to:

P.O. Box 10482    Tamuning, Guam 96931

I would also like Ms. Liz Flores, my authorized representative, to receive a copy of your response.

Thank you.

---

THE DOCTORS' CLINIC
851 GOV. CARLOS CAMACHO ROAD
TAMUNING, GUAM 96911
Tel.: 649-5018-23
Fax: 646-3373

CERTIFICATE OF PROFESSIONAL CARE

Date 4/11/03

This is to certify that _Carmen Rodriguez_ is under my care for the following:

Had severe exacerbation of asthma which was difficult to control + required multiple office visits + near hospitalization + aggressive medical management.

Dr. Erickson

Darling, Joyce -Civ

From: Sutemeier, Robert -Civ
Sent: Monday, April 14, 2003 7:51 AM
To: Darling, Joyce -Civ
Subject: FW: Rodriquez


-----Original Message-----
From: Crockett, Kathleen (Pacific) [mailto:Kathleen_Crockett@pac.odedodea.edu]
Sent: Thursday, April 10, 2003 6:10 PM
To: Sutemeier, Bob
Cc: Kelsey, Doug (Pacific)
Subject: Rodriquez

Bob,

I have attached statements from five employees who were interviewed by Mr. Kelsey today as per your guidance. Of the three remaining witnesses, Ms. Jodi Barrios has moved to Washington state and we do not have a forwarding number. We were unable to contact Ms. Taitano and Ms. McNeese during the holiday. Would you like these employees to be interviewed next week, or do you have sufficient information?

Kathleen

4/14/03

11 April 2003

Interview with Ms. Rolyn Baldevia:

1. Did Mr. Masters constantly ask you to have drinks with him?
A: Yes. When he first met me.

2. How many times?
A: Maybe just the first week. A few times in passing.

3. Did he take any action against you for declining?
A: No. at the time I felt uncomfortable, but not now. I feel I can approach him professionally. This all occurred on the first or second week after he arrived as Principal.

4. What did he say?
A: For example, "How about going to coffee?"

5. What time of day did this occur?
A: sometime walking to class in the morning from the parking lot. I now feel no pressure. I am comfortable with Mr. Masters.

11 April 2003

Interview with Kathy Borowy.

Introduction by Mr. Kelsey. There have been allegations of inappropriate behavior by Mr. Masters and your name has come up. This interview has no bearing on you; it is only a few questions regarding an investigation on Mr. Masters.

1. You were a long term sub?
A: Yes. At the beginning of this year. And last year, I had a 5 week deal and a 3 week deal.

2. Did Mr. masters ask you to have drinks with him?
A: No.

3. Did he ever threaten you if you did not go out with him?
A: No.

4. Did you ever feel threatened by Mr. Masters?
A: No. I had good rapport with Mr. Masters. I would run into him at the club and we would have drinks; however, I never felt pressured or threatened.

5. Were you at the Christmas party?
A: No.

Ms. Borowy then went on to describe some pay issues which we promised to research. After she described her pay issues, she was asked if she felt her pay problems were in any way associated with reprisal by Mr. Masters. She responded, "No, not at all."

11 April 2003

Interview with Marie Cruz

This meeting has no reflection on you and no impact on you. We are conducting an investigation regarding Mr. Masters and allegation of inappropriate behavior. Your name came up and I have to ask you a few questions.

1. In the allegation that occurred involving you, you were wlaking in the hallway and he grabbed you?
A: He grabbed my arm. I was walking, I was exiting the room. He came into my room and we had a talk.

2. Were there students in the room?
A: No, there were teachers. He walked out of the room ahead of me. He has a question he turned around and grabbed my arm and was in my space.

3. Do you recall when this occurred?
A: Last school year. The year before I had asked to meet with him and he said to make an appointment. This was nothing. I remember that he told me he was in a hurry and he had to run and I could run with him if I needed to speak with him.

4. Do you consider this another incident of inappropriate behavior?
A: No. That incident was the only time. It was not his first year. I'm not sure if it was last school year or the school year before, but it has been awhile. There was only one incident and nothing happened after that.

5. Do you feel intimidated or did Mr. Masters take retribution against you?
A: No.

6. When he grabbed you by the arm, was it like he was making an advance?
A: It was just a shock. I followed him out of the room. It was just a few seconds. I backed up and threw my hands in the air.

7. Is there any other incident or anything else you would like to add regarding Mr. Masters' behavior?
A: No. what I see happening in the school since, I don't feel comfortable being alone with him after hearing about what other teachers said – especially since he responds to my request for supplies by telling me to see him or send an e-mail. When he said I could run with him down the hall, I think he was just testing me to see how far he could push me.

11 April 2003

Interview with Juan Cruz

We are investigating allegations of inappropriate behavior regarding MR. Masters and your name was mentioned. I have to ask you a few questions.

