CONFIDENTIAL INFORMATION
*(Protected Activity)*
Mr. DOUG KELSEY, *Acting Superintendent*
*DDESS, Guam District*

control it from blowing upward. As I was walking forward, I noticed him standing in between two buildings waiting for someone.

I tried to walk quickly past him and he asked, "Where have you been?"

I was surprised by that question since there was no notification of any impending meeting with him at all. I was puzzled. I stood there still gripping the bottom of my skirt. I responded, "I just came from the cafeteria." He looked down at my skirt and remarked as his nostrils flared and he took in a deep breath, "Smells good. Just stand there."

I was repulsed and felt nauseous thinking that this person is going around smelling people. I thought that was very creepy and I abruptly left him standing there. I hurriedly walked away and kept walking up to my classroom. I didn't even look back. As soon as I unlocked my door, I got in and quickly locked the door and walked to the back of my room.

### 4. Lewd Pelvic Gyrations in Public Simulated the Sex Act   (December 2000)
*Sexual Harassment*

Masters was dirty dancing with a married woman, Ms. Jodi Berrios (Anglo-American), an office/L.I. aide at our Staff Christmas party held at the Reef Hotel on 08 December 2000. She was present without her husband. People were dancing Soul Train style wherein partners danced within two parallel lines as they made their way to the end of their respective lines. Masters was gyrating his pelvis against Mrs. Berrios' posterior while caressing her hips simulating the sex act (doggie style) which I found to be extremely repulsive, inappropriate, and totally unbecoming of a DoDEA principal. I was even more repulsed when he stuck his tongue out.

I nervously checked to see who my partner would be hoping it wouldn't be him. To my horror, I was soon to be his partner but I refused to dance with him so I begged my colleague, Ms. Josefina Taitano, a 4th grade teacher (Chamorro), who was next to me, to be my replacement. He showed me his disapproval with his angry face but it did not bother me in the least because I didn't want him to do to me what he did with Mrs. Berrios. I may have rejected him publicly that evening, but I was not going to allow him to a make spectacle of himself at my expense. Mrs. Berrios was a willing participant while I was not.

He should not have taken my switching with Ms. Taitano personally, but he did. Because of my public rejection of him, my life has changed for the worst. Retaliation ruled his mind.

Later that evening, Mrs. Berrios won a door prize which was a night's stay at one of the hotels. One of the male guests said, "Now they can finish where they left off." I do not think that Masters would have danced the way he did if Mr. Berrios or Mrs. Masters were present at our Christmas party. The way he danced was unbecoming of a principal, especially at a school function even though we are all adults. His actions were totally inappropriate, vulgar, and made me wonder whether he represented the rest of the other DoDEA principals in the system. It was still a school function and he should have acted appropriately.

Masters, as principal, should still carry a higher standard while he still represents DoDEA whether he likes it or not and should know better than to bring shame to his profession by dancing lewdly, especially simulating a sex act. This tells us he is lacking in self-control, especially of a sexual nature. When you really think about it, this is very much a telling sign of his sexual nature: he cannot control his sexual urges and it shows in the workplace as well.

Everyone should control himself or herself. Some people have a great difficulty in controlling their sexual urges. This cannot be an acceptable practice especially when one may be having marital difficulties and is on the prowl for some relief. We, women, are at risk because of this tenuous situation that we did not create. If you look around at our staff, you will see that we do have many pretty women and it must be heaven for any male on the prowl. Using his position as principal for personal carnal gain is not right. **DoDEA is obligated to protected us from this.**

Masters and Mr. Bruce Davis must be drinking the same water because Masters has a tough time keeping his hands to himself! Although the letters from Dr. Bresell and Dr. Tafoya specifically state a ZERO TOLERANCE POLICY for sexual harassment, some DoDEA administrators have a major problem understanding its ramifications.

As evidenced by what happened to Davis, it appears that he only received a slap on the wrist, was fined a certain amount, and was shipped out to Guam. I wonder if the same happened to Masters in a previous tour and he was also shipped out to Guam. Ms. Patty Sexton, my substitute that tragic day of 11 October 2002, said to me, "I don't mean to insult you, but why is Guam a dumping ground for some people (principals) from other DoDEA schools?" The military folks down south weren't too happy with what they read about Davis in the news (Stars and Stripes and the Pacific Daily News).

**5. A Letter to Dr. Bresell and Dr. Tafoya re: Masters' Lack of Professionalism**
*Hostile Working Environment* Warning (September 2001)

I wrote a letter to Dr. Bresell and Dr. Tafoya re: concerning Masters keeping a 44 million dollar facility locked and inaccessible to some important entrances (to the classrooms and to the nurse's station) while we were working. We would have to knock to get back into the building during school hours. Imagine that: teachers, students, parents, and visitors knocking on the glass doors asking to get back into the school building.

Masters pressured us into finishing our work by 4:00 p.m. and then he would literally go to the classrooms in the school buildings to chase us home. (He was like this before the terrorist attack on September 11, 2001. New York, Washington, DC, and Pennsylvania had Arab terrorists while we had Masters. We worked in a climate of fear and intimidation for years now.) Just think: this man is getting paid for this.

In the past, teachers could stay after school without financial compensation as we did with Mr. Joseph Caruselle, former principal, from SY 1997-2000. Masters refused to give us keys to access all entrances like Middle School principal, Mr. Erik Swanson, did next door. Swanson showed good faith toward his teachers when he allowed his teachers to have full access into their brand new building. Mr. Caruselle would be a good source of reference to ask how things were.

(Everything about our school was tightly controlled to the point of suffocation. Are all DoDEA schools run this way? I wondered what kind of flag was flying overhead. Was it the Stars and Stripes or the Hammer and Sickle or was it the Swastika?) Help! ☹ Help us please re-establish normalcy and peace in our school. P-L-E-A-S-E.

DOMESTIC DEPENTDENT ELEMENTARY AND SECONDARY SCHOOLS
Andersen Elementary School
**UNIT 14057**
**APO AP 96543-4057**
**671-366-1511/12**
**OFFICE OF THE PRINCIPAL**

27 May, 1999

TENTATIVE ASSIGNMENT FOR SY 99-00

*Carmen Rodriguez*

You are tentatively assigned to the position of *Reading Impraement* grade teacher/specialist for SY 1999-2000.

This assignment is contingent upon student enrollment for this position for SY 1999-2000.

Joseph J. Caruselle
Principal

**Rodriguez, Carmen K.**

From:        Carmen K. Rodriguez
Sent:        Saturday, July 17, 1999 5:32 PM
              Steve Dozier
Subject:      1999  Summer School Success!

Dear Mr. Dozier,

I cannot begin to describe to you the happiness that 24 summer school
participants experienced in the past nine days. These children have
engaged in various activities from reading various genre in
Literature, to creating their own little Art masterpieces. Of course,
we incorporated a little of Math, Science and Social Studies,too.

We really took advantage of the library. I am so glad that students
were allowed to borrow books for the summer. We borrowed more than
200 books just this summer! We had our own little library set that we
changed every few days. The kids really enjoyed reading and being
read to, not just by me, but by each other and by new friends that
they have made.

As the children participated in the Jumpstart software,(you generously
provided) as well as the Wiggleworks Literacy Place Program in the
Computer Lab, you can be assured that the children were able to delve
into their appropriate levels of reading. Some students chose to
challenge themselves and went to a higher grade level.

Our culminating activities ranged from adding finishing touches to
stories and illustrations created by the students themselves to
performing a One Act Play about "The Whipping Boy" to e-mailing the
President of the United States!

Yes, we took advantage of the technology our Computer Lab had to
offer. Some of the websites we visited were disney.com, pappyland.com,
the puzzlemaker.com, and the whitehouse.gov.

At disney.com, students were able to read stories online from various
classic tales. From pappyland.com, they were able to see up to 500
art pieces from children around the world.

While at the puzzlemaker.com, they were able to construct their own
word search from the vocabulary words we had been working on. They
exchanged the word searches with their classmates as a challenge to
each other.  Mazes were also made to configure into the body of a
turtle as well as other illustrations. The kids were really thrilled.
Some did not want to go home. And that is no joke.:)

Some of these lucky students got permission from their parents to
e-mail the President and tell a little bit about themselves and ask
the President a few questions. They were reminded that they were
making history! They and their family will receive an official letter
from the White House sometime this summer.

We celebrated the end of Summer School with a pizza party complete
with more than one hundred water balloons! Some of the water balloons
were the size of medium-sized melons. The little ones were unable to
participate but were given balloons instead. The older group worked
together as a team and were able to fill up a lot of balloons.

Some of the kids mentioned that summer school ended so quick, but it
was fun while it lasted. I wished them well and told them that I
looked forward to seeing them in the fall. I told the middle school
kids that they could look me up next year should they need any help
with their reading or any other subject. I have a good feeling that

1

they are going to do just fine.

I must say that I truly had a blast this summer and I am really
grateful that I was given the opportunity to share my love for reading
with these children.  Their parents were very supportive and they made
new friends and were very happy during these short 9 days.

was short but it was sweet.

Thanks,
Carmen

# DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS
Andersen Elementary School
UNIT 14057
APO AP 96543-4057
671-366-1511/12
OFFICE OF THE PRINCIPAL

16 November 1999

Dear Ms. Carmen Rodriguez,

I am taking this opportunity to express my professional and personal appreciation to you for all of your efforts to develop and implement effective student instruction for each of the children in your charge. Your dedication to the task of continuing to develop curriculum based learning programs for your children is to be commended. Your commitment to the task of assuring that each child is demonstrating continued growth and achievement is also recognized.

