| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **Sent:** | Wednesday, November 28, 2001 2:06 AM |
| **To:** | Johnson, Glenda |
| **Cc:** | Burdick, Sue; Tom, Richard; Trabue, Jim |
| **Subject:** | RE: Teaching Certificate |

Mrs. Glenda Johnson,

First, I have already informed you that I do not have a current teaching certificate for this position. Mr. Masters (Principal), Mrs. Hall (assistant principal), and Mr. Gordon Harmon (DSO Guam personnel) all know this. I was forced to accept this teaching position and removed from my RIS position in which I am fully certified for.

I do consider this letter to be a form of harassment and will forward a copy to EEO Headquarters in Alexandria, Virginia. They will decide what to do. I will also keep it for future reference for any court proceedings.

Unfortunately, Glenda, you are caught in the middle of this delicate problem.

This certification issue should be best handled by the administrators who knowingly put me in this position to begin with. Your request is impossible to fulfill. This is plain and simple, so please quit asking. You should not have to get involved in this. You did your best so please leave it to your administrators to settle this issue.

My livelihood is at stake and there are legal systems available to iron out inequities. I am here for the long haul and I am more than willing to see this through however long it takes.

Lastly, I would like to recommend that you submit the truth to NCA: I am not holding a valid teaching certificate for this position as ordered by Mr. Gordon Harmon and Mr. Joseph Masters. I have accepted this position under duress (I was forced). They must know what they are doing, right?

I am confident that these great leaders will come up with something to redeem themselves.

Sincerely,
Carmen Rodriguez, M.Ed.
Reading Specialist


cc:EEO


> ——Original Message——
> **From:** Johnson, Glenda
> **Sent:** Wednesday, November 28, 2001 1:57 PM
> **To:** Rodriguez, Carmen K.
> **Cc:** Burdick, Sue
> **Subject:** Teaching Certificate
>
> Ms. Rodriquez,
>
> Per my meeting with Dr. Burdick. A copy of your
> Teaching Certificate for Elementary K-6 needs to be submitted
> to me no later than Friday, 30 November 2001. This is my
> fifth attempt requesting a copy of your teaching certificate
> for our NCA report. Please stop by the office if your have

**Rodriguez, Carmen K.**

4-19-02

| | |
|---|---|
| From: | Rodriguez, Carmen K. |
| Sent: | Friday, April 19, 2002 4:23 PM |
| To: | Helton, Keone |
| | Cruz, Marie; Arvidson, Terry |
| Subject: | RE: Passing on e-mail |

*read 4/20/02 4:42 AM*

*read 4/22/02 8:29 AM*

e,

As the Faculty Representative Spokesperson of this school, you seem to have a major problem understanding my simple concerns.

Fact Number 1: Mrs. Marie Cruz is not and has never been my representative. It is only you that has claimed that she is. She is simply a witness to what has been e-mailed to me re: only personal messages from you or any other Association/union member. I do not need to be treated any differently than any other bargaining unit member.

Fact Number 2: "Every time I try to do a little something her way
> she explodes so I am careful what I do." Your words are totally untrue and your statement is a gross exaggeration. It's one thing to make a statement like that and quite another to prove who truly does the exploding. Seems like there is transference/projection of feelings here.

Fact Number 3: This e-mail will be used as part of my Unfair Labor Practice suit.

You need to understand the simple truth and do not add anything else to it because I didn't put it there. Since I deeply feel that you can't stick to the truth, **do not send any further personal e-mails to me**. Any further personal e-mails to me with these personal attacks will be considered harassment. I am tired of waiting for you to tell the truth, but it never comes.

Carmen

> -----Original Message-----
> **From:** Cruz, Marie
> **Sent:** Friday, April 19, 2002 1:20 PM
> **To:** Rodriguez, Carmen K.
> **Subject:** FW: Passing on e-mail
>
> atmen,
>
> ague' infotmàsion put i union ginen as Keone.
>
> si Marie
>
> -----Original Message-----
> **From:** Helton, Keone
> **Sent:** Friday, April 19, 2002 12:53 PM
> **To:** Cruz, Marie
> **Subject:** Passing on e-mail
>
> Marie; Carmen indicated that you are her choice of
> representative when going into see admin here. It might be
> helpful to her if you also give her e-mail notices she seems
> to be missing. This MOU re additional assessments is a case
> in point. Every time I try to do a little something her way
> she explodes so I am careful what I do.
>
> **Thanks, Keone**
>
> << File: MOU re testing.doc >>

*Why should Mrs. Marie Cruz email me what he ought to be doing as FRS of this school?*

# Fax

| | | | |
|---|---|---|---|
| **To:** Joe Masters; Sherry Hall | **From:** Carmen Rodriguez |
| **Fax:** 366-2532 | **Pages:** 2 |
| **Phone:** 366-1511 | **Date:** 25 April 02 |
| **Re:** Grievance | **CC:** Terry Arvidson |

☑ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☑ **Please Reply**   ☐ **Please Recycle**

● **Comments:**

Please read the Grievance attached and respond accordingly.

DATE: April 25, 2002

This grievance is being filed under Article 25 , section 1 and Article 11, section 1 of the Master Labor Agreement entered into by the Stateside Region of the Federal Education Association and the Department of Defense Domestic Dependent Elementary and Secondary Schools.

GRIEVANCE:

Under Article 25, Section 1

1. The investigation conducted was not conducted appropriately.
2. The disciplinary action was arbitrary and capricious.
3. The memorandum written by Dr. Tom was out of the complainant's chain-of-command. Dr. Tom is not the complainant's supervisor.

RELIEF REQUESTED:

1. A full investigation of all parties should be conducted. The complainant was never questioned, therefore, the investigation is considered biased.
2. At the end of the investigation, when all legitimate facts are presented, the recent memorandum written by Dr. Tom should be removed from the complainant's OPF.
3. The guilty parties should be disciplined appropriately.

Under Article 11, Section 1(b)

1. The Agency has condoned the practice of threatening behavior of staff members to other staff members.

RELIEF REQUESTED:

1. That the DoDEA Guam District establish a Zero Tolerance Policy against spreading malicious gossip and damaging verbal attacks for all personnel.
2. That repeated behavior will result in adverse action and/or termination.
3. That DoDEA sponsor workshops that will highlight the importance of building up of one another's esteem rather than tearing down another person's character.
4. That counseling be required as a corrective measure.

Point of Contact: Carmen Rodriguez     Phone: 366-1511          FAX:

Signature: _Carmen Rodriguez_  Date: 25 April 02

Cc Terry Arvidson

## DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) | POSITION TITLE, SERIES, GRADE | RATING PERIOD |
|---|---|---|
| Rodriguez, Carmen | Classroom Teacher | 1 Aug 2001 – 30 June 2002 |

**ADDITIONAL COMMENTS:**

| APPRAISAL STAGES | EMPLOYEE'S SIGNATURE & DATE | SUPERVISOR'S SIGNATURE & DATE | REVIEWER'S SIGNATURE & DATE |
|---|---|---|---|
| ELEMENTS & STANDARDS SET | *Carmen K. Rodriguez* Ag. 54-01 | *Maureen R. Neel* 9/14/01 | *signature* 4/Aug/01 |
| PROGRESS REVIEW | *Carmen K. Rodriguez* 11/21/01 | *Jay Martin* 11/Aug/02 | *signature* 4/Aug/01 |
| ANNUAL REVIEW | *Carmen K. Rodriguez* | *Sharon K. Hall* 5-29-02 | *signature* 4/05/02 |

