ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 93910
Tel: (671) 472-7332
Fax: (671) 472-7216

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN -3 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ, | CIVIL CASE NO. 04-00029 |
| Plaintiff, | |
| v. | |
| DONALD RUMSFELD, SECRETARY OF DEFENSE, AND DEPARTMENT OF DEFENSE SCHOOLS, *et al.*, | MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| Defendants. | |

The United States hereby moves for further enlargement of time beyond the time limit agreed to in the Scheduling Order to file a Motion for Summary Judgment. This request is made pursuant to Federal Rules of Civil Procedure 6 (b). The Motion for Summary Judgment shall be filed simultaneously with this Motion to Enlarge.

The United States has made numerous attempts to communicate with the Plaintiff. Although the Plaintiff has an address where it appears that mail is getting to the Plaintiff, no

discourse on discovery, issues in conflict or witnesses has been able to take place. As a result, the United States has had a difficult time narrowing issues to come before the Court.

In preparation for a potential trial date, however, counsel has communicated with the United States agency and has concluded that the matter may be best concluded on its merits by way of a Motion For Summary Judgment. The Motion offers both parties another opportunity to directly address the core issues in this case. The United States believes the Motion serves judicial economy and will be dispositive.

Therefore, the United States respectfully requests enlargement for the filing of the Motion for Summary Judgment. This motion is submitted on the pleadings.

RESPECTFULLY submitted this 3rd day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 93910
Tel: (671) 472-7332
Fax: (671) 472-7215

OF COUNSEL:

ROBERT E. SUTEMEIER
Associate General Counsel
Office of General Counsel
Department of Defense Education Activity (DoDEA)
700 Westpark Drive
Peachtree City, Georgia 30269
Telephone: (678) 364-6462
Facsimile: (678) 365-8074

-2-