C O P Y **ORIGINAL**

1 LEONARDO M. RAPADAS
United States Attorney
2 MIKEL W. SCHWAB
Assistant U.S. Attorney
3 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4 Hagatna, Guam 96910
TEL: (671) 472-7332
5 FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM
JUN - 3 2005
MARY L.M. MORAN
CLERK OF COURT

27

6 Attorneys for the United States of America

7            IN THE UNITED STATES DISTRICT COURT

8                            FOR THE

9                       DISTRICT OF GUAM

10 CARMEN K. RODRIGUEZ,            )   CIVIL CASE NO. 04-00029
                                   )
11              Plaintiff,          )
                                   )
12       vs.                        )
                                   )
13 DONALD RUNSFELD, SECRETARY OF,   )   CERTIFICATE OF SERVICE
   DEFENSE, AND DEPARTMENT OF       )
14 DEFENSE SCHOOLS, et al.,         )
                                   )
15              Defendants.         )
   _____)

16

17      I, FRANCES B. LEON GUERRERO, legal assistant, working in the U.S. Attorney's

18 Office, hereby certify that on the 3rd of June 2004, I caused to be served by personal service the

19 following document: "Memorandum Of Points And Authorities In Support Of Defendants'

20 Motion To Dismiss And For Summary Judgment, Motion To Dismiss And For Summary

21 Judgment, Statement of Material Facts As To Which There Is No Genuine Issue, Motion For

22 Enlargement Of Time To File Motion For Summary Judgment, and Affidavit of Frances B. Leon

23 Guerrero," in the above entitled cause to the following Pro Se:

24            Carmen K. Rodriguez
              160 San Antonio Avenue
25            Dededo, Guam 96929
              Tel: 632-1745

26

27            _Frances B. Leon Guerrero_
              FRANCES B. LEON GUERRERO
28            Legal Assistant

**ORIGINAL**