# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
JUN - 3 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-04-00029     DATE: 06/03/05     TIME: 10:17 a.m.

CAPTION: **CARMEN K. RODRIGUEZ** -vs- **DONALD K. RUMSFELD, Secretary of Defense, et al.**

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Official Court Reporter: Wanda Miles     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:17:07 - 10:23:55     CSO: F. Tenorio

*********** APPEARANCES ***********

COUNSEL FOR PLAINTIFF(s):     COUNSEL FOR DEFENDANT(s):
CARMEN K. RODRIGUEZ (PRO SE) - NOT PRESENT     MIKEL SCHWAB

**PROCEEDINGS:     PRELIMINARY PRETRIAL CONFERENCE**

( ) MOTION (S) ARGUED BY     ( ) PLAINTIFF     ( ) DEFENDANT

( ) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  ___Under Advisement

( ) ORDER SUBMITTED  ___ Approved  ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

The Court informed Mr. Schwab that there is no visiting District Judge at the time trial is set in this case. Because of this, it is necessary to move the trial date scheduled for June 21, 2005 to August 30, 2005 at 9:00 a.m. before Judge Otero. The Court executed a Trial Order setting the new trial date with new deadlines.

The Court GRANTED the Government's Motion for Enlargement of Time and extended the date for filing such motions previously set for April 4, 2005 to June 24, 2005. The Court instructed Mr. Schwab to prepare and submit the Order today. The Court further instructed Mr. Schwab to provide a copy of the Trial Order and the Order Granting the Motion to Plaintiff.

COURTROOM DEPUTY: _____     END TIME: 10:23 a.m.
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-04-00029.wpd