LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 93910
Tel: (671) 472-7332
Fax: (671) 472-7216

OF COUNSEL:
ROBERT E. SUTEMEIER
Associate General Counsel
Office of General Counsel
Department of Defense Education Activity (DoDEA)
700 Westpark Drive
Peachtree City, Georgia 30269
Telephone: (678) 364-6462
Facsimile: (678) 365-8074

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## TERRITORY OF GUAM

| | |
|---|---|
| CARMEN K. RODIRGUEZ,<br><br>    Plaintiff,<br><br>        v.<br><br>DONALD RUMSFELD, SECRETARY OF DEFENSE,<br><br>    Defendant. | CIVIL CASE NO. 04-00029<br><br>ORDER |

The Court, having considered the motion to enlarge filed by the United States, hereby grants said enlargement of time to file its Motion to Dismiss and for Summary Judgment.

Furthermore, either party may file dispositive motions on or before June 24, 2005.

SO ORDERED this 3rd day of June 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

Case 1:04-cv-00029   Document 29   Filed 06/03/2005   Page 1 of 1