ORIGINAL



FILED
DISTRICT COURT OF GUAM
JUN - 6 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, GU 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ, ) | CIVIL CASE NO. 04-00029 |
| Plaintiff, ) | |
| vs. ) | *AMENDED* CERTIFICATE OF SERVICE |
| DONALD RUNSFELD, SECRETARY OF ) DEFENSE, AND DEPARTMENT OF DEFENSE ) SCHOOLS, et al., ) | |
| Defendants. ) | |

I, MARIE CHENERY, working in the U.S. Attorney's Office, hereby certify that because Plaintiff was unavailable for personal service as per the attached June 3, 2005 Certificate of Service, copies of the Motion to Dismiss and for Summary Judgment, Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss and for Summary Judgment, Statement of Material Facts as to Which There is No Genuine Issue, Motion for Enlargement of Time to File Motion for Summary Judgment, and Affidavit of Frances B. Leon Guerrero were served via certified U.S. Mail to:

Carmen K. Rodriguez
160 San Antonio Avenue
Dededo, GU 96929

Dated: June 6, 2005

MARIE CHENERY
Paralegal



LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ, | CIVIL CASE NO. 04-00029 |
| Plaintiff, | |
| vs. | |
| DONALD RUNSFELD, SECRETARY OF, DEFENSE, AND DEPARTMENT OF DEFENSE SCHOOLS, et al., | CERTIFICATE OF SERVICE |
| Defendants. | |

I, FRANCES B. LEON GUERRERO, legal assistant, working in the U.S. Attorney's Office, hereby certify that on the 3rd of June 2004, I caused to be served by personal service the following document: "Memorandum Of Points And Authorities In Support Of Defendants' Motion To Dismiss And For Summary Judgment, Motion To Dismiss And For Summary Judgment, Statement of Material Facts As To Which There Is No Genuine Issue, Motion For Enlargement Of Time To File Motion For Summary Judgment, and Affidavit of Frances B. Leon Guerrero," in the above entitled cause to the following Pro Se:

Carmen K. Rodriguez
160 San Antonio Avenue
Dededo, Guam 96929
Tel: 632-1745

/s/ Frances B. Leon Guerrero
FRANCES B. LEON GUERRERO
Legal Assistant