ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, GU 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

JUN - 7 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ, ) | CIVIL CASE NO. 04-00029 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CERTIFICATE OF SERVICE |
| DONALD RUNSFELD, SECRETARY OF ) | |
| DEFENSE, AND DEPARTMENT OF DEFENSE ) | |
| SCHOOLS, et al., ) | |
| ) | |
| Defendants. ) | |

I, MARIE CHENERY, working in the U.S. Attorney's Office, hereby certify that a copy

of the Order in the above-captioned case signed by U.S. Magistrate Judge Joaquin V. E.

Manibusan on June 3, 2005 was served via certified U.S. Mail to:

Carmen K. Rodriguez
160 San Antonio Avenue
Dededo, GU 96929

Dated: June 7, 2005

MARIE CHENERY
Paralegal