ORIGINAL



UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| CARMEN K. RODRIGUEZ, | CIVIL CASE NO. 04-00029 |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | |
| DONALD H. RUMSFELD, SECRETARY OF DEFENSE AND DEPARTMENT OF DEFENSE SCHOOLS, et al., | |
| Defendants. | |

Judgment is hereby entered in accordance with the Order re: Defendants' Motion to Dismiss and for Summary Judgment filed July 11, 2005.

Dated this 12th day of July, 2005, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on JUL 12 2005.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ JUL 12 2005
Deputy Clerk    Date