FILED
DISTRICT COURT OF GUAM
AUG 15 2005
MARY L.M. MORAN
CLERK OF COURT

CIVIL CASE No. 04-00029

CARMEN K. RODRIGUEZ
    Plaintiff,

vs.

DONALD H. RUMSFELD
SECRETARY OF DEFENSE AND
DEPARTMENT OF DEFENSE
SCHOOLS ET AL.,
    DEFENDANTS.

Motion for Extension of Time

    Pursuant to Federal Civil Judicial Procedures and Rules, Rule Rule 4(5)(A)(ii) "the District Court may extend the time to file a notice of appeal if the plaintiff shows excusable neglect or good cause." The plaintiff has been medically disable since October 11, 2002, the day she was terrorized and assaulted by Andersen Elementary School Principal Joseph E. Masters. She has also had to relocate because she still fears for her life since Principal Masters pointed a gun finger to her head and screamed, "I'll put you out!" This has caused tremendous stress and anxiety for the plaintiff. Since October 11, 2002, Principal Joseph E. Masters has not cooperated with the Guam Police Department although he has a police report for terrorizing the plaintiff.

Respectfully submitted this 15th day of August, 2005.

                                          _Carmen Rodriguez_
                                          Plaintiff, Pro Se