# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Carmen K. Rodriguez,<br><br>Plaintiff,<br><br>vs.<br><br>Donald H. Rumsfeld, et al.,<br><br>Defendants. | Case No. 1:04-cv-00029<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Motion for Extension of Time filed August 15, 2005* on the dates indicated below:

*Office of the United*
*States Attorney*
*August 16, 2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Motion for Extension of Time filed August 15, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 16, 2005     /s/ Shirlene A. Ishizu
                                              Deputy Clerk