

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CARMEN K. RODRIGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD H. RUMSFELD,<br>SECRETARY OF DEFENSE AND<br>DEPARTMENT OF DEFENSE,<br><br>    Defendants. | Civil Case No. 04-00029<br><br>ORDER RE: PLAINTIFF'S<br>MOTION FOR EXTENSION<br>OF TIME |

This matter is before the Court on the Plaintiff's Motion for Extension of Time, wherein the Plaintiff seeks this Court to grant her an extension of time to file a notice of appeal. The Court notes that this motion is premature, as the Plaintiff has until September 12, 2005 to file her notice of appeal. *See* FED. R. APP. P. Rule 4(a)(1)(B). She should be able to meet that deadline. Accordingly, the Motion is hereby **DENIED**.

                                                    _____
                                                    ALEX R. MUNSON[*]
                                                    United States District Judge

---

[*]The Honorable Alex R. Munson, United States District Judge for the District of the Northern Mariana Islands, sitting by designation.