# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Carmen K. Rodriguez,<br><br>Plaintiff,<br><br>vs.<br><br>Donald H. Rumsfeld, et al.,<br><br>Defendants. | Case No. 1:04-cv-00029<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order re: Plaintiff's Motion for Extension of Time filed on August 23, 2005* on the dates indicated below:

*Office of the United States Attorney*   *Carmen Rodriguez*
*8/25/2005*                                *9/1/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order re: Plaintiff's Motion for Extension of Time filed on August 23, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 1, 2005                    /s/ Shirlene A. Ishizu
                                            Deputy Clerk