# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Carmen K. Rodriguez, | Case No. 1:04-cv-00029 |
| Plaintiff, | |
| vs. | |
| Donald H. Rumsfeld, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Appeal filed 9/12/2005* on the dates indicated below:

*Office of the United States Attorney*
*9/13/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Appeal filed 9/12/2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 14, 2005         /s/ Shirlene A. Ishizu
                                  Deputy Clerk