UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 07 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| CARMEN K. RODRIGUEZ, | No. 05-16830 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-04-00029-RMT |
| v. | District of Guam, Agana |
| DONALD H. RUMSFELD, Secretary of Defense, | |
| Defendant - Appellee. | ORDER |

**FILED**
DISTRICT COURT OF GUAM
OCT 12 2005
MARY L.M. MORAN
CLERK OF COURT

A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days after the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; or (2) pay $255 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit R. 42-1.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Corina Orozco
Deputy Clerk
Local Rule 27-7

S:\PROSE\clerkords\2005\10.05\05-16830.wpd