| | | | |
|---|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: | |
| | TRANSCRIPT ORDER | | |

Read Instructions on Back.

| 1. NAME Carmen K. Rodriguez | 2. PHONE NUMBER | 3. DATE September 14, 2005 | |
|---|---|---|---|
| 4. MAILING ADDRESS 160 San Antonio Avenue | 5. CITY Dededo | 6. STATE Guam | 7. ZIP CODE 96929 |
| 8. CASE NUMBER CV-04-00029 | 9. JUDICIAL OFFICIAL Takasugi | DATES OF PROCEEDINGS 10. FROM | 11. TO |
| 12. CASE NAME RODRIGUEZ vs RUMSFELD | | LOCATION OF PROCEEDINGS 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
[X] APPEAL  [ ] CRIMINAL  [ ] CRIMINAL JUSTICE ACT  [ ] BANKRUPTCY
[ ] NON-APPEAL  [X] CIVIL  [ ] IN FORMA PAUPERIS  [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

*No transcript requested for this case.*

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *Carmen Rodriguez*
19. DATE 11/16/05

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER
COURT ADDRESS

**FILED**
DISTRICT COURT OF GUAM
NOV 16 2005
MARY L.M. MORAN
CLERK OF COURT

| TRANSCRIPT TO BE PREPARED BY | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

(Previous editions of this form may be used.) ORIGINAL - COURT COPY  YELLOW - TRANSCRIPTION COPY  GREEN - ORDER RECEIPT  PINK - ORDER COPY
☆ U.S. GPO: 1994-560-605