UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 24 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| CARMEN K. RODRIGUEZ, | No. 05-16830 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-04-00029-RMT Guam (Hagatna) |
| v. | |
| DONALD H. RUMSFELD, Secretary of Defense, | ORDER |
| Defendant - Appellee. | |

FILED
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

Before: GOODWIN and RAWLINSON, Circuit Judges.

Appellant's motion to proceed in forma pauperis on appeal is denied. Within 21 days after the filing date of this order, appellant shall pay $255.00 to the district court as the docketing and filing fees for this appeal and file proof of payment with this court. Failure to pay the fees will result in the automatic dismissal of the appeal by the Clerk for failure to prosecute, regardless of further filings. *See* 9th Cir. R. 42-1.

If appellant pays the fees as required and files proof of such payment in this court, appellant shall simultaneously show cause why the judgment challenged in this appeal should not be summarily affirmed. *See* 9th Cir. R. 3-6. If appellant elects to show cause, a response may be filed within 8 days after service of

05-16830

appellant's filing. If appellant pays the fees but fails to file a response to this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

Appellant's motion "to include merit system protection Board transcript" is construed as motion for production of transcripts at government expense. So construed, the motion is denied. *See* 28 U.S.C. § 753(f); *Henderson v. United States*, 734 F.2d 483 (9th Cir. 1984).

No motions for reconsideration, clarification, or modification of this order shall be filed or entertained.

Briefing is suspended pending further order of this court.