# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Carmen K. Rodriguez, <br><br> Plaintiff, <br><br> vs. <br><br> Donald H. Rumsfeld, et al., <br><br> Defendants. | Case No. 1:04-cv-00029 <br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order of U.S. Court of Appeals filed February 28, 2006, on the dates indicated below:

Office of the United States Attorney
March 2, 2006

The following individual was served by first class mail on March 7, 2006:

    Carmen K. Rodriguez
    160 San Antonio
    Dededo, Guam 96929

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order of U.S. Court of Appeals

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 7, 2006            /s/ Renee M. Martinez
                                                                Deputy Clerk