UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| CARMEN K. RODRIGUEZ, | No. 05-16830 |
| --- | --- |
| Plaintiff - Appellant, | D.C. No. CV-04-00029-RMT |
| v. | |
| DONALD H. RUMSFELD, Secretary of Defense, | JUDGMENT |
| Defendant - Appellee. | |

**FILED**
DISTRICT COURT OF GUAM
JUL 24 2006
MARY L.M. MORAN
CLERK OF COURT

Appeal from the United States District Court for the District Of Guam (Hagatna).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District Of Guam (Hagatna) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered Friday, May 26, 2006



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUL 18 2006
by: Deputy Clerk

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 26 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CARMEN K. RODRIGUEZ,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>DONALD H. RUMSFELD, Secretary of Defense,<br><br>Defendant - Appellee. | No. 05-16830<br><br>D.C. No. CV-04-00029-RMT<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Guam
Robert M. Takasugi, District Judge, Presiding

Submitted May 23, 2006**

Before: PREGERSON, TALLMAN and CALLAHAN, Circuit Judges.

We have reviewed appellant's response to the court's February 24, 2006 order to show and we conclude that the questions raised in this appeal are so

---

\*      This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*     This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

05-16830

insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**