# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Carmen K. Rodriguez,  Plaintiff-Appellant,  vs.  Donald H. Rumsfeld, Secretary of Defense,  Defendant-Appellee. | Case No. 1:04-cv-00029  **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the USCA Judgment filed on July 24, 2006, on the dates indicated below:

U.S. Attorney's Office
July 25, 2006

The following individual was served by first class mail on July 25, 2006:

    Carmen K. Rodriguez

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

USCA Judgment filed on July 24, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

| | |
|---|---|
| Date: July 26, 2006 | /s/ Virginia T. Kilgore  Deputy Clerk |