
FILED
DISTRICT COURT OF GUAM
SEP 2 0 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

CARMEN K. RODRIGUEZ,

    Plaintiff,

vs.

DONALD H. RUMSFELD, etc., et al.,

    Defendants.

CIVIL CASE NO. 04-00029

**ORDER**

On May 3, 2005, the Court received payment in the amount of $15.00 which was applied toward Plaintiff Carmen Rodriguez's filing fee for her civil action. Based on the Plaintiff's installment payment record sheet, final payment was collected on April 5, 2005.

Accordingly, the Clerk of Court is hereby ordered to refund Ms. Carmen Rodriguez the overpayment of $15.00 which shall be mailed to her current address on record.

DATED this 20th day of SEPTEMBER, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

ORIGINAL