# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Carmen K. Rodriguez,** Plaintiff, vs. **Donald H. Rumsfeld, etc., et al.,** Defendants. | **Case No: 1:04-cv-00029** |

The following entities was served by first class mail on September 29, 2006:

    Carmen K. Rodriguez

I, Virginia T. Kilgore, declare under penalty of perjury that on the above-listed date I served the:

Order filed September 20, 2006

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 3, 2006                       /s/ Virginia T. Kilgore
                                                                 Deputy Clerk