DISTRICT COURT OF GUAM

TERRITORY OF GUAM

CARMEN K. RODRIGUEZ,

    Plaintiff,

vs.

DONALD H. RUMSFELD, etc., et al.,

    Defendants.

CIVIL CASE NO. 04-00029

**ORDER**

Pursuant to the Order, filed September 20, 2006, Plaintiff Carmen Rodriguez's overpayment of filing fee for her civil action was refunded and mailed to the address on record. On October 10, 2006, the refund check was returned to sender as undeliverable mail. All attempts made by the Clerk's Office to contact the payee to claim her refund check were unsuccessful.

Accordingly, the Clerk of Court is hereby ordered to transfer monies held in the Deposit Fund (6855XX) to the Unclaimed Fund (106000).

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jun 06, 2007**