1. In the allegations made, it was mentioned that Mr. masters asked you for information about a teacher – if she was married, if she had family members. Do you recall anything like that?

A: No sir.

2. This person said he asked you about her background. (Mr. Cruz asked who is this person and the response was Ms. Carmen Rodriguez).

A: No sir. Heck no. He never asked me anything about Ms. Rodriguez, marriage, background, anything.

3. Was there any inappropriate behavior of a sexual nature?

A: No. Never.

11 April 2003

Interview with Fe Barrett

There are allegations against your principal and your name was mentioned. You are not the target of the investigation. I just need to ask you one or two questions.

1. In this report we got, it indicates Mr. Masters touched you inappropriately. Do you remember that?

A: No. Once, he whispered to me, but I did not view that as inappropriate. He did not touch me. I maybe bumped into him.

2. Did you ever feel threatened or has there been any retribution?

A: No. Initially, he was unapproachable – he was distant. You almost had to run with him to speak with him.

3. Did you ever feel he was making sexual advances?

A: To me, I do not look for that (she shook her head in a negative gesture).

4. Were you at the Christmas party two years ago?

A: Let me see, that was at the Reef? Yes, I was there.

5. Did you see him dancing inappropriately?

A: No. I was dancing with my husband and he was not my focus. I did not witness anything inappropriate.

## Sutemeier, Robert -Civ

**From:** Crockett, Kathleen (Pacific) [Kathleen_Crockett@pac.odedodea.edu]
**Sent:** Monday, April 21, 2003 11:52 PM
**To:** Sutemeier, Bob
**Cc:** Kelsey, Doug
**Subject:** FW: Carmen Rodriguez

Bob,

Doug called me this afternoon and asked me to get an e-mail to you with regard to the last interview with Carolyn McNeese. Ms. McNeese was interviewed on 18 April by Mr. Kelsey. Ms. McNeese did not witness Mr. Masters blocking the doorway and did not ever witness any inappropriate behavior by Mr. Masters. Ms. McNeese stated that the only information that she knew was what Carmen Rodriguez told her.

This concludes the local investigation on the allegations made by Ms. Rodriguez. There was one other former employee on the list; however, she has relocated to Washington State without a forwarding phone number. Can Doug proceed with his decision?

Kathleen

-----Original Message-----
**From:** Crockett, Kathleen (Pacific)
**Sent:** Friday, April 18, 2003 11:09 AM
**To:** Sutemeier, Bob
**Cc:** Kelsey, Doug (Pacific)
**Subject:** Carmen Rodriguez

Bob,

Here is another statement on Ms. Rodriguez's sexual harassment allegations. This statement resulted from an interview with Ms. Josefina Taitano.

There is one more statement forthcoming from Mr. Kelsey resulting from his interview with Ms. Carolyn McNeese yesterday.

Kat

16 April 2003

Interview with Josefina Taitano

Introduction by Mr. Kelsey. I have to ask a few questions regarding an investigation of Mr. Masters. This interview has no impact on you or your job. Your name came up and we need to ask you a few questions.

1. There was a staff Christmas party at the Reef Hotel on 8 December 2000. An allegation was made that Mr. Masters was dancing inappropriately with teachers. There was line dancing – two lines facing each other, facing across from your partner. There is an allegation that you were afraid to dance with Mr. Masters who would have been next in line and your partner and you asked someone to change places with you and she did. Do you remember this?
A: I know what you are talking about. She pushed me out of the way.

2. Did you observe or see anything inappropriate.
A: No, we were just having fun.

3. Did this bother you?
A: No, we were just having fun.

4. Did you see anything inappropriate?
A: Not that I can think of.

5. Are you aware of any behavior by Mr. Masters that makes you feel uncomfortable or that is you feel is inappropriate?
A: No. None.

# Fax

| | |
|---|---|
| To: Mr. Doug Kelsey | From: Carmen Rodriguez |
| Fax: 344-9584 | Pages: 5 + 1 coverpage |
| Phone: 344-9579 | Date: 03 April 03 |
| Re: Confidential Information: Protected Activity | CC: |

X Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Please accept the following information as part of a PROTECTED ACTIVITY.

Carmen Rodriguez

CONFIDENTIAL INFORMATION
*(Protected Activity)*
Mr. DOUG KELSEY, *Acting Superintendent*
DDESS, *Guam District*

1. **A Close Encounter of the Worst Kind: The First Meeting: Inappropriate Touching** (September 2000, 2001, 2002) *Sexual harassment*

   Joseph E. Masters, principal of Andersen Elementary School, was extremely friendly toward me when he first arrived in Sept. 2000. He held my hand longer than he should have at our faculty's welcome breakfast for him in the school cafeteria.