Thank you for your determination to continue to manage a learning program that truly enhances the education of our students.

With Appreciation,

Joe Caruselle

# Department of Defense Education Activity
## Guam District

Employees Name (Last, First, Middle Initial)

*Rodriguez, Carmen K.*

Position, Title, Series, Grade

TP

School

Andersen Elementary School

Rating Period (From – To)

31 August 1998 – 17 June 1999

Additional Comments: 3 Year Cycle (Check Box) Year 1 [ ]  Year 2 [X] Year 3 [ ]  Professional Growth Plan Established

*Indicates focus year

Ms. Rodriguez, I have thoroughly enjoyed working with you during this school year. You have worked very hard to provide reading instruction to our First and Second graders who were having difficulty succeeding in reading. You worked with compassion and commitment, helping each of them understand the joy of books and the power of being able to read and write as well. As the Reading Instruction Specialist you coordinated the giving of all Literacy Place tests with each teacher in our school. (An incredible task in itself) Through your individual efforts many children's lives were touched in a very positive way during your reading classes. Thank you for all your help with the NCA accreditation process at Andersen Elementary School, without your efforts we would not have done as well. I look forward to working with you next year and I hope you have a very relaxing and enjoyable summer. (Remember our goal for this year and next year: THAT EVERY FIRST AND SECOND GRADER IS READING ON OR ABOVE GRADE LEVEL BY THE END OF THE SCHOOL YEAR!!)

The overall performance rating (defined in the performance appraisal regulation) is based upon the employee's performance in meeting the requirements of the job performance standards. Signature indicates that a particular step has been completed and understood by all parties.

| | Employee | Date | Rating Official | Date | Reviewing Official | Date |
|---|---|---|---|---|---|---|
| ELEMENTS/STANDARDS SET | *Carmen K. Rodriguez* | 11/14/98 | *Sharon K. Hall* | 11/16/98 | *Robert S. Lohn* | 16 Aug 99 |
| PROGRESS REVIEW | *Carmen Rodriguez* | 3/4/99 | *Sharon K. Hall* | 3/4/99 | | |
| Annual Review | *Carmen K. Rodriguez* | 2/6/99 | *Sharon K. Hall* | 2/6/99 | *Robert S. Lohn* | 14 Aug 99 |

[X] FULLY SATISFACTORY   [ ] UNSATISFACTORY

# Department of Defense Education Activity
## Guam District

| PERFORMANCE ELEMENT | SATISFACTORY PERFORMANCE STANDARD (4 of 5) | COMMENTS | FS | U |
|---|---|---|---|---|
| **JOB ELEMENT 1: (Critical)**<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE STUDENT MANAGEMENT SKILLS. | 1. Provides opportunities for and recognition of student success.<br>2. Gives positive reinforcement to acceptable academic and social behavior.<br>3. Responds to the emotional needs of students.<br>4. Promotes a positive learning environment for all students by dealing appropriately with disruptive students.<br>5. Consistently enforces school and classroom student behavior rules. | All standards for *Job Element One* have been satisfied during the 1998/1999 school Year. | X | |
| **JOB ELEMENT 2: (Critical)**<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE MATERIAL MANAGEMENT SKILLS. | 1. Uses a variety of materials appropriate to learning objectives supporting the prescribed curriculum.<br>2. Uses materials appropriate to the needs and abilities of students<br>3. Selects materials to which all ethnic and cultural groups may relate.<br>4. Organizes lessons/activities in logical sequential order.<br>5. Arranges materials and supplies for most efficient use. | All standards for *Job Element Two* have been satisfied during the 1998/1999 school Year. | X | |
| **JOB ELEMENT 3: (Critical)**<br><br>THE EMPLOYEE EXHIBITS EFFECTIVE COMMUNICATION SKILLS. | 1. Communicates expectations to students clearly and appropriately.<br>2. Relates news objectives to past learning and experiences.<br>3. Gives clear, concise directions.<br>4. Gives clear, complete, accurate explanations of subject matter/discipline suitable to the students' level.<br>5. Receives students' questions comfortably and deals effectively with them. | All standards for *Job Element Three* have been satisfied during the 1998/1999 school Year. | X | |

| PERFORMANCE ELEMENT | PERFORMANCE STANDARD | COMMENTS | FS | U |
|---|---|---|---|---|
| **JOB ELEMENT 4: (Critical)** <br><br> THE EMPLOYEE EXHIBITS EFFECTIVE INSTRUCTIONAL METHODS. | 1. Uses appropriate activities pertinent to the objectives <br> 2. Relates subject matter/discipline to students' experiences. <br> 3. Uses a variety of techniques appropriate to learning objectives as well as the needs and abilities of students. <br> 4. Provides sufficient guided and independent practice to foster student learning. <br> 5. Utilizes community resources appropriate to lessons/activities. | All standards for _Job Element Four_ have been satisfied during the 1998/1999 school Year. | X | |
| **JOB ELEMENT 5: (Critical)** <br><br> THE EMPLOYEE CONDUCTS APPROPRIATE ASSESSMENTS OF STUDENT PROGRESS. | 1. Assess the progress of students on a regular basis. <br> 2. Ensures congruence between instruction and assessment. <br> 3. Make adjustments when students show lack of desired progress. <br> 4. Supports standardized testing program. <br> 5. Maintains accurate assessment records. | All standards for _Job Element Five_ have been satisfied during the 1998/1999 school Year. | X | |
| **JOB ELEMENT 6: (Critical)** <br><br> THE EMPLOYEE PERFORMS PROFESSIONAL RESPONSIBILITIES. | 1. *Establishes a professional growth plan and demonstrates satisfactory progress on same.(This is a mandatory requirement) <br> 2. Maintains accurate and complete records appropriate to position. <br> 3. Submits required information in a timely fashion. <br> 4. Follows internal management property control procedures. <br> 5. Complies with Equal Employment Opportunity standard. <br> 6. Works cooperatively with other educators and administrators. <br> 7. Attends job-related meetings, activities, and assigned CSCs. <br> 8. Follows chain of command. <br> 9. Confers with parents on student progress in accordance with school procedures. <br> 10. Reports unusual student problems, including suspected child abuse, to appropriate school officials. | All standards for _Job Element Six_ have been satisfied during the 1998/1999 school Year. | X | |

## ANNUAL OVERALL RATING:

- A rating of FS on Critical Elements 1 through 6 results in an overall rating of FS.
- A rating of U on one or more of the Critical Elements will results in an overall rating of U.
- In Elements 1 through 5, an employee who demonstrates competency in four (4) or more of the five (5) standards for the elements shall receive an FS rating in the element.
- An employee who demonstrates competency in eight (8) or more of the ten (10) standards in Element 6 shall receive an FS rating in Element 6.
- * Element 6 standard 1 is a requirement.

**Rodriguez, Carmen K.**

| | |
|---|---|
| From: | Rodriguez, Carmen K. |
| Sent: | Tuesday, May 30, 2000 8:07 AM |
| To: | Tom, Richard |
| Subject: | FW: Teacher Appreciation Week |

*5-30-00*

This woman is ssoooo awesome!!!! What an inspirational leader.

Carmen

-----Original Message-----

| | |
|---|---|
| From: | Bresell, Nancy |
| Sent: | Monday, May 29, 2000 11:28 AM |
| To: | Rodriguez, Carmen K. |
| Subject: | RE: Teacher Appreciation Week |

*5-29-00*

Dear Carmen:

Thank you so much for your very kind words - and for taking the time to share your thoughts with me. I can truthfully say that I, too, am very concerned about the possibility of losing what you called that human touch. My travel schedule is so hectic, giving me such a short amount of time in each school and district. It therefore becomes almost impossible to maintain that contact with others that is so important.

In starting up the Guam District, I was fortunate to have found good principals to do the hard work, a good superintendent to lead the district, strong military and parent support, and, most important, a group of outstanding educators to teach the children.

Thank you for the time and effort you spent on the Media Fest. It was hard work for all of you, and we do appreciate it.

Sincerely,

Nancy Bresell

-----Original Message-----

| | |
|---|---|
| From: | Rodriguez, Carmen K. |
| Sent: | Thursday, May 04, 2000 5:50 PM |
| To: | Bresell, Nancy |
| Subject: | Teacher Appreciation Week |

*5-04-00*

Dear Dr. Bresell,

Your message sent to us today had such an uplifting human touch to it. I have seen you a few times before when you came out to our school, Andersen Elementary at Andersen Air Force Base, Guam, but would only see you at a distance but not speak with you. We, as professionals, cannot help but wonder if our leaders have that "human touch" or perhaps it has been lost since reaching the top of their chosen profession.

That all changed when I was selected to become a judge at the Pacific Far East Media Fest 2000 from 24 April to 27 April last week. On Thursday last week, you came to the back part of the "judging room" and saw that Rick Heimbach and I were working on our respective assignments and you had very kindly thanked us for staying back to work on the last entries of the Media Fest. You thanked us with all sincerity and I was deeply moved by your kind gesture. You were so humble. I knew then that you had not lost the "human touch".

All our successes can be traced back to the place of origination: DDESS leadership. We would be foolhardy to think that we could have achieved the successes we have had without strong administrative leadership. It takes excellent leadership to believe in teachers; to trust us to do the right things by our students, parents, and communities; to enable us to charter courses where no other has gone, as is the case with us here on Guam.