☒ FULLY SUCCESSFUL  ☐ UNACCEPTABLE

09/18/01

Case 1:04-cv-00029   Document 25-22   Filed 06/03/2005   Page 5 of 42

# DEPARTMENT OF DEFENSE DOMESTIC DEPENDENT ELEMENTARY AND SECONDARY SCHOOLS (DDESS)
## PERFORMANCE APPRAISAL FORM

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) Rodriguez, Carmen | POSITION TITLE, SERIES, GRADE **Classroom Teacher** | | | RATING PERIOD 01 AUG 2001 – 30 June 2002 |
|---|---|---|---|---|
| ORGANIZATIONAL UNIT (DISTRICT) DODEA DDESS - GUAM | OFFICIAL DUTY STATION AND ADDRESS ANDERSEN ELEMENTARY SCHOOL ~ Unit 14057, APO AP 96543-4057 | | | SSN 5865-07-0904 |
| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
| ☒ 1. Plans and implements instructional programs based on District/school curricular objectives and guidelines. | a. Develops instructional plans, based on District/school curricular objectives, within the first 4 weeks of the school year (as required). | All Performance Standards for Element Number One have been satisfied during school year 2001 ~ 2002. | X | |
| | b. Prepares, as directed, written lesson plans, (e.g., aligned to stated goals and curricular objectives). | | | |
| | c. Communicates to the students the purpose and objectives of the daily lesson. | | | |
| | d. Selects, adapts, modifies, and/or implements varied and appropriate instructional methods. (e.g., small group instruction, learning centers, demonstrations, question and answer sessions, varied media, etc.). | | | |
| | e. Uses instructional methods and materials appropriate for the developmental level of the students. | | | |
| | f. Teaches lessons by providing relevant information, posing appropriate questions, utilizing supportive learning activities, and providing meaningful feedback and response to students' efforts. | | | |

05/14/02.

**EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL)**

Rodriguez, Carmen

**POSITION TITLE, SERIES, GRADE**

Classroom Teacher

**RATING PERIOD**

01 AUG 2001 – 30 JUNE 2002

| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
|---|---|---|---|---|
| | g. Assesses and returns assigned homework in a timely manner. | | | |
| | h. Utilizes the following principles in lessons presented: 1) lesson objectives are connected to students' past learning experiences; 2) active participation of student is sought; 3) techniques designed to engage students are utilized; and 4) lesson is completed with an effective summary or a related follow-up activity. | | | |
| 2. Employs effective classroom management techniques. [X] | a. Establishes classroom management and disciplinary rules for students (in writing or as age appropriate) and communicates them to students. Rules are communicated to students, are consistently enforced, and are available to students, parents, and administration. | All Performance Standards for Element Number Two have been Satisfied during school year 2001 ~ 2002. | X | |
| | b. Maintains positive classroom interactions, and conflict is generally resolved in the classroom between teacher and student. | | | |
| | c. Contacts parent(s)/guardians of students with continuous disciplinary problems prior to referral to administrators. Referrals are accompanied by a verbal or written report stating the problem and/or previous action(s). | | | |

05/14/02

# DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) Rodriguez, Carmen | POSITION TITLE, SERIES, GRADE Classroom Teacher | | RATING PERIOD 01 AUG 2001 – 30 JUNE 2002 | |
|---|---|---|---|---|
| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
| | d. Assures that unnecessary classroom distractions are minimized through use of effective organizational techniques and/or classroom routines allowing for increased student time on task. | | | |
| | e. Maintains the classroom environment to be conducive to optimal learning. Available supplies are effectively managed. | | | |
| | f. Follows established school procedures to identify supplies, equipment, furniture, and room maintenance needs. Supply requisitions are submitted as required. | | | |
| | g. Employs classroom supervision procedures to promote the safety of students. | | | |
| | h. Provides a complete and up-to-date substitute folder that will contain as appropriate: class rosters, seating charts, daily schedules, identification of students with special requirements, and emergency lesson plans. School emergency procedures are provided for the substitute. | | | |

# DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL)<br>Rodriguez, Carmen | POSITION TITLE, SERIES, GRADE<br>Classroom Teacher | | RATING PERIOD<br>01 AUG 2001 – 30 JUNE 2002 | |
|---|---|---|---|---|
| PERFORMANCE ELEMENT<br>(X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS<br>AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
| 3. Evaluates student progress and assesses student instructional needs. ☒ | a. Communicates (in writing or as age appropriate) the grading criteria to students and to administrators within the first 5 instructional days of the school year. | All Performance Standards for Element Number Three have been Satisfied during school year 2001 ~ 2002. | X | |
| | b. Provides accurate and timely feedback to students and parents on progress and monitors by collecting and maintaining data such as test scores, grades on class assignments and homework, samples of student work, and information regarding class participation. Grades can be logically explained to parents and students. Parent(s)/guardians are notified of progress below expectation in a timely manner. | | | |
| | c. Assesses individual student needs using available test results and other pertinent data. | | | |
| | d. Refers students with suspected learning problems for additional assessment. | | | |
| 4. Coordinates with and utilizes appropriate school/district support personnel. ☒ | a. Follows established procedures relative to requesting support or services from school or district support personnel. Support personnel are effectively utilized (e.g., Educational Technologists, Media Specialists, Counselors, Instructional Support, Nurses, etc.). | All Performance Standards for Element Number Four have been satisfied during school year 2001 ~ 2002. | X | |
| | b. Utilizes support services through attendance at meetings and implementation of programs that are developed for students, as required. | | | |

# DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) Rodriguez, Carmen | POSITION TITLE, SERIES, GRADE Classroom Teacher | | RATING PERIOD 01 AUG 2001 – 30 JUNE 2002 | |
|---|---|---|---|---|
| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
| 5. Establishes and maintains effective working relationships with students, administrators, staff, and parents [X] | c. Implements recommendations of District level support personnel, following approval by the principal. | | | |
| | a. Maintains interactions with students, administrators, staff, and parents that are positive and constructive and are aimed at promoting student learning and good behavior. | Ms. Rodriguez you are encouraged to continue improving within the standards of Performance Element Number Five. | X | |
| | b. Conducts discussions with students individually and/or in groups relative to their academic progress and social behavior. | | | |
| | c. Meets suspense dates for administrative reports and records and submits information that is accurate. | | | |
| | d. Meets professional responsibilities through attendance and participation, as required, in faculty meetings, team/grade/department meetings, case/child study committee meetings, school open house, and parent/teacher/student conferences. | | | |
| | e. Supports school policies, rules, and regulations. | | | |

# DDESS PERFORMANCE APPRAISAL FORM (CONT)

| EMPLOYEE'S NAME (LAST, FIRST, MIDDLE INITIAL) | POSITION TITLE, SERIES, GRADE | RATING PERIOD |
|---|---|---|
| Rodriguez, Carmen | Classroom Teacher | 01 AUG 2001 – 30 JUNE 2002 |

| PERFORMANCE ELEMENT (X INDICATES CRITICAL ELEMENT) | PERFORMANCE STANDARDS AT A FULLY SUCCESSFUL LEVEL | COMMENTS | Fully Successful | Unacceptable |
|---|---|---|---|---|
| | e. Accepts professional responsibilities to contribute to regional accreditation, School Improvement Process, etc. | | | |
| | f. May request or be required to attend workshops, training sessions, etc. in order to remain professionally current. | | | |

05/14/02



UNITED STATES OF AMERICA
## FEDERAL LABOR RELATIONS AUTHORITY
**SAN FRANCISCO REGION**
901 Market Street, Suite 220
San Francisco, California 94103-1791
(415) 356-5002 ext. 23  Fax:(415) 356-6017

July 31, 2002

President, Guam Education Association
P.O. Box 9971
Santa Rita, Guam 96915

            Re:    Guam Education Association
                    Santa Rita, Guam
                    Case No. SF-CO-02-0410

Dear President:

Enclosed is a conformed copy of the Settlement Agreement and Notice to All Members and Employees approved in this case. In order to comply with the Settlement Agreement, the Guam Education Association(Union) is required to:

      Post the Notice to All Members and Employees <u>immediately</u> in conspicuous places, including all places where notices to employees and members are customarily posted. The Notice is to be dated and signed by the President of the Guam Education Association.