   When I had met him for the first time, we shook hands and his eyes moved slowly from my face to my breasts as if he was undressing me and then back up again to my face as he gave me a great big smile. I felt extremely uncomfortable and tried to let go of his hold but he held me with two hands- one grasping my hand and the other anchoring my wrist.

   Ms. Marie Cruz, a colleague, watched him eyeballing me as I moved about the room. She told me that he had his eye on me and looked interested. At that first meeting, I already knew that I should stay away from this man. He struck me as a "player" and definitely looked like he wanted someone to play with and I wasn't interested.

   I slowly removed my hand from his hold so as not to embarrass him by jerking my hand away from him. I still felt very uncomfortable. This man was too frisky and I didn't want him to think I was available.

2. **Masters Getting Too Personal (SY 2000-01, 2001-02, 2002-03)** *Sexual Harassment*

   He asked Mr. Juan Cruz (Supply tech and his frequent lunch partner) personal questions about me like: Who is she? Is she married? How many kids does she have? One of the counselors (Ms. Rolyn Baldevia, also single) confided in me that Masters was harassing her into having drinks with him and she had turned him down several times. Masters seemed to be interested in many of us. He seemed to be making his rounds with the female employees.

   She expressed being pressured into having drinks with him despite her declining his advances. She also expressed fear that he would not rate her positively when it came to her evaluation. Because of this, I really felt thoroughly convinced that I shouldn't be left alone with this man.

   If she could feel threatened by him and she is younger than I am, I was thinking that her rejection of him would only make him more of a threat against the rest of us since he did not get what he wanted from her. Since she did not satisfy his sexual appetite, he would have to search elsewhere. I wish he would search elsewhere but not at our school.

   Her rejection of Masters would only intensify his need to be more successful with his next prey whoever she might be. He was on the prowl and I just wanted to stay away completely. I totally believe in being professional while on the job and I do not believe in fraternizing with married men. I have witnessed an affair between a DoDEA employee and a DSO official and I do not condone such behavior. Both individuals were married to other people. It seemed to me that some DoDEA officials do not have respect for the institution of marriage and even flaunt their affairs in public. One of my friends was pressured into dating one of the DSO officials and she declined and as a result she is no longer a part of the DoDEA family. He is also married and she is not. There is a lot of sexual pressure going on and it seems to be an accepted practice here

   Ms. Marie Cruz reported to me that Masters had pulled her toward his body while they were walking together in the hallway (I'm not sure of the date). Hearing these things happen to our female staff members frightens me and only reinforces the fact that I should never be alone

Case 1:04-cv-00029    Document 25-20    Filed 06/03/2005    Page 12 of 13

with Masters Ms Fe Barrett (2002) also reported to me that Masters had touched her inappropriately while at school. No details were given. One teacher claimed that Masters also sexually harassed Ms. Vivian Wolff (hearsay). Another teacher told me that Masters had expressed an interest in having drinks with the permanent substitute, Mrs. Kathy Borowy (pronounced Baroevy), and then he dropped her as a permanent substitute. She was devastated and cried at school. She was later rehired as a roving substitute. I hope her employment was not contingent on her unique 'friendship' with Masters.

We were informed that he was married to a German woman and he was here unaccompanied. Being without a partner didn't help his situation any.

According to Ms. Robin Walker (2000-01), a second grade teacher (transferred out), she answered a long distance call from an Oriental woman who claimed to be his wife. Oops!

Juan Cruz (Supply Tech) made a very frightening remark about Masters. He said Masters told him, "If anyone crosses him, that's it for them. They're finished." How prophetic.

DoDEA female employees have been exposed to inappropriate touching by Joseph E. Masters since his arrival and over a period of time. All female employees, not just teachers and substitutes, one at risk of becoming his next prey. Spurning his advances has prompted retaliatory consequences, thus, creating a hostile work environment. This has to stop!

DoDEA needs to remain relentless in its resolve to maintain a ZERO TOLERANCE policy on sexual harassment of all forms because failure to do so as with B. Davis will only send the wrong message to our female employees that we are not protected by Sexual Harassment laws because the perpetrators will only be demoted and transferred elsewhere within the DoDEA system.

Currently, the Guam District seems to be the place of choice for their reassignment. This does not take care of the problem; it only transfers the "problem male" elsewhere where he will have a new set of pretty females in a new environment at his disposal forgetting that sexual urges for some males have proven to be out of control. They could very well have a sexual addiction problem that needs professional help. DoDEA officials need to address this problem, not enable it.

3. <u>Masters Inhaled Deeply and Smelled Me</u> (November 2000)   Sexual harassment

I had just come from the cafeteria after walking with some of my students when I had met a student in the hallway and had stopped briefly to say 'hi'. As I proceeded to walk up the G wing, my skin had blown upward revealing my slip underneath. I was trying to hold my skirt trying to