1

In 1997, plans to separate from the Department of Education, Guam and create a new DDESS school system was inevitable. The mission of undertaking this monumental challenge was dubbed "Operation: Bright Vision". From school year 1997 to the present day, we have not lost sight of our mission. Our Vision is as bright as ever. With your guidance, we have been able to join our Asian-Pacific school communities in becoming true educational **pearls** of the Pacific Far East Region.

All the words you used to describe our teachers can also be easily described of you and your administration. You have been a contributing listener, an explorer, a motivator, a mentor, as well as a cheerleader- A True Team Player!

Our entire school system here on island would have not been possible without your leadership. You have helped us more than we could ever be thankful for.

Your leadership has provided an inspiration to those who have met you because you have made them feel like a valuable and contributing member of the DDESS family. Your letter today reinforces the importance of reflection in our lives. It also helps us to appreciate the roles of other people and our interdependence with one another. Most importantly, it underscores the notion that successes are created and maintained by concerted efforts of everyone.

I am so happy and fortunate to have met you.

Sincerely,
Carmen Rodriguez, Reading Improvement Specialist, AES, Guam

# DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS
### ANDERSEN ELEMENTARY SCHOOL
#### UNIT 14057
#### APO AP 96543-4057
#### 671-366-1511/12
#### OFFICE OF THE PRINCIPAL

May 19, 2000

MEMORANDUM FOR: *Carmen Rodriguez*

SUBJECT: Tentative Teacher Assignment for SY 2000-2001

Your assignment for SY 2000-2001 will be _____*RIS*_____. This is based upon the present enrollment figures for SY 2000-2001. Your teaching assignment will be in effect unless changes in curriculum, mission, staffing, recruitment actions or the enrollment make it necessary to change it when school begins in August.

The *reporting date* for SY 2000-2001 will be *Tuesday, August 8th at 7:45am*.

Joseph J. Caruselle
Principal

I acknowledge receipt of the tentative teaching assignment for SY 2000-2001.

_____*CRodriguez*_____
Signature

_____5/29/00_____
Date

**Rodriguez, Carmen K.**

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **Sent:** | Wednesday, May 24, 2000 7:54 AM |
| **To:** | Caruselle, Joe |
| **Subject:** | RE: A Truly POWERFUL Plan!!!!!!!! |

E are VISIONARIES!!!

c

> -----Original Message-----
> **From:** Caruselle, Joe
> **Sent:** Wednesday, May 24, 2000 7:40 AM
> **To:** Pangelinan, Nicole; Tougher, Wendy; Rodriguez, Carmen
> K.; Nelson, Suzette; Hall, Debra; Ankersen, Chad; Walker,
> Robin; Rhodes, Donna; Wolff, Vivian
> **Subject:** A Truly POWERFUL Plan!!!!!!!!
>
>
> **School Improvement Leadership Team,**
>
> **Our children, school-community and professional staff are the**
> **beneficiaries of your efforts to develop a powerful**
> **conceptual framework for school improvement for the 2000-2001**
> **School Year!**
>
> **Thank you for your creativity, dedication and commitment to**
> **our ongoing school-improvement process.**
>

> **With Appreciation,**
>
> **Joe Caruselle**



1

Glenda,
Clipped items to
Stacy Papineau.
Total Package return to
Carmen Rodrigy. (Joe C.

DEP
Domest

President
Andersen Elementary School
Parent Teachers Organization

Subject: Reading Is Fundamental

Dear Mrs. Papineau,

I am taking this opportunity to request that our PTO consider sponsoring our school's, "Reading Is Fundamental" program for School Year 2000-2001. This program funds 75% of the school's purchase of brand new, age appropriate books for each child 3 times a year. Our 25% co-pay for these purchases amounts to $1,500.00. I have had direct experience with this program at my last assignment and it is terrific!

I am including copies of the information related to the program for your review.

With Appreciation for Your Consideration,

Joseph J. Carusciello
Principal

*14 June 2000*

## MEMORANDUM OF UNDERSTANDING

School: Andersen Elementary School, Andersen AFB Yigo, Guam -- DDESS- North Guam

I agree to accept the extra-duty activity of SIP
(show code, title, and hourly range) for the School Year 2000-2001 . I
understand the amount to be paid for this activity is $ 616.00 , and shall
be adjusted upward based on the new salary schedule. The estimated number of
hours predicted for this duty is 20-39 hours. The time worked will be in
addition to, and not as part of, a regular full- or part-time teaching assignment
and cannot be during duty hours when school is in session.

## DESCRIPTION OF TASKS TO BE PERFORMED:

As soon as the activity is completed, I will notify the Principal and he/she shall
arrange that I be paid by separate check not later than the next regular pay
period for employees.

Carmen Rodiguez
Employee's Name    (please print)

Joseph J. Caruselle
Principal's Name    (please print)

14 June 200
Date Employee Signed

Employee's Signature

Principal's Signature

14 June 2000
Date Principal Signed

DS Form 5053,  AUG 87

# DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS
### ANDERSEN ELEMENTARY SCHOOL
### UNIT 14057
### APO AP 96543-4057
### 671-366-1511/12
### OFFICE OF THE PRINCIPAL

15 June, 2000

Memorandum for the Record
Subject:  Evaluative Comments, Carmen Rodriguez, SY 1999-2000

   Ms. Carmen Rodriguez's highly effective student management skills assure that recognition for students' successes, consistent reinforcement of appropriate student behaviors, a positive learning environment and empathy for students' developmental needs are the benchmarks of an exceptional classroom management plan.

   Ms. Rodriguez utilizes diverse and effective learning materials to meet students' learning needs.  Her ability to analyze the materials and best utilize their content for learning is exceptional.  Ethnic and cultural diversity is also utilized as a primary selection factor in materials selection.  Highly effective efforts indicate Ms. Rodriguez's systematic methodology for the efficient utilization of materials in organized and logical instructional planning.

   Ms. Rodriguez's highly effective communication skills assure that interactions among her and students, parents, staff and the administration clearly communicate the intended message.  Classroom interactions assure that directions are clear and concise, explanations are accurate, discussions support instructional objectives and instruction is participatory and meaningful.

   Objective based, content rich instruction highlights Ms. Rodriguez's exceptional effectiveness in the classroom.  Highly developed instructional delivery skills, an in-depth understanding of curriculum and exceptional abilities to make learning exciting and meaningful are in evidence.

   Ms. Rodriguez regularly and effectively assesses and evaluates all students' progress.  The relationship between assessment and instruction is in evidence.  Continual effort to assure that all students are learning is a highlight of her assessment and evaluation plan.  Accurate assessment documentation assures that students and parents are aware of progress and student achievement.

   Ms. Rodriguez's professional responsibilities assure that the many administrative requirements of the teacher are managed comprehensively and in a timely manner. Record keeping, accountable property management, EEO standards, professional development activities, home – school communications and other requirements are managed in an exceptional manner.

Ms. Rodriguez highly effective instructional skills and diverse teaching strategies, comprehensive understanding of content and curriculum and the ability to diagnose and provide appropriate interventions for student needs is exceptional

Ms. Rodriguez works tirelessly both in the continual development of the Reading Improvement Program and in leveling the several thousand volumes in the school's library print collection.

Ms. Rodriguez is commended for her commitment to task and dedication of purpose. Her extensive educational background, love of education and of children exemplary the professional educator.

Joseph J. Caruselle
NAESP - National Distinguished Principal

*9-06-00*

*no follow-up "*

From:    Rodriguez, Carmen K.
Sent:    Wednesday, September 06, 2000 3:38 PM
To:    Hall, Sherry   *Read  9/16/00  10:13 AM*
Subject:    Status of RIS Students

*read 10 days later*

Sherry,

I wanted to know when we could set aside time to discuss the status of those students who have been greatly impacted by their Terra Nova scores. We have students who have scored anywhere from 3% to 49%, which is <u>definitely below average</u>. Those who scored in the <u>bottom quartile ( 3%- 25%)</u>are:

1. Arellano, Danora
2. Carbajal, Marquis
3. Carbajal, Kiara
4. Edlund, Miki
5. Frank, Jonathan
6. Gomez, Allen
7. Kochera, Christopher
8. Malies, Alisha
9. Marable, Michel'le
10. Morrisey, Joshua
11. Navarro, Jordan
12. Osdon, Patrick
13. Profitt, Michael
14. Ramos, Angelina
15. Rivera, Kristen
16. Tolar, Derrick

On the other hand, there are 44 students who scored 26% to 47%. These scores are only for <u>fourth and fifth grade students</u> because the third grade students just came up from second grade and have no Terra Nova scores until 2001. I know the District is heavily concerned with maintaining those wonderful scores the students were able to achieve last year.

Remember, two years ago, we had a tremendous problem: two-thirds of the students in first grade had to be serviced for reading because they were functioning way below grade level. Many didn't pass Kinder standards.

A Kinder teacher admitted to me that phonics was not stressed in their program!!!!! No wonder why so many failed.!! Students had no clue how to sound out anything much less identify letters to their matching sounds. These kids were clueless!! They had no exposure, therefore, no experience. What an expensive lesson. It makes teaching that much harder for every teacher and it makes learning more difficult for every child who has not learned the most basic building blocks by which they learn concepts and skills. They are totally bereft of any prerequisite skills. And we wonder why learning isn't taking place?