The Union is also required to notify me, in writing, within 5 days of your receipt of this letter, of the steps taken to comply with the provisions of the Agreement. At that time, a signed and dated copy of the Notice should be provided to the Region, as well as to the Charging Party. Finally, the Union must provide written confirmation that the 60-day posting period has been completed **immediately** upon its conclusion.

Failure to promptly post the Notice or provide written notification as specified above may be construed as noncompliance with this Settlement Agreement. If you require any assistance or further information concerning this matter, please contact Authority Agent Vanessa Lim at (415) 356-5002, Ext 23.

                    Sincerely,

                    *Gerald M Cole*

                    Gerald M. Cole
                    Regional Director

cc:

Carmen Rodriguz
160 San Antonio Avenue
Dededo, Guam 96912

Guam Education Association
Santa Rita, Guam
       -Respondent

-and-                             Case No. SF-CO-02-0410

Carmen Rodriguez, An Individual
       -Charging Party

## SETTLEMENT AGREEMENT

The undersigned Labor Organization and the undersigned Charging Party in settlement of the above matter, and subject to the approval of the Regional Director on behalf of the Federal Labor Relations Authority, *HEREBY AGREE AS FOLLOWS*:

*POSTING OF NOTICE* - The Labor Organization will post copies of the Notice to All Members and Employees, attached hereto and made a part hereof, in conspicuous places, including all bulletin boards and other places where notices to members and employees are customarily posted, for a period of at least sixty (60) days from the date of posting. The posting period will start at the beginning of the 2002-2003 school year. The Notice to All Employees will be signed by the President of the Guam Education Association. The Labor Organization will submit signed copies of said Notice to the Regional Director who will forward them to the Agency whose employees are involved herein, for posting in conspicuous places in and about the Agency's premises where they shall be maintained for a period of at least sixty (60) days from the date of posting

*OTHER ACTION TO BE TAKEN* - The Guam Education Association(GEA) will include Carmen Rodriguez on the list of recipients for all general emails, including emails sent out to all bargaining unit employees at Anderson Elementary School; all bargaining unit employees represented by GEA; or all members of GEA.

*COMPLIANCE WITH NOTICE* - The Labor Organization will comply with all the terms and provisions of the Notice.

*REFUSAL TO ISSUE COMPLAINT* - In the event the Charging Party fails or refuses to become a party to this Agreement, and if the Regional Director concludes that it will effectuate the policies of Chapter 71 of Title 5 of the U.S.C., he shall decline to issue a Complaint herein and this Agreement shall be between the Labor Organization and the undersigned Regional Director. A review of such action may be obtained pursuant to Section

2423.11(b)(2) of the Regulations of the Federal Labor Relations Authority if an appeal is filed within twenty-five (25) days thereof. This Agreement is contingent upon the General Counsel sustaining the Regional Director's action in the event of an appeal. Approval of this Agreement by the Regional Director shall constitute withdrawal of any Complaint(s) and Notice of Hearing heretofore issued in this case.

*PERFORMANCE* - Performance by the Labor Organization of the terms and provisions of this Agreement shall commence at the beginning of the 2002-2003 school year or, in the event the Charging Party does not enter into this Agreement, performance shall commence immediately upon receipt by the Labor Organization of advice that no appeal has been filed or that the General Counsel has sustained the Regional Director.

*NOTIFICATION OF COMPLIANCE* - The undersigned parties to this Agreement will notify the Regional Director in writing what steps the Agency has taken to comply herewith. Such notification shall be made within five (5) days of the posting of the Notice, and again after the Notice has been posted for sixty (60) days, or, in the event the Charging Party does not enter into this Agreement, after the receipt of advice that no appeal has been filed or that the General Counsel has sustained the Regional Director.

*COMPLIANCE WITH SETTLEMENT AGREEMENT* - Contingent upon compliance with the terms and provisions hereof, no further action shall be taken in the above case.

| Guam Education Association | Carmen Rodriguez |
|---|---|
| San Rita, Guam | Charging Party |
| Respondent | |

By: _____ Teresa L. Arvidson _____ 　　　 By: _____ Carmen Rodriguez _____

_____　　　 _____ Teacher _____
Type or print name and title. 　　　 Type or print name and title.

Date: _____ 26 July 2002 _____ 　　　 Date: _____ July 30, 2002 _____

_____ /S/ Teresa L. Arvidson _____ 　　　 _____ /S/ Carmen Rodriguez _____
Signature 　　　 Signature

Approved: _____ July 31, 2002 _____
Date

By: _____ /S/ Gerald M. Cole _____
Regional Director

## Trabue, Jim

| | |
|---|---|
| **From:** | Harmon, Gordon |
| **Sent:** | Monday, September 02, 2002 7:40 PM |
| **To:** | Trabue, Jim; Horne, Hayden; Weekley, Bryan |
| **Cc:** | Terry, Garth; Witkin, Maxanne; Doreste, Alina; Tom, Richard; Hinman, Elaine |
| **Subject:** | RE: |
| **Importance:** | High |

Jim,

I faxed the information to you on 8/9/02 at 703-696-9059. I will retransmit the data today.

Best wishes,

Gordon

-----Original Message-----
**From:** Trabue, Jim
**Sent:** Friday, August 30, 2002 5:11 AM
**To:** Harmon, Gordon; Horne, Hayden; Weekley, Bryan
**Cc:** Terry, Garth; Witkin, Maxanne; Doreste, Alina; Tom, Richard; Hinman, Elaine
**Subject:**

Hello All

On July 31, 2002, I requested specific data reflected from the Guam Personnel office and as of the date of this message I still do not have the data or a reason why it is not provided. I find this unacceptable.

Will someone please assist me in getting the information I need to process this complaint of Ms. Carmen Rodriquez.

Should this information not be provided we could have a serious problem that would adversely effect on the Agency or effect the outcome in an EEO complaint. Meaning a judge could rule in favor of the Complainant based on what could be viewed as a reluctance for what ever reason by the DoDEA Personnel Specialist to provide the information and documentation requested. Not participating in or failing to provide information in the processing of an EEO complaint by a current Federal employee is a violation of the EEOC Regulation. Most of the time there is no problem in this area. Some one furnishes in writing a reason why the data is not provided. This reason could very well be challenged and found to be unacceptable. Failing to participate in the EEO process by a current Federal employee is unacceptable and it could subject one to disciplinary action or put the Agency at risk. In addition, the Agency is further placed at risk in this situation, because the Personnel Specialist was a Responding Management Official (RMO) in a prior claim filed by this Complainant,

9/9/2002

who in her most recent claim alleges reprisal by several DoDEA employees. Additionally, the failure to timely participate by the Personnel Specialist has placed the Agency at risk since more than 180 days will elapse before the investigation is completed. The EEOC law allows us up to 180 calendar days to complete the investigation. If the investigation is not completed, the Complainant can request a hearing and the judge can make a decision based on the existing record. In such a situation, the failure to provide information by Agency employees could be a crucial factor. There could be an adverse finding.