Some of those students are still here. Some have also left the island. I have asked Barbara Warren if she could give me the list of students that she had worked with during that time so that I could do a follow-up since we have no Terra Nova scores for these Third graders.

## Long Term Goal

While we are on the topic of tests, I would like to strongly recommend that we, as teachers, develop teacher-made tests during this school year so that we could implement it next year to all K-2 students. These tests should cover Reading, Language Arts, Math, Science, and Social Studies. Of course, each section will have a writing component to it and our DoDEA curriculum could serve as our framework. It would be best to have each subject committee create a test and get approval from their grade level teachers.

When you can, please set a time for us to meet.

Thanks,
Carmen

**Rodriguez, Carmen K.**

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **Sent:** | Monday, September 11, 2000 2:57 PM |
| **To:** | Ankersen, Chad |
| **Subject:** | RE: Reference our short hall conversation |

I am curious: Whose idea was it to have the Reading Buddies run in its current fashion? Was the original intent aimed at phasing out the pullout programs? You guys must have thought this through for quite some time to come up with such an idea. Does anyone have any research to let us know that it is in the best interest of the children to go this route? If it exists, then I am all for it! Anything to improve our children's education. :)

Surely, Mrs. Hall must know what she's doing for her to put great emphasis on the Reading Buddies (Specialists). *included P.E, Music, Art, Culture teachers, even* Mrs. Hall firmly believes that the Reading Buddies (Specialists) will be able to *nurses* cover the skills that our "remedial" students need. I have spoken with her twice *counselor* re:this issue and she is steadfast in her decision. *( RIS, ESL, L.I. -ing)* *and Librar*

I think that the Reading Buddies (Specialists) is great to have but I think incorporating Reading services for the most neediest students should continue.

I truly do not know why we are not continuing they way were last year. Perhaps you teachers were not happy with how the students were served and decided to go another route. I have no clue. You all were here and I am assuming you all agreed to have it done in this way this year.

A comment on your letter...
I think having them pulled aside and having them do remedial work in front of their peers is pretty embarassing. I totally agree with that.

Carmen

-----Original Message-----
From: Ankersen, Chad
Sent: Monday, September 11, 2000 1:51 PM
To: Rodriguez, Carmen K.
Subject: Reference our short hall conversation

Reference our short hall conversation:
I think I understood you correctly but I don't agree with the concept of putting all of the services provided by you onto the shoulders of the reading *very important* buddies. The reading buddies may be excellent teachers in their own right but we need them to help the classroom teacher with the WHOLE program, not specialize in taking care of the bottom 10%. I think that those children will need specialized, extra help that you are more qualified to do.
I feel that they need to be pulled and serviced in a special environment, away from the rest of the students. I don't think it is right for them to do remedial work in front of their peers. It is a very difficult age to have this

kind of attention.
Does this help at all?
Chad Ankersen
5th Grade /Andersen Elementary



**Beem, Margarita**

| | |
|---|---|
| From: | Helton, Keone |
| Sent: | Thursday, September 28, 2000 12:09 PM |
| To: | Ankersen, Chad; Baldevia, Rolyn; Barrett, FeZoe; Beem, Margarita; Bertucco, Kristina; Bolwar, Heather; Cannon, Jeannette; Cartagena, Dialma; Cruz, Marie; Culver, Danielle; Dicken, Melissa; Donaldson, Cynthia; Dupuis, Alexandra; Flores, Liz; Fulghum, Cheryl; Goldhorn, Janet; Guerrero, Brigida; Hall, Debra; Harmon, Arlene; Hines, Margaret; Hofius, Susan; Jones, Cynthia; King, Janolyn; Lugo, Kymberly; Mance, Susan; Marquez, Fumi; Martinez, Myrna; McCluskey, Valerie; McNeese, Carolyn; Miles, Dona; Morris, Alisa; Mulbarger, Jennifer; Mundell, Marquita; NELSON, SUZETTE; Norvell, Michelle; Oberheim, Jacqueline; Palaganas, Linda; Pangelinan, Nicole; Perez, Anita; Petty, Andria; Powers, Marilyn; Rhodes, Donna; Rittman, Brenda; Rodriguez, Carmen K.; Sanford, Kimberly; Scadlock, Kyma; Sheldon, Anna; Sison, Doriann; Sudo, Martha; Sullivan, Ruby Lynn; Taitano, Josefina; Tougher, Wendy; Waggoner, Joe; Walker, Robin; Warren, Barbara; Willis, Jerene; Wolff, Vivian |
| Subject: | FW: |

*(handwritten notes in left margin):* 9 PM ok / 12:11 PM ok / 1:36 PM I was no longer getting email — why?

*(handwritten note):* My name is listed.

-----Original Message-----
**From:** Arvidson, Terry
**Sent:** Thursday, September 28, 2000 11:02 AM
**To:** Velasquez, Nora; Achenbach, Lynn; Anderson, Engracia; Anderson, Scott; Aperocho, Rosie; Aquiningoc, Manuel; Arvidson, Douglas; Atoigue, Elizabeth; Babasa, Julieta; Bautista, Julieta; Baza, Margaret; Black, Molly; Blanding, Steve; Boyer, Nicole; Bryans, Lota; Camacho, Bernadette; Captain, Kadon; Coker, Judith; Cruz, Cecilia; Cruz, Louise; Deguzman, Helen; Flores, Mae; Gacusan, Annie; Gaub, Heidi; Gonzales, Cecilio; Guzman, Joaquin; Hall, William; Hamlin, Michelle; Hart, Judy; Heitstuman, Debra; Herren, Angela; Herrera, Bertha; Herring, Christa; Hokanson, Susan; Kalke, Tamara; Kessler, James; King, Diann; Kranz, Amy; Leon Guerrero, Rose; McJohn, Charles; McKinnon, Hugh; McKinnon, Lori; Moore, Debora; Nauta, Carmellita; Nelson, Paula; Parker, Vivian; Payne, Maria; Pinto, Josephine; Proeger, Kristin; Reichenberger, Gail; Salango, Chito; Salas, Marisa; San Nicolas, Gregg; San Nicolas, Julie; Sangueza, Cheryl; Santos, Virginia; Serrano, Linda; Slater, Barbara; Smith, Kimberly; Smith, Mia; Topasna, Christina; Tuquero, Jean; VanLandingham, Wendy; Veltri, Carlo; Veltri, Emilyn; Villines, Marlene; Wallace, Kathryn; Walter, Judy; Winther, Melinda; Wooten, Rosemary; Zimms, David
**Cc:** Davis, Bruce; Doughty, Cecilia; Gist, Rebecca; Helton, Keone; Hines, Dave; Holcomb, Josie; Jao, Norma; Niemi, Jeffrey; Powers, Marilyn; Waggoner, Joe
**Subject:**

Thought you all needed to know that a new AP has been hired. here is the message I received from Rich.

Terry

Dr. Jackie Taton-Saunders has accepted a job in DDESS Puerto Rico as an AP for Antilles ES. I would like to take this opportunity to thank her for her services here on Guam in assisting us set an excellence educational institution for our military and Federal civilian dependents. I would like to recognize her efforts on Monday 2 Oct at Ladera Towers after our Directors/Principals meeting.

rry Smith-currently AP at Amelia Earhart ES on Kadena AB in Okinawa has been reassigned to South Guam ES/MS and .l replace Jackie. Report date is still pending. Help me by welcoming Jerry to DDESS Guam. Jerry was DoDDS-P Assistant Principal of the year in SY 99-00 and will be a great addition to our administrative team.

1

?     9-28-00     My name is listed.

| From: | Helton, Keone |
|---|---|
| Sent: | Thursday, September 28, 2000 12:17 PM |
| To: | Ankersen, Chad; Baldevia, Rolyn; Barrett, FeZoe; Beem, Margarita; Bertucco, Kristina; Bolwar, Heather; Cannon, Jeannette; Cartagena, Dialma; Cruz, Marie; Culver, Danielle; Dicken, Melissa; Donaldson, Cynthia; Dupuis, Alexandra; Flores, Liz; Fulghum, Cheryl; Goldhorn, Janet; Guerrero, Brigida; Hall, Debra; Harmon, Arlene; Hines, Margaret; Hofius, Susan; Jones, Cynthia; King, Janolyn; Lugo, Kymberly; Mance, Susan; Marquez, Fumi; Martinez, Myrna; McCluskey, Valerie; McNeese, Carolyn; Miles, Dona; Morris, Alisa; Mulbarger, Jennifer; Mundell, Marquita; NELSON, SUZETTE; Norvell, Michelle; Oberheim, Jacqueline; Palaganas, Linda; Pangelinan, Nicole; Perez, Anita; Petty, Andria; Powers, Marilyn; Rhodes, Donna; Rittman, Brenda; Rodriguez, Carmen K.; Sanford, Kimberly; Scadlock, Kyma; Sheldon, Anna; Sison, Doriann; Sudo, Martha; Sullivan, Ruby Lynn; Taitano, Josefina; Tougher, Wendy; Waggoner, Joe; Walker, Robin; Warren, Barbara; Willis, Jerene; Wolff, Vivian |
| Subject: | FW: Keeping you Updated |

My name is listed.

-----Original Message-----
**From: Tom, Richard**
**Sent:** Tuesday, September 26, 2000 9:42 AM
**To:** Arvidson, Terry

9-26-00

**Cc:** Cruz, Cecilia; Davis, Bruce; Doughty, Cecilia; Gist, Rebecca; Helton, Keone; Hines, Dave; Holcomb, Josie; Jao, Norma; Niemi, Jeffrey; Powers, Marilyn; Waggoner, Joe; Harmon, Gordon
**Subject:** RE: Keeping you Updated

Terry:

Thanks for sharing the concerns.  I will discus them with you when we meet.