Thanks,

Jim Trabue

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
901 MARKET STREET, SUITE 500
SAN FRANCISCO, CA 94103

_____

Carmen Rodriquez                          EEOC No. 370-A2-X2760
160 E. San Antonio Ave.
Dededo, Guam 96929

  Complainant
                                          AGENCY No. DD-FY02-16
      v.

Donald H. Rumsfeld
Secretary                                 DATE: October 1st, 2002
Department of Defense

  Respondent
_____/


## ACKNOWLEDGMENT AND ORDER

NOTE:     This Order contains important deadlines.  Please read
          it carefully.


     The Complainant's request for a hearing has been received
and docketed in this office.  The conduct of hearings is governed
by 29 CFR § 1614.109 and Chapter 7 of EEOC Management Directive
110 (MD-110) (1999).  The regulations and MD-110 are available on
the EEOC's website at www.eeoc.gov.  Failure to follow this or
other Orders of the Administrative Judge may result in sanctions
pursuant to 29 CFR § 1614.109(f)(3).

I.   CORRESPONDENCE AND MOTIONS (EXCEPT FOR MOTIONS UNDER
     SECTIONS 109(b)&(g))

     Both parties must provide the opposing party with a copy of
any and all documents that they send to the Administrative Judge
and must state on the document that they have done so.  Failure
to send a copy to the other party may result in return of the
document without EEOC action.

1

Before a party files a motion for an extension of time or other matter, the requesting party must confer with the opposing party and indicate in the motion whether the other party objects to the motion. All motions should be accompanied by a proposed order granting the relief requested in the motion.

Other than to clarify a procedural issue, the parties may not engage in *ex parte* (one-sided) communication with the Administrative Judge.

Extensions of filing dates and postponements will not be granted without a prompt request in writing and a showing of good cause. Failure by the Complainant to obtain representation, or failure by the Agency to assign this matter to a representative, will not be grounds for postponement.

The parties must always keep this office informed of their current mailing addresses.

## II. DESIGNATION OF REPRESENTATIVES

The parties have the right to be represented. However, a Complainant is not required to be represented. **The EEOC does not provide representatives for either party.** The parties must inform this office of the name, address and telephone number of their respective representatives. Even if Complainant has previously designated a representative for EEO counseling and Agency investigation of the complaint, he/she must renew that designation for the purpose of EEOC processing of the complaint. If that representative changes, or if a currently unrepresented Complainant obtains representation in the future, the party shall notify the Administrative Judge and the other party immediately.

## III. PARTIAL DISMISSALS

The parties have 30 calendar days from receipt of this Order to identify any claims that the Agency has dismissed from the complaint during the Agency investigative process, pursuant to 29 CFR § 1614.107(a), and to submit written comments on the appropriateness of each dismissal. Once the opportunity for identification and comment has passed, the Administrative Judge assigned to the case will determine, pursuant to 29 CFR § 1614.107(b), the appropriateness of the Agency's decision to dismiss each claim. If the Complainant fails to oppose in writing the dismissal of a claim within the 30-day period, the opportunity to have the dismissal reviewed by the Administrative Judge shall be deemed waived.

2

## IV.   SETTLEMENT

The parties are encouraged to contact each other to define the issue(s) presented, to develop stipulations (i.e., agreements between the parties that certain facts are true for purposes of adjudicating this complaint) and to discuss settlement.  The Agency must designate an individual with settlement authority to attend any settlement discussions convened by the Administrative Judge.

## V.   DISCOVERY

The parties have the right to seek discovery prior to the hearing in accordance with 29 CFR § 1614.109(d).  The parties must cooperate with each other in responding to discovery requests.  The parties are expected to conduct needed discovery without intervention by the Administrative Judge.  The cost of discovery is paid by the party requesting discovery.  Unless a discovery dispute occurs, copies of interrogatories, depositions, admissions, and documents requested in discovery **should not** be sent to the Administrative Judge.

A.   Discovery shall be completed within **ninety (90)** calendar days of this Order unless otherwise directed by the Administrative Judge.

B.   The method and scope of discovery shall be subject to the following:

1.   Interrogatories shall be limited to one set which shall not contain more than 30 questions with no subparts.

2.   Requests for production of documents must be specific and identify the documents or types of documents requested.  Requests for production of documents shall contain no more than 30 requests, with no subparts.

3.   The Agency must make employees available for deposition.  In addition, the Agency must arrange for the appearance at deposition of former employees currently employed by the federal government.

3

The parties may conduct discovery at any time during the discovery period. If a party does not conduct discovery during this period, the Administrative Judge may determine that the party has waived the right to pursue discovery.

The opposing party must serve his or her response to the request for discovery within 30 calendar days from the date of service of the request. Requests for discovery and objections to such requests must be specific. Notices of depositions do not require a response; however, any objection to a notice of deposition must be served promptly.

A motion to compel must be filed within 10 calendar days after the response to the discovery is due, or as otherwise ordered by the Administrative Judge. Motions to compel and other discovery motions must be accompanied by the discovery requests and responses. Rulings will be made based upon the written submissions. The failure to timely file objections to discovery may result in the objection being deemed waived.

Rulings on discovery motions, including motions to compel, will be made only after the moving party files a signed statement indicating what good faith efforts the moving party has made to resolve the discovery dispute and identifying which items remain in dispute.

## VI. WITNESSES

Each party shall send to this office, with a copy to the opposing party, a list of the persons requested as witnesses at the hearing within **thirty (30)** days of receipt of this order. The witness request shall include the name, position, and location of each requested witness, a brief description of the testimony each requested witness is expected to provide, and a statement of the relevancy of that testimony to the claims raised in the complaint.

Generally, the Administrative Judge will approve or disapprove witnesses based on whether or not their proposed testimony is relevant or unduly repetitive. Only witnesses who are approved by the Administrative Judge may testify at a hearing.

If an approved witness is employed by the Agency named in the complaint, then that Agency must provide for that witness' appearance at the hearing (including any costs associated therewith). The Agency Representative shall assist in making available any approved witness employed by another federal

4

Agency. If an approved witness is not a federal employee, then the party requesting that witness must make all arrangements for the presence of that witness at the hearing (including any costs associated therewith).

## VII. DECISION WITHOUT A HEARING (SUMMARY JUDGEMENT OR DISMISSAL)

Pursuant to 29 CFR § 1614.109(g)(1), a party may file a motion for summary judgement at any time but not later than 15 days prior to the hearing, if that party believes that some or all material facts are not in genuine dispute and there is no genuine issue as to credibility. The opposing party may then file a response within 15 calendar days of receipt of the motion pursuant to 29 CFR § 1614.109(g)(2).

The Administrative Judge may issue summary judgement on his or her own initiative, pursuant to 29 CFR § 1614.109(g)(3), after providing each party an opportunity to respond. Motions for summary judgement, and responses to such motions, shall contain specific citations to referenced evidence (e.g., cite the specific pages of the Investigative File or Report, or other submitted evidence, in support of an argument).

An Administrative Judge may also dismiss a complaint pursuant to 29 CFR § 1614.109(b) for any of the reasons set out in 29 CFR § 1614.107(a). The Administrative Judge may dismiss complaints on his or her own initiative, or upon the Agency's motion to dismiss a complaint.

## VIII. AMENDMENT AND CONSOLIDATION OF COMPLAINTS

Pursuant to 29 CFR § 1614.106(d), Complainant may amend his or her complaint to add claims that are like or related to the original complaint. In order to amend the complaint, Complainant must submit a motion to the Administrative Judge stating the new claim, the date(s) when it occurred, and why it is like or related to the original complaint. The Administrative Judge may amend the original complaint to include the new claim(s) if he or she finds that the new claim is like or related to the original complaint and the motion to amend is timely made.