Rich

| -----Original Message----- | |
|---|---|
| From: | **Arvidson, Terry** |
| Sent: | Tuesday, September 19, 2000 1:36 PM |
| To: | Tom, Richard |
| Cc: | Cruz, Cecilia; Davis, Bruce; Doughty, Cecilia; Gist, Rebecca; Helton, Keone; Hines, Dave; Holcomb, Josie; Jao, Norma; Niemi, Jeffrey; Powers, Marilyn; Waggoner, Joe |
| Subject: | Keeping you Updated |

Hi Rich:

Now that you're back and rested (?) I would like to share with you the concerns that surfaced last week as I visited the schools.

**1. MOA** - As I shared with the faculty reps and they sent it out further to the teachers, it seemed the administrators weren't "in the know" as I had expected. Some people were told by their office staff (when applying for the leave in less than 4 hour increments) that they knew nothing about the new guidelines. So I sent a copy of it to each representative and told them when they next met with their principals to share it with them. (Later I realized that even though some principals had the MOA, they had not read it yet.) I further encouraged them to discuss the very real concerns of the administrators in finding substitutes for shorter periods of time and try to think of solutions. In the meantime I said I would contact my colleagues in the states and see how it was done there - perhaps you already have had some input from your

1

**From:** Helton, Keone
**Sent:** Thursday, September 28, 2000 1:36 PM
**To:** Ankersen, Chad; Baldevia, Rolyn; Barrett, FeZoe; Beem, Margarita; Bertucco, Kristina; Bolwar, Heather; Cannon, Jeannette; Cartagena, Dialma; Cruz, Marie; Culver, Danielle; Dicken, Melissa; Donaldson, Cynthia; Dupuis, Alexandra; Flores, Liz; Fulghum, Cheryl; Goldhorn, Janet; Guerrero, Brigida; Hall, Debra; Harmon, Arlene; Hines, Margaret; Hofius, Susan; Jones, Cynthia; King, Janolyn; Lugo, Kymberly; Mance, Susan; Marquez, Fumi; Martinez, Myrna; McCluskey, Valerie; McNeese, Carolyn; Miles, Dona; Morris, Alisa; Mulbarger, Jennifer; Mundell, Marquita; NELSON, SUZETTE; Norvell, Michelle; Oberheim, Jacqueline; Palaganas, Linda; Pangelinan, Nicole; Perez, Anita; Petty, Andria; Powers, Marilyn; Rhodes, Donna; Rittman, Brenda; Sanford, Kimberly; Scadlock, Kyma; Sheldon, Anna; Sison, Doriann; Sudo, Martha; Sullivan, Ruby Lynn; Taitano, Josefina; Tougher, Wendy; Waggoner, Joe; Walker, Robin; Warren, Barbara; Willis, Jerene; Wolff, Vivian
**Subject:** FW: EDA Schedule

**Importance:** High

*My name isn't listed.*

Staff; you might want to check this out. keone

-----Original Message-----
**From:** Arvidson, Terry
**Sent:** Thursday, September 28, 2000 1:19 PM
**To:** Cruz, Cecilia; Davis, Bruce; Doughty, Cecilia; Gist, Rebecca; Helton, Keone; Hines, Dave; Holcomb, Josie; Jao, Norma; Niemi, Jeffrey; Powers, Marilyn; Waggoner, Joe
**Subject:** EDA Schedule
**Importance:** High

Faculty Reps,

On Monday (October 2nd) the principals will be given the information sheet with the EDA information. They are being tasked to have the list completed and returned by October 6th - that only gives one week. Please see you administrator about this and make sure it doesn't get lost. Any money not used in the EDA at your school will be offered at other schools, so don't lose your money!! There are some winners and some losers in this, financially, but it is set and there's nothing I can do about it. As awful as it sounds people are going to have to "take it or leave it" .

If I can get it together I'll try to copy and/or FAX as much of it as I can to you. Bruce and Norma, Becky Gist may have a copy - check with her.

Terry

1

RIF Project Identification Number *GU-701-A*

## RIF FEDERAL PROGRAM GUIDELINES CHECKLIST:

*By signing this agreement, I understand that I am required to follow all of these guidelines. In the event that I fail to follow the guidelines, my RIF program may be subject to withdrawal, resulting in the loss of federal funding.*

☑ I understand that the RIF Program consists of three key components:
   free books to children at no cost to them or their families
   motivational activities
   parental involvement

☑ I will conduct all of my distributions within my contract year, beginning with the effective date and ending on the termination date. All distributions will be held at least one month apart. Each child will receive the following number of books based on the following:

   3 books through 3 separate distributions during a school year program.
   2 books through 2 separate distributions during a summer program.
   5 books through at least 3 separate distributions during a year round program.

☑ Children will be able to choose books free of adult interference.

☑ A minimum of 3 people will serve on the book selection committee.

☑ Parents will be involved in the RIF Program.

☑ I will spend all of my federal allotment on books for the RIF Program. If I am unable to spend the total federal allotment, I will not have a balance over $25.00 when my program terminates.

☑ Only RIF children will receive RIF books, and no books will go to teachers or be used for classroom collections.

☑ I will submit all paperwork to RIF according to the following time line:

   • Invoices (Invoices, Invoice Verification Form, and Payment) — no later than 30 days after receipt of the invoice(s).
   • Distribution Reports — no later than 30 days after each distribution.
   • Renewal Documents (proposal, subcontract agreement, performance report and guidelines checklist) — recommended by the first day of the termination month, but no later than the Termination Date.

☑ I will not order any books before my program is approved, and I receive authorization from RIF.

☑ Motivational activities must occur in conjunction with each book distribution.

☑ Children who are absent during a RIF Distribution will have the opportunity to select a book at another time. No teacher or other student will choose a book for them.

*I have read and understand the guidelines listed above. I will adhere to these guidelines, and I understand that failure to follow these guidelines may result in program withdrawal.*

*Carmen K. Rodriguez*                          9-19-00
(RIF Coordinator)                              (Date)

*Joe Martin*                                    6-OCT-00
*(Authorizing Official)*

| | |
|---|---|
| From: | Rodriguez, Carmen K. |
| Sent: | Sunday, October 08, 2000 12:01 PM |
| | Masters, Joe    12/9/00   7:14 P.M |
| Subject: | RE: Thank YOU! |

> -----Original Message-----
> From:        Masters, Joe
> Sent:        Sunday, October 08, 2000 8:13 AM
> To:          Rodriguez, Carmen K.
> Subject:     RE: Thank YOU!
>
> **Carmen,**
>
> **I am glad that the information was received by the office**
> **handling RIF without any problems. Thank you for your**
> **support in the effort to bring this program into our school**
> **for our students. We can further discuss book distribution,**
> **etc., once we receive the books. If volunteers are needed to**
> **assist with inventorying the books, let me know and I will**
> **send a message out to our Partner Units and Officers Wives**
> **Group that has offered to assist the school at any time.**
>
> **Again, nice job.**
>
> Joe

*10-08-00*
*A nice letter*
*from Mr. Masters.*

> **-----Original Message-----**
> From:   Rodriguez, Carmen K.
> Sent:   **Saturday, October 07, 2000 12:21 PM**
> To:     **Masters, Joe**
> Subject:   **Thank YOU!**
>
> **Mr. Masters,**
>
> **Thanks so much for expediting matters re:your required**
> **signature. The RIF organization contacted me today and said**
> **the "Guidelines Checklist" was faxed. Our completed proposal**
> **will be sent one more level up for a final review. As soon**
> **as we've been approved, they will contact us immediately.**
> **They are pretty good at that-prompt and efficient.**
>
> **Whew!! I was really nervous because we were lacking one more**
> **signature in the proposal packet. When I checked the**
> **proposal folder in the presence of Mrs. Hall, I just wanted**
> **to see if all the papers were in order. When it was**
> **discovered that your signature was missing, my heart sank.**
> **I couldn't get your signature because Mrs. Hall said you had**
> **already left the island. I was worried that it would**
> **seriously jeopardize our acceptance by the deadline date.**
>

*10-07-00*
*A thank you*
*letter from*
*me.*

1

> I contacted them and let them know that as soon as you
> returned from TDY that I would get your signature for the
> checklist and get it faxed out to them. You were probably
> overwhelmed by the many activities we currently have here at
> the school and were interrupted from your review of the
> proposal materials. It also crossed my mind that a possible
> reason why you forgot to sign the checklist was because you
> were also jetlagged. I know the feeling.
>

10-07-00
_how prophetic!_

> Thanks, because without your support, this program will go ←
> nowhere. No amount of raindancing on my part will make this
> fly. :) Your tremendous support will make a lot of families
> happy. When families feel good, you will look good, too. It
> shows that you take the quality of life issue very seriously
> for these families here.
>
> This monumental project will be of a historical significance
> for our school because it is a first-ever venture especially
> of this magnitude. We will be receiving approximately 4,890
> books for the year inclusive of the summer months with 3
> distribution dates for the school year and 2 in the summer.
> This will be the first of many years provided we keep up with
> our end of the subcontractual agreement.
>
> With these many books coming into our school, you can expect
> media coverage as well. There will be reading motivational
> activities surrounding the book distribution dates.
> Celebrity readers and other volunteers will be seen milling
> about the school classrooms and hallways.
>
> This RIF project is definitely in alignment with our SIP
> goals and objectives. There are more Reading activities to
> come. :)
>
> Anyway, this waiting period will be over soon. When we
> finally get our proposal approved, I will do all I can to get
> our other schools online. We have other DODEA schools here
> that will need our support and assistance so that they too
> can reap the benefits from the same source.
>
> Have a great 3-day weekend. If you're reading this ex post
> facto: I hope you had a great one!
>
>