The Administrative Judge also has discretion to consolidate complaints pursuant to 29 CFR § 1614.606. The parties shall advise the Administrative Judge in writing of any other complaints pending at any stage of processing and should include all case numbers or other information identifying such complaint.

5

## IX. OTHER MATTERS

   At this time, this case has not yet been assigned to an Administrative Judge, and it is not assigned to the person signing this Order. The parties will be notified when an Administrative Judge is assigned to process this case. Until then, the parties may address any questions to Thomas Cosentino, Chief Administrative Judge, at the address provided on page one of this Order or at 415-356-5055.

   The fax number for the hearings unit is, 415-356-5216. This is provided as a convenience to the parties. You may fax in your witness lists, notification of representative, and any other documents. **No fax exceeding ten (10) pages should be set to this office** without permission of an Administrative Judge.


   IT IS SO ORDERED, this 1st day of October, 2002


_Thomas Cosentino_
Thomas Cosentino
Chief Administrative Judge



CC:

Complainant's Representative:


Agency's Representative:
Garth Terry
Office of General Counsel
PSC 80, Box 15126
APO AP 96367-5126


6

# BEFORE THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
901 Market Street, Suite 500
San Francisco, CA 94103

| | |
|---|---|
| CARMEN K. RODRIGUEZ )<br>)<br>Complainant )<br>)<br>v. )<br>)<br>DONALD H. RUMSFELD )<br>Secretary, DEPARTMENT OF DEFENSE )<br>)<br>Respondent Agency )<br>)<br>) | Date October 18, 2002<br><br>EEOC No. 370-A2-X2760<br><br>Agency No. DD-FY02-16 |

## AGENCY'S PROPOSED WITNESS LIST

Pursuant to Chief Administrative Judge Thomas Cosentino's October 1, 2002

Acknowledgement and Order, the Agency respectfully submits the following Witness

List:

1.     Carmen K. Rodriguez, Complainant
160 E. San Antonio Ave.
Dededo, Guam 96929

2.     Joe Masters, Principal
Andersen Elementary School
Unit 14057
APO AP 96543-4057
Tel. (671) 366-1511

    Mr. Masters is the Principal at Andersen Elementary School where the
Complainant is teaching. He will testify that he placed the Complainant in a third grade
class because he needed her there. He did not discriminate against her by hiring another
Reading Specialist. The individual he hired was a Reading Recovery Specialist whose
duties differed from that of a Reading Specialist.

3.      Sherry Hall, Assistant Principal
        Andersen Elementary School
        Unit 14057
        APO AP 96543-4057
        Tel. (671) 366-1511

        Ms. Hall is the Assistant Principal at Andersen Elementary School. She
will testify that Principal Masters conferred with her before placing the
Complainant in the classroom. She will also testify that the school needed the
services of a Reading Recovery Specialist.