**Rodriguez, Carmen K.**

| | |
|---|---|
| From: | Rodriguez, Carmen K. |
| Sent: | Tuesday, October 17, 2000 9:35 AM |
| To: | Petty, Andria; Martinez, Myrna; Sullivan, Ruby Lynn; Hofius, Susan; Mance, Susan; Tougher, Wendy; Miles, Dona; Rhodes, Donna; Marquez, Fumi; Mulbarger, Jennifer; Flores, Liz; Larsen, Mary Ann; Costas, Sarah; Harmon, Arlene; Alcott, Debra; Sison, Doriann; Lugo, Kymberly; Bunnenberg, Laura; Hines, Margaret; Walker, Robin; McNeese, Carolyn; Oberheim, Jacqueline; Willis, Jerene; Waggoner, Joe; Bertucco, Kristina; Beem, Margarita; Sheldon, Anna; Rittman, Brenda; Donaldson, Cynthia; Cannon, Jeannette; Taitano, Josefina; Kyrna Scadlock; Perez, Anita; Guerrero, Brigida; Ankersen, Chad; Fulghum, Cheryl; Downey, Kirsten; Sudo, Martha; Norvell, Michelle |
| Cc: | Masters, Joe; Hall, Sherry; Achenbach, John; Tom, Richard |
| Subject: | 2001 Pizza Hut Book It! Program |

Teachers,

It has arrived! I have received 40 **packets** for participation in the Book It! Program. The program began 02 Oct. and will end on March 30, 2001. For many of us who have participated in this worthwhile pizza award program in the past, this will be an added bonus to our SIP plans since Reading/Literacy is our main focus for this school year.

This will be a first venture of its kind here at Andersen Elementary. Hopefully, this will become an annual tradition for our students and parents. This is the 16th year that the Book It! Program has been in existence. Fortunately, the U.S. based sponsored program has extended its participation to the Guam schools, of which DoDEA, Guam has become part of since its establishment in 1997.

The highlights of the 2000-2001 Book It! Program are:

1) Each teacher sets the monthly goal for each student (this can vary from month to month).

2.) After reaching the reading goal, the teacher gives a pizza award certificate to redeem a free personal one-topping personal pan pizza from Pizza Hut.
- redeemable only during business hours
- only one pizza award certificate per month
- each certificate must be completely filled out or else it will be considered invalid and, therefore, non-redeemable.
- award certificates are not to be used as a monthly class pizza party
- each award certificate expires in 30 days from the date of issuance and will be considered void after 01 May 2001.

3.) After participation in the Book It! Program for six months, a Book It! All-Star Medallion with a neck ribbon will be given to each participant by Pizza Hut officials.

4.) Additional reading ideas and activities can be taken off their website:www. bookitprogram.com.

5.) For Kindergarten students or others who are not reading or having difficulty, goals can be adjusted wherein parents or others can read to them or with them.

6.) Verification of Book It! reading assignments can be accomplished in a manner chosen by the teacher.

7.) A parent permission letter for participation is included. Teachers can create their own, too.

8.) A Progress Chart is included to monitor student reading progress.

9.) There are two progress chart themes: one for Arthur and Friends and one for Space.

10.) There is also a contest entitled, *"Make a Difference Day"*, which centers on classrooms performing good deeds ating to reading and literacy. Please read the *Instructions and Resources* booklet for more information about participation, contest rules, and prizes.

11.) Each teacher also gets a pizza certificate for a cheese or a 1-topping medium pizza.

If you would like to participate or if you have further questions, please let me know via e-mail or drop a note in a box. For

those unfamiliar with the Book It! Program, I will hold a meeting if needed, or will meet with small groups upon request.

Enjoy!

Carmen
Reading Specialist
Andersen Elementary School

**Rodriguez, Carmen K.**

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **Sent:** | Tuesday, November 21, 2000 8:12 PM |
| **T** | Tom, Richard |
| | Masters, Joe; Hall, Sherry; Achenbach, John; Harmon, Gordon; Burdick, Sue |
| **Subject:** | RE: RIF Program |

om,

All this information has been shared with our school administration ever since Mr. Caruselle's time. Mr. Caruselle had written a letter back then endorsing our proposal for the RIF involvement. He told me that the previous school that he was from also had a RIF Program and it was very successful. Dr. Achenbach is aware of some of the things that have been going on with getting the RIF program started at Andersen Elementary School. The RIF headquarters in Washington, D.C. knows our status as a DDESS organization (DoDEA).

At first, they wanted us to go under the umbrella of the Government of Guam local schools. I explained that we were not affiliated with those schools and that we served dependents of military, Department of Defense, and civilian personnel. This is one of the reasons why I had recommended that South Elementary/Middle School join us so that they could also benefit from the same advantages that our school community would enjoy and that we would not be the only DoDEA school served.

Mrs. Helen DeGuzman, my counterpart at South Elementary/Middle School, politely declined the invitation to join us due to many activities going on at her school. As it stands, our students are the fortunate ones. Perhaps next year South Elementary/Middle School will join us. I am looking forward to the professional collaboration with our counterparts in the South. I think that it is quite a shame that we are one family and we are unfortunately divided by a few miles. Although we are separate, we should have activities that help us get to know one another. We need to do more activities together whether it's sports or academics. We need to feel like we are a unit and not fragmented because of distance. As our leader, I am requesting that we implement mutual activities between our schools so that we can indeed feel like a family. I am looking to you for guidance and direction in this request.

The greatest advantage in this joint-venture is that our contract with the RIF foundation is renewable on a yearly basis provided t'    e keep our end of the contract. In ten years, our community will have saved $51,000 in the purchase of books. If we include th  ummer months, that will be at least $2,000 per year for an additional $71,000 in ten years! Not bad for submitting a proposal for a federal grant. More teachers should be searching for grants that could be applicable to our status as well as our needs. It is   important that we encourage this aspect of teacher initiative as well as teacher leadership. We should engage ourselves in    es that truly maximize the strengths of our children. Searching for grants that will enhance or improve the quality of life in   tudents should be a definite plus in any teacher's repertoire.

As far as money is concerned, one thing needs to be made clear: There is no exchange of funds. The PTO provides a matching share of 25% and the RIF organization handles the 75% share to the vendors. We do not get involved in any of that. That's what makes this relationship so unique. Only three entities are involved in the money end of it: PTO, the vendor, and the RIF organization. As for me, I have to manage all the reports, distributions, book selections, volunteers, etc. for the entire school population. I also will be in charge of the reading motivational activities at the time of each book distribution. Record keeping is a must.

am recommending that our school conduct monthly Family Literacy Nights that can be sponsored by the different grade levels. These nights will showcase all the different reading activities that our school is currently participating in. These nights could also be nights when we could train volunteers to tutor our students. These evenings will help draw parents and friends to our school. At the last PTO meeting there were less than 10 parents present. That is a pretty low turnout for a school with a population of 885 students. We need to increase our parent participation considerably. Having sponsored Family Literacy Nights in the past at another school, have seen many parents walk away with many great ideas for their children. Many friendships among families were made and amily networking became a staple in the community. Our community here consists of many multi-talented individuals as well as eams just waiting for our invitation to come to our school as partners in education. We need to be cognizant that many of our olunteers are not parents of our students but are friends of teachers and parents. Our partnership needs continual maintenance. \ one-shot deal will not work. The lack of parental attendance should tell us that something is amiss in our relationship. We do ot want to jeopardize our relationship with our community.

\s far as Mr. Masters knowing any of this, he has been apprised of everything. He has even called the RIF organization and poke to one of the women there to cancel our summer participation. The fund-raisers that I was referring to would automatically ie   rolled by the PTO. I feel this is only fair since this type of activity will benefit the students that our PTO represents. My inuci standing is that all fund-raisers, with the exception of the IRA Read-a-Thon (Mrs. Rhodes-for the last 2 years), was managed y the members of the PTO. So far, to my knowledge, no other fund-raisers have been held by any teacher.

y, I wouldn't want the headache to run any fund-raiser. As RIF coordinator, I wouldn't have the time to spearhead a fund-aiser, although I would avail myself to assisting with other things. In addition, I plan to continue to concentrate my efforts (as the

1

Reading Specialist) on school SIP requirements especially since our focus is on Reading. My role in fundraising would be to help out with whatever I can to facilitate and even contribute goods for the fund-raisers. Mrs. Stacie Papineau, our PTO president knows this. I am willing to recruit teachers, parents, and other community members if need be because this is a joint effort and an excellent opportunity to involve our community in spreading literacy and encouraging the love of reading for all our children. Aside from reinforcing the importance of reading and encouraging literacy, all these activities will strengthen our School-Home-Community Partnership in our SIP goals. The more hands that are involved in the monumental work set before us, the lighter the is for all.

Respectfully,
Carmen Rodriguez
ng Specialist
oordinator
Andersen Elementary School

p.s. Please notice the date of
my letter to Mrs. Papineau
as being 07 Sept 00.