                                        Respectfully submitted,


                                        Garth E. Terry
                                        Agency Representative

```
DATE,TIME              11/20 16:10
FAX NO./NAME           3449584
DURATION               00:00:50
PAGE(S)                01
                       COVERPAGE
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# Fax

| To: | Dr. Richard Tom | From: | Carmen Rodriguez |
|-----|-----------------|-------|------------------|
|     | Superintendent, DSO |    |                  |

| Fax: | 344-9584 | Date: | 19 Nov 02 |
|------|----------|-------|-----------|

| Phone: | 344-9579 | Pages: | 1 |
|--------|----------|--------|---|

| Re: | Address and telephone number | CC: | Ms. Linda Salas, Secretary |
|-----|------------------------------|-----|----------------------------|

**X Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

In our telephone conversation, you did specify that I didn't need to do lesson plans while on administrative leave. I appreciate hearing this important piece of information from you but I would like it in writing. I couldn't understand why I was being asked by AES office to furnish Dr.'s excuse notes (which I furnished for weeks) and signed leave forms when all along I was supposedly on administrative leave. I had supplied weeks and weeks of lesson plans despite being under Dr.'s care and being strongly advised to avoid stressful **people** and situations.   Mrs. Hall said that she would send me a copy of the letter the week before last, but I still have not received the letter from the school telling me that I am on administrative leave and that **lesson plans need not be submitted while on administrative leave.**   She finally said I didn't have to do lesson plans, but I still haven't gotten the letter. The latest address given to Mrs. Hall, Assistant Principal, as well as Ms. Carrie Olivar, school clerk, is:   P.O. Box 10482   Tamuning, Guam   96931   tel.  632-2434.

The post office box was checked on last Wednesday and Saturday as well as Monday and Tuesday this week (with a witness) *Ms. Liz Flores* with no letter from the school or the District Superintendent Office. I do not appreciate the mind games being played. I am trying to heal and this is adding to the stresses I have already undergone these past two years. Most importantly, I am trying to heal from the trauma inflicted by Mr. Joseph Masters while you were off-island. In the past, I begged you to tell this man to leave me alone. Why couldn't he just listen to you? Why does he have to go looking for me? Why am I so much a part of his mind?

I have trusted you, Dr. Tom, in the past, but it seems like the trust continues to be severely compromised where your administrators are concerned. I trust that you will send the letter via certified mail to the address above ensuring that being on administrative leave also means that lesson plans are excluded. I would appreciate a letter from you reiterating our telephone conversation. This will give me peace of mind.

Thank you for your cooperation.



# Department of Education

## Territory of Guam

## Certificate

*Having fully complied with the requirements of the*

## Board of Education

**CARMEN RODRIGUEZ**

*is hereby granted this certificate authorizing the holder to perform the services specified here in the Public Schools of the Territory of Guam for the period of time indicated, subject to the conditions prescribed by the Board of Education, and unless revoked by lawful authority.*

Date Issued ___**AUGUST 15, 1997**___          Expires ___**AUGUST 15, 2003**___

Type and Name of Certificate: ___**PROFESSIONAL II READING K-12***************************

Certification Officer  **EVELYN G. SALAS**          Director of Education **ROLAND L.G. TAIMANG**

*NOTE: Any entry below line of typed asterisks (* * * *) is void. Any erasure or alteration on the certificate should be reported to the Department of Education Government of Guam, Agana, Guam.*



**Reading Is Fundamental, Inc.**
*for children, families, and the future*

1825 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20009-5726
202.287.3220 • fax: 202.287.3196
toll free: 1.877.RIF.READ • www.rif.org

Lynda Johnson Robb, *Chairman*
William E. Trueheart, *President and CEO*

March 13, 2001

Mr. Joe Masters
Andersen Elementary School
Unit 14057  APO AP 96543-4057
Yigo, GU 96543

Re: GU-701-A

Dear Mr. Masters:

Pursuant to a six month check in conversation on March 12, 2001, between Carmen Rodriguez, RIF Coordinator for your program, and Sarah Roark, Program Specialist for the Western Region, our office learned that your program has not yet conducted any RIF activities.

Under the terms and conditions outlined in your subcontract, you are agreeing to conduct your program within the parameters of the contract that you signed as authorizing official of the RIF program at Andersen Elementary School. Specifically, you are agreeing to provide 3 books through 3 separate distributions, held a month apart, for each child served in your standard program during your contract period.

Please keep in mind that your contract period began on September 30, 2000, the date your subcontract was signed by a national Reading Is Fundamental official, and terminates on September 30, 2001. You are only permitted to order books and conduct distributions within these two dates.

This letter is written to serve as a warning, in order to prevent problems during the remaining period of your RIF contract. **Failure to run your RIF program according to guidelines could result in its withdrawal.** There is still time to implement the program during this school year according to guidelines. Please review the enclosed copy of the RIF Federal Program Guidelines Checklist that both you and the program coordinator have signed, so that you will run your program according to RIF policy. I have also included a sample schedule for the implementation of your program.

If you have any questions or problems, please contact your Program Specialist, Sarah Roark at (202) 673-1553 or 1-877-RIF-READ.

Sincerely,

Michelle E. Hynes
Manager, National Book Program

cc:    Carmen Rodriguez, RIF Coordinator
       Margaret Monsour, Director of Programs
       Sarah Roark, Program Specialist
       File Copy



# NOTIFICATION OF PERSONNEL ACTION

| Name (Last, First, Middle) | 2. Social Security Number | 3. Date Of Birth | 4. Effective Date |
|---|---|---|---|
| RODRIGUEZ CARMEN K | 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 | 09-29-54 | 07-01-01 |

| FIRST ACTION | | | SECOND ACTION | | |
|---|---|---|---|---|---|
| A. 894 | 5-B. Nature Of Action PAY ADJ | | 6-A. Code | 6-B. Nature of Action | |
| C. Code ZLM | 5-D. Legal Authority 10 USC SEC 2164 | | 6-C. Code | 6-D. Legal Authority | |
| E. | 5-F. Legal Authority | | 6-E. Code | 6-F. Legal Authority | |

| FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| 0460 TEACHER (COMPENSATORY EDUCATION ELEMENTARY) D0460 | 0460 TEACHER (COMPENSATORY EDUCATION ELEMENTARY) D0460 |

| 8. Pay Plan | 9.Occ. Code | 10.Grade/Level | 11.Step/Rate | 12.Total Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. Code | 18.Grade/Level | 19.Step/Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 1701 | 00 | 00 | $52,700.00 | PA | AD | 1701 | 00 | 00 | $53,490.50 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $52,700 | $ 0 | $52,700 | $ 0 | $53,490.50 | $ 0 | $53,490.50 | $ 0 |

| Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| DOD EDUCATION ACTIVITY | DOD EDUCATION ACTIVITY |
| DDESS-GUAM | DDESS-GUAM |
| GUAM SCHOOLS | GUAM SCHOOLS |
| ANDERSEN ES | ANDERSEN ES |

## EMPLOYEE DATA

| Veterans Preference | | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|---|---|
| 1 1 - None 2 - 5-Point | 3 - 10-Point/Disability 4 - 10-Point/Compensable | 5 - 10-Point/Other 6 - 10-Point/Compensable/30% | | 1 0 - None 1 - Permanent | 2 - Conditional 3 - Indefinite | | YES X NO |
| 27. FEGLI C | BASIC ONLY | | | 28. Annuitant Indicator 9 NOT APPLICABLE | | | 29. Pay Rate Determinant J |
| 30. Retirement Plan 1 FERS AND FICA | | 31. Service Comp. Date(Leave) 09-15-97 | | 32. Work Schedule F FULL TIME | | | 33. Part-Time Hours Per Biweekly Pay Period |

## POSITION DATA

| 34. Position Occupied 1 - Competitive Service 2 - Excepted Service | 3 - SES General 4 - SES Career Reserved | 35. FLSA Category E E - Exempt N - Nonexempt | 36. Appropriation Code 3123 805600 | 37.Bargaining Unit Status 7777 |
|---|---|---|---|---|
| 38. Duty Station Code GQ-0200-000 | | 39. Duty Station ANDERSEN AB (City-County-State or Overseas Location) GQ | |

| 40. Agency Data TG | 41. | 42. | 43. | 44. PENSACOLA FLORIDA (DCPS) |
|---|---|---|---|---|

## 45. Remarks

EMPLOYEE IS ON PAY RETENTION.

PAY ADJUSTMENT PER NEGOTIATED AGREEMENT.

EMPLOYEE IS ON SAVED PAY STATUS AT MA+15 WITH 15 YEARS OF CREDITABLE EXPERIENCE.

| 5. Employing Department or Agency DOD EDUCATION ACTIVITY | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| 47. Code | 48. Personnel Office ID 4199 | 49. Approval Date 07-11-01 | Electronically Signed Patti Card Program Manager, Team E |

OVER FOR IMPORTANT INFORMATION
50-316

1 - Employee Copy - Keep For Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **Sent:** | Monday, August 27, 2001 10:38 PM |
| **To:** | Trabue, Jim |
| **Subject:** | Amendment to formal complaint |

Dear Mr. Trabue,