> -----Original Message-----
> From:        Tom, Richard
> Sent:        Tuesday, November 21, 2000 1:45 PM
> To:          Rodriguez, Carmen K.
> Cc:          Masters, Joe; Hall, Sherry; Achenbach, John; Harmon,
> Gordon; Burdick, Sue
> Subject:     RE: RIF Program
>
> Carmen:
>
> Good News. Looks like it supports the District and School
> SIP. Has this been coordinated with the school SIT. Please
> share with your Admin and John. I need to know more about
> the Fed fund issue in terms of whether we can accept the
> funds. Please provide Joe with that information. Also,
> there are restrictions on DDESS Employees conducting fund
> ˙ˉˉers along with Base policies that need to be cleared
> ˙   ˙ to conducting the fund raising activities. Normally
· the fund raising is conducted by the PTO and not by us. I
   have Gordon research it.

        > -----Original Message-----
        > **From:      Rodriguez, Carmen K.**
        > **Sent:      Tuesday, November 21, 2000 1:18 PM**
        > **To:        Tom, Richard**
        > **Subject:  FW: RIF Program**
        >
        >
        >
        > -----Original Message-----
        > From:  Rodriguez, Carmen K.
        > Sent:  Thursday, September 07, 2000 3:59 PM
        > To:    'spapineau@ite.net'
        > Subject:       RIF Program
        >
        > **Dear Mrs. Papineau,**
        >
        > **        This  is a follow-up letter to our discussion we had**
        > **earlier today. I would just like to reiterate THE GREAT**
        > **NEWS: Andersen Elementary School has been notified of our**
        > **eligibility to receive Reading Is Fundamental (RIF) funds for**
        > **the sole purpose of purchasing books for our school children.**
        > **GO, DOLPHINS,GO!!  This is great news because <u>all</u> of our**
        > **children will be able to select books of their choice to help**
        > **encourage reading and literacy as they become lifelong readers.**
        >

>       Schools involved in this program are given 75% federal
> funding and are expected to provide the remaining 25%. Our
> school is expected to receive $5,100 in federal funds while
> we provide the local funds of $1,700. I would like to
> request that our school's PTO help provide us with financial
> support in this worthwhile venture. It is not necessary that
> PTO provide all of the matching local funds. However, it
> would be nice since all the money will be for the purchase of
> books for our school children and none of it will be used
> for any other reason. This needs to be made emphatically clear.
>
>       We are willing to accept any amount the PTO can assist
> us with. We will have fund-raisers to help come up with
> whatever amount we need to insure that this RIF Program
> remains a viable and integral part of encouraging good
> reading skills and literacy for our school children.
>
>       Once again, all our children will benefit. No one will
> be left out. Each child will receive one book at each
> distribution date which is 3 times within the school year.
> At each distribution date, the required 25% is expected to
> paid by check (not personal) or money order made out to the
> book supplier of our choice. Each matching share of 25% will
> be paid when ordering books at 3 different times which comes
> to $566.67 per distribution time.
>
>       When you look at it $1,700 ( $566.67 X 3 distribution
> times ) isn't really much when you consider that each of our
> students will get 3 books per year. That amounts to less
> than $1 per child. Surely, our kids are worth much more to
> us than that meager amount. Our involvement in this program
> will yield us an incredible gift of $5,100 given by the RIF
> Foundation. No one else can benefit more from this program
> than our kids. ONE HUNDRED PERCENT (100%) of the $1,700 will
> go to the children. Is there any other program out there
> that can match that promise? I think not.
>
>       Once again, any amount our PTO can contribute will be
> satisfactory. Please let me know if I need to meet with the
> rest of the PTO officers for further information.
>
> Sincerely,
> Carmen Rodriguez
> RIF Coordinator
> Reading Specialist
> Andersen Elementary School
>

*Problems withe the Reading Schedule that Masters and Hall created.*

**Rodriguez, Carmen K.**

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **Sent:** | Monday, November 06, 2000 2:41 PM |
| **To:** | Ankersen, Chad  *read  11/6/00  2:47 PM* |
| **Subject:** | RE: Today's class |

Oh, no! I don't think that would be a good idea. Please do not make them lose out on their Science class. Remember, I had mentioned to the three of you that I had asked Mrs. Hall if I could combine the three of you (you plus Fulghum and Norvell) for the 1:45 to 2:30 slot? It only makes sense since the three of you work so well together. She did say that I could change it but it would have to get Mr. Masters' approval. I will be meeting with both of them tomorrow after school, so I hope we could iron out the kinks in the schedule. Could you please wait for that? I am hoping this Reading Schedule issue will be resolved soon because a lot of time has passed and we are now going into the middle of 2nd quarter soon and we still don't have the Reading Program in full swing.

*✱* I really want the schedule to reflect what you and your students need the same way we did last year, that's why I asked for your input in my "Reading Schedule revisited" memo. I wanted to make sure that the schedule was working well for all teachers. I wanted to make sure that any Reading schedule that is given to you will not adversely affect specials or computer time as well as critical subject areas (i.e. Science). I strongly feel that teachers should be given a choice because they know how their students work best. Oh well... I tried to go to bat for you guys. It seems like every time I try to help out the kids or even make a suggestion, I get my head chopped off. It's okay, because I will just grow another one!  :)

I hope you understand I am just trying to give you want you want and need for those students without compromising other critical areas.

Thanks for sharing your ideas.

Carmen

> -----Original Message-----
> **From:** Ankersen, Chad
> **Sent:** Monday, November 06, 2000 1:17 PM
> **To:** Rodriguez, Carmen K.
> **Subject:** RE: Today's class
>
> My kids are in Language arts at 9:05 so we will not be pulling them out during that period. Instead they will have to miss Science.
> Chad Ankersen                            *— problems here*
>
> > -----Original Message-----
> > **From:** Rodriguez, Carmen K.
> > **Sent:** Monday, November 06, 2000 12:34 PM
> > **To:** Ankersen, Chad
> > **Subject:** RE: Today's class
> >
> > Chad,
> >
> > Was I suppose to change rooms? Please let me know. To my knowledge, I am still in G-2. The schedule that Mrs. Hall gave me has you and Martha Sudo do at 9:05-10:00. Could you show me if there has been a change?
> >
> > Carmen
> >
> > > -----Original Message-----

**From:** Ankersen, Chad
**Sent:** Monday, November 06, 2000 8:46 AM
**To:** Rodriguez, Carmen K.
**Subject:** Today's class

I am sorry about not sending the kids down today. I forgot all about it. We are doing a Science Research project and I am scheduled in the library so I forgot about it. Very busy morning. I will send my 4 to your room on Wednesday at 8:20. OK?
Where are you now? Did you change rooms?
Chad Ankersen



**Rodriguez, Carmen K.**

Rich,

Great News!  Our school is eligible to receive RIF funds.  Since I heard you are leaving for a few weeks, I thought you might like to know that we will be finalizing things while you are gone.  Our PTO president, Mrs. Stacy Pappineau, has told me that our PTO is willing to provide financial assistance. Isn't that great?  If all goes well, perhaps our extended family in the South would like to join us and also establish a RIF Program at their school.  I am willing to provide any assistance to get this off the ground.

Carmen

**Rodriguez, Carmen K.**

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| ⌐ ⌐ | Wednesday, November 22, 2000 4:55 PM |
| ⌐ | Tom, Richard |
| **Subject:** | RE: RIF Program |



I am certain that our presence in the Pacific Region is extremely important to you and you would make sure that we are all like-minded and are focused on the same page. Operation: Bright Vision was implemented in 1997 and is still shining brightly today. Staying the course will ensure our success. Anything else will only detract us from achieving our goal: Strengthening and Maintaining our Students' Quality of Life. An excellent education is within every child's reach right here in Guam. An excellent education is directly proportional to one's quality of life. We can meet that need.

Thanks for the compliment. I need something like this right about now especially with the things going on up here. It's getting to be too much.

Carmen

> -----Original Message-----
> **From:**            Tom, Richard
> **Sent:**            Wednesday, November 22, 2000 7:47 AM
> **To:**              Rodriguez, Carmen K.
> **Cc:**              Masters, Joe; Hall, Sherry; Achenbach, John; Harmon,
> Gordon; Burdick, Sue
> **Subject:**         RE: RIF Program
>

*11-22-00*

> Carmen:
>
> Thanks for keeping well informed. Looks like things are well
>      er control. Just keep everyone in the loop. As the
> n..ntary continues to tell us, "every 45 days we need to get
> the message out. The focus is to centralized, coordinate and
>      us the resources toward the SIP and as the district and
>    f the schools are heading toward this year is to improve
> the reading scores across the board. You are on the right
> track. My questions are only for clarification and
> consideration and to help keep us out of trouble. I will
> always error on the safe side.
>
> Keep up the good work.
>
>
> Rich
>

> -----Original Message-----
> **From:**       **Rodriguez, Carmen K.**
> **Sent:**       Tuesday, November 21, 2000 8:12 PM
> **To:**         Tom, Richard
> **Cc:**         Masters, Joe; Hall, Sherry; Achenbach, John; Harmon,
> Gordon; Burdick, Sue
> **Subject:**  RE: RIF Program
>