I would like to amend the formal complaint to include recent actions taken by Mr. Joe E. Masters, the school principal of Andersen Elementary School. As of 06 Aug 01, Mr. Joseph E. Masters (African-American) had removed me from my position as the Reading Specialist without just cause. I had asked him to formally give me a letter in writing citing the need to make this a permanent change because I will be submitting it to EEO. He has refused to do so and relinquished that to Mr. Gordon Harmon of DSO personnel. I feel severely discriminated against by Mr. Masters based on sex, color, race, ethnic origin, and reprisal. I am required to teach 3rd grade only, when for the last 3 years I have taught students with Special needs in Reading for grades 2, 3, 4, and 5. Furthermore, my certification for Elementary grades had already expired while my Reading certification is current. Mr. Joe Masters purposefully placed me as an uncertified teacher in this elementary slot because I was told by Ms. Carrie Olivar that Mr. Masters knows the predicament he has put me in. According to the Master Labor Agreement, I am supposed to be given a year's notice in writing to renew my certification. I was not afforded such an opportunity.

For the school year 2000-2001, there were 7 small group specialists, of which I am a part of. Most of the specialists are Anglo-American or are married to Anglo-Americans. They are:

| | |
|---|---|
| Reading Recovery (remediation for lower grades) (Anglo-American married to an Anglo-American) | Mrs. Barbara Warren |
| Reading Specialist (remediation for upper grades) (Chamorro-Hispanic, unmarried) | Miss Carmen Rodriguez |
| English as a Second Language (Palauan married to an Anglo-American) | Mrs. Suzette Nelson |
| Talented and Gifted (Filipina married to an Anglo-American attorney) | Mrs. Vivian Wolf |
| Learning Impaired (Anglo-American) | Mr. Keone Hellton |
| Communication Impaired (Anglo-American married to an Anglo-American) | Mrs. Janet Roos |

Just from looking at the list above, it is quite evident that Mr. Masters has deliberately chosen to take me off the team. He has developed a strong pattern of excluding me from anything that I was formally in or asked to join (such as School Improvement Team, technology training, tech committee, staff development training, Reading Is Fundamental project). Never before was I ever declined to become a member of any team in the past three years of my employment with DoDEA (DDESS). I started with DDESS ever since Project: Bright Vision in 1997 and have bent over backwards to help in anyway I can sacrificing week nights, holidays and weekends, staying even longer than the custodians at night. As a reference, you could ask Mr. Joseph Caruselle (now in Brussels), our former school principal, about my capabilities and what I have done for our school children and community. Mr. Caruselle is an Anglo-American, but his actions prove that he is color-blind. He sees people as assets and is not threatened by their leadership skills regardless of their ethnic origin, color, race, sex, or marital status. He truly believed in teacher empowerment and trusted teachers to do the right thing for their students.

Since he has left, there has been a tremendous slump in the teacher morale around here. Although it's a brand new school, we feel as though it is being run by a prison warden. Perhaps, you need to question the other teachers around here, too. They do feel that I am being punished

147

for "rocking the boat" last year because both Mrs. Sharon K. Hall (Anglo-American) and Mr. Masters (African-American) did not want a reading program for our school, although we have had **children with reading problems for years.** Mrs. Hall told Mrs. Mary Kaess (a parent) that we didn't have a Reading Program so she should bring her child Matthew to Sylvan Learning Center out in town, some 12 miles away and pay several hundreds of dollars a month or hire a private tutor. Imagine that- I ran the Reading program for the past 3 years and our success rate was pretty good. Our recent Terra Nova scores were the highest of the last 3 years and nearly 50% of the students were no longer in need of being serviced.

Secondly, I was recently informed by the Parent-Teacher-Organization president, Mrs. Sharpton (Anglo-American) that I am no longer the Reading Is Fundamental Coordinator for this school— even though I was the one who researched and toiled to get this federal grant for our school. Once again, Mr. Joe E. Masters has taken me out of what I had been working on without just cause or due process. I am asking for a full scale investigation into his actions of discrimination and incessant acts of reprisal against me. Will the needless harrassment and degradation ever cease?

Mr. Trabue, please stop this senselss torture and constant harrassment. I would like to file a RETALIATION COMPLAINT IMMEDIATELY because I am supposed to be protected by law and it appears that I am not. Mr. Masters needs to know that his relentless acts of reprisal needs to end. My health is on the line because of this man.

Miss Carmen Rodriguez
Reading Specialist

148

guez, Carmen K.
■ay, September 10, 2001 3:11 PM
∋ll, Nancy        read    9/10/01   3:46 PM
_ack of professionalism

∋sponded to my letter.  It is with great hopes that this can be resolved at our level.  Dr. Tom ha
▸re than a month now and nothing was resolved that's why I felt the need to go up the chain-o
⊃ur assistance.  Dr. Tom feels that principals have the prerogative to run the schools as they
¬ty of our school children is paramount to any other reason for keeping us locked out.  Should
◄ because of our being on a military installation, our children will be vulnerable because they a
¯ access into the building.  We do not need to have children or adults panic because they can
⊨ just want everyone to feel safe.

▪most appreciated.

_ 2001 5:51 PM
_ ; Tafoya, Joseph

9-07-01

¬alism

  of August 31st concerning
⊃n of Andersen Elementary
▮he most effective way to
∋ school level is for the
⊃h other about the
⊏h a solution that all parties
⊃rwarded your letter to Dr.
  his review, with
▸ you and send a copy to me.

⊐ 4:27 PM
  Joseph
;

▮sland of Guam!

8-31-01

⊔ld permeate throughout this
  have some very sad and
  h we live in a lush tropical
—the-art" DoDEA school, we are
  second class citizens or worse
_seph Masters, the school
⊃tary School, has caused an uproar
  well.  It will only be a matter
⊏n from the community gets to you.  :(

  professionals here while the
  treated with respect and good

> faith. The teachers at Andersen Middle School have been
> given access to their **main school doors** while we have to
> knock each time we want to get back into the building. How
> ridiculous is that? Parents, visitors, and guests have seen
> us knocking on the glass doors so that we could get into the
> building during all hours of the school day.    Doors
> fronting the playground and cafeteria are locked at all
> times. According to Mr. Masters, it is done for the sake of
> security and terrorists at large. If that is the case, then
> we should be given keys and he should trust that we will be
> mature enough to know how to use them appropriately as we
> have in the past.  Certainly, Mr. Erik Swanson, principal of
>  Andersen Middle School, has full faith in his teachers, so
> why can't Mr. Joseph E. Masters do likewise?  Is DoDEA
> running a class act or a corrections institution at Andersen
> Elementary School?
>
> Secondly, Mr. Masters literally chases us out of the building
> by 4:00 PM. Can you imagine a grown man going from room to
> room in this magnificent expanse of two buildings chasing
> teachers out when they are still working?  They aren't even
> expecting any financial compensation.  We have been working
> ever since Operation:Bright Vision in 1997 and have worked
> week nights here and even weekends with our former
> principal's (Mr. Joseph Caruselle) blessing.  It seems to be
> that Mr. Joseph Masters hates his job or DoDEA because he is
> taking his monumental anger out on all of us.
> 
> Can you imagine your spouse locking you out of your brand new
> house and you  having to knock on the glass doors to flag
> someone down inside the house to come to your rescue every
> time you need to get back inside the house?  What do you
> think your children are thinking and saying about your
> spouse? Perhaps, they are saying, "Dad, Is there something
> wrong with Mommy?" or "Mommy, is there something wrong with
> Daddy?"  Must we beg to come back in to continue our work?
> **What a waste of valuable time.**
>
> Even the school clerk here (Ms. Carrie Olivar) scolded us
> even **after** we had thanked her for rescuing us. It's bad
> enough that we have to flag down people to let us in but why
> must we be subjected to such a hostile environment?  Must a
> school clerk be permitted to speak to us in such an
> unprofessional fashion? Is it in her position description to
> scold us in such an ill manner?
>
> Please help establish some semblance of normalcy and human
> dignity in our school once again.  We would like to be
> treated as professionals as our colleagues next door, but
> have yet to be shown much respect in that regard.
>
> Thank you for your time in reading this letter.  I am sure
> you will do the right thing for the betterment of the
> children as well as for all of us. We are not asking for
> anything great.  We are only asking that we be treated as
> educational partners--something in which we as teachers have
> stood alone in all of last school year.  That is another