*11-21-00*

> Dr. Tom,
>
> All this information has been shared with our school
> administration ever since Mr. Caruselle's time. Mr.
> Caruselle had written a letter back then endorsing our
> proposal for the RIF involvement. He told me that the
> previous school that he was from also had a RIF Program and
> it was very successful. Dr. Achenbach is aware of some of
> the things that have been going on with getting the RIF
> program started at Andersen Elementary School. The RIF
> headquarters in Washington, D.C. knows our status as a DDESS

> organization (DoDEA).
>
> At first, they wanted us to go under the umbrella of the
> Government of Guam local schools. I explained that we were
> not affiliated with those schools and that we served
> dependents of Military, Department of Defense, and civilian
> personnel. This is one of the reasons why I had recommended
> that South Elementary/Middle School join us so that they
> could also benefit from the same advantages that our school
> community will soon enjoy and that we would not be the only
> DoDEA school served.
>
> Mrs. Helen DeGuzman, my counterpart at South
> Elementary/Middle School, politely declined the invitation to
> join us due to many activities going on at her school. As it
> stands, our students are the fortunate ones. Perhaps next
> year South Elementary/Middle School will join us. I am
> looking forward to the professional collaboration with our
> counterparts in the South. I think that it is quite a shame
> that we are one family and we are unfortunately divided by a
> few miles. Although we are separate, we should have
> activities that help us get to know one another. We need to
> do more activities together whether it's sports or academics.
> We need to feel like we are a unit and not fragmented
> because of distance. As our leader, I am requesting that we
> implement mutual activities between our schools so that we
> can indeed feel like a family. I am looking to you for
> guidance and direction in this request.
>
> The greatest advantage in this joint-venture is that our
> contract with the RIF foundation is renewable on a yearly
> basis provided that we keep our end of the contract. In ten
> years, our community will have saved $51,000 in the purchase
> of books. If we include the summer months, that will be at
> least $2,000 per year for an additional $71,000 in ten years!
> Not bad for submitting a proposal for a federal grant. More
> teachers should be searching for grants that could be
> applicable to our status as well as our needs. It is vitally
> important that we encourage this aspect of teacher initiative
> as well as teacher leadership. We should engage ourselves in
> activities that truly maximize the strengths of our children.
> Searching for grants that will enhance or improve the
> quality of life in our students should be a definite plus in
> any teacher's repertoire.
>
> As far as money is concerned, one thing needs to be made
> clear: There is no exchange of funds. The PTO provides a
> matching share of 25% and the RIF organization handles the
> 75% share to the vendors. We do not get involved in any of
> that. That's what makes this relationship so unique. Only
> three entities are involved in the money end of it: PTO, the
> vendor, and the RIF organization. As for me, I have to
> manage all the reports, distributions, book selections,
> volunteers, etc. for the entire school population. I also
> will be in charge of the reading motivational activities at
> the time of each book distribution. Record keeping is a must.
>
> I am recommending that our school conduct monthly Family
> Literacy Nights that can be sponsored by the different grade
> levels. These nights will showcase all the different reading
> activities that our school is currently participating in.
> There could also be nights when we could train volunteers to
> tutor our students. These evenings will help draw parents and
> friends to our school. At the last PTO meeting there were
> less than 10 parents present. That is a pretty low turnout
> for a school with a population of 885 students. We need to
> increase our parent participation considerably. Having

I am severely punished
for my sincere efforts
to improve our children's
quality of life.

> sponsored Family Literacy Nights in the past at another
> school, I have seen many parents walk away with many great
> ideas for their children. Many friendships among families
> were made and family networking became a staple in the
> community. Our community here consists of many

> multi-talented individuals as well as teams just waiting for
> our invitation to come to our school as partners in
> education. We need to be cognizant that many of our
> volunteers are not parents of our students but are friends of
> teachers and parents. Our partnership needs continual
> maintenance. A one-shot deal will not work. The lack of
> parental attendance should tell us that something is amiss in
> our relationship. We do not want to jeopardize our
> relationship with our community.
>
> As far as Mr. Masters knowing any of this, he has been
> apprised of everything. He has even called the RIF
> organization and spoke to one of the women there to cancel    *...after he had already*
> our summer participation. The fund-raisers that I was          *approved it ~*
> referring to would automatically be controlled by the PTO. I
> feel this is only fair since this type of activity will
> benefit the students that our PTO represents.   My
> understanding is that all fund-raisers, with the exception of
> the IRA Read-a-Thon (Mrs. Rhodes-for the last 2 years), was
> managed by the members of the PTO. So far, to my knowledge,
> no other fund-raisers have been held by any teacher.
>
> Frankly, I wouldn't want the headache to run any fund-raiser.
> As RIF coordinator, I wouldn't have the time to spearhead a
> fund-raiser, although I would avail myself to assisting with
> other things. In addition, I plan to continue to concentrate
> my efforts (as the Reading Specialist) on school SIP
> requirements especially since our focus is on Reading.   My
> role in fundraising would be to help out with whatever I can
> to facilitate and even contribute goods for the fund-raisers.
> Mrs. Stacie Papineau, our PTO president knows this. I am
> willing to recruit teachers, parents, and other community
> members if need be because this is a joint effort and an
> excellent opportunity to involve our community in spreading
> literacy and encouraging the love of reading for all our
> children. Aside from reinforcing the importance of reading
> and encouraging literacy, all these activities will
> strengthen our School-Home-Community Partnership in our SIP
> goals. The more hands that are involved in the monumental
> work set before us, the lighter the work is for all.
>
> Respectfully,
> Carmen Rodriguez
> Reading Specialist
> RIF Coordinator
> Andersen Elementary School
>
> p.s. Please notice the date of
>       my letter to Mrs. Papineau
>       as being 07 Sept 00.
>
> > ----Original Message----
> > From:       Tom, Richard
> > Sent: Tuesday, November 21, 2000 1:45 PM
> > To:   Rodriguez, Carmen K.
> > Cc:   Masters, Joe; Hall, Sherry; Achenbach, John; Harmon,
> > Gordon; Burdick, Sue
> > Subject:       RE: RIF Program
> >
> > Carmen:
> >
> > Good News. Looks like it supports the District and School
> > SIP. Has this been coordinated with the school SIT. Please

> > share with your Admin and John. I need to know more about
> > the Fed fund issue in terms of whether we can accept the
> > funds. Please provide Joe with that information. Also,
> > there are restrictions on DDESS Employees conducting fund
> > raisers along with Base policies that need to be cleared
> > prior to conducting the fund raising activities. Normally
> > the fund raising is conducted by the PTO and not by us. I
> > can have Gordon research it.
> >
> > Rich
> >

*11-21-00* *RIF*

> > -----Original Message-----
> > From: **Rodriguez, Carmen K.**
> > Sent: Tuesday, November 21, 2000 1:18 PM
> > To: Tom, Richard
> > Subject: FW: RIF Program
> >
> >
> >
> > -----Original Message-----
> > From: Rodriguez, Carmen K.
> > Sent: Thursday, September 07, 2000 3:59 PM
> > To: 'spapineau@ite.net'
> > Subject: RIF Program
> >

*11-21-00*
*forwarded*

*9-07-00*

> > Dear Mrs. Papineau,
> >
> > This is a follow-up letter to our discussion we had
> > earlier today. I would just like to reiterate THE GREAT
> > NEWS: Andersen Elementary School has been notified of our
> > eligibility to receive Reading Is Fundamental (RIF) funds for
> > the sole purpose of purchasing books for our school children.
> > GO, DOLPHINS,GO!! This is great news because all of our
> > children will be able to select books of their choice to help
> > encourage reading and literacy as they become lifelong readers.
> >
> > Schools involved in this program are given 75% federal
> > funding and are expected to provide the remaining 25%. Our
> > school is expected to receive $5,100 in federal funds while
> > we provide the local funds of $1,700. I would like to
> > request that our school's PTO help provide us with financial
> > support in this worthwhile venture. It is not necessary that
> > PTO provide all of the matching local funds. However, it
> > would be nice since all the money will be for the purchase of
> > books for our school children and none of it will be used
> > for any other reason. This needs to be made emphatically clear.
> >
> > We are willing to accept any amount the PTO can assist
> > us with. We will have fund-raisers to help come up with
> > whatever amount we need to insure that this RIF Program
> > remains a viable and integral part of encouraging good
> > reading skills and literacy for our school children.
> >
> > Once again, all our children will benefit. No one will
> > be left out. Each child will receive one book at each
> > distribution date which is 3 times within the school year.
> > At each distribution date, the required 25% is expected to
> > paid by check (not personal) or money order made out to the
> > book supplier of our choice. Each matching share of 25% will

> > be paid when ordering books at 3 different times which comes
> > to $566.67 per distribution time.
> >
> >    When you look at it $1,700 ( $566.67 X 3 distribution
> > times ) isn't really much when you consider that each of our
> > students will get 3 books per year. That amounts to less
> > than $1 per child. Surely, our kids are worth much more to
> > us than that  meager amount. Our involvement in this program
> > will yield us  an incredible gift of $5,100 given by the RIF
> > Foundation. No one else can benefit more from this program
> > than our kids. ONE HUNDRED PERCENT (100%) of the $1,700 will
> > go to the children. Is there any other program out there
> > that can match that promise? I think not.
> >
> >    Once again, any amount our PTO can contribute will be
> > satisfactory. Please let me know  if I need to meet with the
> > rest of the PTO officers for further information.
> >
> > Sincerely,
> > Carmen Rodriguez
> > RIF Coordinator
> > Reading Specialist
> > Andersen Elementary School
> >

*R1,*

*9-07-00*