> story.  I prefer not to ever repeat such a painful year of
> losses. Our district's children were the recipients of last
> year's losses far more than we were as teachers.  Mr.
> Master's played a key role in that, too. Unfortunately, for
> the children.
>
> Children First,
> Carmen Rodriguez
> Reading Specialist

> Andersen Elementary School
> DoDEA, Guam




# NOTICE TO ALL
# MEMBERS AND EMPLOYEES

### POSTED PURSUANT TO A SETTLEMENT AGREEMENT
### APPROVED BY A REGIONAL DIRECTOR OF THE
### FEDERAL LABOR RELATIONS AUTHORITY

The Guam Education Association (GEA) recognizes that it has a duty to fairly represent all bargaining unit employees as required by section 7114(a)(1) of the Federal Service Labor-Management Relations Statute.

**WE HEREBY NOTIFY MEMBERS AND EMPLOYEES THAT:**

When we send out announcements via email to all bargaining unit employees at Anderson Elementary School, we will not exclude any employees from receiving the email.

When we send out announcements via email to all members of GEA, we will not exclude any members from receiving the email.

**WE WILL NOT** in any like or related manner, fail or refuse to comply with our obligations under the Federal Service Labor-Management Relations Statute.

Guam Education Association, Santa Rita, Guam
*(Labor Organization)*

Dated 10-31-02

By _____
Keone Helton, President          *(Signature)*

The Guam Education Association (GEA) recognizes that it has a duty to fairly represent all bargaining unit employees as required by section 7114(a)(1) of the Federal Service Labor-Management Relations Statute.

## WE HEREBY NOTIFY MEMBERS AND EMPLOYEES THAT:

When we send out announcements via email to all bargaining unit employees at Anderson Elementary School, we will not exclude any employees from receiving the email.

When we send out announcements via email to all members of GEA, we will not exclude any members from receiving the email.

**WE WILL NOT** in any like or related manner, fail or refuse to comply with our obligations under the Federal Service Labor-Management Relations Statute.

Guam Education Association, Santa Rita, Guam

*(Labor Organization)*

Dated 10-31-02     By _____

Keone Helton, President          *(Signature)*

---

**THIS IS AN OFFICIAL NOTICE**
THIS NOTICE MUST REMAIN POSTED FOR 60 CONSECUTIVE DAYS FROM THE DATE OF POSTING, AND MUST NOT BE ALTERED, DEFACED, OR COVERED BY ANY OTHER MATERIAL.

If employees have any question concerning this Notice or compliance with its provisions, they may communicate directly with the Regional Director for the Federal Labor Relations Authority whose address is:

Federal Labor Relations Authority
San Francisco Region
901 Market Street, Suite 220
San Francisco, CA 94103
Telephone: (415) 356-5000

Case No. SF-CO-02-0410

FLRA form 54
(Rev. 7/89)

| | |
|---|---|
| **From:** | Rodriguez, Carmen K. |
| **Sent:** | Wednesday, November 28, 2001 5:06 PM |
| **T~** | Johnson, Glenda |
| **C** | Burdick, Sue; Tom, Richard; Trabue, Jim |
| **Subject:** | RE: Teaching Certificate |

lenda Johnson,

First, I have already informed you that I do not have a current teaching certificate for this position. Mr. Masters (Principal), Mrs. Hall (assistant principal), and Mr. Gordon Harmon (DSO Guam personnel) all know this. I was forced to accept this teaching position and removed from my RIS position in which I am fully certified for.

I do consider this letter to be a form of harassment and will forward a copy to EEO Headquarters in Alexandria, Virginia. They will decide what to do. I will also keep it for future reference for any court proceedings.

Unfortunately, Glenda, you are caught in the middle of this delicate problem.

`ris certification issue should be best handled by the administrators who knowingly put me in this position to begin with. Your `equest is impossible to fulfill. This is plain and simple, so please quit asking. You should not have to get involved in this. You did your best so please leave it to your administrators to settle this issue.

My livelihood is at stake and there are legal systems available to iron out inequities. I am here for the long haul and I am more than willing to see this through however long it takes.

Lastly, I would like to recommend that you submit the truth to NCA: I am not holding a valid teaching certificate for this position as ordered by Mr. Gordon Harmon and Mr. Joseph Masters. I have accepted this position under duress (I was forced). They must know what they are doing, right?

I am confident that these great leaders will come up with something to redeem themselves.

Sı. ..:rely,
..:en Rodriguez, M.Ed.
ng Specialist

cc:EEO

> -----Original Message-----
> **From:** Johnson, Glenda
> **Sent:** Wednesday, November 28, 2001 1:57 PM
> **To:** Rodriguez, Carmen K.
> **Cc:** Burdick, Sue
> **Subject:** Teaching Certificate
>
> Ms. Rodriquez,
>
> Per my meeting with Dr. Burdick. A copy of your
> Teaching Certificate for Elementary K-6 needs to be submitted
> me no later than Friday, 30 November 2001. This is my
> :n attempt requesting a copy of your teaching certificate
> for our NCA report. Please stop by the office if your have
> any questions.

Glenda KC Johnson

Dear Mr. Rodreguez,

I feel the same way you
do and I hope Mr. Masters
doesn't put you out and fir
you because your the best
teacher I ever had. So why
don't you stynd up and
talk to Mr. Masters. Have
lots of OOOO OOOOO
OOOOOOOOO XXXXX
because youre the best.

PO1 H.M. Corpuz #652 den

10-11-02

632-9808/11

77



**notes**

Dear Mrs. Rodriquez,

I hope your going to be okay. I'm sorry that our case was taken away. It is hard to find my cubi. I know it's hard being a teacher. but if I was a teacher right now I would be having troble. Mr Master is a big, big, big, cruel. IF you ware taken away, none of us would like the teacher. You are the best teacher. We are there for you every time. The favorite thing for you is giving you a great big hug. Yours truly



**notes**

I hope you still don't feel bad when Mr. Master yelled at you. You are the best teacher I ever had. You will always be my freind.



Dear Mrs. Rodriguez

I am sorry about this morning. I hope you feel okay. Its really cruel for mr. masters to Watress you like that. I use to think mr. masters was nice. but not to you. I hope it does not happen again.



notes

Dear Ms. Rodriguez

I feel so sorry for you when Mr. Masters got... you. I'm sorry he made you cry. Why would Mr. Masters fight with you. I know your sad and I'm sad too.

notes

Dear Mrs. Rodriguez

I want you to stay in school and teach us Math, Science and Should/Studys. I don't want a new teacher teacher teacher. You are the best teacher the best teacher 3rd grader I could have

80

Rodriguez, Carmen K.

Rodriguez, Carmen K.
Friday, May 24, 2002 9:17 AM
Masters, Joe
RE: Positions

Mr. Masters,

I am still interested in being the Reading Specialist here at AES. I am hoping that will ring true in the fall. For the last three years, our TerraNova scores were strong here and I was in charge of the Reading program for grades 3, 4, and 5 for those years. Since I removed, the Reading scores have gone down. This new TerraNova test is much easier than the old TerraNova test. If our children had taken the old TerraNova, our children would have done worse. I would like to get our school back on track where we need to be. My focus is on the academic status of our students and not on personalities. When our children hurt, we collectively hurt as a team. This does not only affects them; it affects you because you run the ship, but also me because you have tasked me to assist the children gain and understand the information (concepts and skills) in order to be successful on the TerraNova. I don't mean to brag, but my Reading students' scores are a great statistic and above all, numbers don't lie.

Carmen

> -----Original Message-----
> From:          Masters, Joe
> Sent:          Friday, May 24, 2002 7:52 AM
> To:            Anderson, Scott; Baldevia, Rolyn; Bamhart, George;
> Barrett, FeZoe; Beem, Margarita; Bertucco, Kristina; Bridges,
> Pandra; Bunnenberg, Laura; Campbell, Sandra; Cannon,
> Jeannette; Cartagena, Dialma; Castine, Laronda; Cavin, Lori;
> Costas, Sarah; Cruz, John; Cruz, Marie; Culver, Danielle;
> Donaldson, Cynthia; Downey, Kirsten; Dupuis, Alexandra;
> Flores, Liz; Goldhorn, Janet; Gray, Kim; Guerrero, Brigida;
> Hahn, Kathy; Hall, Sherry; Handley, Mary; Harmon, Arlene;
> Helton, Keone; Hines, Margaret; Johnson, Gienda; Jones,
> Cynthia; Larsen, Mary Ann; Lugo, Kymberly; Mance, Susan;
> Marquez, Fumi; Martinez, Myma; Martino, Veronica; McNeese,
> Carolyn; Miles, Dona; Morris, Alisa; Mundell, Marquita;
> Nelson, Suzette; Oberheim, Jacqueline; Oison, Tonia;
> Palaganas, Linda; Pangelinan, Nicole; Perez, Anita; Powers,
> Marilyn; Pritchett, Kim; Ranches, Laurie; Rhodes, Donna;
> Robinson, Luz; Rodriguez, Carmen K.; Samiliano, Carmen;
> Sheldon, Anna; Sison, Doriann; Sudo, Martha; Taitano,
>         ; Taitano, Lillian; taylor, Susan; Tedtaotao, Jenny;
>        elia; Tougher, Wendy; Trujillo, Jose; Vinch, Sarah;
> Waggoner, Joe; Warren, Barbara; Willis, Jerene; Wolff, Vivian
> Cc:            Johnson, Glenda; Olivar, Carrie; Hall, Sherry
> Subject:       Positions

Staff,

As a reminder, if you are interested in any position that has become available, throughout the district, please remember to let Personnel know of your interest and the administration. Please remember to provide personnel and the administration with hard copy of your interest.

Joe